AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| ALAN EUGENE MILLER, <br><br> *Plaintiff(s)* <br> v. <br><br> STEVE MARSHALL, Attorney General, State of Ala., KAY IVEY, Governor of Alabama, JOHN Q. HAMM, Comm'r of the Ala. Dep't of Corr., and TERRY RAYBON, Warden, Holman Corr. Facility, <br><br> *Defendant(s)* | Civil Action No. 2:24-cv-00197 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Q. Hamm
Alabama Department of Corrections
301 South Ripley Street
Montgomery, AL 36130-1501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Bradley Robertson
Bradley Arant Boult Cummings LLP
One Federal Plaza
1819 5th Ave. N.
Birmingham, AL 35203

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date: April 1, 2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00197

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John Q. Hamm Alabama Department of Corrections
was received by me on *(date)* 4/1/24 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Amy Fisher as Authorized agent , who is
designated by law to accept service of process on behalf of *(name of organization)* John Q Hamm Alabama Department of Corrections on *(date)* 4/8/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/8/24

*Joshua Brakefield*
Server's signature

Joshua Brakefield    SPS
Printed name and title

Process Delivery Service Inc.
8711 US Highway 31 N Kimberly AL 35091
205-543-4201 orders@pdsdoc.com
Server's address

Additional information regarding attempted service, etc: