# Exhibit 10

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALAN EUGENE MILLER, | |
| *Plaintiff*, | Civil Action: 2:24-cv-197 |
| v. | **CAPITAL CASE – EXECUTION SCHEDULED FOR SEPTEMBER 26, 2024** |
| STEVE MARSHALL, in his official capacity as Attorney General, State of Alabama, | |
| KAY IVEY, Governor of the State of Alabama, | |
| JOHN Q. HAMM, In his official capacity as Commissioner, Alabama Department of Corrections, | |
| TERRY RAYBON, in his official capacity as Warden, Holman Correctional Facility, | |
| *Defendants*. | |

## AFFIDAVIT OF PHILIP E. BICKLER, M.D., PhD

I declare, under penalty of perjury, that the following is true and correct:

1. My name is Philip E. Bickler. I reside in Larkspur, California. I am over the age of eighteen, fully capable and competent of making this Affidavit and have personal knowledge of the facts set forth herein.

2. I have been retained to serve as an expert witness on Mr. Miller's behalf with respect to Count III of his Complaint, which alleges cruel and unusual punishment under the Eighth Amendment to the U.S. Constitution. This

affidavit is not an exhaustive recitation of my qualifications or my opinions in this case. Rather, given the compressed deadline for Mr. Miller's motion for preliminary injunction, this affidavit is intended to alert the Court and Defendants to my role in this litigation, the general tenor of my opinions, and my availability to testify to the same.[1]

3. I am a Medical Doctor and hold a PhD in biology. I have worked as a practicing physician since 1986. I am a Board-certified anesthesiologist.

4. Since 2006, I have been the Chief of Neuroanesthesia at the University of California, San Francisco ("UCSF"). I am also an attending anesthesiologist at UCSF, where my primary responsibility is care of neurosurgical patients.

5. I am the Director of the Hypoxia Research Laboratory at UCSF. Founded in 1958, the Hypoxia Research Laboratory is a leading center for the study of the effects of hypoxia on humans.

6. I have expertise in the effects of oxygen deprivation (hypoxia) on humans, and study this area of science in controlled blood oxygen desaturation studies at the Hypoxia Research Laboratory. Over the years I have published many studies in peer-reviewed scientific and medical journals concerning the physiological effects of hypoxia on humans and other animal.

7. I am a reviewer for numerous medical and scientific journals, including Anesthesiology, Anesthesia and Analgesia, Neuroscience, Brain Research, The Journal of the American Medical Association, Science, and Nature.

8. I often give speaking presentations and publish articles about the effects of hypoxia on humans and animals. My CV, which lists these speaking engagements and articles, is attached as Exhibit 1 to this Affidavit.

9. I am familiar with the eye-witness accounts of the State of Alabama's execution of Kenneth Smith via nitrogen hypoxia on January 25, 2024. I am aware that many eye witnesses reported that Mr. Smith's death was not "instantaneous," but rather lasted for several minutes, during which time Mr.

---

[1] Additionally, to date, I have only been able to review the heavily redacted publicly available copy of Alabama's execution protocols. I understand that once a Protective Order is in place, I will be able to examine the unredacted execution protocols, at which point I will have more information upon which to base my opinions.

Smith reportedly gasped for air and violently jerked and convulsed on the execution gurney, among other obvious indications of physical distress.

10. I recently authored an article in the Journal of the American Medical Association ("JAMA") titled *Evidence Against Use of Nitrogen for the Death Penalty*. In that article, I explain the science behind nitrogen hypoxia, and analyze the significance of the many eye-witness accounts of Mr. Smith's execution via nitrogen hypoxia. That article is attached as Exhibit 2 to this Affidavit.

11. I have also submitted testimony that is similar in substance to my recent JAMA article to the Kansas State Legislature. That testimony is attached as Exhibit 3 to this Affidavit.

12. In my professional opinion, what happened during Mr. Smith's execution is the best prediction of whether people are likely to suffer under the State of Alabama's nitrogen hypoxia execution method, and that the next person executed via this method in Alabama will likely suffer as Mr. Smith did.

13. I understand that Mr. Miller has suffered from asthma and/or asthma-like symptoms for his entire adult life.  Death by inhalation of nitrogen in an individual with asthma is highly problematic and would likely prolong the death process.

14. I understand that the Alabama Department of Corrections ("ADOC") represents Mr. Miller's height to be 5'11" and his weight to be 351 pounds. Those measurements make Mr. Miller morbidly obese, and mean that Mr. Miller's body is far larger than that of the average person.  As a result, Mr. Miller's head and face are almost certainly larger than that of the average person—though I would need specific measurements to confirm this.

15. It is my understanding that Mr. Miller has proposed several modifications to ADOC's current method of nitrogen hypoxia execution, to bring ADOC's method into compliance with the Eighth Amendment.

16. Specifically, I understand that Mr. Miller has proposed changing ADOC's nitrogen hypoxia process in the following ways: (1) using a mask that fits Mr. Miller's larger-than-average face and creates an airtight seal; (2) using a medical or scientific professional, rather than  correctional officers, to place the mask on Mr. Miller's face, and hold it in place if it becomes dislodged in any way; (3) using a medical or scientific professional, rather than correctional officers, to supervise the nitrogen flow rate during the execution; (4) having a

3

medical professional, rather than correctional officers, present in the execution chamber during the execution attempt, who can respond if the execution goes awry as Mr. Smith's did; (5) using medical grade nitrogen; and (6) using a sedative or tranquilizing medication in pill form before administering the nitrogen gas, to reduce thrashing movements that could further dislodge the mask. *See* Compl. ¶ 193.

17. Medical ethics prohibit me from advocating in favor of any particular method of execution. My opinion is that any form of execution by nitrogen hypoxia is cruel and inhumane, due to the panic and physical distress that very low oxygen environments inflict on humans and animals. I understand that my position here diverges somewhat from that of Mr. Miller, who has elected nitrogen hypoxia as his chosen method of execution, and believes that there is a manner in which a nitrogen hypoxia execution can be carried out in satisfaction of the Eighth Amendment. I am not taking a position on whether any of those modifications can create a "humane" or constitutional execution; my opinion is that the use of nitrogen hypoxia is a fundamentally misguided approach. However, below I apply my medical expertise to explain to the Court what are the most likely factual outcomes of the modifications that Mr. Miller is suggesting.

18. Using an ill-fitted and/or "one-size-fits-all" mask that enables the entry of outside breathing air (including oxygen) into the mask is highly likely to delay the onset of hypoxia, and prolong the suffering inherent in death by nitrogen hypoxia. Conversely, using a mask that is well-fitted to Mr. Miller's face will likely speed up the hypoxia process, and reduce the amount of time during which Mr. Miller is suffering.

19. Using a medical or scientific professional, rather than correctional officers who are likely not trained in medicine and science, present in the execution chamber and monitoring the fit of the mask of Mr. Miller's face during the execution will reduce the risk that Mr. Miller's mask becomes dislodged from violent jerking and convulsions, which in turn will reduce the risk that Mr. Miller's suffering is further prolonged by a mask that is not properly fitted to his face. Furthermore, having a medical professional present in the execution chamber increases the likelihood that ADOC can make an informed decision about when to halt a nitrogen hypoxia execution that has gone awry and is leading to a slow and painful suffocation.

20. Using medical or scientific professionals, rather than correctional officers who are likely not trained in medicine and science, to monitor the flow of

nitrogen gas into Mr. Miller's mask is likely to significantly reduce the risk that the nitrogen gas flow rate is inadvertently set too low, which in turn will reduce the risk that Mr. Miller's suffering is prolonged by a slow suffocation.

21. There can be significant differences in purity between medical- and industrial-grade nitrogen gas. Industrial-grade gas may contain toxins (such as carbon monoxide) and other impurities (such as oxygen or carbon dioxide). For this reason, medical professionals only use medical-grade nitrogen gas on humans.

22. For reasons of medical ethics, I will not provide an opinion on the possible effects of Mr. Miller's requested sedative, because I am concerned the State could use a sedative to mask the suffering inherent in death by suffocation.

23. I am available and willing to testify in an evidentiary hearing on this matter. Because of my obligations to ongoing patient care, I would prefer to testify remotely, but if that is not possible, I am willing to travel to Montgomery.

24. I am generally available this summer with the exception of July 23 to August 4, 2024, when I will be on a medical mission service trip abroad.

Dated: June 21, 2024

Respectfully submitted,

/s/ *Philip Bickler, M.D.*

Dr. Philip E. Bickler, M.D., PhD

# Exhibit 1

Prepared: June 17, 2024

**University of California, San Francisco**
# CURRICULUM VITAE

**Name:**  Philip E. Bickler, MD, PhD

**Position:**  Professor, Step 8
Anesthesia & Perioperative Care
School of Medicine

**Address:**  Box 0542
513 Parnassus Ave, Med Sciences, Rm. 256
University of California, San Francisco
San Francisco, CA 94143
Voice: 476-1411
Fax: 476-8841
Email: philip.bickler@ucsf.edu
Web: www.hypoxialab.com

## EDUCATION

| | | | |
|---|---|---|---|
| 1973 - 1977 | University of California at Riverside | B.S. | Biology |
| 1977 - 1981 | University of California at Los Angeles (supervisor Malcolm S. Gordon, PhD) | Ph.D. | Biology |
| 1981 - 1983 | University of California at San Diego, Scripps Institution of Oceanography, (supervisor Fred White, PhD) | Postdoctoral Fellowship | Physiology |
| 1983 - 1986 | University of California at San Diego | M.D. | Medicine |
| 1985 - 1985 | University of California at San Diego Dept. Physiology (supervisor Frank Powell, PhD) | Post-doctoral Fellowship | Physiology |
| 1986 - 1987 | UCSF Cardiovascular Research Institute (CVRI) and Anesthesiology Research (supervisor John Severinghaus, MD) | Postdoctoral Fellowship | Physiology |
| 1987 - 1988 | Saint Mary's Medical Center, San Francisco, California | Internship | Internal Medicine |
| 1988 - 1990 | University of California at San Francisco | Residency | Anesthesiology |
| 2003 - 2003 | Cambridge University, Dept. Zoology (Robert Boutilier, PhD) | Sabbattical | Physiology Research |

## LICENSES, CERTIFICATION

| | |
|---|---|
| 1988 | Medical License, California #G64031 |
| 1992 | American Board of Anesthesiology |

Prepared: June 17, 2024

## PRINCIPAL POSITIONS HELD

| 1991 - 1995 | University of California at San Francisco | Assistant Professor in Residence | Anesthesia |
| 1995 - 2000 | University of California at San Francisco | Associate Professor in Residence | Anesthesia |
| 2000 - 2003 | University of California at San Francisco | Professor in Residence | Anesthesia |
| 2002 - 2002 | Cambridge University (sabbatical) | Visiting Research Professor | Zoology |
| 2003 - present | University of California at San Francisco | Professor | Anesthesia |

## OTHER POSITIONS HELD CONCURRENTLY

| 2015 - present | University of California at San Francisco | Chief, Division of Neuroanesthesia | Anesthesia and Preoperative Care |
| 2006 - 2007 | University of California at San Francisco | Chief, Division of Neuroanesthesia (acting) | Anesthesia and Preoperative Care |
| 2007 - 2010 | University of California at San Francisco | Chief of Regional and Orthopedic Anesthesia | Anesthesia and Preoperative Care |
| 1991 - 2015 | University of California at San Francisco | Acute Pain Service Attending Physician | Anesthesia and Preoperative Care |
| 2005 - present | University of California at San Francisco | Director, Dept. Anesthesia Human Studies Laboratory | Anesthesia and Preoperative Care |

## HONORS AND AWARDS

| 1977 | Governor's Scholar Award of California |
| 1975 | National Science Foundation Undergraduate Research Fellow |
| 1977 | Hazel Lagerson Scholar, UC Riverside |
| 1977 | Presidents Undergraduate Fellow, University of California |
| 1977 | Phi Beta Kappa |
| 1981 | Chancellor's Intern Fellow, UCLA |

Prepared: June 17, 2024

| | | |
|---|---|---|
| 1981 | Lasiewski Award for Physiology Research, UCLA | |
| 1985 | A. Baird Hastings Medical Honor Society | |
| 1988 | Outstanding Medical Intern, Saint Mary's Medical Center | |
| 1991 | Awarded competitive Postdoctoral Research Fellowships from both the NIH and the National Science Foundation | |
| 1991 | Anesthesiology Young Investigator Award, American Society of Anesthesiologists | |
| 1994 | Elected to the Association of University Anesthesiologists | |
| 2000 | William Hamilton Endowment (UCSF) Research Award | |
| 2001 | Citation for Distinguished Service, American Physiological Society | |
| 2005 | Foundation for Anesthesia Education and Research, Research Mentor to Greg Stratmann, MD, PhD | |
| 2006 | Foundation for Anesthesia Education and Research, Research Mentor to Jeffrey Sall, MD, PhD | |
| 2013 | Article on cerebral oximeter performance chosen as article of the month in Anesthesia and Analgesia and featured as interview on OpenAnesthesia.org | |
| 2014 | Nominated for outstanding medical student mentor | UCSF Clinical and Translational Science Institute |
| 2015 | Elected Fellow | California Academy of Sciences |

## KEYWORDS/AREAS OF INTEREST

Human adaptation to hypoxia and high altitude environments, effects of skin pigmentation on pulse oximeter performance, clinical trials of pulse oximeter performance across race and skin pigmentation, mechanisms of neuromuscular paralysis caused by snake venoms

# CLINICAL ACTIVITIES

## CLINICAL ACTIVITIES SUMMARY

I am an attending anesthesiologist at UCSF and my current clinical duties are approximately 2 to 3 days per week.  As chief of the division of neuroanesthesia, my primary responsibility is care of neurosurgical patients.  Preoperative care is provided for all types of neurologic surgery

including intracranial aneurysms, tumors, and awake craniotomies for speech mapping on adults and children older than 5 years. I have been a member of this subspecialty team  for over 20 years, and I have been interim director twice, and am now Chief.

My other clinical duties involve providing care for almost all types of surgery at Moffitt-Long Hospital, Mt. Hospital and Mission Bay Hospitals. I am a member of the group of elite clinicians who take overnight call at these hospitals and must be able to provide sophisticated care under emergency conditions for complex and gravely ill patients.

## PROFESSIONAL ACTIVITIES

### MEMBERSHIPS

1980 - present   American Society of Zoologists

1981 - present   American Physiological Society

1988 - present   American Society of Anesthesiologists

1988 - present   California Society of Anesthesiologists

1994 - present   Society for Neuroscience

1994 - present   Society of Academic Anesthesiologists

### SERVICE TO PROFESSIONAL ORGANIZATIONS

| 2013 - 2014 | International Anesthesia Research Society | Grant Reviewer for New Investigator Awards |
| --- | --- | --- |
| 2021 - 2022 | International Standards Organization (ISO) Pulse Oximetry Performance Standards document revisions working group (establishes standards for pulse oximetry globally, used by US FDA for regulatory framework in USA) | Committee Chair |

### SERVICE TO PROFESSIONAL PUBLICATIONS

1990 - present   Reviewer, Anesthesiology, consistently top 10% of reviewers

1993 - 2001   Editorial board, American Journal of Physiology

1998 - present   Editorial board, Journal of Experimental Biology

2006 - 2007   ISIAMOV symposium, Guest Section Editor, Anesthesia and Analgesia

2007 - 2008   ISIAMOV symposium, Organizing committee: International symposium at Duke University

2010 - 2012   International symposium on metabolic regulation in dormancy, hibernation and cell stasis (Journal of Experimental Biology sponsored symposium)

2010 - 2012   Organizing committee, International Society for Monitoring of Oxygenation and Ventilation, Symposium at Yale University, 2011, and editing/organizing publication of symposium manuscripts in Anesthesia and Analgesia.

| 2013 - 2015 | Editor and organizing committee, International Society for Monitoring of Oxygenation and Ventilation, Symposium at St. Lukes Medical Center, Tokyo Japan and editor of papers for publication in Anesthesia and Analgesia |
| 2013 - 2017 | Committee on Experimental Neurosciences, American Society of Anesthesiologists |
| 2019 - 2021 | Organizing committee, International Society for Monitoring of Oxygenation and Ventilation, Symposium at Univ College London, and editing/organizing publication of symposium manuscripts in Anesthesia and Analgesia. |

## INVITED PRESENTATIONS - INTERNATIONAL

| 2003 | Brain hypoxia symposium, sponsored by the Company of Biologists/Journal of Experimental biology, Tuscany, Italy. | Invited lecturer |
| 2006 | Hypoxia tolerance mechanisms, The Society for Experimental Biology, Canterbury, England. | Invited lecturer |
| 2007 | Symposium Speaker: neuroprotective roles of intracellular calcium signaling, Society for Neuroscience Symposium, Atlanta. | Invited lecturer |
| 2009 | Symposium Speaker: Anesthetic Neurotoxicity Workshop, University of Pennsylvania. | Invited lecturer |
| 2009 | Invited Lecture: Role of intracellular calcium in neuroprotective signaling processes. 11th International Congress on Amino Acids, Peptides, and Proteins, Vienna, Ausria. | Invited lecturer |
| 2010 | Symposium Participant, Invited speaker: Anesthetic Neurotoxicity Workshop, University of Toronto. | Invited lecturer |
| 2010 | Invited Lecture: Regional Anesthesia and Perioperative Outcomes, Departement d'Anesthesie et de Reanimation. Centre Hospitalier et Universitaire de Toulouse, France. | Invited lecturer |
| 2011 | Invited Lecture: New roles for intracellular calcium in cell signaling. Symposium at the 8th World Congress of Neuroscience, Florence, Italy. | Invited lecturer |
| 2011 | Invited Lecture: Hypoxia tolerance in developing mammals. Symposium at the 8th World Congress of Neuroscience, Florence Italy. | Invited lecturer |
| 2012 | Symposium co-organizer: Preconditioning and neuroprotection with anesthetics, International Stroke Conference. | Symposium organizer |
| 2012 | Symposium organizer and speaker: Accuracy of Cerebral Oximeters, Presented at the International Conference Innovations in Monitoring Perfusion, Oxygenaiton and Ventilation, Yale University | Symposium Organizer |

| 2013 | Invited Lecture: Therapeutic uses of hypothermia. Chinese Society of Anesthesiology meeting. | Invited lecturer |
|---|---|---|
| 2013 | Visiting Professor, Capital Medical School, Beijing, China. Lectures on therapeutic hypothermia and cerebral protection during surgery. | Invited lecturer |
| 2013 | Invited Lecture: Therapeutic uses of hypothermia. Korean Society of Anesthesiologists meeting. | Invited lecturer |
| 2013 | Invited Lecture: Non-invasive assessment of oxygenation. Shenzhen University School of Medicine, China | Invited lecturer |
| 2013 | Benefits and Limitations of Therapeutic Hypothermia. Shenzhen University College of Engineering and Medicine, China | Invited lecturer |
| 2014 | Invited lecture: New technology to assess oxygenation, dyshemoglobins, and ventilation. Shenzhen University School of Medicine, China | Invited lecturer |
| 2015 | Invited speaker at symposium: Advances in monitoring oxygenation and ventilation. Sponsored buy the Society of Technology in Anesthesia. Delivered 2 lectures: Tissue Oximetry and Clinical Outcomes, Development of Methodology for Testing Accuracy of Oximetry Instruments | Symposium Organizer, Invited lecturer |
| 2015 | Invited expert: International Standards Organization (ISO) committee on pulse oximetry. Delivered statement on current standards for pulse oximetry and safety of pulse oximetry validation in humans | Invited expert |
| 2016 | Invited expert: ISO committee on developing standards for tissue oximetry | Invited expert |
| 2016 | Chinese FDA and Peoples Hospital, China: Methodology for developing the next generation of blood and tissue oximeters | Invited Lecturer |
| 2018 | Indo-Anesthesia Conference, Jakarta Indonesia. Lectures on neuroprotection, hypoxia, and anesthesia for stroke care. | Invited speaker |
| 2018 | International Standards Committee Meeting, Tokyo Japan, Presentation "Cerebral Oximeter Validation in Humans" | Invited speaker |
| 2019 | Lectures on Tissue Oxygen and Clinical Outcomes and Anesthesia for Awake Craniotomies, IndoAnesthesia Conference, Jakarta, Indonesia February 2019 | Invited Speaker |
| 2020 | Invited Lecture: Human adaptation to Hypoxia. Indoanesthesia conference, Jakarta | Invited Speaker |

| 2021 | Invited Lecture: Silent presentation of hypoxemia and COVID-19. IndoAnesthesia Conference, Jakarta | Invited Speaker |
|------|------|------|
| 2022 | IndoAnesthesia Conference, Jakarta, Indonesia. Pulse oximeter performance. | Invited Speaker |
| 2023 | IndoAnesthesia Conference. Pulse oximeter performance and human skin pigmentation. | Invited Speaker |

