# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALAN EUGENE MILLER, | |
| *Plaintiff,* | Civil Action: No. 2:24-cv-00197-RAH |
| v. | |
| STEVE MARSHALL,<br>in his official capacity as Attorney General, State of Alabama, | |
| KAY IVEY,<br>In her official capacity as Governor of the State of Alabama, | **CAPITAL CASE – EXECUTION SCHEDULED FOR SEPTEMBER 26, 2024** |
| JOHN Q. HAMM,<br>In his official capacity as Commissioner, Alabama Department of Corrections, | |
| TERRY RAYBON,<br>in his official capacity as Warden, Holman Correctional Facility, | |
| *Defendants.* | |

**OPPOSED MOTION TO RESET DATE FOR<br>PRELIMINARY INJUNCTION HEARING**

Mr. Miller respectfully moves this Court to reset the hearing on Mr. Miller's Motion for Preliminary Injunction or in the Alternative Stay of Execution (Dkt. 45), which this Court set for July 29, 2024.

On June 24, 2024, the Court entered a Scheduling Order that set the following deadlines. *See* Dkt. 50:

1. Defendants shall respond to Plaintiff's Motion for Preliminary Injunction or in the Alternative Stay of Execution on July 15, 2024.

2. Plaintiff shall file his reply in support of his Motion for Preliminary Injunction or in the Alternative Stay of Execution on July 22, 2024.

3. Evidentiary hearing on Plaintiff's Motion for Preliminary Injunction or in the Alternative Stay of Execution is set for July 29, 2024.

Mr. Miller has no objection to the briefing deadlines the Court set: July 15 for Defendants' opposition and July 22 for Mr. Miller's reply, respectively. However, Mr. Miller is requesting the evidentiary hearing be moved, because his expert witness will be out of the country on a medical mission trip during the July 29 hearing date.

Counts I and II are currently dismissed from the case, leaving only Count III, the Eighth Amendment Claim. Mr. Miller has retained an expert witness, Dr. Phillip Bickler, to offer opinions relevant to Mr. Miller's Eighth Amendment claim. On June 21, 2024, Mr. Miller filed his motion for preliminary injunction on Count III,

and attached an affidavit from Dr. Bickler as an exhibit to that motion. *See* Dkt. 45-10, Aff. of Dr. Bickler. As set forth in Dr. Bickler's affidavit, he will be out of the country from July 23 to August 4, when he will be on a medical mission trip in Armenia. *See* Dkt. 45-10 ¶ 24. Cognizant that Mr. Miller's execution date is scheduled for September 26, Mr. Miller proposes some alternate dates soon after July 29 on which the hearing could take place.

Specifically, Mr. Miller respectfully requests that the Court move the preliminary injunction hearing on Count III to either August 6 through 9, 2024, or August 19 through 23, 2024. In a recent meet and confer, Defense counsel stated that they would be available to attend a preliminary injunction hearing the week of August 19 to 23.[1] Nevertheless, Defense counsel have informed counsel for Mr. Miller that they oppose this motion, and oppose Mr. Miller's effort to move the hearing to a date when both Dr. Bickler and Defense counsel are available. Because Mr. Miller would be prejudiced by the hearing taking place at a date when his expert witness cannot attend, and because Defendants would suffer no prejudice from moving the hearing date, such an accommodation is appropriate in this case.

---

[1] Defense counsel stated that they have a sentencing hearing the week of August 5th, but did not indicate which dates of that week the hearing is scheduled. Defense counsel stated that they are not available August 27 through 30, and for that reason, Mr. Miller is not asking that the hearing be re-set for those dates.

Dated: June 26, 2024

Respectfully submitted,

/s/ *J. Bradley Robertson*
J. Bradley Robertson
Danner Kline
Bradley Arant Boult Cummings LLP
One Federal Plaza
1819 5th Ave. N.,
Birmingham, AL 35203
Tel: (205) 521-8188
Fax: (205) 488-6188
Email: brobertson@bradley.com
Email: dkline@bradley.com

Rachel C. Bramblett
Bradley Arant Boult Cummings LLP
Promenade Tower, 20th Floor.
1230 Peachtree St. NE
Atlanta, Georgia 30309
Tel: (404) 868-2100
Email: rbramblett@bradley.com

Daniel J. Neppl
Kelly Huggins
Mara E. Klebaner
Stephen Spector
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Email: dneppl@sidley.com
Email: khuggins@sidley.com
Email: mklebaner@sidley.com
Email: sspector@sidley.com

*Attorneys for Plaintiff Alan Eugene Miller*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 26, 2024, I served a copy of the foregoing via the Court's CM/ECF system, which shall cause the same to be electronically transmitted to all counsel of record.

/s/ *J. Bradley Robertson*
J. Bradley Robertson