# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

ALAN EUGENE MILLER, )
)
Plaintiff, )
)
v. ) Case No. 2:24-cv-00197-RAH
)
STEVE MARSHALL, )
Attorney General, )
KAY IVEY, Governor, )
JOHN Q. HAMM, Commissioner, )
and TERRY RAYBON, Warden, )
)
Defendants. )

## AFFIDAVIT OF BRANDON McKENZIE

BEFORE ME, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Brandon McKenzie who being known to me and being by me first duly sworn, deposes and says under oath as follows:

1. My name is Brandon McKenzie. I am over nineteen (19) years of age and a resident of the State of Alabama. I am presently employed as a Captain with the State of Alabama Department of Corrections (ADOC), where I have worked since 2010.

2. I am competent to execute this affidavit, and such affidavit is based on my personal knowledge.

1

3. I was the execution team captain for the execution of Kenneth Eugene Smith on January 25, 2024. My responsibilities included fitting the respirator mask on Mr. Smith in preparation for the execution. In my time with the Department of Corrections, I have worn respirator masks as a member of the Corrections Emergency Response Team. I also have experience with conducting negative pressure checks on such masks. Conducting a negative pressure check requires the mask wearer's active cooperation. In training sessions, I have placed ADOC's respirator mask on more than ten individuals of differing body types and sizes, including individuals with and without facial hair and one individual who was obese. I have not encountered any person for whom the mask did not fit securely and effectively.

4. I observed the following during the execution of Kenneth Smith on January 25, 2024. Shortly before 8 p.m., I received a signal that the execution was set to begin. After that, Smith made very brief comments to his spiritual advisor and to an ADOC employee. For some time after nitrogen began to flow, Smith's body was tense, but he did not speak again. He did not scream, cry, moan, or say anything to indicate he was in any pain. During this time, I was watching the readout for one of the pulse oximeters attached to Smith's earlobe. For a period of time that was longer than I had expected, I noticed that the pulse oximeter continued to read at a steady rate of 97%–98%. I did not notice whether Smith was breathing or holding his breath during this period of time.

2

5. I did not see Smith make any violent or convulsive movements. What I did see was Smith tensing up, raising his upper body off of the gurney, and closing his fingers into the palms of his hands. Smith then fell back onto the gurney. He released a deep breath that produced a small amount of saliva onto the mask's face shield. After that deep breath, I observed the pulse oximeter drop from 97%–98% to the low 40s in a matter of seconds. Smith appeared to take another deep inhale and exhale and he lost consciousness shortly thereafter. Over an additional forty seconds or so, the readings dropped to around 17%. This rapid drop in Smith's pulse oximeter readings was what I had expected would happen when Smith began breathing nitrogen. After those breaths, Smith's body did not move again.

I swear and affirm that the above information is true and accurate to the best of my knowledge.

Further affiant sayeth not.

_____
Brandon McKenzie

Subscribed and sworn to before me on this the 12th day of July 2024.

_____
Jennifer R. Kelly
NOTARY PUBLIC

3

My commission expires __________.