## INVITED PRESENTATIONS - NATIONAL

| 2002 | Visiting Professor Lecture: Mechanisms of brain adaptation to hypoxia in aging. The Buck Institute, Novato, CA. | Visiting Professor |
|------|------|------|
| 2003 | Visiting Professor Lecture: Protecting the brain: Calcium-dependent mechanisms in neuroprotective signaling. Department of Biological Sciences, California State University, Hayward. | |
| 2004 | Visiting Professor: Ion channel regulation and neuroprotection in vertebrate neurons, signaling pathways and processes. University of Alaska. | |
| 2004 | Invited Lecture: Clinical uses of hypothermia, Life in the Cold (international Hibernation Symposium). | |
| 2005 | Invited Lecture: Role of calcium in neuroprotorection and preconditioning neonatal brain disorders center. Department of Neurology, University of California, San Francisco. | |
| 2005 | Invited Lecture: Calcium signaling in preconditioning and neuroprotection. Center for Cerebrovascular Disease, San Francisco General Hospital. | |
| 2005 | Session moderator and speaker: Long-term effects of anesthesia. UCSF Changing Practice of Anesthesia Conference, San Francisco. | |
| 2006 | Invited Lecture: Role of calcium in neuroprotection and preconditioning. Department of Pharmacology and Physiology, Saint Louis University. | |
| 2006 | Symposium Lecture: Role of calcium in neuroprotection and preconditioning. Society for Neuroscience Meeting. | |
| 2006 | Grand Rounds: neuroprotection during surgery-Clinical reality or laboratory curiosity? Department of Anesthesiology University of Iowa. | |
| 2006 | Grand Rounds: Neuroprotection during Anesthesia. Grand Rounds, St. Louis University. | |

Prepared: June 17, 2024

| 2006 | Grand Rounds: Is neuroprotection during surgery possible? Department of Anesthesiology, Saint Louis University. | |
|------|------|------|
| 2008 | Visiting Professor: Neuroprotective and neuro-injurious effects of anesthesia. University of Pennsylvania. | Visiting Professor |
| 2008 | Symposium Participant, Invited speaker: Long-term neurotoxic effects of anesthesia. University of Pennsylvania. | Symposium speaker |
| 2009 | Workshop co-organizer: Problems in regional anesthesia. Changing Practice of Anesthesia Meeting, San Francisco | Workshop Organizer |
| 2011 | Workshop co-organizer: Challenges in pain management and regional anesthesia. UCSF Changing Practice Meeting, San Francisco | Workshop Organizer |
| 2012 | Grand Rounds, UCSD Department of Pediatrics: Responses of the developing mammalian brain to hypoxia and hypothermia | Invited Speaker |
| 2014 | Invited speaker: Anesthesia care for medical missions in the developing world: Latin America. UCSF Changing Practice of Anesthesia meeting, San Francisco | Invited Speaker |
| 2014 | Invited speaker: American Physiological Society conference: Comparative approaches to grand challenges in physiology; speaking on Novel animal models in health and disease | Invited Speaker |
| 2015 | Workshop organizer: Care of patients with acute stroke. Changing Practice of Anesthesia Conference, organized by the UCSF Department of Anesthesia and Preoperative Care. | Organizer |
| 2017 | Human adaptation to Hypoxia. UCSD Department of Medicine, Physiology Lecture Series | Invited Speaker |
| 2017 | Effects of hypoxia on humans. UCSD Pulmonary and Critical Care Grand Rounds | Invited Speaker |
| 2017 | Human adaptation and dysadaptation to hypoxia. Grand Rounds, Oregon Health and Sciences University, Grand Rounds | Visiting Professor lecture |
| 2017 | The unfolded protein response in brain ischemia and neuroprotection | Visiting Professor Lecture |
| 2018 | Clinical uses and limitations of profound hypothermia | Visiting Professor Lecture |

| | |
|---|---|
| 2022 | Pulse Oximeter performance in real-world clinical settings.   Invited speaker US FDA Advisory Panel Meeting on Pulse Oximeter Performance. |

## INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS

| | |
|---|---|
| 1983 | Invited Speaker: Acid-base balance and metabolic regulation. Department of Biology, University of California, Irvine |
| 1984 | Invited Speaker: Effects of temperature on acid-base regulation. Department of Medicine, University of California, San Diego |
| 1985 | Invited Speaker: Management of acid-base balance during hypothermic surgical procedures. A.B. Hastings Research Society Lecture, University of California, San Diego |
| 1991 | Invited Speaker: Effects of sedatives and anesthetics on control of breathing. Department of Pediatrics, University of California, San Francisco |
| 1992 | Invited Speaker: Cerebral protection with hypothermia. World Congress of Anesthesiologists, The Hague, Netherlands |
| 1993 | Invited Speaker: Pulmonary function and ventilator management. Yale University Surgical Basic Science Course, San Francisco |
| 1995 | Panel Member: Changing Practice of Anesthesia Conference, San Francisco |
| 1996 | Panel Member: Update: Protection of the brain and spinal cord. Changing Practice of Anesthesia Conference, San Francisco |
| 1996 | Invited Speaker: Effects of anesthetics on intracellular calcium regulation--implications for anesthetic mechanisms. University of Basel, Switzerland |
| 1996 | Invited Speaker: Hypoxia-tolerant neurons: Mechanisms of Ion Channel Arrest. Neurosurgery Grand Rounds, University of California, San Francisco |
| 1996 | Panel Member/Discussant: American Society of Anesthesiologists Stroke Panel, American Society of Anesthesiologists Meeting, New Orleans |
| 1997 | Consultant/Panelist: Conference on neuroprotection in hemorrhagic shock. Department of the Navy, Pittsburgh, PA |

Prepared: June 17, 2024

| 1998 | Moderator and Invited Speaker: Clinical controversies in neuroprotection: Pharmacologic alternatives to barbiturates. Changing Practice of Anesthesia Conference, San Francisco | |
|------|------|------|
| 1999 | Invited Speaker: Symposium on surviving brain anoxia. Experimental Biology Meeting, Washington, DC | |
| 1999 | Moderator and Invited Speaker: Does preemptive analgesia alter long-term surgical outcome? Changing Practice of Anesthesia Conference, San Francisco, CA | |
| 2000 | Invited Speaker: Society for Experimental Biology, "Off Switches: Mechanisms of metabolic arrest" Cambridge, England | |
| 2000 | Visiting Professor Lecture: Role of calcium in neurotoxicity and aging. Buck Institute for Age Research, Novato, CA | |
| 2000 | Invited Particiipant: DARPA conference on biomedical applicaitons of extremophile biology and applicaitons in medicine. Colorado | |
| 2001 | Visiting Professor Lecture: Neuroprotection during anesthesia. Department of Anesthesiology, University of Louisville | |
| 2017 | Department of Neurological Surgery, UCSF. Lecture: Human response and adaptation to hypoxia | Invited speaker, Grand Rounds |
| 2023 | International Standards Committee on Pulse Oximetry. Pulse oximeter errors caused by dark skin pigmentation and low perfusion. | Invited speaker |

## CONTINUING EDUCATION AND PROFESSIONAL DEVELOPMENT ACTIVITIES

| 2003 | Anesthesia Grand Rounds |
|------|------|
| 2003 | American Society of Anesthesiologists Annual Meeting |
| 2003 | Changing Practice of Anesthesia |
| 2003 | Society for Neuroscience Annual Meeting |
| 2004 | Anesthesia Grand Rounds |
| 2004 | American Society of Anesthesiologists Annual Meeting |
| 2004 | Changing Practice of Anesthesia |
| 2004 | Society for Neuroscience Annual Meeting |
| 2005 | Anesthesia Grand Rounds |
| 2005 | American Society of Anesthesiologists Annual Meeting |
| 2005 | Changing Practice of Anesthesia |

Prepared: June 17, 2024

| | |
|---|---|
| 2005 | Society for Neuroscience Annual Meeting |
| 2006 | Anesthesia Grand Rounds |
| 2006 | American Society of Anesthesiologists Annual Meeting |
| 2006 | Changing Practice of Anesthesia |
| 2006 | Society for Neuroscience Annual Meeting |
| 2007 | Anesthesia Grand Rounds |
| 2007 | American Society of Anesthesiologists Annual Meeting |
| 2007 | Changing Practice of Anesthesia |
| 2007 | Society for Neuroscience Annual Meeting |
| 2008 | Anesthesia Grand Rounds |
| 2008 | American Society of Anesthesiologists Annual Meeting |
| 2008 | Changing Practice of Anesthesia |
| 2008 | Society for Neuroscience Annual Meeting |
| 2009 | Anesthesia Grand Rounds |
| 2009 | American Society of Anesthesiologists Annual Meeting |
| 2009 | Changing Practice of Anesthesia |
| 2009 | Society for Neuroscience Annual Meeting |
| 2010 | Anesthesia Grand Rounds |
| 2010 | American Society of Anesthesiologists Annual Meeting |
| 2010 | Changing Practice of Anesthesia |
| 2010 | Society for Neuroscience Annual Meeting |
| 2011 | Changing Practice of Anesthesia Meeting, San Francisco |
| 2011 | American Society of Anesthesiologists Annual Meeting, Chicago |
| 2011 | Improving Surgical Systems Conference, UC San Diego |
| 2011 | UCSF Dept Anesthesia and Perioperative Care Grand Rounds Presentations |
| 2012 | UCSF Department of Anesthesia and Perioperative Care Grand Rounds- bi weekly conferences |
| 2012 | International Conference: Innovations in Monitoring Perfusion, Oxygenation and Ventilation, Yale University |
| 2012 | American Society of Anesthesiologists Annual Meeting |
| 2013 | American Society of Anesthesiologists Annual Meeting |
| 2013 | Society for Neuroscience Annual Meeting |

| | |
|---|---|
| 2013 | Society for Neuroscience in Anesthesia and Critical Care annual meeting |
| 2014 | Society for Neuroscience in Anesthesia and Critical Care annual meeting |
| 2015 | Society for Neuroscience in Anesthesia and Critical Care annual meeting |
| 2015 | American Society of Anesthesiologists Annual Meeting |
| 2015 | Neuroanesthesia Grand Rounds Organizer, UCSF |
| 2017 | Grand Rounds Organizer, Neuroanesthesia theme, Department of Anesthesia UCSF |
| 2021 | Grand Rounds Organizer, Neuroanesthesia UCSF |

## GOVERNMENT AND OTHER PROFESSIONAL SERVICE

| | | |
|---|---|---|
| 2000 - 2002 | Study Section Member, American Heart Association. | Grant reviews |
| 2003 - present | Ad Hoc Reviewer, National Science Foundation, Welcome Trust, U.K. National Research Council, National Institues of Health (USA), NRC (Canada). | Approx. 50 grants reviewed in last 10 years |
| 2004 - 2009 | Advisor, NIH Neuroscience SNRP Program, University of Alaska. | Advisor to Alaska Neuroscience Program |
| 2005 - 2008 | Committee on Respiration, American Society of Anesthesiologists. | |
| 2006 - 2009 | Veterans Administration Center of Excellence in Neuroscience (NCIRE). | Grant Reviews |
| 2007 - 2007 | Organizing Committee and Editor of Anesthesia and Analgesia, International Symposium on Monitoring of Oxygenation and Ventilation (ISIAMOV) Duke University. | Symposium Organizing Committeee |
| 2012 - 2013 | Organizing Committee, International Symposium: Innovations and Applications of Monitoring Perfusion Oxygenation, and Ventilation | Symposium Organizing Committee, Editor |
| 2014 - 2014 | Member of International committee working to improve the design of the life box pulse oximeter (inexpensive pulse oximeter to improve surgery safety in developing countries) | committee member |
| 2015 - 2017 | Korean Food and Drug Administration. | Member, expert panel on testing medical devices |
| 2015 - present | International Standards Committee on Standards for Tissue Oximetry Performance and Validation | member |
| 2022 - present | International Standards Committee on Standards for pulse oximetry | advisor |

Prepared: June 17, 2024

## UNIVERSITY AND PUBLIC SERVICE

### SERVICE ACTIVITIES SUMMARY

Currently, directing the growing activities of the Department of Anesthesia and Perioperative Care's Human Phjysiological Studies Laboratory represents the main area of my administrative service to the University.

My position on the board of Operation Rainbow is instrumental in involving numerous Department of Anesthesia faculty and residents in overseas medical missions.

I am also involved as a consultant to the LifeBox pulse oximeter project which provides low cost pulse oximeters to operating rooms in developing countries.

### UNIVERSITY SERVICE
### UC SYSTEM AND MULTI-CAMPUS SERVICE

| 1992 - 1999 | President's Advisory Committee, University of California White Mountain Research Station. | |
| 1999 - 2003 | Chair, President's Advisory Committee, University of California White Mountain Research Station. | |

### UCSF CAMPUSWIDE

| 2022 - 2023 | New UCSF medical center neurosurgery/neuroradiology operating room design group | committee member |

### SCHOOL OF MEDICINE

| 2018 - 2020 | Research Allocation Program Training Grant (RAPtr) for medical student support for a year of research | grant reviewer |

### DEPARTMENTAL SERVICE

| 1987 - 1987 | Anesthesia and Perioperative Care | Western Anesthesia Residents Conference Organizer |
| 1992 - 1997 | Anesthesia and Perioperative Care | Chair, Visiting Professor Committee |
| 1992 - 1993 | Anesthesia and Perioperative Care | Merits and Promotions Committee |
| 1992 - 1994 | Anesthesia and Perioperative Care | Co-Chair, J. W. Severinghaus Fellowship Committee |

Prepared: June 17, 2024

| 1995 - 1998 | Anesthesia and Perioperative Care | Resident Selection Committee |
| 2003 - 2004 | Department of Anesthesia, Division of Neuroanesthesia | Service Chief (acting) |
| 2006 - 2010 | Dept. of Anesthesia, Regional Anesthesia Group | Service Chief |
| 2007 - 2007 | Anesthesia and Perioperative Care | Anesthesia Call Working Group |
| 2009 - 2009 | Anesthesia and Perioperative Care | Orthopedic Institute Planning Group |
| 2008 - present | Anesthesia and Perioperative Care | Research Committee |
| 2010 - present | Anesthesia and Perioperative Care | Director, Human Studies Laboratory |
| 2007 - present | Anesthesia and Perioperative Care/Foundation for Anesthesia Education and Research | Coordinator for summer research projects for medical students |
| 2015 - present | Division of Neuroanesthesia | Chief |
| 2015 - present | Clinical Chiefs Committee, Department of Anesthesia and Perioperative Care | Committee Member |
| 2015 - present | NIH T32 training grant program "Comprehensive Anesthesia Research Training" | Executive Committee Member |
| 2016 - 2016 | Committee to evaluate and allocate funding for clinical research projects | Chair |
| 2017 - 2017 | Committee to evaluate and allocate funding for clinical research projects | chair |
| 1995 - 2023 | I direct the Human Studies Laboratory in the Department of Anesthesia and Perioperative Care. This facility is a venue for all sorts of human volunteer studies, including those requiring invasive monitoring and general anesthesia. Studies include evaluation of clinical monitors such as pulse oximeters and cerebral oximeters during profound, and hemodilution studies. These services and research activities have made a huge impact on improving pulse oximeter accuracy over the last 20 years. The HSL currently supports research of about 7 faculty in the UCSF Dept. Anesthesia and Perioperative Care. | Director |

Prepared: June 17, 2024

## COMMUNITY AND PUBLIC SERVICE

| 1994 - 2000 | NIH Minority Access to research Careers San Francisco State University | Preceptor |
| 1995 - 2000 | Trinity Business College | Advisor |
| 1998 - 2010 | Advisory Board Member, Operation Rainbow (Pediatic Orthopedic Surgery in Latin America) | Advisory Board |
| 1999 - 1999 | Filmed BBC documentary on "suspended animation" concerning physiology of dormancy and hibernation | advisor |
| 2010 - present | Executive Board, Operation Rainbow, a non-profit pediatric orthopedic surgery organization sponsoring medical missions to Haiti and Latin America) | Executive Board |
| 2013 - present | Scientific advisor to the Lifebox Project, an international NGO to improve the safety of surgery worldwide by developing high quality low-cost pulse oximeters | technical advisor |
| 2016 - 2016 | Marin County CA, Sherifs Search and Rescue Unit. Presented information on mountain sickness causes and treatments | presentation |
| 2015 - present | Lifebox Foundation Clinical Advisory Group- developing pulse oximetry for low resource settings | technical advisor |

# TEACHING AND MENTORING

## TEACHING SUMMARY

My teaching involves 2 major areas: **1) Clinical supervision** of post-graduate medical trainees and **2) Laboratory research** training for post-doctoral fellows, faculty and medical students. My laboratory typically has 2-3 post-doctoral fellows and 1 or 2 medical students actively involved in research projects that I supervise.

## FORMAL TEACHING

| | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|
| | 2013 - 2018 | Research ethics course for postdoctoral trainees and clinical fellows | Developing course curriculum,preparing lectures and discussion material | | |
| | 2000 - present | 110. Anesthesia Core Clerkship | Operating Room Patient evaluation and care | | |
| | 1995 - 2007 | 110 Anesthesia Core Clerkshil | Pain management lecture | | |

Prepared: June 17, 2024

| | Academic Yr | Course No. & Title | Teaching Contribution | School | Class Size |
|---|---|---|---|---|---|
| | 1995 - 2005 | 111. Advanced Cardiovascular Life Support | Life support skills | | |
| | 1995 - present | 140.01. Advanced Clinical Clerkship | Cardiopulmonary resuscitation, pain service | | |
| | 1991 - present | 400. Anesthesia Staff Conference. | Resident lecture series | | |
| | 1991 - present | 450. Anesthesia Clinical Work | Operating room teaching | | |

## MENTORING SUMMARY

My primary mentoring activities have always involved research training of undergraduate students, graduate students, medical students, post-doctoral fellows and junior faculty.  These individuals have carried out mentored or independent research projects within my basic science laboratory or in connection with my human studies research program.

## PREDOCTORAL STUDENTS SUPERVISED OR MENTORED

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|---|---|---|---|---|---|
| 1997 - 1998 | Richard Liniger | UC Berkeley | | Student research project | Private Practice |
| 1998 - 1998 | Dirk Liu | Medical Student | | Research Supervisor | Private Practice |
| 1998 - 1999 | Breandan Sullivan | UC Davis | | Research Project | Professor, Univ Colorado |
| 1991 - 1993 | Brendan O'Donnell | Grad Student, SF State | | Graduate research | Professor, U. Wash |
| 2001 - 2001 | Sergio Estrada | Medical Student, UCSF | | Research Supervisor | Private Practice |
| 1999 - 2003 | Terry O'Connor | Medical Student, UCSF | | Research Supervisor | Prof. U. Colorado |
| 2003 - 2003 | R.J. Andres | Medical Student, UCSF | | Research Supervisor | Private Practice |

Prepared: June 17, 2024

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|-------|------|-------------------|-------------|------|------------------|
| 2004 - 2004 | Erica Strauss | Medical Student, UCSF | | Research Supervisor | Private Practice |
| 2004 - 2004 | Emily Ginsberg | Medical Student, UCSF | | Research Supervisor | Private Practice |
| 2003 - 2005 | Jonathan Gray | SF State Student | | Research mentor | Faculty Anesthesiologist |
| 2005 - 2005 | Ian Tate (w/Gerald Dubowitz) | Medical Student, UVA | | Research Supervisor | Medical Resident |
| 2006 - 2007 | Michael Lipnick | Medical Student, UCSF | | Research Supervisor | Assoc Professor, UCSF |
| 2007 - 2007 | Ann Vo | SF State Student | | Student research project | Staff Physician |
| 2007 - 2008 | Zachariah Martinez | Medical Student, UCSF | | Research Supervisor | Anesthesiologist |
| 2008 - 2008 | Abdul Kanu | Medical Student, UCSF | | Research Supervisor | Resident, UCLA |
| 2009 - 2010 | David Polhemus | Undergrad, Emory University | | Summer research project | Physician in private Practice |
| 2010 - 2013 | Heather Brosnan | Portland State Univ | | Post-baccalaureate research | Anesthesia Resident |
| 2010 - 2010 | Alex Lee | Med Student, U. Michigan | | Doris Duke Fellowship Applicant | Resident Physician |
| 2010 - 2010 | Michael Smith | Med Student, Johns Hopkins | | Howard Hughes Fellowship Applicant | Medical Student |
| 2010 - 2012 | Alex Birch | UC Irvine | | Post-baccalaureate research | Medical Student, George Washington |

Prepared: June 17, 2024

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|---|---|---|---|---|---|
| 2011 - 2011 | Lauren Dunn | Medical Student, UT Southwestern | | Doris Duke Fellowship applicant | Lost contact |
| 2012 - 2012 | Erin Crawford | UCSF Medical Student | | Research Supervisor | Faculty, Stanford Anesthesiology |
| 2012 - 2012 | James Rothschild | NYU Medical Student | | Research Supervisor, FAER | Anesthesiology Resident UCSF |
| 2013 - 2016 | Christopher Sanchez | UCSF Medical Student | Research/Scholarly Mentor,Project Mentor,Career Mentor | Research Mentor, CTSI program | Attending Anesthesiologist |
| 2014 - 2014 | Jenny Lundeberg | Medical Student, The Karolinska Institute | Research/Scholarly Mentor,Project Mentor,Career Mentor | Research mentor | Medical Resident, Sweden |
| 2014 - 2015 | Sin Yeong An | UCSF Medical Student | Research/Scholarly Mentor,Project Mentor | Research Mentor | Medical Student |
| 2014 - present | Heather Brosnan | Oregon Health Sciences medical Student | Research/Scholarly Mentor,Project Mentor,Career Mentor | Research Mentor, FAER summer program | Medical Resident |
| 2014 - 2014 | McLean House | Univ. Kentucky medical student | Research/Scholarly Mentor,Project Mentor | Research Mentor, FAER summer program | Medical Resident |
| 2016 - 2016 | Benjamin Baron | Connecticut College Undergraduate | Research/Scholarly Mentor,Project Mentor,Career Mentor | summer intern | College Student |

Prepared: June 17, 2024

| Dates | Name | Program or School | Mentor Type | Role | Current Position |
|---|---|---|---|---|---|
| 2016 - 2016 | Alexander King | Reed College Undergraduate | Research/Scholarly Mentor,Project Mentor,Career Mentor | Summer Intern | College Student |
| 2016 - 2016 | Koki Nishimura | UCSF Medical Student | Research/Scholarly Mentor,Project Mentor,Career Mentor | Summer Research | Medical Student |
| 2016 - 2016 | Aaron Louie | UCSF Medical Student | Research/Scholarly Mentor,Project Mentor,Career Mentor | Research Mentor, FAER Summer program | Medical Student |
| 2017 - 2017 | Lucas Mani | Wesleyan College undergraduate | Research/Scholarly Mentor,Project Mentor | Summer Intern | College Student |
| 2017 - 2017 | Benjamin Baron | Connecticut College Undergraduate | Research/Scholarly Mentor,Project Mentor,Career Mentor | Summer Intern | College Student |
| 2017 - 2017 | Leah Campbell | Connecticut College Student | Research/Scholarly Mentor,Project Mentor | Summer Intern | College Student |
| 2018 - 2018 | Frances Zorensky | Bowdoin College Student | Research/Scholarly Mentor,Project Mentor | Summer Intern | College Student |

## POSTDOCTORAL FELLOWS AND RESIDENTS MENTORED

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|---|---|---|---|---|---|
| 1991 - 1993 | Marlow Eldridge MD | | | Supervision | Professor, U. Wisconsin |
| 1992 - 1993 | John Feiner MD | | | Supervision | Professor, UCSF |

Prepared: June 17, 2024

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|-------|------|--------|-------------|--------------|------------------|
| 1993 - 1993 | R. Christopher Cardone MD | | | Supervision | Anesthesiologist |
| 1993 - 1996 | Les Buck PhD | | | Supervision | Prof, Univ. Toronto |
| 1994 - 1997 | Andrew Gray MD PhD | | | Supervision | Professor, UCSF |
| 1995 - 1997 | Helge Eilers MD | | | Supervision | Professor Clinical Anesthesia, Vice Chair UCSF |
| 1996 - 1998 | Christoph Kindler MD | | | Supervision | Chair, Univ. Basel Anesthesia |
| 1996 - 1998 | Robert Popovic, MD | | | Supervision | Anesthesiologist in Australia |
| 1997 - 1997 | Roxanne Ryan PhD | | | Supervision | High School Teacher |
| 1997 - 1999 | Paul Donohoe PhD | | | Supervision | Professor, Univ. Otago, New Zealand |
| 1997 - 2000 | Donald Taylor MD PhD | | | Supervision | Assoc Prof, UCSF |
| 1999 - 2004 | Christian Fahlman PhD | | | Supervision | Senior Staff Research Assoc, UCSF |
| 2001 - 2002 | John Haddad PhD | | | Supervision | Professor, Univ. Beiruit |
| 2003 - 2005 | Gerald Dubowitz MD | | | Supervision | Assoc. Professor Professor, UCSF |
| 2003 - 2004 | Mena Narasaiah PhD | | | Supervision | Biotech Industry |
| 2003 - 2005 | Xinhua Zhan MD PhD | | | Supervision | Scientist, UC Davis |

Prepared: June 17, 2024

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|-------|------|--------|-------------|--------------|------------------|
| 2008 - 2008 | Jingli Zhang PhD | | | Supervision | Visiting Postdoc Scholar, UCSF |
| 2008 - 2008 | Liel Rubinsky PhD | | | Supervision | Biotech Industry |
| 2009 - 2010 | Daniel Warren, PhD | | | Supervisor | Professor, St. Louis University |
| 2009 - 2010 | Damjan Osredkar, MD | | | Co-sulpervisor with Donna Ferriero | Professor in Croatia |
| 2008 - present | John Paul Clark, PhD | | | Supervisor | Faculty, UCSF |
| 2009 - 2009 | Deokhee Lee, MD | | | Supervisor | Professor in Korea |
| 2010 - 2011 | William Michels, PhD | | | Supervisor | Biotech Industry Entrepreneur |
| 2012 - 2013 | Ran Zhou, MD, PhD | Postdoctoral Fellow | | Supervisor | Faculty,Beijing Univertsity |
| 2013 - present | Xuena Zhang, MD, PhD | Postdoctoral Fellow | | Supervisor | Senior Researcher,Capital Medical University, China |
| 2014 - 2014 | Ning Yang, MD, PhD | Postdoctoral Fellow | | Supervisor | Anesthesiology Resident, Capitol Medical University, Beijing |
| 2015 - 2016 | Leila Emami, MD | Postdoctoral Fellow | | Supervisor | University of Tehran, Iran |

Prepared: June 17, 2024

| Dates | Name | Fellow | Mentor Role | Faculty Role | Current Position |
|-------|------|--------|-------------|--------------|------------------|
| 2017 - 2019 | Odmara Baretto-Chang, MD, PhD | Clinical Fellow/Postdoctoral Fellow | Research/Scholarly Mentor,Project Mentor,Career Mentor,Co-Mentor/Clinical Mentor | Supervisor | Clinical Instructor, UCSF |
| 2017 - 2018 | Katrine Bernholm | CTSI Fellow from Copenhagen, DK | Research/Scholarly Mentor,Project Mentor | Supervisor | Resident Physician, Copenhagen Denmark |
| 2018 - 2020 | Laura Alonso-Aguilar | Postdoctoral Fellow | Research/Scholarly Mentor,Project Mentor,Career Mentor | Supervisor | Visiting Scholar UCSF |
| 2022 - 2023 | Heather Brosnan | Clinical Fellow | Career Mentor,Co-Mentor/Clinical Mentor | Supervisor | Neuroanesthesia Fellow,UCSF |

**FACULTY MENTORING**

| Dates | Name | Position while Mentored | Mentor Type | Mentoring Role | Current Position |
|-------|------|-------------------------|-------------|----------------|------------------|
| 2003 - 2008 | Greg Stratmann, MD, PhD | Junior faculty | | Research mentor | Associate Professor Clinical Anesthesia, UCSF |
| 2003 - 2008 | Gerald Dubowitz, MD | Junior faculty | | Research mentor | Associate Professor, UCSF |
| 2003 - present | Matthew R. Lewin, MD, PhD | Junior faculty | | Research mentor | Asst. Professor of Medicine |
| 2006 - 2006 | Pekka Talke, MD | Junior faculty | | Research mentor | Professor and director of Neuroanesthesia, UCSF |

Prepared: June 17, 2024

| Dates | Name | Position while Mentored | Mentor Type | Mentoring Role | Current Position |
|---|---|---|---|---|---|
| 2006 - present | Jeffrey Sall, MD, PhD | Post-doc & Junior faculty | | Research mentor | Assistant Professor in residence UCSF |
| 2008 - present | Mark Rollins, MD, PhD | Junior faculty | | Research mentor | Associate Professor, UCSF |
| 2009 - present | John P. Clark, PhD | Post-doc & Junior faculty | Research/Scholarly Mentor,Career Mentor | Research mentor | Adjunct Asst. Prof, UCSF |
| 2010 - 2011 | William Michels, PhD | Post-doc & Junior faculty | Research/Scholarly Mentor | Research mentor | Biotech Industry |
| 2014 - present | Philip Kurien, MD, PhD | Junior Faculty | Research/Scholarly Mentor,Career Mentor | Academic Mentor | Assistant Professor UCSF |
| 2015 - present | Michael Lipnick, MD | Junior faculty | Research/Scholarly Mentor,Career Mentor | Academic mentor | Assistant Professor UCSF |
| 2014 - present | Wei Zhou, MD, PhD | Junior Faculty | Research/Scholarly Mentor | Academic mentor | Assistant Professor UCSF |
| 2014 - present | Andrew Schober, MD | Junior faculty | Research/Scholarly Mentor,Career Mentor | Academic mentor | Assistant Professor UCSF |
| 2017 - present | Michael Bokoch, MD, PhD | Junior faculty | Career Mentor | | |

**VISITING FACULTY MENTORED**

| 2006 - 2006 | Michael Hedrick, PhD | Cal State Hayward (sabbatical) |
|---|---|---|
| 2006 - 2006 | William Mautz, PhD | University of Hawaii (sabbatical) |
| 2009 - 2011 | Robert Popovic, MD | U. Western Australia (extended research, intermittent every year) |
| 2013 - 2014 | Deokee Lee | Daejeon University, Korea |

Prepared: June 17, 2024

| 2018 - 2019 | Hyun Young Lee | Gwangju University, Korea |
| 2018 - 2019 | Laura Alonso Alvarez | University of Madrid, Spain |

## RESEARCH AND CREATIVE ACTIVITIES

### RESEARCH AND CREATIVE ACTIVITIES SUMMARY

My current research program is based on my role as director of the UCSF Hypoxia Research Laboratory.  Our main projects center on advancing the performance, global access, and equity in pulse oximetry. A major focus is addressing the problem of skin pigmentation in contributing to missed diagnosis of hypoxia in humans with dark skin. There are three main projects that are devoted to solving this important problem. The **EquiOx project** is a clinical trial in critically ill patients examining pulse oximeter errors across skin pigmentation. I was asked to lead this project by the US Food and Drug Administration.

The second major project is the **OpenOximetry Project** (lead by Dr. Michael Lipnick, in collaboration with the Center for Health Equity in Surgery and Anesthesia), which is an open-source for information on pulse oximeter performance to improve performance and access of pulse oximeters in low and middle income countries.  The third major project is defining the source of errors in pulse oximeter performance in the **Hypoxia Lab**, and has collaborations with industry, data scientists, statisticians, and engineers.

In my role as a Fellow of the California Academy of Sciences, I am involved in promoting the recognition and treatment of one of the world's most neglected of tropical diseases: snakebite. My collaborators at the Academy and I have worked to advance understanding and clinical assessment of on eof the most letal problems of snake bite: respiratory muscle paralysis, which is a natural concern for someone like me who is trained as an anesthesiologist. My background in Comparative Physiology and interest in global heal equity is also highly appropriate for that role. I have authored several review on this topic and have advised the Welcome Trust and other NGOs on better ways of dealing with neuromuscular weakness in resource limited settings.

### RESEARCH AWARDS - CURRENT

| 1. NIH T32 | Program Faculty | 5 % effort | Hellman (PI) |
| National Institutes of Health | | 01/01/2000 | 12/30/2023 |

Training grant for anesthesiology researchers

Basic science training grant for academic anesthesiologist development

Program faculty, mentor for trainees

| 2. | Principal Investigator | 20% % effort | Bickler (PI) |
| US Food and Drug Administration | | 6/1/2022 | 04/14/2024 |
| Prospective Clinical Study of Pulse Oximeter Errors in Hospitalized Patients | | $ 655000 direct/yr 1 | $ 655,000 total |

This is a study to quantify pulse oximeter errors related to differences in skin pigmentation. We were invited to do this work by the FDA based on our many decades of experience with pulse oximeter performance issues.

Principal Investigator

Prepared: June 17, 2024

---

3.

## RESEARCH AWARDS - PAST

1. N/A                          PI
   UCSF REAC Grant                                    1991        1992
   Mechanisms of hypoxia tolerance                                $ 10,000 total

---

2. N/A                          PI
   Academic Senate Grant                              1991        1992
   Neuron adaptation to hypoxia                                   $ 10,000 total

---

3. Anesthesia Young Investigator
   Award
   Foundation for Anesthesia Education and Research   1991        1993
   Cerebral Physiology in Hypoxia Tolerant Animals                $ 70,000 total

---

4.
   Academic Senate Shared Equipment Grant            1993        1993
                                                                  $ 18,000 total

---

5.
   Medical Research Council Canada                    1993        1995
   Ion channel regulation in Hypoxia tolerant Cells               $ 90,000 total

---

6. 1st Award (R29)             Principal Investigator
   NIH                                                07/01/1994   06/30/2000
   Regulation of brain ion channels during anoxia and            $ 495,000
   anesthesia                                                     total

Prepared: June 17, 2024

| | | | |
|---|---|---|---|
| 7. | Principal Investigator | | 103,000 (PI) |
| | Navy Research and Development Command | 1997 | 2001 |
| | Suspended animation strategies to protect the brain | | |

| | | | |
|---|---|---|---|
| 8. | PO 1 | Co-investigator with George Gregory, MD, Principal Investigator | |
| | NIH | 1998 | 2002 |
| | Neonatal Brain Injury Program Project Grant | $ 50,000 direct/yr 1 | |

| | | | |
|---|---|---|---|
| 9. | | | |
| | W.K. Hamilton Endowment | 2001 | 2001 |
| | a DNA Microarray Reader for Anesthesiology | | $ 45,000 total |

| | | | |
|---|---|---|---|
| 10. | RO1GM 52212-11 | PI | |
| | NIH | 2001-07-01 | 2006-06-30 |
| | Calcium in anesthetic and hypoxic preconditioning of neurons&quot; (competing continuation application submitted 7/1/06-funding anticipated April 2007) | $ 285,000 direct/yr 1 | $ 2007 total |

| | | | |
|---|---|---|---|
| 11. | | | |
| | UCSF REAC Grant | 2005 | 2006 |
| | | | $ 25,000 total |

| | | | |
|---|---|---|---|
| 12. | Mentor for Jeff Sall | | |
| | Foundation for Anesthesia Education and Research | 07/01/2005 | 06/01/2007 |
| | Volatile Anesthetic Toxicity in Hippocampal Derived Progenitor Cells | | $ 40,000 total |

| | | | |
|---|---|---|---|
| 13. | Mentor for Greg Stratmann | | |
| | Foundation for Anesthesia Education and Research, Research Mentor | 07/01/2005 | 06/01/2007 |

Prepared: June 17, 2024

The role of neurogenesis in the young and old brain in mediating cognitive outcome following anesthesia (Mentor for Greg Stratmann)

$ 40,000 total

| 14. | Co-investigator with Mark Rollins, MD, PhD | | |
|---|---|---|---|
| Anesthesia Patient Safety Foundation | | 2008 | 2010 |
| Supplemental Oxygen: A reduction in Pulse Oximetry Sensitivity, or an Increased Margin of Safety? | | | $ 150,000 total |

| 15. 2U54 NS041069 | Research Mentor to Barbara Taylor, PhD | | Duffy (PI) |
|---|---|---|---|
| NIH NINDS Special Neuroscience Research Program | | 01/01/2006 | 12/31/2011 |
| 5-HT neuromodulation and sudden infant death syndrome: A developmental Investigation | | $ 85,000 direct/yr 1 | $ 500,000 total |

This project identified respiratory pacemaker neurons in the tadpole hindbrain using fluorescent dye indicators of neuronal function

| 16. MASI75 | PI | | |
|---|---|---|---|
| Masimo Corporation | | 06/06/2012 | 07/07/2012 |
| Accuracy of detection of methemoglobin with pulse oximetry | | $ 15,873.00 direct/yr 1 | $ 15,873.00 total |

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

| 17. MASI77 | PI | | |
|---|---|---|---|
| Masimo Corporation | | 06/20/2012 | 07/192012 |
| Accuracy of detection of methemoglobin with pulse oximetry | | $ 15,873.00 direct/yr 1 | $ 15,873.00 total |

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

| 18. MESP02 | PI | | |
|---|---|---|---|
| Mespere Lifesciences Inc | | 07/12/2012 | 08/11/2012 |
| MESP02: Accuracy of cerebral oximeters with hypoxia and transvenous detection systems | | $ 30,596.00 direct/yr 1 | $ 30,596.00 total |

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

Prepared: June 17, 2024

---

19. MASI78          PI

Masimo Corporation        07/11/2012     08/10/2012

MASI78: Accuracy of detection of carboxyhemoglobin with pulse oximetry     $ 31,729.00 direct/yr 1     $ 31,729.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

20. MASI76          PI

Masimo Corporation        06/13/2012     07/12/2012

MASI76: Accuracy of detection of methemoglobin with pulse oximetry     $ 15,873.00 direct/yr 1     $ 15,873.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

21. MASI73          PI

Masimo Corporation        05/10/2012     05/10/2012

MASI73: Accuracy of detection of methemoglobin with pulse oximetry     $ 15,873.00 direct/yr 1     $ 15,873.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

22. 12GRNT11550017          PI

American Heart Assn. (Western States)        07/01/2012     06/30/2012

The unfolded protein response and neuron ischemic tolerance   $ 63,636.00 direct/yr 1     $ 127,272.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

23. MASI79          PI

Masimo Corporation        08/08/2012     09/08/2012

MASI79: Accuracy of detection of carboxyhemoglobin with pulse oximetry     $ 20,400.00 direct/yr 1     $ 20,400.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

24. MASI80          PI

Masimo Corporation        08/15/2012     09/15/2012

MASI80: Accuracy of detection of methemoglobin with pulse oximetry     $ 31,729.00 direct/yr 1     $ 31,729.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

Prepared: June 17, 2024

---

25. MESP03                            PI

Mespere Lifesciences Inc                    09/19/2012      11/18/2012

MESP03: Accuracy of pulse oximeters with cerebral sensor    $ 49,604.00     $ 49,604.00
and transvenous detection                   direct/yr 1     total

---

26. UNIM02                            PI

Unimed Medical Supplies Inc,                10/17/2012      11/16/2012

UNIM02: Accuracy of pulse oximeters with profound hypoxia   $ 18,823.00     $ 18,823.00
                            direct/yr 1     total

Research and development for improving non-invasive monitoring of blood and tissue
oxygenation in humans. Phase I laboratory testing in humans.

---

27. MASI81                            PI

Masimo Corporation                          09/05/2012      10/04/2012

MASI81: Accuracy of pulse oximeters with profound hypoxia   $ 15,879.00     $ 15,879.00
                            direct/yr 1     total

Research and development for improving non-invasive monitoring of blood and tissue
oxygenation in humans. Phase I laboratory testing in humans.

---

28. MASI83                            PI

Masimo Corporation                          09/26/2012      10/25/2012

MASI83: Accuracy of pulse oximeters with profound hypoxia   $ 15,879.00     $ 15,879.00
                            direct/yr 1     total

Research and development for improving non-invasive monitoring of blood and tissue
oxygenation in humans. Phase I laboratory testing in humans.

---

29. MASI84                            PI

Masimo Corporation                          10/10/2012      11/09/2012

MASI84: Accuracy of detection of carboxyhemoglobin with     $ 15,879.00     $ 15,879.00
pulse oximetry                              direct/yr 1     total

Research and development for improving non-invasive monitoring of blood and tissue
oxygenation in humans. Phase I laboratory testing in humans.

---

30. MASI82                            PI

Masimo Corporation                          09/12/2012      10/11/2012

MASI82: Accuracy of detection of carboxyhemoglobin and      $ 23,684.00     $ 23,684.00
methemoglobin with non-invasive technology                 direct/yr 1     total

---

Prepared: June 17, 2024

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

31. SENS01                          PI

Bluepoint Medical GmbH & Co KG                    10/16/2012        11/25/2012

SENS01: Accuracy of pulse oximeters with profound hypoxia    $ 18,829.00      $ 18,829.00
                                                             direct/yr 1       total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

32. ASSU03                          PI

Xhale, Inc.                                       08/22/2012        09/21/2012

ASSU03: Accuracy of pulse oximeters with profound hypoxi     $ 1,587.00       $ 1,587.00
                                                             direct/yr 1       total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

33. MASI85                          PI

Masimo Corporation                                10/24/2012        11/25/2012

MASI85: Accuracy of detection of carboxyhemoglobin with      $ 15,879.00      $ 15,879.00
pulse oximetry                                               direct/yr 1       total

---

34. MASI88                          PI

Masimo Corporation                                1/28/2012         12/27/2012

MASI88: Accuracy of detection of carboxyhemoglobin with      $ 15,879.00      $ 15,879.00
pulse oximetry                                               direct/yr 1       total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

35. MASI87                          PI

Masimo Corporation                                11/14/2012        12/13/2012

MASI87: Accuracy of detection of methemoglobin with pulse    $ 15,879.00      $ 15,879.00
oximetry                                                     direct/yr 1       total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

36. MASI86                          PI

Masimo Corporation                                11/07/2012        12/06/2012

Prepared: June 17, 2024

MASI86: Accuracy of detection of methemoglobin with pulse oximetry   $ 15,879.00 direct/yr 1   $ 15,879.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

37. CASM06   PI

CAS Medical Systems, Inc.   01/09/2013   02/08/2013

CASM06: Accuracy of non-invasive measurement of hemoglobin in humans   $ 20,496.00 direct/yr 1   $ 20,496.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

38. MASI89   PI

Masimo Corporation   12/05/2012   01/04/2013

MASI89: Accuracy of detection of methemoglobin with pulse oximetry   $ 15,879.00 direct/yr 1   $ 15,879.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

39. MASI90   PI

Masimo Corporation   12/19/2012   01/18/2013

MASI90: Accuracy of detection of methemoglobin with pulse oximetry   $ 15,879.00 direct/yr 1   $ 15,879.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

40. MASI91   PI

Masimo Corporation   01/16/2013   02/15/2013

MASI91: Accuracy of detection of methemoglobin with pulse oximetry   $ 15,879.00 direct/yr 1   $ 15,879.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

41. MASI92   PI

Masimo Corporation   01/23/2013   02/22/2013

MASI92: Accuracy of detection of methemoglobin with pulse oximetry   $ 15,879.00 direct/yr 1   $ 15,879.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

42. ASSU04   PI

Prepared: June 17, 2024

Assurance Biosense, Inc                                                02/06/2013        03/06/2013
ASSU04 - Accuracy of pulse oximeters with profound hypoxia            $ 16,177.00       $ 16,177.00
                                                                      direct/yr 1       total

Research and development for improving non-invasive monitoring of blood and tissue
oxygenation in humans. Phase I laboratory testing in humans.

---

43. LIFE01                          PI

LifeWatch Technologies, Ltd                                           03/20/2013        04/19/2013
LIFE01: Accuracy of pulse oximeters with profound hypoxia            $ 16,177.00       $ 16,177.00
                                                                      direct/yr 1       total

---

44. MASI94                          PI

Masimo Corporation                                                   02/27/2013        03/26/2013
MASI94: Accuracy of pulse oximeters with profound hypoxia            $ 16,177.00       $ 16,177.00
                                                                      direct/yr 1       total

---

45. MASI93                          PI

Masimo Corporation                                                   02/13/2013        03/12/2013
MASI93: Accuracy of pulse oximeters with profound hypoxia            $ 16,177.00       $ 16,177.00
                                                                      direct/yr 1       total

Research and development for improving non-invasive monitoring of blood and tissue
oxygenation in humans. Phase I laboratory testing in humans.

---

46. MASI96                          PI

Masimo Corporation                                                   04/10/2013        05/09/2013
MASI96: Accuracy of non-invasive measurement of                      $ 90,247.00       $ 90,247.00
hemoglobin in humans                                                 direct/yr 1       total
Research and development for improving non-invasive monitoring of blood and tissue
oxygenation in humans. Phase I laboratory testing in humans.

---

47. MASI97                          PI

Masimo Corporation                                                   05/08/2013        06/07/2013
MASI97: Accuracy of non-invasive measurement of                      $ 116,823.00      $ 116,823.00
hemoglobin in humans                                                 direct/yr 1       total
Research and development for improving non-invasive monitoring of blood and tissue
oxygenation in humans. Phase I laboratory testing in humans.

---

48. MASI95                          PI

Masimo Corporation · 3/13/2013 · 04/12/2013

MASI95: Accuracy of non-invasive measurement of hemoglobin · $ 36,113.00 direct/yr 1 · $ 36,113.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

49. HEM01 PI 3/20/13 3/20/14          PI

HemoCue AB $39,184.00 Trend performance of non-invasive total hemoglobin measu $39,184.00

HemoCue AB · 03/20/2013 · 03/20/2014

Trend performance of non-invasive total hemoglobin measurements in humans · $ 39,184.00 direct/yr 1 · $ 39,184.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

50. MASI99                    PI

Masimo Corporation · 07/10/2013 · 08/06/2013

MASI99: Accuracy of pulse oximeters with cerebral sensors · $ 60,202.00 direct/yr 1 · $ 60,202.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

51. MASI98                    PI

Masimo Corporation · 06/12/2013 · 07/112013

MASI98: Accuracy of non-invasive measurement of hemoglobin in humans · $ 112,927.00 direct/yr 1 · $ 112,927.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

52. ZENS01                    PI

Nitto Denko Asia Technical Centre PteLtd · 09/11/2013 · 10/10/2013

ZENS01: Accuracy of pulse oximeters with profound hypoxia · $ 16,177.00 direct/yr 1 · $ 16,177.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

53. MASI100                   PI

Masimo Corporation · 08/07/2013 · 09/06/2013

MASI100: Accuracy of Detection of Methemoglobin with Pulse Oximetry · $ 19,753.00 direct/yr 1 · $ 19,753.00 total

Prepared: June 17, 2024

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

54. MASI101                          PI

Masimo Corporation                                          08/14/2013        09/13/2013

MASI101: Accuracy of non-invasive measurement of hemoglobin                          $ 76,468.00      $ 76,468.00
direct/yr 1      total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

55. MASI102                          PI

Masimo Corporation                                          08/27/2013        09/26/2013

MASI102: Accuracy of detection of methemoglobin with pulse oximeters                          $ 37,672.00      $ 37,672.00
direct/yr 1      total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

56. MASI103                          PI

Masimo Corporation                                          09/18/2013        10/17/2013

MASI103: Accuracy of detection of methemoglobin with pulse oximeters                          $ 16,133.00      $ 16,133.00
direct/yr 1      total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

57. MASI104                          PI

Masimo Corporation                                          09/19/2013        10/18/2013

MASI104: Accuracy of detection of carboxyhemoglobin with pulse oximetry                          $ 32,328.00      $ 32,328.00
direct/yr 1      total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

58. MESP04                          PI

Mespere Lifesciences Inc                                          11/13/2013        12/12/2013

MESP04: Accuracy of pulse oximeters with cerebral sensors and transvenous detection                          $ 15,185.00      $ 15,185.00
direct/yr 1      total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

59. MASI105                          PI

Masimo Corporation                                          10/09/2013        11/08/2013

---

MASI105: Accuracy of detection of methemoglobin with pulse oximetry $ 27,078.00 direct/yr 1   $ 27,078.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

60. MASI106          PI

Masimo Corporation        11/09/2013    12/05/2013

MASI106: Accuracy of detection of methemoglobin with pulse oximeters $ 18,909.00 direct/yr 1   $ 18,909.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

61. SENT02          PI

SenTec AG        10/16/2013    11/15/2013

SENT02: Accuracy of Pulse Oximeters with Profound Hypoxia $ 18,425.00 direct/yr 1   $ 18,425.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

62. MASI107          PI

Masimo Corporation        11/20/2013    12/19/2013

MASI107: Accuracy of detection of methemoglobin with pulse oximetry $ 16,133.00 direct/yr 1   $ 16,133.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

63. MASI108          PI

Masimo Corporation        11/21/2013    12/20/2013

MASI108: Accuracy of detection of carboxyhemoglobin with pulse oximetry $ 16,177.00 direct/yr 1   $ 16,177.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

64. MASI109          PI

Masimo Corporation        12/03/2013    12/03/2013

MASI109: Accuracy of detection of methemoglobin and carboxyhemoglobin with pulse oximetry $ 26,456.00 direct/yr 1   $ 26,456.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

65. MASI110          PI

Prepared: June 17, 2024

Masimo Corporation      01/08/2014    01/08/2014

MASI110: Accuracy of detection of carboxyhemoglobin with pulse oximetry    $ 20,496.00 direct/yr 1    $ 20,496.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

66. COVI01      PI

Covidien      01/21/2014    04/04/2015

COVMOPR0411: Controlled Desaturation for Cerebral Oximetry    $ 123,356.41 direct/yr 1    $ 123,356.41 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

67. MASI111      PI

Masimo Corporation      02/06/2014    02/06/2014

MASI111: Accuracy of detection of methemoglobin with pulse oximetry    $ 18,953.00 direct/yr 1    $ 18,953.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

68. NONI41      PI

Nonin Medical, Inc.      02/26/2014    03/25/2014

NONI41: Accuracy of detection of carboxyhemoglobin with pulse oximetry    $ 33,106.00 direct/yr 1    $ 33,106.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

69. NIHO04      PI

Nihon Kohden      01/15/2014    04/302014

NIHO04: Accuracy of detection of methemoglobin and carboxyhemoglobin with pulse oximetry    $ 18,875.00 direct/yr 1    $ 18,875.00 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

---

70. BLUE04      PI

Bluepoint Medical GmbH & Co KG      03/05/2014    06/09/2014

BLUE04: Accuracy of Pulse Oximeters with profound hypoxia    $ 34,586.47 direct/yr 1    $ 34,586.47 total

Research and development for improving non-invasive monitoring of blood and tissue oxygenation in humans. Phase I laboratory testing in humans.

Prepared: June 17, 2024

---

71. MASI112                          PI

Masimo Corporation                                    03/26/2014        04/25/2014

Accuracy of detection of methemoglobin with pulse oximetry   $ 15,857.00      $ 15,857.00
                                                      direct/yr 1      total

Research and development for improving non-invasive monitoring of blood and tissue
oxygenation in humans. Phase I laboratory testing in humans.

---

72. MAXI01                           PI

Maxim Integrated Products, Inc                        01/22/2014        03/20/2014

MAXI01: Accuracy of pulse oximeters with profound hypoxia   $ 4,868.00       $ 4,868.00
                                                      direct/yr 1      total

Research and development for improving non-invasive monitoring of blood and tissue
oxygenation in humans. Phase I laboratory testing in humans.

---

73. SLEE01                           PI

SleepMed, Inc                                         06/25/2014        12/24/2014

SLEE01: Accuracy of Pulse Oximeters with Profound Hypoxia   $ 15,256.00      $ 15,256.00
                                                      direct/yr 1      total

Research and development for improving non-invasive monitoring of blood and tissue
oxygenation in humans. Phase I laboratory testing in humans.

---

74. SCAN01                           PI

Scanadu Incorporated                                  06/13/2014        12/12/2014

SCAN01: Accuracy of Pulse Oximeters with Profound Hypoxia   $ 26,597.00      $ 26,597.00
                                                      direct/yr 1      total

Research and development for improving non-invasive monitoring of blood and tissue
oxygenation in humans. Phase I laboratory testing in humans.

---

75. IVY01                            PI

Ivy Biomedical Systems, Inc                           06/12/2014        12/11/2014

IVY01: Accuracy of Pulse Oximeters with Profound Hypoxia   $ 5,680.00       $ 5,680.00
                                                      direct/yr 1      total

Research and development for improving non-invasive monitoring of blood and tissue
oxygenation in humans. Phase I laboratory testing in humans.

---

76. SENT03                           PI

SenTec AG                                             08/13/2014        02/12/2015

SENT03: Accuracy of pulse oximeters with profound hypoxia   $ 53,347.00      $ 53,347.00
                                                      direct/yr 1      total

Research and development for improving non-invasive monitoring of blood and tissue
oxygenation in humans. Phase I laboratory testing in humans.

Prepared: June 17, 2024

---

77. SPRING01                          PI

Springer Design, Inc                                      10/08/2014      04/08/2015

SPRIN01: Accuracy of pulse oximeters with profound hypoxia    $ 10,816.00     $ 10,816.00
                                                          direct/yr 1     total

Research and development for improving non-invasive monitoring of blood and tissue
oxygenation in humans. Phase I laboratory testing in humans.

---

78. NIHO05                            PI

Nihon Kohden                                              01/06/2015      06/06/2015

NIHO05: Accuracy of Detection of Methemoglobin with Pulse     $ 50,202.00     $ 50,202.00
Oximetry                                                  direct/yr 1     total

Research and development for improving non-invasive monitoring of blood and tissue
oxygenation in humans. Phase I laboratory testing in humans.

---

79. NIGMS KO8 award                   Research Mentor                 Sall (PI)

NIH                                                       02/01/2010      01/31/2014

Volatile Anesthetic Toxicity in Hippocampal Derived
Progenitor Cells

The long-term goal of this research is to relate anesthetic toxicity in neural stem cells to
post-operative cognitive dysfunction.

---

80. 12GRNT11550017                    Principal Investigator          Bickler (PI)

American Heart Association- Grant-in-Aid                  07/01/2012      6/30/2014

The unfolded protein response and neuron ischemic tolerance  $ 70,000        $ 140,000
                                                          direct/yr 1     total

This research identifies how unfolded proteins signal the development of tolerance to
cerebral ischemia in hippocampal neurons.

---

81. MESP05                            PI

Mespere Lifesciences Inc                                  09/23/2014      09/23/2020

MESP05: Accuracy of pulse oximeters with cerebral sensors    $ 45,964.66     $ 45,964.66
and hypoxia                                               direct/yr 1     total

Research and development for improving non-invasive monitoring of blood and tissue
oxygenation in humans. Phase I laboratory testing in humans.

---

## PEER REVIEWED PUBLICATIONS

1. 1975          **Bickler PE**, Shoemaker VH: Alfalfa damage by jackrabbits in the
                 Southern California deserts. California Agriculture 1975; 29: 10-13.

2. 1979     Shoemaker VH, **Bickler PE**: Kidney and bladder function in a uricotelic treefrog (Phyllomedusa sauvagei). Journal of Comparative Physiology 1979; 133: 211-218.

3. 1980     **Bickler PE**, Nagy KA: Effects of parietalectomy on energy expenditure in free-ranging lizards. Copeia 1980: 923-925.

4. 1981     **Bickler PE**: Effects of temperature on acid-base balance and ventilation in desert iguanas. J Appl Physiol 1981; 51: 452-60.

5. 1982     **Bickler PE**: Intracellular pH in lizard Dipsosaurus dorsalis in relation to changing body temperatures. J Appl Physiol 1982; 53: 1466-72.

6. 1984     **Bickler PE**: Blood acid-base status of an awake heterothermic rodent, Spermophilus tereticaudus. Respir Physiol 1984; 57: 307-16.

7. 1984     **Bickler PE**: CO2 balance of a heterothermic rodent: comparison of sleep, torpor, and awake states. Am J Physiol 1984; 246: R49-55.

8. 1984     **Bickler PE**: Effects of temperature on acid and base excretion in a lizard, Dipsosaurus dorsalis. Journal of Comparative Physiology 1984; 154: 97-104.

9. 1985     **Bickler PE**, Spragg RG, Hartman MT, White FN: Distribution of ventilation in American alligators Alligator mississippiensis. Am J Physiol 1985; 249: R477-81.

10. 1985    Weinstein Y, Bernstein MH, **Bickler PE**, Gonzales DV, Samaniego FC, Escobedo MA: Blood respiratory properties in pigeons at high altitudes: effects of acclimation. Am J Physiol 1985; 249: R765-75.

11. 1986    **Bickler PE**: Day-night variations in blood and intracellular pH in a lizard, Dipsosaurus dorsalis. J Comp Physiol [B] 1986; 156: 853-7.

12. 1986    **Bickler PE**, Anderson RA: Ventilation and aerobic metabolism in a small monitor lizard (Varanus gilleni). Physiological Zoology 1986; 59: 76-83.

13. 1986    **Bickler PE,** Maginniss LA, Powell FL: Intrapulmonary and extrapulmonary shunt in ducks. Respir Physiol 1986; 63: 151-60.

14. 1987    **Bickler PE**, Dueck R, Prutow RJ: Effects of barbiturate anesthesia on functional residual capacity and ribcage/diaphragm contributions to ventilation. Anesthesiology 1987; 66: 147-52.

Prepared: June 17, 2024

15. 1987 White FN, **Bickler PE**: Cardiopulmonary gas exchange in the turtle: A model analysis. American Zoologist 1987; 27: 31-40.

16. 1988 **Bickler PE**, Litt L, Banville DL, Severinghaus JW: Effects of acetazolamide on cerebral acid-base balance. J Appl Physiol 1988; 65: 422-7.

17. 1988 **Bickler PE**, Litt L, Severinghaus JW: Effects of acetazolamide on cerebrocortical NADH and blood volume. J Appl Physiol 1988; 65: 428-33.

18. 1989 **Bickler PE**, Koh SO, Severinghaus JW: Effects of hypoxia and hypocapnia on brain redox balance in ducks. Am J Physiol 1989; 257: R132-5.

19. 1990 **Bickler PE**, Schapera A, Bainton CR: Acute radial nerve injury from use of an automatic blood pressure monitor. Anesthesiology 1990; 73: 186-8.

20. 1990 **Bickler PE**, Sessler DI: Efficiency of airway heat and moisture exchangers in anesthetized humans. Anesth Analg 1990; 71: 415-8.

21. 1991 Bissonnette B, **Bickler PE**, Gregory GA, Severinghaus JW: Intracranial pressure and brain redox balance in rabbits. Can J Anaesth 1991; 38: 654-9.

22. 1991 Miller AC, **Bickler P**: The laryngeal mask airway. An unusual complication. Anaesthesia 1991; 46: 659-60.

23. 1992 **Bickler PE**: Cerebral anoxia tolerance in turtles: regulation of intracellular calcium and pH. Am J Physiol 1992; 263: R1298-302.

24. 1992 **Bickler PE**: Effects of temperature and anoxia on regional cerebral blood flow in turtles. Am J Physiol 1992; 262: R538-41.

25. 1992 **Bickler PE**, Julian D: Regional cerebral blood flow and tissue oxygenation during hypocarbia in geese. Am J Physiol 1992; 263: R221-5.

26. 1992 **Bickler PE**, Kelleher JA: Fructose-1,6-bisphosphate stabilizes brain intracellular calcium during hypoxia in rats. Stroke 1992; 23: 1617-22.

27. 1993 **Bickler PE**, Gallego SM: Inhibition of brain calcium channels by plasma proteins from anoxic turtles. Am J Physiol 1993; 265: R277-81.

28. 1993    **Bickler PE**, Gallego SM, Hansen BM: Developmental changes in intracellular calcium regulation in rat cerebral cortex during hypoxia. J Cereb Blood Flow Metab 1993; 13: 811-9.

29. 1993    Szenohradszky J, Trevor AJ, **Bickler P,** Caldwell JE, Sharma ML, Rampil IJ, Miller RD: Central nervous system effects of intrathecal muscle relaxants in rats. Anesth Analg 1993; 76: 1304-9.

30. 1994    **Bickler PE**, Buck LT, Hansen BM: Effects of isoflurane and hypothermia on glutamate receptor-mediated calcium influx in brain slices. Anesthesiology 1994; 81: 1461-9.

31. 1994    **Bickler PE**, Hansen BM: Causes of calcium accumulation in rat cortical brain slices during hypoxia and ischemia: role of ion channels and membrane damage. Brain Res 1994; 665: 269-76.

32. 1994    Cardone C, Szenohradszky J, Yost S, **Bickler PE**: Activation of brain acetylcholine receptors by neuromuscular blocking drugs. A possible mechanism of neurotoxicity. Anesthesiology 1994; 80: 1155-61; discussion 29A.

33. 1994    O'Donnell BR, **Bickler PE**: Influence of pH on calcium influx during hypoxia in rat cortical brain slices. Stroke 1994; 25: 171-7.

34. 1994    Sato M, Severinghaus JW, **Bickler P**: Time course of augmentation and depression of hypoxic ventilatory responses at altitude. J Appl Physiol 1994; 77: 313-6.

35. 1995    Bickler PE, Buck LT, Feiner JR: Volatile and intravenous anesthetics decrease glutamate release from cortical brain slices during anoxia. Anesthesiology 1995; 83: 1233-40.

36. 1995    Buck LT, **Bickler PE**: Role of adenosine in NMDA receptor modulation in the cerebral cortex of an anoxia-tolerant turtle (Chrysemys picta belli). J Exp Biol 1995; 198: 1621-8.

37. 1995    Feiner JR, **Bickler PE**, Severinghaus JW: Hypoxic ventilatory response predicts the extent of maximal breath-holds in man. Respir Physiol 1995; 100: 213-22.

38. 1996    **Bickler PE**, Buck LT: Effects of fructose-1,6-bisphosphate on glutamate release and ATP loss from rat brain slices during hypoxia. J Neurochem 1996; 67: 1463-8.

39. 1996    **Bickler PE**, Hansen BM: Alpha 2-adrenergic agonists reduce glutamate release and glutamate receptor-mediated calcium changes in hippocampal slices during hypoxia. Neuropharmacology 1996; 35: 679-87.

40. 1996    Eilers H, **Bickler PE**: Hypothermia and isoflurane similarly inhibit glutamate release evoked by chemical anoxia in rat cortical brain slices. Anesthesiology 1996; 85: 600-7.

41. 1996    Eldridge MW, Podolsky A, Richardson RS, Johnson DH, Knight DR, Johnson EC, Hopkins SR, Michimata H, Grassi B, Feiner J, Kurdak SS, **Bickler PE**, Wagner PD, Severinghaus JW: Pulmonary hemodynamic response to exercise in subjects with prior high-altitude pulmonary edema. J Appl Physiol 1996; 81: 911-21.

42. 1996    Podolsky A, Eldridge MW, Richardson RS, Knight DR, Johnson EC, Hopkins SR, Johnson DH, Michimata H, Grassi B, Feiner J, Kurdak SS, **Bickler PE**, Severinghaus JW, Wagner PD: Exercise-induced VA/Q inequality in subjects with prior high-altitude pulmonary edema. J Appl Physiol 1996; 81: 922-32.

43. 1996    Talke P, **Bickler PE**: Effects of dexmedetomidine on hypoxia-evoked glutamate release and glutamate receptor activity in hippocampal slices. Anesthesiology 1996; 85: 551-7.

44. 1997    Eilers H, Schaeffer E, **Bickler PE**, Forsayeth JR: Functional deactivation of the major neuronal nicotinic receptor caused by nicotine and a protein kinase C-dependent mechanism. Mol Pharmacol 1997; 52: 1105-12.

45. 1997    Gray AT, Buck LT, Feiner JR, **Bickler PE**: Interactive effects of pH and temperature on N-methyl-D-aspartate receptor activity in rat cortical brain slices. J Neurosurg Anesthesiol 1997; 9: 180-7.

46. 1998    **Bickler PE**: Reduction of NMDA receptor activity in cerebrocortex of turtles (Chrysemys picta) during 6 wk of anoxia. Am J Physiol 1998; 275: R86-91.

47. 1998    **Bickler PE**, Hansen BM: Hypoxia-tolerant neonatal CA1 neurons: relationship of survival to evoked glutamate release and glutamate receptor-mediated calcium changes in hippocampal slices. Brain Res Dev Brain Res 1998; 106: 57-69.

48. 1998    Buck L, Espanol M, Litt L, **Bickler P**: Reversible decreases in ATP and PCr concentrations in anoxic turtle brain. Comp Biochem Physiol A Mol Integr Physiol 1998; 120: 633-9.

49. 1998    Buck LT, **Bickler PE**: Adenosine and anoxia reduce N-methyl-D-aspartate receptor open probability in turtle cerebrocortex. J Exp Biol 1998; 201: 289-97.

50. 1998    Hampson AJ, Bornheim LM, Scanziani M, Yost CS, Gray AT, Hansen BM, Leonoudakis DJ, **Bickler PE**: Dual effects of anandamide on NMDA receptor-mediated responses and neurotransmission. J Neurochem 1998; 70: 671-6.

51. 1999    Eilers H, Kindler CH, **Bickler PE**: Different effects of volatile anesthetics and polyhalogenated alkanes on depolarization-evoked glutamate release in rat cortical brain slices. Anesth Analg 1999; 88: 1168-74.

52. 1999    Kindler CH, Eilers H, Donohoe P, Ozer S, **Bickler PE**: Volatile anesthetics increase intracellular calcium in cerebrocortical and hippocampal neurons. Anesthesiology 1999; 90: 1137-45.

53. 1999    Taylor DM, Eger EI, 2nd, **Bickler PE**: Halothane, but not the nonimmobilizers perfluoropentane and 1,2-dichlorohexafluorocyclobutane, depresses synaptic transmission in hippocampal CA1 neurons in rats. Anesth Analg 1999; 89: 1040-5.

54. 2000    **Bickler PE**, Donohoe PH, Buck LT: Hypoxia-induced silencing of NMDA receptors in turtle neurons. J Neurosci 2000; 20: 3522-8.

55. 2000    Popovic R, Liniger R, **Bickler PE**: Anesthetics and mild hypothermia similarly prevent hippocampal neuron death in an in vitro model of cerebral ischemia. Anesthesiology 2000; 92: 1343-9.

56. 2001    Donohoe PH, Fahlman CS, **Bickler PE**, Vexler ZS, Gregory GA: Neuroprotection and intracellular Ca2+ modulation with fructose-1,6-bisphosphate during in vitro hypoxia-ischemia involves phospholipase C-dependent signaling. Brain Res 2001; 917: 158-66.

57. 2001    Eilers H, Philip LA, **Bickler PE**, McKay WR, Schumacher MA: The reversal of fentanyl-induced tolerance by administration of "small-dose" ketamine. Anesth Analg 2001; 93: 213-4.

Prepared: June 17, 2024

58. 2001        Liniger R, Popovic R, Sullivan B, Gregory G, **Bickler PE**: Effects of neuroprotective cocktails on hippocampal neuron death in an in vitro model of cerebral ischemia. J Neurosurg Anesthesiol 2001; 13: 19-25.

59. 2002        Fahlman CS, **Bickler PE**, Sullivan B, Gregory GA: Activation of the neuroprotective ERK signaling pathway by fructose-1,6-bisphosphate during hypoxia involves intracellular Ca2+ and phospholipase C. Brain Res 2002; 958: 43-51.

60. 2002        Serkova N, Donohoe P, Gottschalk S, Hainz C, Niemann CU, **Bickler PE**, Litt L, Benet LZ, Leibfritz D, Christians U: Comparison of the effects of cyclosporin a on the metabolism of perfused rat brain slices during normoxia and hypoxia. J Cereb Blood Flow Metab 2002; 22: 342-52.

61. 2002        Sullivan BL, Leu D, Taylor DM, Fahlman CS, **Bickler PE**: Isoflurane prevents delayed cell death in an organotypic slice culture model of cerebral ischemia. Anesthesiology 2002; 96: 189-95.

62. 2003        **Bickler PE**, Fahlman CS, Taylor DM: Oxygen sensitivity of NMDA receptors: relationship to NR2 subunit composition and hypoxia tolerance of neonatal neurons. Neuroscience 2003; 118: 25-35.

63. 2003        **Bickler PE**, Warner DS, Stratmann G, Schuyler JA: gamma-Aminobutyric acid-A receptors contribute to isoflurane neuroprotection in organotypic hippocampal cultures. Anesth Analg 2003; 97: 564-71, table of contents.

64. 2004        **Bickler PE**, Fahlman CS: Moderate increases in intracellular calcium activate neuroprotective signals in hippocampal neurons. Neuroscience 2004; 127: 673-83.

65. 2004        **Bickler PE**, Fahlman CS, Ferriero DM: Hypoxia increases calcium flux through cortical neuron glutamate receptors via protein kinase C. J Neurochem 2004; 88: 878-84.

66. 2004        O'Connor T, Dubowitz G, **Bickler PE**: Pulse oximetry in the diagnosis of acute mountain sickness. High Alt Med Biol 2004; 5: 341-8.

67. 2005        **Bickler PE**, Feiner JR, Severinghaus JW: Effects of skin pigmentation on pulse oximeter accuracy at low saturation. Anesthesiology 2005; 102: 715-9.

Prepared: June 17, 2024

68. 2005    **Bickler PE**, Zhan X, Fahlman CS: Isoflurane preconditions hippocampal neurons against oxygen-glucose deprivation: role of intracellular Ca2+ and mitogen-activated protein kinase signaling. Anesthesiology 2005; 103: 532-9.

69. 2005    Feiner JR, **Bickler PE**, Estrada S, Donohoe PH, Fahlman CS, Schuyler JA: Mild hypothermia, but not propofol, is neuroprotective in organotypic hippocampal cultures. Anesth Analg 2005; 100: 215-25.

70. 2005    Gray JJ, **Bickler PE**, Fahlman CS, Zhan X, Schuyler JA: Isoflurane neuroprotection in hypoxic hippocampal slice cultures involves increases in intracellular Ca2+ and mitogen-activated protein kinases. Anesthesiology 2005; 102: 606-15.

71. 2005    Hedrick MS, Fahlman CS, **Bickler PE:** Intracellular calcium and survival of tadpole forebrain cells in anoxia. J Exp Biol 2005; 208: 681-6.

72. 2005    Liu C, Cotten JF, Schuyler JA, Fahlman CS, Au JD, **Bickler PE**, Yost CS: Protective effects of TASK-3 (KCNK9) and related 2P K channels during cellular stress. Brain Res 2005; 1031: 164-73.

73. 2006    **Bickler P**, Brandes J, Lee M, Bozic K, Chesbro B, Claassen J: Bleeding complications from femoral and sciatic nerve catheters in patients receiving low molecular weight heparin. Anesth Analg 2006; 103: 1036-7.

74. 2006    **Bickler PE**, Fahlman CS: The inhaled anesthetic, isoflurane, enhances Ca2+ -dependent survival signaling in cortical neurons and modulates MAP kinases, apoptosis proteins and transcription factors during hypoxia. Anesth Analg 2006; 103: 419-29, table of contents.

75. 2006    Platts-Mills TF, Lewin MR, Wells J, **Bickler P**: Improvised cricothyrotomy provides reliable airway access in an unembalmed human cadaver model. Wilderness Environ Med 2006; 17: 81-6.

76. 2006    Zhan X, Fahlman CS, **Bickler PE**: Isoflurane neuroprotection in rat hippocampal slices decreases with aging: changes in intracellular Ca2+ regulation and N-methyl-D-aspartate receptor-mediated Ca2+ influx. Anesthesiology 2006; 104: 995-1003.

77. 2007    Feiner JR, Severinghaus JW, **Bickler PE**: Dark skin decreases the accuracy of pulse oximeters at low oxygen saturation: the effects of oximeter probe type and gender. Anesth Analg 2007; 105: S18-23.

Prepared: June 17, 2024

78. 2008    Christian SL, Ross AP, Zhao HW, Kristenson HJ, Zhan X, Rasley BT, **Bickler PE**, Drew KL: Arctic ground squirrel (Spermophilus parryii) hippocampal neurons tolerate prolonged oxygen-glucose deprivation and maintain baseline ERK1/2 and JNK activation despite drastic ATP loss. J Cereb Blood Flow Metab 2008; 28: 1307-19.

79. 2009    Pasternak JJ, McGregor DG, Lanier WL, Schroeder DR, Rusy DA, Hindman B, Clarke W, Torner J, Todd MM; IHAST Investigators.  Effect of nitrous oxide use on long-term neurologic and neuropsychological outcome in patients who received temporary proximal artery occlusion during cerebral aneurysm clipping surgery.  Anesthesiology. 2009; Mar 110(3):563-73.

80. 2009    **Bickler PE**, Fahlman CS, Gray J, McKleroy W.  Inositol 1,4,5-triphosphate receptors and NAD(P)H mediate Ca2+ signaling required for hypoxic preconditioning of hippocampal neurons. Neuroscience. 2009; Apr 21 160(1):51-60. Epub 2009 Feb 13.

81. 2009    Sall JW, Stratmann G, Leong J, McKleroy W, Mason D, Shenoy S, Pleasure SJ, **Bickler PE** Isoflurane inhibits growth but does not cause cell death in hippocampal neural precursor cells grown in culture. Anesthesiology. 2009; Apr 110(4):826-33.

82. 2009    Baranov D, **Bickler PE**, Crosby GJ, Culley DJ, Eckenhoff MF, Eckenhoff RG, Hogan KJ, Jevtovic-Todorovic V, Palot?s A, Perouansky M, Planel E, Silverstein JH, Wei H, Whittington RA, Xie Z, Zuo Z; Consensus statement: First International Workshop on Anesthetics and Alzheimer's disease. First International Workshop on Anesthetics and Alzheimer's Disease. Anesth Analg. 2009; May 108(5):1627-30.

83. 2009    Todd MM, Hindman BJ, Clarke WR, Torner JC, Weeks JB, Bayman EO, Shi Q, Spofford CM; IHAST Investigators.  Perioperative fever and outcome in surgical patients with aneurysmal subarachnoid hemorrhage. Neurosurgery. 2009; May 64(5):897-908; discussion 908.

84. 2009    **Bickler PE**, Fahlman CS  Expression of Signal Transduction Genes Differs after Hypoxic or Isoflurane Preconditioning of Rat Hippocampal Slice Cultures.. Anesthesiology. 2009; 111:258-66.

85. 2010    Hindman BJ, Bayman EO, Pfisterer WK, Torner JC, Todd MM; IHAST Investigators. No association between intraoperative hypothermia or supplemental protective drug and neurologic outcomes in patients undergoing temporary clipping during cerebral aneurysm surgery: findings from the Intraoperative Hypothermia for Aneurysm Surgery Trial. Anesthesiology. 2010; Jan 112(1):86-101.

86. 2010    **Bickler PE**, Fahlman C. Enhanced hypoxic preconditioning by isoflurane: requirement of intracellular Ca2+ and inositol triphosphate receptors. Brain Research 2010; 1340: 86-95.

87. 2010    Stratmann G, Sall JW, Bell JS, Alvi RS, May LV, Ku B, Dowlatshahi M, Dai R, **Bickler PE**, Russell I, Lee MT, Hrubos MW, Chiu C.Isoflurane does not affect brain cell death, hippocampal neurogenesis, or long-term neurocognitive outcome in aged rats. Anesthesiology. 2010; Feb 112(2):305-15.

88. 2010    Osredkar, D, Sall, JW, **Bickler, P**, Ferriero, DM. Erythropoeitin promotes hippocampal neurogenesis in in vitro models of neonatal stroke. Neurobiol Dis. 2010; 38(2):259-65.

89. 2010    Rubinsky L, Raichman N, Lavee J, Frenk H, Ben-Jacob E, **Bickler PE**. Antifreeze protein suppresses spontaneous neural activity and protects neurons from hypothermia/re-warming injury. Neurosci Res. 2010; Jul 67(3):256-9. Epub 2010 Apr 14.

90. 2010    Feiner, JR, **Bickler PE**, Mannheimer, PD Accuracy of Methemoglobin detection by pulse CO-oximetry during hypoxia.  Anesthesia and Analgesia, 2010; 111(5): 1160-7.

91. 2010    Nguyen HP, Zaroff JG, Bayman EO, Gelb AW, Todd MM, Hindman BJ; IHAST-MIDS and IHAST Investigators. Perioperative hypothermia (33 degrees C) does not increase the occurrence of cardiovascular events in patients undergoing cerebral aneurysm surgery: findings from the Intraoperative Hypothermia for Aneurysm Surgery Trial.  Anesthesiology. 2010; Aug 113(2):327-42.

92. 2010    **Bickler P**, Fahlman C, Gray, J: Hypoxic preconditioning failure in aging hippocampal neurons: impaired gene expression and rescue with intracellular calcium chelation. J. Neuroscience Research 2010; 88(16): 3520-9.

93. 2010    Feiner, J.R. and **Bickler. P.E.**  Improved accuracy of methemoglobin detection by pulse CO-oximetry during hypoxia.  Anesthesia and Analgesia, 2010; 111(5):1160-7.

94. 2011    Pianezza A, Salces y Nedeo A, Minville V, **Bickler P**, Cheynes P. Emergence level of the musculocutaneous nerve from the brachial plexus: Implications for infraclavicular nerve blocks.  Anesth Analg. 2012 May;114(5):1131-3. Epub 2012 Feb 6.

95. 2011    **Bickler PE**, Warren DE, Gregerson M, Gabatto P.  Anesthetic protection of neurons injured by hypothermia and rewarming: role of intracellular Ca2+ and excitotoxicity.  Anesthesiology. 2012 Aug;117(2):280-92.

96. 2012    Warren DE, **Bickler PE**, Clark JP, Gregersen M,  Brosnan H, McKleroy W, Gabatto P.   Hypothermia and rewarming injury in hippocampal neurons involves intracellular Ca2+ and glutamate excitotoxicity Neuroscience, 2012 Apr 5;207:316-25. Epub 2012 Jan 12.

97. 2012    Shih J,  May L, Gonzalez H,   Lee W, Alvi R, Sall  J, Rau V, **Bickler PE**, Lalchandani GR, Ysupova M, Woodward E, Kang H, Wilk AJ, Carlson CM, Mendoza MV, ,Guggenheim JM, Schaeffer  M,  Rowe, AM, Stratmann, G.  Delayed Environmental Enrichment Reverses Sevoflurane-induced Memory Impairment in Rats. Anesthesiology. 2012 Mar;116(3):586-602.

98. 2012    Sall JW, Stratmann G, Leong J, Woodward E, **Bickler PE**. Propofol at clinically relevant concentrations increases neuronal differentiation but is not toxic to hippocampal neuroal precursor cells in vitro. 2012. Anesthesiology 117(5): 1080-90.

99. 2013    Feiner, JR, Rollins M, Sall J, Eilers H,Au, P,  **Bickler, PE.**  Accuracy of carboxyhemoglobin detection by pulse co-oximetry during hypoxemia. Anesth Analg. 2013 Oct; 117(4):847-58.

100. 2013    Bayman EO, Chaloner KM, Hindman BJ, Todd MM; IHAST Investigators. Bayesian methods to determine performance differences and to quantify variability among centers in multi-center trials: the IHAST trial. BMC Med Res Methodol. 2013 Jan 16;13:5. doi: 10.1186/1471-2288-13-5.

101. 2013    Brosnan H,  **Bickler PE**.  Xenon neurotoxicity in rat hippocampal slice cultures is similar to isoflurane and sevoflurane.  Anesthesiology. 2013 Aug;119(2):335-44.

102. 2013    **Bickler P**, Feiner JR, Rollins M. Factors affecting the performance of 5 cerebral oximeters during hypoxia in healthy volunteers.  Anesthesia and Analgesia  2013, 117: 813-823.

103. 2013    Dubowitz G, Breyer, K, Lipnick M, Sall J, Feiner JR, Ikeda K, MacLeod DB, **Bickler PE**. Accuracy of the Lifebox pulse oximeter during hypoxia in healthy volunteers.  Anaesthesia. 2013 Dec 68(12):1220-3.

Prepared: June 17, 2024

104. 2013    Gregerson, M, Lee, D.H., Gabatto, P., **Bickler PE**. Limitations of mild, moderate and profound hypothermia in protecting developing hippocampal neurons following simulated ischemia.  Ther Hypothermia Temp Manag. 2013 Dec 3(4):178-88.

105. 2014     Lewin M, Samuel S, Wexler D, **Bickler P.E.** and  Mensh B.  Early treatment with intranasal neostigmine reduces mortality in a mouse model of Naja naja (Indian cobra) envenomation. J Trop Med.  2014; 2014:131835 Epub 14 May 2014.

106. 2014    Lewin MR, **Bickler PE**, Heier T, Feiner J, Montau, M, Mens, B. Reversal of experimental paralysis in human by intranasal neostigmine aerosol suggests a novel approach to early treatment of neurotoxic envenomation. Clinical Case Reports, 2013 Oct;1(1):7-15. doi: 10.1002/ccr3.3. Epub 2013 Jul 24.

107. 2015    **Bickler, PE,** Clark, JP, Gabatto, P, Brosnan, H.  Hypoxic preconditioning and ischemic cell death in hippcampal neurons co-opts a subset of the unfolded protein response.  Neuroscience. 2015 Dec 3;310:306-21

108. 2016    Lipnick MS, Feiner JR, Au P, Bernstein M, **Bickler PE**.  The Accuracy of 6 Inexpensive Pulse Oximeters Not Cleared by the Food and Drug Administration: The Possible Global Public Health Implications.  Anesth Analg. 2016 Aug;123(2):338-45

109. 2016    Kulcke A,  Feiner JR, Menn I, Holmer  A, **Bickler PE**.  Accuracy of pulse spectroscopy to detect hypoxemia and co-existing methemoglobin or carboxyhemoglobin. Anesth Analg. 2016 Jun;122(6):1856-65

110. 2016    **Bickler P**, Feiner J, Rollins M, Meng L. Tissue oximetry and clinical outcomes. Anesth Analg. 2017 Jan;124(1):72-82.

111. 2016    **Bickler PE**, Feiner JR, Lipnick MS, Batchelder P, MacLeod DB, Severinghaus JW.Effects of acute, profound hypoxia on healthy humans: Implications for safety of tests evaluating pulse oximetry or tissue oximetry performance. Anesth Analg. 2017 Jan;124(1):146-153.

112. 2016    Lewin M, Samuel S, Merkel J, **Bickler** P. Varespladib (LY315920) Appears to Be a Potent, Broad-Spectrum, Inhibitor of Snake Venom Phospholipase A2 and a Possible Pre-Referral Treatment for Envenomation. Toxins (Basel). 2016 Aug 25;8(9).

Prepared: June 17, 2024

113. 2017    Zhou R, **Bickler P.** Interaction of isoflurane, tumor necrosis factor-α and β-Amyloid on long-term potentiation in rat hippocampal slices. Anesth Analg. 2017 Feb;124(2):582-587.

114. 2017    Lundeberg J, Feiner JR, Schober A, Sall JW, Eilers H, Bickler PE. Increased Cytokines at High Altitude: Lack of Effect of Ibuprofen on Acute Mountain Sickness, Physiological Variables, or Cytokine Levels. High Alt Med Biol. 2018 Sep;19(3):249-258. doi: 10.1089/ham.2017.0144. Epub 2018 Jun 20.

115. 2017    Yang N, Gabatto P, **Bickler P.**  Reduction in N-methyl-D-aspartate receptor-mediated cell death in hippocampal neurons by glucose deprivation preconditioning.  J Neurosurg Anesthesiol. 2017 Mar; 29(4), 448-457

116. 2017    Srejic U, Larson P, **Bickler PE**. Little Black Boxes: Noncardiac Implantable Electronic Medical Devices and Their Anesthetic and Surgical Implications. Anesth Analg. 2017 Jul;125(1):124-138.

117. 2018    Lucero, J, Louie A, Feiner JR, , Rhodes L, Bernstein M, **Bickler PE**. Four types of pulse oximeters accurately detect hypoxia during low perfusion and motion.  Anesthesiology, 2018 Mar;128(3):520-530.

118. 2018    Schober A, Feiner J, **Bickler P,** Rollins D. Effects of Changes in Arterial Carbon Dioxide and Oxygen Partial Pressures on Cerebral Oximeter Performance. Anesthesiology. 2018 Jan;128(1):97-108

119. 2018    Lipnick M, Cahill L, Feiner JR, **Bickler PE**.  Comparison of transcranial Doppler and ultrasound-tagged near infrared spectroscopy for measuring relative changes in cerebral blood flow in human subjects. Anesthesia and Analgesia, 2018 Feb;126(2):579-587

120. 2018    Bulfone TC, Samuel SP, **Bickler PE**, Lewin MR. Developing Small Molecule Therapeutics for the Initial and Adjunctive Treatment of Snakebite./> J Trop Med. 2018 Jul 30;2018:4320175

121. 2018    Lewin MR, Gutiérrez JM, Samuel SP, Herrera M, Bryan-Quirós W, Lomonte B, **Bickler PE**, Bulfone TC, Williams DJ.Delayed Oral LY333013 Rescues Mice from Highly Neurotoxic, Lethal Doses of Papuan Taipan (Oxyuranus scutellatus) Venom./> Toxins (Basel). 2018 Sep 20;10(10)

122.  2018      Lewin MR, Gilliam LL, Gilliam J, Samuel SP, Bulfone TC, **Bickler PE**,
                Gutiérrez JM.Delayed LY333013 (Oral) and LY315920 (Intravenous)
                Reverse Severe Neurotoxicity and Rescue Juvenile Pigs from Lethal
                Doses of Micrurus fulvius (Eastern Coral Snake) Venom./> Toxins
                (Basel). 2018 Nov 17;10(11)

123.  2018      Zhou W, Cheung K, Kyu S, Wang L, Guan Z, Kurien PA, **Bickler PE**,
                Jan LY. Activation of orexin system facilitates anesthesia emergence
                and pain control./> Proc Natl Acad Sci U S A. 2018 Nov 6;115(45)

124.  2019      Li G, Lin L, Xiao J, Rosenbaum S, **Bickler P**, Meng L. Intraoperative
                physiological ranges associated with improved outcomes after major
                spine surgery: an observational study. BMJ Open. 2019 May
                28;9(5):e025337. doi: 10.1136/bmjopen-2018-025337.

125.  2020      **Bickler PE**, Feiner JR, Lipnick MS, McKleroy, W. ☐Silent☐ presentation
                of hypoxemia and cardiorespiratory compensation in COVID-19.
                Anesthesiology 2021 Feb 1;134(2):262-269.

126.  2020      Bickler SW, Cauvi DM, Prieto JM, Gaidry A**,** Thangarajah H, Lazar D,
                Ignacio, R, Gerstmann DR, Ryan AF, Fisch KM, **Bickler P**, De Maio A.
                Extremes of age are associated with differences in the expression of
                selected pattern recognition receptor genes and ACE2, the receptor for
                SARS-CoV-2: implications for the epidemiology of COVID-19
                disease.BMC Med Genomics. 2021 May 24;14(1):138. doi:
                10.1186/s12920-021-00970-7.PMID: 3403067

127.  2020      Pardo, A, Feiner JR, **Bickler PE**.  Effects of age on oxygenation and
                heart rate in visitors to 3800 m altitude. Submitted for publication 2020.

128.  2021      Bernholm KF, Mayhoff CS,  **Bickler PE**. Association between tissue
                oxygenation and myocardial injury in patients undergoing major spine
                surgery: a prospective cohort study. BMJ Open. 2021 Sep
                17;11(9):e044342. doi: 10.1136/bmjopen-2020-044342.PMID:
                34535471

129.  2021      Browne, SH, Bernstein, M, **Bicker P.** Accuracy of Samsung
                Smartphone Integrated Pulse Oximetry Meets Full FDA Clearance
                Standards for Clinical Use.  MedRxiv preprint server
                doi: https://doi.org/10.1101/2021.02.17.21249755

130.  2021      **Bickler PE**, Hornbein T, Saidman LJ. John W. Severinghaus, M.D.,
                1922 to 2021.Anesthesiology. 2021 Oct 1;135(4):555-557.

Prepared: June 17, 2024

131. 2021    Okunlola O, Lipnick MS, Batchelder P, Bernstein M, Feiner J, **Bickler P.** Pulse Oximeter Performance, Racial Inequity, and the Work Ahead. Respir Care.  2022 Feb;67(2):252-257. doi: 10.4187/respcare.09795. Epub 2021 Nov 12

132. 2022    **Bickler P,** Tremper KK.The Pulse Oximeter Is Amazing, but Not Perfect./> Anesthesiology. 2022 May 1;136(5):670-671. doi: 10.1097/ALN.0000000000004171./> PMID: 35303063

133. 2022    Xiang X, Chen Y, Li KX, Fang J, **Bickler PE**, Guan Z, Zhou W. Neuroanatomical Basis for the Orexinergic Modulation of Anesthesia Arousal and Pain Control. Front Cell Neurosci. 2022 Apr 26;16:891631. doi: 10.3389/fncel.2022.891631. eCollection 2022.

134. 2022    Liam J. Campbell, Praveen V. Mummaneni, Vijay Letchuman, Nitin Agarwal, Erica Langnas,Lucy S. Guan, Enrique Vargas, Rhiannon Croci, Lori Reisner, **Philip E. Bickler,** Dean Chou, Edward Chang, and Zhonghui Guan. Difference between in-patient opioid requirements and discharge opiate prescriptions in neurosurgical patients. Submitted for publication

135. 2022    A novel approach for the detection of cognitive impairment and delirium risk in older patients undergoing spine surgery. Baretto-Chang, O, Miller, B, **Bickler P**, et al. Journal of the American Geriatrics Society. In Press.

136. 2022    Lewin, MR, Carter RW, Matteo IA, Samuel SP, Rao, S, Fry BG, **Bickler, PE**.  Varespladib in the Treatment of Snakebite Envenoming: Development History and Preclinical Evidence Supporting Advancement to Clinical Trials in Patients Bitten by Venomous Snakes. />  Toxins 14(11), 783; https://doi.org/10.3390/toxins14110783

137. 2022    Gudelunas KM, Lipnick M, Hendrickson, C, Vandenburg, S.,Okunlola, B, Auchus, A, Feiner, JR, **Bickler PE**. Low perfusion and missed diagnosis of hypoxemia by pulse oximetry in darkly pigmented skin: A prospective study./> medRxiv 2022.10.19.22281282; doi: https://doi.org/10.1101/2022.10.19.22281282

June 17, 2024Prepared: June 17, 2024

138. 2023

Raymond Gylys, M.D.1 , John Feiner, M.D.1, Jonas Pologe, B.S.2, Ted Delianides, Ph.D.2  Stephanie Sutter, M.D.1, **Philip Bickler**, M.D.,Ph.D.1, Michael S. Lipnick. Quantifying Pulse Oximeter Accuracy During Hypoxemia And Severe Anemia Using An In Vitro Circulation System. Journal of Clinical Monitoring. In Press April 2023

139. 2023

Srejic U, Litonius E, Gandhi S, Talke P, Maties O, Siegmueller C, Magsaysay A, Hasen D, Kunwar S, Seth R, Gibson L, **Bickler P**. Bilateral Superficial Trigeminal Nerve Blocks are not more Effective than a Placebo in Abolishing Post-operative Headache in Pituitary Transsphenoidal Neurosurgery: A Prospective, Randomized, Double-blinded Clinical Trial./> /> Rev Recent Clin Trials. 2023 Feb 27. doi: 10.2174/1574887118666230227113217. Online ahead of print.

140. 2023

**Philip E. Bickler**, Michael Abouyannis ,Ashish Bhalla and Matthew R. Lewin.  Neuromuscular Weakness and Paralysis Produced by Snakebite Envenoming: Mechanisms and Proposed Standards for Clinical Assessment.
Toxins (Basel). 2023 Jan 6;15(1):49. doi: 10.3390/toxins15010049

141. 2023

Shen, S, Wu L, Li L , **Bickler PE**, Altschuler S. Searching for molecular hypoxia sensors among oxygen-dependent enzymes. eLife. In Press

142. 2023

Gudelunas KM, Lipnick M, Hendrickson, C, Vandenburg, S.,Okunlola, B, Auchus, A, Feiner, JR, **Bickler PE**. Low perfusion and missed diagnosis of hypoxemia by pulse oximetry in darkly pigmented skin: A prospective study.Anesthesia and Analgesia, In Press

## REVIEW ARTICLES

1. 1998

Bickler PE, Buck LT: Adaptions of vertebrate neurons to hypoxia and anoxia: maintaining critical c Ca2+ concentrations. J Exp Biol. 1998; 201: 1141-52.

2. 2002

Bickler PE, Donohoe PH: Adaptive responses of vertebrate neurons to hypoxia. J Exp Biol 2002; 205: 3579-86.

3. 2002

Bickler PE, Donohoe PH, Buck LT: Molecular adaptations for survival during anoxia: lessons from lower vertebrates. Neuroscientist 2002; 8: 234-42.

Prepared: June 17, 2024

4. 2004        Bickler PE: Clinical perspectives: neuroprotection lessons from hypoxia-tolerant organisms. J Exp Biol 2004; 207: 3243-9.

5. 2007        Bickler PE, Buck LT: Hypoxia tolerance in reptiles, amphibians, and fishes: life with variable oxygen availability. Annu Rev Physiol 2007; 69: 145-70.

6. 2016        Bickler PE, Feiner JR, Lipnick M, Batchelder P, MacLeod D, Severinghaus J.  Effects of acute, profound hypoxia on healthy humans: Implications for safety of tests evaluating pulse oximetry accuracy.  Anesthesia and Analgesia, In Press 2016

7. 2015        Bickler PE, Feiner JR, Rollins MD, Meng LZ.  Tissue oximetry and clinical outcomes.  Anesthesia and Analgesia, In Press, 2016

8. 2020        **Bickler PE.** Amplification of snake venom toxicity by endogenous signaling pathways./>  Toxins (Basel). 2020 Jan 22;12(2). pii: E68. doi: 10.3390/toxins12020068.

## BOOKS AND CHAPTERS

1. 1986        White FN, Bickler PE and Yacoe ME: Gas exchange in intermittently breathing turtles. In: R. Gilles (Ed.); Circulation, Respiration and Metabolism, pages 139-148. Springer Verlag, Heidelberg, 1986.

2. 1992        Bickler, PE: Energetics of cerebral metabolism and ion transport.  In: B. Bissonnette (Ed.); Cerebral protection, resuscitation, and monitoring: A look into the future of neuroanesthesia. Anesthesia Clinics of North America, pages 563-574, W.B. Saunders, New York, 1992.

3. 2001        Bickler PE, Donohoe PH, and Buck LT: The hypoxic brain: suppressing energy-expensive membrane functions by regulation of receptors and ion channels.  In:  K. Storey (Ed.) Life in Limbo: Molecular mechanisms of metabolic arrest.  BIOS scientific publishers, Inc., pp. 77-102, 2001.

4. 2002        Bickler PE, Shaughnessy T:  Pulse Oximetry and Capnography.  In: Weiner-Kronish, J. (Ed.) Critical Care Secrets, 3rd Ed., Hanley, and Belfus, Philadelphia, 2002.

5. 2003        Bickler PE: Craniotomy in the seated position. In: M. Pardo et al (Eds.): UCSF manual of clinical anesthesia for the Palm Pilot, 3-Com Inc., 2003.

6. 2003        Bickler PE: Obturator nerve block. In: M. Pardo et al (Eds.): UCSF manual of clinical anesthesia for the Palm Pilot, 3-Com Inc., 2003.

7. 2005   Powell FL, and Bickler PE:  High Altitude. In: D. Ward, A. Dahan and L. Teppema  (Eds.): Pharmacology and Pathophysiology of the Control of Breathing, Marcel Decker, 2005.

8. 2004   Bickler PE: Clinical applications and limitations of hypothermia. In: B. Barnes and H. Carey (Eds). Life in the Cold, Evolution, Mechanisms, Adaptation, and Application, University of Alaska Press, pp 489-496, 2004.

9. 2007   Bickler PE: Pulse Oximetry and Capnography. In: Weiner-Kronish, J. (Ed.) Critical Care Secrets, 4th Ed., Hanley and Belfus, Philadelphia, 2007.

10. 2013   Bickler PE: Pulse Pulse oximetry, capnography and blood gas analysis. In: Parsons, P. and Weiner-Kronish, J. (Eds.) Critical Care Secrets, 5th Ed., Mosby-Elsevier, St. Louis. 2012

11. 2016   Bickler, PE.  Acute stroke.  In:  Manual of Neuroanesthesia.  Eds.  Adrian Gelb and G. Gupta.
     In preparation

## OTHER PUBLICATIONS

1. 1981   Bickler PE: The effects of temperature on pulmonary and renal regulation of acid-base homeostasis in the lizard, Dipsosaurus dorsalis. Doctoral Dissertation, University of California, Los Angeles, 1981.

2. 1989   Bickler PE, Gold B, Johnson BH: Diffusion of felt-tip marker pen ink into IV bags. Letter to the Editor. Anesthesia and Analgesia 69: 412, 1989.

3. 1990   Bickler PE, Spears R, McKay W: Intralipid solution mistakenly infused into the epidural space. Letter to the Editor. Anesthesia and Analgesia 71: 712-713, 1990.

4. 1992   Bickler PE, Sohn Y: Mass spectrometers and infrared gas analyzers interpret bronchodilator propellants as anesthetic gases. Letter to editor. Anesthesia and Analgesia 75:141-42 1992.

5. 2004   Paige M, Bickler PE: Falsely low pulse oximetry values receiving docetaxel (Taxotere). Letter to Editor. Anesthesia and Analgesia 99: 622-3, 2004.

6. 2004   Bickler  PE:  The Brain Without Oxygen. Book Review J. Experimental Biology, 207: 12-13, 2004

7. 2007   Bickler, P.E, Patel PM. Editorial: Anesthetics Neuroprotection: Some things Do Last.   Anesthesiology. 106(1):8-10, January 2007.

Prepared: June 17, 2024

8.  2017      Bickler PE. Enough Information to Evaluate Clinical Monitors? Letter to the editor./> Anesth Analg. 2016 Jul;123(1):254-5

9.  2017      **Bickler PE,** Cannesson M, Shelley KH. Editorial: Trends and Challenges in Clinical Monitoring: Papers From the 2015 IAMPOV Symposium./> Anesth Analg. 2017 Jan;124(1):2-3.

10. 2021      Bickler P, Feiner J, Kopotic R, MacLeod D, Mannheimer, P, Milkes M, Park, L, Pfefer J, Weininger S. Understanding and compensating for aggravating or interfering factors in pulse oximeter performance. International Standards Organization White paper for subcommittee group on pulse oximeter performance

11. 2022      **Bickler P**, Tremper KK.The Pulse Oximeter Is Amazing, but Not Perfect./> Anesthesiology. 2022 May 1;136(5):670-671. doi: 10.1097/ALN.0000000000004171.

12. 2024      Fong, N., Lipnick, M., **Bickler, P.**, Feiner, J., & Law, T. (2024)./> OpenOximetryRepository (version 1.0.0). PhysioNet. https://urldefense.com/v3/__https://doi.org/10.13026/cc78-ad74__;!!LQC6Cpwp!s37H9zJ69jTahCalII4IHm_4UrsmvrU_gmxpuwltvmN9-Xbq9cC4EgmH7PyBf-aGGNU6FsfObMYqVc9TPGruIqO7$ .

13. 2024      **Bickler PE**, Lipnick MS. Evidence against use of nitrogen for the death penalty. Viewpoint article. Journal of the American Medical Association. In Press.

## SIGNIFICANT PUBLICATIONS

1.  2023      Gudelunas KM, Lipnick M, Hendrickson, C, Vandenburg, S.,Okunlola, B, Auchus, A, Feiner, JR, **Bickler PE**. Low perfusion and missed diagnosis of hypoxemia by pulse oximetry in darkly pigmented skin: A prospective study./> medRxiv 2022.10.19.22281282; doi: https://doi.org/10.1101/2022.10.19.22281282, SUbmitted for peer review publication 2023

                   Principal Investigator, wrote paper and handed revisions. This research paper is also in final stages of peer review. I believe that it is one of the highest impact papers relating to pulse oximeter performance as it describes the conditions in which dark skin contributes to the missed diagnosis of hypoxemia in Black, Asian, and Latin-X patients.

Prepared: June 17, 2024

2. 2022     Okunlola O, Lipnick MS, Batchelder P, Bernstein M, Feiner J, **Bickler P**. Pulse Oximeter Performance, Racial Inequity, and the Work Ahead. Respir Care.  2022 Feb;67(2):252-257. doi: 10.4187/respcare.09795. Epub 2021 Nov 12

Senior author. In this review we describe current state of the art concerning the impact of skin pigment on pulse oximeter performance and define work that needs to be done to improve access and equity in this important medical monitor

3.     **Bickler PE**, Feiner JR, Lipnick MS, McKleroy, W. ☐Silent☐ presentation of hypoxemia and cardiorespiratory compensation in COVID-19. Anesthesiology 2021 Feb 1;134(2):262-269.

Lead author. This invited review in the leading journal in the field describes essential effects of hypoxemia in humans during infection with the COVID-19 virus.

4.     **Bickler PE**, Abouyannis M, Bhalla A,  Lewin MR.  Neuromuscular Weakness and Paralysis Produced by Snakebite Envenoming: Mechanisms and Proposed Standards for Clinical Assessment. Toxins (Basel). 2023 Jan 6;15(1):49. doi: 10.3390/toxins15010049

Lead author. This paper is a collaboration between UCSF and the California Academy of Sciences to advance undersanding and clinical care of snakebite, a neglected tropical disease that has an enormous impact in low and middle income countries.

5.     Zhou W, Cheung K, Kyu S, Wang L, Guan Z, Kurien PA, **Bickler PE**, Jan LY. Activation of orexin system facilitates anesthesia emergence and pain control. Proc Natl Acad Sci U S A. 2018 Nov 6;115(45)

Mentor and scientific advisor to lead author

## PATENTS ISSUED OR PENDING

1. 2022     2022.  Patent Pending (via UC technology office): Improving pulse oximeter accuracy by accounting for skin pigment and low perfusion

## CONFERENCE ABSTRACTS

1975     Shoemaker VH, Bickler PE: Renal function in a uricotelic tree frog. The Physiologist 18: 178, 1975.

1980     Bickler PE: Effects of temperature on acid-base regulation in the lizard Dipsosaurus dorsalis. American Zoologist 20: 731, 1980.

1981     Bickler PE: Effects of temperature on intracellular acid-base regulation in desert iguanas. American Zoologist 21:1031, 1981.

Prepared: June 17, 2024

1982            Bickler PE: Acid-base balance in a heterothermic mammal: comparison of various thermal states. Max Planck Symposium on Gas Exchange, Göttingen, 1982.

1982            Bickler PE: Day/night variations in blood acid-base balance in desert iguanas. Physiologist 25: 214, 1982.

1982            Weinstein Y, Bickler PE, Bernstein MH: Intracellular pH and blood acid-base status at high altitude in pigeons. Physiologist 25: 214, 1982.

1982            Swain JA, White FN, Bickler PE, Boyle M, Utley JR: Effects of pH on hypothermic ventricular fibrillation. Abstracts of the Samson Thoracic Surgical Society Meeting, 1982.

1983            Bickler PE, White FN: A model of gas exchange and gas transport in turtles: a model analysis. roceedings of the International Union of Physiological Sciences 15: 253, 1983.

1985            Bickler PE, Powell FL: Comparison of 02 and inert gas measurements of pulmonary shunt in ducks. Federation Proceedings 44: 853, 1985.

1985            Dueck R, Bickler PE, Prutow R: Effects of barbiturate anesthesia on FRC and ribcage/diaphragm contributions to ventilation. Federation Proceedings 44: 853, 1985.

1985            Dueck R, Bickler PE, Prutow R: Effects of methohexital on FRC and ribcage contributions to ventilation in surgical patients. Anesthesiology 63: 3A: A554, 1985.

1987            Bickler PE, Severinghaus JW: Effects of acetazolamide on cerebral acid-base balance. Fifth International Hypoxia Symposium, Alberta, Canada, 1987.

1987            Bickler PE, Severinghaus JW, Litt L: Acetazolamide-induced carbonic acidosis improves brain cortex oxygenation. Abstracts of the Western Anesthesia Residents Conference, San Francisco, 1987.

1987            Bickler PE, Litt L, Banville DL, Severinghaus JW: In vivo 31P/1H NMR measurements of effects of acetazolamide on brain acid-base balance in rabbits. Abstracts of the Society of Magnetic Resonance in Medicine, 1987.

1987            Bickler PE, Severinghaus JW, Litt L: Acetazolamide-induced carbonic acidosis improves brain cortex oxygenation during hypoxia. bstracts of the Association of University Anesthesiologists, 1987.

1987        Bickler PE, Litt L, Severinghaus JW: Effects of acetazolamide on cerebrocortical NADH and blood volume during hypoxia. The Physiologist 30: 165, 1987.

1988        Bickler PE, Severinghaus JW: Transcellular distributions of protons and deuterons suggest a neutral flux model for acid-base balance. FASEB Journal 2: A948, 1988.

1988        Bissonnette B, Bickler PE, Gregory GA, Severinghaus JW: Effects of intracranial pressure on brain redox balance in rabbits. Abstracts of the American Society of Anesthesiologists meeting, 1988.

1988        Bissonnette B, Bickler PE, Gregory GA, Severinghaus JW: Effects of intracranial pressure on brain redox balance in rabbits. Abstracts of the International Anesthesia Research Society Meeting, 1988.

1989        Bickler PE, Koh SO, Severinghaus JW: Effects of hypoxia on brain redox balance in ducks. Abstracts of the 6th International Hypoxia Symposium, Alberta Canada, 1989.

1989        Bickler PE, Severinghaus JW: A neutral flux model for acid-base balance in ectotherms. American Zoologist 29:1 04A, 1989.

1990        Bickler PE, Severinghaus JW: A proton-neutral flux model for acid-base balance in animals. Abstracts of the Association of University Anesthetists Meeting, 1990.

1992        Bickler PE, Kelleher J, Gregory GA: Fructose-1, 6-phosphate decreases Ca++i in rat neurons and astrocytes during anoxia. Abstracts of the International Anesthesia Research Society, 1992.

1992        Severinghaus JW, Sato M, Bickler PE, Spellman MJ: Differential hypoxic response during hypoxic ventilator depression. Clinical Research 40:66A, 1992.

1992        Sato M, Severinghaus JW, Bickler PE, Spellman MJ: Hypoxic ventilatory response in man steadily rises over two weeks at 3810M altitude. Clinical Research 40: 66A, 1992.

1992        Severinghaus JW, Sato M, Bickler PE, Spellman MJ: Ambient hypoxic ventilatory depression at altitude. FASEB Journal, 1992.

1992        Bickler PE: Brain [Ca++]i and pHi regulation in hypoxia tolerant and hypoxia sensitive animals. FASEB Journal, 1992.

1992        Bickler PE: Neuroprotection with fructose-1, 6-bisphosphate: Intracellular calcium, pH and ATP in cortical brain slices and astrocytes during anoxia. Abstracts of the Association of University Anesthesiologists, 1992.

1992        Bickler PE: Lessons in cerebral protection: Regulation of intracellular calcium and pH in hypoxia tolerant animals. Anesthesiology 77 (3A), A767, 1992.

1992        Severinghaus JW, Bickler PE, Eldridge MW: Pressure-dependent pulmonary shunting during high altitude pulmonary edema: Theory and study in progress. The Physiologist 35:231, 1992.

1992        Eldridge MW, Severinghaus JW, Bickler PE, Wood SC: Pulmonary gas exchange impairment in ultramarathoners following a 100 mile race at altitude. The Physiologist 35: 231, 1992.

1993        Podolsky A, Eldridge M, Knight D, Poole D, Richardson R, Johnson D, Johnson C, Bickler PE, Wagner P, Severinghaus J: Pulmonary gas exchange after two days at high altitude. FASEB Journal 7: A21, 1993.

1993        Bickler PE: Cerebral hypoxia tolerance in turtles: Role of glutamate receptor blockade. Eighth International Hypoxia Symposium, 1993.

1993        Eldridge MW, Severinghaus JW, Bickler PE, Wood SC: Effect of maximal exercise at moderate altitude on post exercise gas exchange in sojourners and altitude natives. Eighth International Hypoxia Symposium, 1993.

1993        Feiner JR, Bickler PE, Severinghaus JW: A poor hypoxic ventilatory response predicts greater oxyhemoglobin desaturation during breath holding. Eighth International Hypoxia Symposium, 1993.

1993        Buck LT, Bickler PE: The effect of adenosine on the NMDA receptor mediated calcium influx in turtle cerebral cortical sheets. The Physiologist 36: A4, 1993.

1994        Bickler PE, Hansen BM: Hypoxia reduces glutamate receptor activity in neonatal rat cerebral cortex. FASEB Journal 8: A655, 1994.

1994        Podolsky A, Eldridge M, Richardson RS, Knight DR, Johnson EC, Hopkins SR, Michimata H, Grassi B, Feiner J, Kurdak SS, Uribe JM, Poole DC, Bickler PE, Severinghaus JW, Wagner PD: Relationship between susceptibility to high altitude pulmonary edema and to exercise induced ventilation-perfusion mismatch. Am Rev Resp Dis 148: A818, 1994.

1994        Eldridge MW, Johnson DH, Podolsky A, Richardson RS, Bickler PE, Wagner PD, Severinghaus JW, Hill HR: Evidence of immunological mediator activation with exposure to high altitude. Am Rev Resp Dis 148: A298, 1994.

1994        Gray AT, Buck LT, Feiner JR, Hansen B, Bickler PE: Effect of hypothermia
            and extracellular pH on cortical NMDA receptor activity. Society for
            Neuroscience Abstracts, 1994.

1994        Bicker PE, Buck LT, Hansen BM: Isoflurane inhibition of cortical glutamate
            receptors: Role in neuroprotection. Anesthesiology 81: A859, 1994.

1994        Feiner JR, Bickler PE, Severinghaus JW, Sessler DI: Hypothermia and
            hypoxic ventilatory responses in humans. Anesthesiology 81: A1412, 1994.

1994        Bickler PE, Buck LT: Anoxia reduces N-methyl-D-aspartate receptor activity in
            freshwater turtle cerebral cortex. The Physiologist 37: A71, 1994.

            Buck LT, Bickler PE: Role of adenosine in N-methyl-D-Aspartate receptor
            modulation
            in an anoxia tolerant turtle (Chrysemys picta belli) The Physiologist 37: A72,
            1994.

1995        Gray A, Bickler P, Yost C: Differential sensitivity of recombinant glutamate
            receptors to protons. Association of University Anesthesiologists, San Diego,
            1995.

1995        Talke P, Bickler P: Effect of dexmedetomidine on glutamate exocytosis and
            glutamate receptor activity in rat hippocampus. Anesthesiology, In Press,
            1995.

1995        Buck LT, Bickler PE: Adenosine and anoxia decrease NMDA receptor activity
            in cortical brain slices of the western painted turtle. Soc. for Neuroscience
            Abstracts 21: 95,1995.

1996        Buck L, Bickler PE, Rampil I: Nitrous oxide depolarizes pyramidal neurons in
            turtle cerebral cortex. Assoc. University Anesthesiologists meeting, 1996.

1996        Buck L, Rampil I, Bickler PE: Differential effects of nitrous oxide or halothane
            on turtle cortical pyramidal neurons. Anesthesiology, 1996.

1997        Bickler PE: Anoxia-tolerant CA1 neurons from rat hippocampus: anoxia-
            evoked calcium changes and NMDA receptor inactivation. Soc. for
            Neuroscience Abstracts, 1997.

1997        Kong D, Buck LT, and Bickler PE: Expression of heat shock protein-70 but not
            C-fos in an anoxia tolerant turtle during prolonged anoxia. Int. Anesth. Res.
            Soc. Abstracts, 1997.

1997        Eilers H, Buck LT, and Bickler PE: Halothane reduces NMDA channel receptor open probability in turtle cortical neurons. Eur. Anesthesia Society Abstracts, 1997.

1997        Bickler PE: Hypoxia-induced inactivation of NMDA receptors in immature rat CA1 neurons: role of actin-NMDAR depolymerization. Soc. Neuroscience Abstracts 23:1997.

1997        Eilers H, Schaeffer E. Bickler PE, and JR Forsayeth: Nicotine causes functional deactivation of the major neuronal nicotinic receptor by a protein kinase C dependent mechanism. Soc. Neurosci. Abstracts. 23: 917, 1997.

1997        Wagner PD, Eldridge MW, Podolsky A, Richardson RS, Johnson DH, Knight DR, Johnson EC, Michimata H, Grassi B, J Kurdak SS, Bickler PE, Severinghaus JW: Elevated wedge pressure in HAPE-susceptible subjects during exercise. In: Houston C, Sutton C, Proceedings of the 10th International Hypoxia Symposium, 1997.

1998        Bickler, PE: Brain Cortex NMDA receptor inactivation during prolonged anoxia in western painted turtles. The FASEB Journal. 12: A754, 1998.

1998        Kindler C, Eilers H, Donohoe P, Ozur S, Bickler PE: Volatile anesthetics increase intracellular calcium in cortical and hippocampal neurons. Abstracts of the Association of University Anesthesiologists meeting, San Francisco, 1998.

1998        Taylor D, Bickler PE: Effects of non-anesthetics on synaptic transmission in ippocampus. Abstracts of the Association of University Anesthesiologists meeting, San Francisco, 1998.

1998        Donohoe PH, Vexler Z, Gregory G, Bickler PE: Fructose-1, 6-bisphosphate prevents increases in intracellular free calcium in cultured cortical neurons following six hours of anoxia. Soc. Neurosci. Abstracts, 1998.

1998        Taylor, DM, Eger, EI, Bickler, PE: The volatile anesthetic halothane, but not the non-immobilizers perfluoropentane and 2N, suppress synaptic transmission in rat hippocampal CA1. Soc. Neurosci, 1998.

1999        Bickler PE, Buck LT, Donohoe PH: Ion channel inactivation in hypoxia-tolerant neurons-- A key to surviving anoxia? Eleventh International Hypopxia Symposium, Jasper, Canada, 1999.

1999        Bickler PE, Donohoe PH: Surviving long-term-anoxia: Silencing of NMDA receptors in turtle neurons. Soc. Neuroscience, 1999.

1999          Taylor DM, Bickler PE: Nitrous oxide increases intracellular calcium in acutely dissociated rat hippocampal neurons. Soc. Neuroscience, 1999.

1999          Behringer W, Prueckner S, Kentner R, Tisherman S, Rodovsky A, Bickler PE, et al: Dizocilpine (MK-801) by aortic flush (AAF) for cerebral preservation during 20 min cardiac arrest. American Heart Association, 1999.

1999          Serkova N, Donohue P, Leibfritz D, Benet LZ, Bickler PE, Litt LL, and Christians U: Metabolic Neurotoxicity and Hypoxic Neuroprotection of Cyclosporine in Brain Slices: Evidence That Both Occur From Mitochondrial Interactions. Soc. Neuroscience, 1999.

2000          Bickler PE and Fahlman C: Hypoxia inactivates NMDA receptors in neonatal neurons. Society for Neuroscience, 2000.

2000          Taylor DM, Gray AT, Fahlman CS and Bickler PE: Nitrous oxide antagonizes recombinant NMDA receptors in Xenopus oocytes and NMDA stimulated intracellular calcium increases in murine cortical neurons. Society for Neuroscience, 2000.

2001          Taylor DM, Fahlman CS and Bickler PE: Oxygen sensitivity of NMDA receptor subtypes: role in hypoxia-tolerance of neonatal mammalian neurons. Society for Neuroscience, 2001.

2001          Hedrick MS, Fahlman CS, Bickler PE. Hypoxia-tolerant neurons from rana tadpole forebrain: relationship of survival to intracellular calcium regulation. Society for Neuroscience, 2001.

2001          Fahlman CS, Vexler ZS, Gregory GA, Bickler PE: Fructose-1, 6-bisphosphate neuroprotection may involve phospholipase-C dependent pathways, modulating calcium homeostasis. Society for Neuroscience, 2001.

2002          O'Connor T, Dubowitz G, Bickler PE: Arterial saturation does not predict acute mountain sickness in climbers at 3030 m. High Altitude and Physiology, 2002.

2003          Bickler PE, Fahlman CS, Schuyler: Ischemic preconditioning with isoflurane: Role of MEK1/2 (p42/44). J. Neurosurgical Anesthesiology 15:366, 2003.

2003          Bickler PE, Fahlman CS, Schuyler J, Gray J, Zhan X: Preconditioning with the anesthetic isoflurane: possible role of MAPK MEK1/2(p42/44). Society for Neuroscience, Wash. DC, 2003.

2003          Fahlman CS, Schuyler JA, Bickler PE: Neuroprotection with the anesthetic isoflurane depends on the MAPK ERK 1/2 (p42/44). Soc. For Neuroscience, wash. DC, 2003.

2003            Bickler PE: Oxygen-sensitive MAPK pathway signaling in neurons: interaction with intracellular calcium in neuroprotection mechanisms. Exp. Biology, 2003.

2004            Bickler PE, Fahlman CS, Zhan X: Isoflurane neuroprotection in hipocampal slice cultures involves increases in intracellular Ca2+ and MAP kinases. J. Neurosurg. Anesthesiology, 2004.

2004            Bickler PE and Fahlman CS: Preconditioning and concurrent neuroprotection with isoflurane involve increases in intracellular calcium and MAP kinase signaling. Mm Soc. For Neuroscience, Wash, DC 2004.

2004            Narasaiah M and Bickler PE: Effects of hypoxia on glutamate or NMDA responses in cultures turtle cortical neurons. Soc. Neuroscience, Wash. DC, 2004.

2004            Zhan X and Bickler PE: Age-related differences inhippocampal neurons death in an in vitro model of cerebral ischemia. Soc. Neuroscience, Wash. DC, 2004.

2005            Lewin MR, Platts-Mills TA, Wells J, Bickler PE: An improvised cricothyrotomy device provides reliable airway access in un-embalmed, partially re-warmed human cadavers. Annals of Emergency Medicine Supplement 2005, 46, (3), s86.

2005            Lewin MR, Strauss E, Bickler PE, Feiner J: Oxygen supplemented with C02 reduces the incidence of apnea during procedural sedation in healthy volunteers. JAAM Abs v.35 abs#298 2005./>

2006            Stratmann G, Bell J, Alvi RS, Ku K, Si L, Encarnacion A, Magnusson K, Bickler PE and Liu J: Neonatal isoflurane anesthesia causes a permanent neurocognitive deficit in rats. Soc. For Neuroscience, 2006.

2006            Fahlman CS, McKleroy WO, Bickler PE: Reversal of age-dependent failure of hypoxic preconditioning in hippocampal slice cultures with intracellular calcium buffering. Soc. For Neuroscience, 2006.

2008            Osredkar D, Sall J, Mckleroy W, Bickler PE, Lee C, Ferriero DM: The role of erythropoietin and erythropoietin receptors in posthypoxic neurogenesis. Soc. For Neuroscience, 2008.

2009            Rubinsky, L, Bickler P. Neuroprotective effects of antifreeze protein against hypothermia induced cell death in rat hippocampal slices. Experimental Biology 2009.

2010            Rubinsky, L., Bickler P, Brundage, C, Taylor B. Identification of respiratory neurons in frog hinbrain. IUPS, Kyoto 2010./>

Prepared: June 17, 2024

2011        Bickler, P, Warren, D.  Endoplasmic reticulum signaling in neuron adaptation to hypoxia; Role of the unfolded protein response.  Experimental Biology, Washington, DC 2011

2011        Bickler, P., Michels, W, Gabatto, P, Birch, A.  Anesthetic neurotoxicity involves unfolded protein stress.  American Society of Anesthesiologists Annual Meeting, Chicago 2011

2011        Birch A, Gabatto P, Brosnan H, Gregersen, M, Clark, JP, Bickler P.  Anesthetic neurotoxicity in hippocampal neurons may be caused by misfolded proteins.  Society of Neuroanesthesia and Critical Care annual meeting abstracts. 2011

2011        Bickler, P, Feiner J.  Performance of cerebral oximeters during profound hypoxia.  American Society of Anestehsiologists Annual Meeting, Chicago 2011

2011        Dubowitz, G, Bickler, P, Feiner, J. Performance of Life Box pulse oximeters. ASAP Global Surgery Conference, San Diego. 2011

2013        Bickler, P, Brosnan H, Gabatto P.  Involvement of the PERK/UPR pathway in hypoxic preconditioning of hippocampal neurons.  Society for Neuroanesthesia and Critical Care 2013

2013        Bickler, P., Zhou, R., Clark, J.P., Yue, Y.  Interaction of isoflurane, TNF-alpha and beta-amyloid on long-term potentiation in rat hippocampal synapses. American Society of Anesthesiologists Annual Meeting, San Francisco 2013

2013        Feiner, J.R., Gruss, C., Bickler, P.E. Effects of acute hypoxia on hemoglobin concentration in healthy humans.  American Society of Anesthesiologists Annual Meeting, San Francisco 2013

2013        Bickler, P.E., Brosnan, H. Xenon neurotoxicity in rat hippocampal slice cultures is similar to isoflurane and sevoflurane. American Society of Anesthesiologists Annual Meeting, San Francisco 2013

2014        Hypoxia tolerance in the vertebrate brain: insights from comparative physiology.  The Physiologist, In Press, Oct. 2014

2014        Sanchez, C., Bickler P.  Hypoxic Preconditioning and the Unfolded Protein Response - A New Target for Neuroprotection Against Hypoxic Brain Injury. American Society of Anesthesiologists Annual Meeting. 2014

| | |
|---|---|
| 2014 | Brosnan H, Bickler P.  Role of mTOR, PERK pathway and JNK in progenitor cell toxicity from isoflurane in the developing rat hippocampus.  American Society of Anesthesiologists meeting, New Orleans.  2014 |
| 2014 | House, M, Bickler P.  Injury from profound hypothermia in hippocampal neurons involves the unfolded protein response.  American Society of Anesthesiologists Meeting, New Orleans. 2014 |
| 2014 | An, SY, Bickler P, Feiner J, rollins, M. Unexpected effect of pH and CO2 on oxyhemoglobin P50 as measured by blood gas machine algorithm compared to accepted equations. American Society of Anesthesiologists Meeting, 2014 |
| 2018 | Bernholm KF, Meyhoff CS, Bickler PE.  Decrease in tissue oxygenation as a predictor for myocardial injury in patients undergoing major spine surgery. Danish Anesthesiology Society, Copenhagen, November 2018 |
| 2018 | Bernholm KF, Meyhoff CS, Bickler PE. Decrease In Tissue Oxygenation As Predictor For Myocardial Injury In Patients Undergoing Major Spine Surgery. Anesthesiology October2018 |

## ADDITIONAL RELEVANT INFORMATION
Public Service

 I direct the Human Studies Laboratory in the Department of Anesthesia and Perioperative Care.  This facility is a venue for all sorts of human volunteer studies, including those requiring invasive monitoring and general anesthesia. Studies include evaluation of clinical monitors such as pulse oximeters and cerebral oximeters during profound, and hemodilution studies. These services and research activities have made a huge impact on improving pulse oximeter accuracy over the last 20 years.  The HSL currently supports research of about 7 faculty in the UCSF Dept. Anesthesia and Perioperative Care.

# Exhibit 2

Opinion

**VIEWPOINT**

**Philip E. Bickler, MD, PhD**
Hypoxia Research Laboratory, Department of Anesthesia and Perioperative Care, University of California, San Francisco.

**Michael S. Lipnick, MD**
Hypoxia Research Laboratory, Center for Health Equity in Surgery and Anesthesia, Department of Anesthesia and Perioperative Care, Division of Critical Care Medicine, University of California, San Francisco, and Zuckerberg San Francisco General Hospital, San Francisco.



Multimedia

# Evidence Against Use of Nitrogen for the Death Penalty

**Forced nitrogen inhalation (nitrogen hypoxia)** was used by the state of Alabama to execute Kenneth Smith on January 25, 2024. Nitrogen is considered too inhumane for euthanizing mice or dogs, but some misinformed politicians, attorneys general, and inexperienced health care practitioners are supporting use of this cruel method for capital punishment in the US.

Our team of anesthesiologists, critical care physicians, and dive medicine and high-altitude physiologists at the Hypoxia Research Laboratory at UCSF urgently seeks to share why using nitrogen is inhumane. Our opinions are based on studies on the effects of profound hypoxemia in more than 7000 human research subjects over the past 50 years[1] as well as a wealth of other scientific evidence about hypoxia.

The execution of Kenneth Smith is proof of the inhumanity of the nitrogen hypoxia method. For Smith, nitrogen administration began at 7:56 PM. About a minute later, eyewitnesses in the execution room[2] described violent retching, heaving, and gasping, with convulsions and twitching movements lasting several minutes, then agonal breathing until approximately 8:07 PM and an official time of death from the Alabama Department of Corrections at 8:23 PM, a period of 27 minutes.

---

> The existing body of knowledge on the effects of hypoxia on humans argues against its use for capital punishment due to its inconsistent and frequently distressing effects.

---

One cannot know how long and to what extent Smith consciously experienced extreme distress, but available evidence and eyewitness accounts strongly suggests that he did. Smith's spiritual adviser described the execution as "the most horrible thing I've ever seen." He described Smith as popping up in the gurney repeatedly, gasping and convulsing, while the nitrogen was being administered. An Alabama reporter who was also present published a similar account.[3] From a different vantage point, Alabama attorney general Marshall hailed the new method as a success and said that "as of last night, nitrogen hypoxia as a means of execution is no longer an untested method. It is a proven one."[4] As physicians and scientists, we believe it was proven only to be inhumane.

The horrible lingering death described by witnesses aligns with existing medical knowledge and our experience with the clinical and experimental effects of profound hypoxia. The US Constitution and Supreme Court rulings[5] hold that no execution can involve a cruel or lin-

gering death. The American Veterinary Medical Association has banned the use of nitrogen as a method of euthanasia in dogs and most other animals because of the variable and distressing responses to nitrogen breathing.[6] This same response to nitrogen has also been described in humans and provides ample evidence of the unconstitutionality of the practice (if one needs a constitutional justification).

Was the state of Alabama not aware of, or did it ignore, the body of knowledge concerning the effects of hypoxia on humans? There are 3 primary sources of data on the effects of acute hypoxemia on humans: (1) controlled laboratory desaturation studies in healthy volunteers (eg, to test accuracy of pulse oximeters); (2) rapid hypobaric hypoxemia (eg, rapid ascent to altitude to simulate effects of aircraft decompression for pilots); and (3) critically ill patients (eg, acute hypoxemic respiratory failure due to COVID-19 or airway obstruction). Herein we focus on the first 2 of these scenarios as the most relevant sources of data, although all of these data seem to have been ignored or unknown to many policymakers.

The existing body of knowledge on the effects of hypoxia on humans argues against its use for capital punishment due to its inconsistent and frequently distressing effects. As our group and others have published in peer-reviewed scientific journals,[1,7-9] the human response to hypoxia is quite variable. In the blood oxygen saturation range of 60% to 100%, symptoms range from minimal or mild shortness of breath and visual changes to a full-blown feeling of suffocation. Scientific studies report that approximately 25% of people have few symptoms when oxygen levels drop modestly to approximately 80% saturation (Adams et al[7] and personal observations by both authors). The response to extremely low oxygen levels (below 60% saturation) becomes more consistent. At saturations less than 60%, the majority of people, not yet unconscious, report significant distress and shortness of breath. These feelings of extreme stress are an important reason why it is unethical to even study the effects of very low oxygen levels (<60%) on humans. For example, this experience informed our research studies done for the purpose of pulse oximeter development and validation. We have stopped using desaturations below 60% due to concerns for study participant safety and comfort. Also relevant is the extensive experience of aerospace medicine researchers who have studied human responses to sudden loss of oxygen (eg, from decompression at high-altitude flight) and demonstrated significant variability in hypoxia's effects.[10]

Supporters of nitrogen asphyxia for capital punishment claim that the method is fast, predictable, and

**Corresponding Author:** Philip E. Bickler, MD, PhD, Hypoxia Research Laboratory, Department of Anesthesia and Perioperative Care, University of California, San Francisco, 513 Parnassus Ave, Sciences Bldg, Room S-256, Box 0542, San Francisco, CA 94143-0542 (philip.bickler@ucsf.edu).

© 2024 American Medical Association. All rights reserved.

Downloaded from jamanetwork.com by Sidley Austin LLP user on 06/21/2024

painless, yet it is clear from eyewitness accounts of Smith's execution that the method is none of these things. Any attempt to justify these claims using scientific literature is a gross misinterpretation of the evidence. As discussed above, human response to hypoxia is variable, and many people are likely to experience prolonged distress with asphyxia. While some studies and anecdotal reports do describe rapid loss of consciousness in a subset of people, these are all voluntary exposures to hypoxia. For example, military simulations, controlled desaturation studies in a laboratory, or the rare anecdotal use of nitrogen where medical aid in dying is not illegal, are likely to be a very different experience than forced nitrogen inhalation during an execution. When faced with an impending, forced withdrawal of oxygen, humans are likely to breathe irregularly or breath hold, 2 of many factors that will likely cause prolonged, significant shortness of breath, anxiety, increased heart rate, sweating, visual loss, muscle twitching, seizures, and a feeling of impending doom as consciousness fluctuates.

Intentionally making humans profoundly hypoxic is something very few physiologists, physicians, or politicians have any experience with doing, so it is no surprise that most of the commentary on the topic of nitrogen capital punishment has come in the popular press with little reference to or awareness of scientific evidence. Furthermore, most compassionate and competent clinicians avoid the politics of how to intentionally end a life for capital punishment. There is ample science on how to manage pain, consciousness, and comfort at the end of life and a growing evidence base on the appropriate use of medical aid in dying.

As of March 2024, several states are working to approve nitrogen as a method for capital punishment. In Alabama, in the wake of Smith's execution and its touted success by politicians, 43 death row inmates have reportedly requested the method, likely without medical evidence and without access to eyewitness reporting that death by nitrogen inhalation can be cruel and prolonged.

---

ARTICLE INFORMATION

Published Online: May 29, 2024.
doi:10.1001/jama.2024.6577

Conflict of Interest Disclosures: None reported.

REFERENCES

1. Bickler PE, Feiner JR, Lipnick MS, Batchelder P, MacLeod DB, Severinghaus JW. Effects of acute, profound hypoxia on healthy humans: implications for safety of tests evaluating pulse oximetry or tissue oximetry performance. Anesth Analg. 2017; 124(1):146-153. doi:10.1213/ANE.0000000000001421

2. Bogel-Burroughs N, Dewan S, Betts A. "Textbook" execution or botched one? Alabama case leaves sides divided. New York Times. Published January 26, 2024. Accessed April 25, 2024. https://www.nytimes.com/2024/01/26/us/alabama-execution-kenneth-smith-nitrogen.html

3. Hedgepeth L. "Never Alone": the suffocation of Kenneth Eugene Smith. The Tread. Published January 24, 2024. Accessed April 25, 2024. https://www.treadbylee.com/p/never-alone-the-suffocation-of-kenneth

4. Chandler K. Alabama man shook violently on gurney during first-ever nitrogen gas execution. Associated Press. Published January 26, 2024. Accessed April 25, 2024. https://apnews.com/article/nitrogen-execution-death-penalty-alabama-6d66344d3199f8c58f2408baa3df0738

5. US Supreme Court. In re Kemmler, 136 US 436.

6. American Veterinary Medical Association. AVMA Guidelines for the Euthanasia of Animals: 2020 Edition. Accessed April 25, 2024. https://www.avma.org/sites/default/files/2020-02/Guidelines-on-Euthanasia-2020.pdf

7. Adams L, Chronos N, Lane R, Guz A. The measurement of breathlessness induced in normal subjects: individual differences. Clin Sci (Lond). 1986;70(2):131-140. doi:10.1042/cs0700131

8. Bickler PE, Feiner JR, Lipnick MS, McKleroy W. "Silent" presentation of hypoxemia and cardiorespiratory compensation in COVID-19. Anesthesiology. 2021;134(2):262-269. doi:10.1097/ALN.0000000000003578

9. Kronenberg R, Hamilton FN, Gabel R, Hickey R, Read DJ, Severinghaus J. Comparison of three methods for quantitating respiratory response to hypoxia in man. Respir Physiol. 1972;16(1):109-125. doi:10.1016/0034-5687(72)90092-8

10. Shaw DM, Cabre G, Gant N. Hypoxic hypoxia and brain function in military aviation: basic physiology and applied perspectives. Front Physiol. 2021;12:665821. doi:10.3389/fphys.2021.665821

© 2024 American Medical Association. All rights reserved.

Downloaded from jamanetwork.com by Sidley Austin LLP user on 06/21/2024

# Exhibit 3

**House Committee on Judiciary**
**February 15, 2024**
**House Bill 2782**
**Testimony of Philip E. Bickler, MD, PhD & Michael Lipnick, MD**
**In Opposition**

To the Chair and Members of House Committee on Judiciary:

The use of nitrogen is considered too inhumane for euthanizing mice or dogs, yet some misinformed politicians, attorneys general, and inexperienced healthcare practitioners are supporting use of this cruel method for capital punishment in the United States.

Setting aside whether the death penalty is effective justice or ethical, our team of anesthesiologists, critical care physicians, dive medicine and high altitude physiologists at the Hypoxia Research Laboratory at UCSF urgently seeks to clarify important facts related to nitrogen hypoxia. Our opinions are based on scientific evidence and our laboratories unparalleled experience from studies on the effects of profound hypoxemia in more than 7000 human research subjects over the past 50 years. Dr. Bickler is a Professor of Anesthesia and Director of Neuroanesthesia at the University of California at San Francisco (UCSF), with more than 30 years' experience studying the effects of hypoxia on humans. Dr. Lipnick is an Associate Professor of Anesthesia at UCSF, and is boarded in Internal Medicine and Critical Care Medicine and has 20 years of experience studying hypoxia.

On January 25, 2024, Alabama executed Kenneth Smith by nitrogen inhalation, becoming the first state to use this method, and Kansas now may follow suit. For Kenneth Smith, eyewitnesses in the execution room described a violent, prolonged, then agonal and lingering death process, with convulsions and twitching movements (New York Times January 26, 2024). The process required many minutes. We may not know how long he consciously experienced extreme distress, but available evidence strongly supports that he did. Smith's spiritual adviser described the execution as "the most horrible thing I've ever seen." He described Smith as popping up in the gurney repeatedly, gasping and convulsing when the gas was turned on. From a different vantage point of the same event, Alabama attorney general Marshall hailed the new method as a success and said, "as of last night, nitrogen hypoxia as a means of execution is no longer an untested method. It is a proven one." As physicians and scientists we hope it will be the last one.

The horrible death experienced by Kenneth Smith aligns with existing medical knowledge and our experience with the clinical and experimental effects of profound hypoxia. This knowledge base includes caring for critically ill humans dying of hypoxemia (e.g acute airway obstruction, lung disease, COVID pneumonia) and healthy humans briefly experiencing severe hypoxia during experimental studies. It is

1

shocking that the state of Alabama was not aware of, or ignored, this body of knowledge.

As our group and others have previously published in peer-reviewed scientific journals (Bickler et al., 2017, Bickler et al., 2021, Adams et al.,1986), the human response to hypoxia is variable in the 60-100% saturation range, with symptoms ranging from minimal or mild shortness of breath and visual changes, to full-blown feeling of suffocation. But below 50%, the cruel nature of administering nitrogen to humans becomes universally apparent. We base this observation on personally experiencing these low levels of oxygen, as well as observations and evidence prior to 1995 when research studies stopped using desaturations below 60% (due to concerns for study participant safety and comfort). It also draws on the extensive experience of aerospace medicine researchers who study human responses to sudden loss of oxygen from decompression at high altitude flight. Based on personal knowledge of these often unpublished/unpublicised and even classified experiments, the effects of sudden oxygen deprivation can be shocking. With sudden loss of an oxygen supply, humans feel significant and distressing shortness of breath. This is usually accompanied by anxiety, increased heart rate, sweating, sleepiness, visual loss, and a feeling of impending doom as they go in and out of consciousness. Muscle twitching and seizures can occur. We also know this from personally being study participants involving saturations of 50% for less than one minute. If these study participants had not been rescued with oxygen, then continuing to raise nitrogen levels to 100% and oxygen levels to 0% would eventually lead to cardiac arrest and death after a variable period of time.

In case you are wondering why any laboratory would study profound hypoxia in humans, the studies are conducted to understand human physiology, including how breathing is controlled and how our bodies adapt to the hypoxia of high altitude or lung disease. Such experiments are safely done by slowly increasing the nitrogen fraction of inhaled gasses while lowering the oxygen concentration (e.g. Kronenberg et al., 1972 ). The healthy volunteers for these studies are in a monitored, hospital setting with constant feedback and assurance of comfort from study participants. Contemporary studies using this protocol are used to validate performance of many common medical devices such as pulse oximeters.

There are three common mechanisms underlying the sensation of shortness of breath. These are low oxygen levels, high carbon dioxide levels, and diseased lungs (e.g. pulmonary edema). Inability to excrete carbon dioxide produces a very strong response. Most people will begin to feel short of breath after only a minute or less of holding their breath. During this time, carbon dioxide levels rise enough to trigger shortness of breath, but oxygen levels have not started to decrease. The body's response to carbon dioxide is extremely strong in most people. However, the body's response to low oxygen levels is more varied across different people. Our experience is consistent with published scientific literature that finds approximately 25% percent of

2

people are relatively asymptomatic with oxygen levels dropping to a stable level of 80% percent (Adams et al., 1986, Lipnick and Bickler personal observations). The human response to extremely low oxygen levels (below 70% saturation) becomes much more consistent. When oxygen saturations are 40-55%, the majority of people will not yet have lost consciousness and will report significant shortness of breath, and distress. These feelings of extreme stress are an important reason why it is unethical to even study the effects of very low oxygen levels on humans. Colleagues from Europe have told us that it is difficult to even study very low oxygen levels because of the history of the horrific experimentation on oxygen deprivation by the Nazis (Spitz, 2005). Our experience as clinicians caring for hospitalized patients experiencing the horror of sudden loss of their airway and/or decreasing oxygen level is one that has become indelibly etched in our memories and is refreshed each time such a tragedy occurs. This was not an infrequent event during the COVID pandemic. The look of abject terror in a patient's eyes under these conditions is unforgettable.

Increasing the nitrogen fraction of what humans breathe is something very few physiologists, physicians, or politicians have any experience with doing, so it is no surprise that most of the commentary on the topic of nitrogen capital punishment has come in the popular press with little reference to or awareness of scientific evidence. Furthermore, most compassionate and competent clinicians avoid getting involved in the politics of 'how to euthanize' people, outside of palliative care practice. There is ample science on how to manage pain, consciousness, and comfort in the transition to death, and no available evidence or practice supports the use of nitrogen.

According to the US Constitution and Supreme Court rulings (Supreme Court ruling in Kemmler, 1890), no execution can involve a cruel or lingering death. The American Veterinary Medical Association has banned the use of nitrogen as a method of euthanasia in dogs and most other animals because of the variable and distressing responses to nitrogen breathing (American Veterinary Medical Association, 2020). This same response to nitrogen has also been well described in humans and should provide ample evidence of the unconstitutionality of the practice, if you need a constitutional justification.

As of February 2024, Kansas is among several states working to approve nitrogen as a method for capital punishment. This must be stopped before others experience the same horrible death as Kenneth Smith. At a time when the world has been scrambling to save lives and prevent human suffering by increasing access to medical oxygen, to intentionally deprive anyone of oxygen is all the more tragic.

Philip Bicker, MD, PhD
Michael Lipnick, MD
University of California at San Francisco

3

## References

'Textbook' Execution or Botched One? Alabama Case Leaves Sides Divided. Bogel-Burroughs, N, Dewan, S, Betts, A.https://www.nytimes.com/2024/01/26/us/alabama-execution-kenneth-smith nitrogen.html?unlocked_article_code=1.U00.8rvp.1kTJecJ2ds6d&smid=em-share.

Bickler PE, Feiner JR, Lipnick MS, Batchelder P, MacLeod DB, Severinghaus JW. Effects of Acute, Profound Hypoxia on Healthy Humans: Implications for Safety of Tests Evaluating Pulse Oximetry or Tissue Oximetry Performance.  Anesth. Analg. 2017 Jan;124(1):146-153.

Bickler PE, Feiner JR, Lipnick MS, McKleroy W. "Silent" Presentation of Hypoxemia and Cardiorespiratory Compensation in COVID-19. Anesthesiology. 2021 Feb 1;134(2):262-269.

Adams L, Chronis N, Lane R, Guz A. The measurement of breathlessness induced in normal subjects: individual differences.  Clin Sci (Lond) 1 February 1986; 70 (2): 131–140. doi: https://doi.org/10.1042/cs0700131.

Spitz, V. Doctors from hell: The horrific account of Nazi experiments on humans. 2005.Sentient Publications: Boulder, Colorado, USA.

Guidelines of the Euthanasia of Animals. American Veterinary Medical Association, Guidelines 2020.

Kronenberg R, Hamilton FN, Gabel R, Hickey R, Read DJ, Severinghaus J. Comparison of three methods for quantitating respiratory response to hypoxia in man. Respir Physiol. 1972 Sep;16(1):109-25. doi: 10.1016/0034-5687(72)90092-8. PMID: 5073532.