```
1    ROUGH DRAFT

2    7-10-24

3    Deposition of Alan Eugene Miller

4

5

6                THE VIDEOGRAPHER:  Good afternoon.  We're

7    on the record at 3:01 on Wednesday, July 10, 2024.  This

8    begins media unit one in the video-recorded deposition

9    of Alan Eugene Miller in the matter of Alan Eugene

10   Miller versus John Hamm, et al.  Will counsel identify

11   yourselves and state who you represent.

12                MR. ANDERSON:  Rich Anderson.  I

13   represent the defendants in this matter.  I work for the

14   Attorney General's Office.

15                MS. KENNY:  Polly Kenny for the

16   defendants.

17                MS. SHELTON:  Jordan Shelton for

18   defendants.

19                MS. KLEBANER:  Mara Klebaner for

20   Mr. Miller.

21                MR. ROBERTSON:  Brad Robertson for Mr.
```

22      Miller.

23                      THE VIDEOGRAPHER:  Will the court

24      reporter please swear in the witness.

25

                                                        2

1                       ALAN EUGENE MILLER,

2       having been first duly sworn, was examined and testified

3       as follows:

4

5       EXAMINATION BY MR. ANDERSON:

6           Q.      Mr. Miller, good afternoon.  If at any

7       point I'm not speaking loud enough for you --

8           A.      That's good.

9           Q.      -- you just let me know.

10          A.      That's good right there.

11          Q.      All right.  I'm Rich Anderson.  I'm

12      representing the defendants in this lawsuit that we're

13      here on and I'm going to ask you a few questions this

14      afternoon.  I won't keep you here too long, but if at

15      any point I ask you a question you don't understand,

16      feel free to ask me to rephrase it or explain it and I

17      will do the very best I can to do so.

18                      Like I say, if you don't hear anything or

19    don't hear what I said, I'll be happy to repeat it.  But

20    as long as you can understand me, I will just ask you to

21    answer my questions with a yes or no where it's

22    appropriate because the court reporter is going to be

23    taking down your responses.

24              Sometimes it's difficult for her or for

25    court reporters in general to get an uh-huh or a yeah or

                                                    3

1     a naw so that just makes it easier on her.

2               So I want to just ask you a few

3     questions.  And first of all, you understand that right

4     now the State of Alabama intends to execute you in

5     September for the murders of Terry Jarvis, Lee

6     Holdbrooks, and Scott Yancy.  Do you understand that?

7          A.     Yes, I do.  Yes, I do.

8          Q.     And you have previously sued I'm going to

9     say defendants who are various state officials trying to

10    get nitrogen hypoxia as a method of execution.  Is that

11    right?

12         A.     Yes, sir.

13              MS. KLEBANER:  Objection to form.

14    Sorry, Alan.

15          Q.      And in that lawsuit, you alleged that in

16     2018 when hypoxia was -- when you first had an

17     opportunity to elect, you alleged that you made an

18     election in 2018 requesting hypoxia.  Is that right?

19          A.      Yeah.

20          Q.      Okay.

21          A.      Yes.

22          Q.      Thank you.  And you're currently suing a

23     number of defendants again.  Is that right?

24          A.      From my understanding, yes.

25          Q.      From your understanding, you're the

                                                                4

1      client --

2          A.      Yeah.

3          Q.      Okay.

4          A.      Yes.  Yes, sir.

5          Q.      And again you're asking for a form of

6      nitrogen hypoxia as your method of execution.  Is that

7      your understanding?

8          A.      Yeah, I think that's my understanding.

9          Q.      Well, just to be clear, what method of

10     execution are you asking for?

11                  MS. KLEBANER:  Objection to form.

12          A.      That I be treated fairly like everybody

13   else.

14          Q.      Okay.

15          A.      Because I don't think y'all know what

16   you're doing.

17          Q.      Are you asking the state to use nitrogen

18   hypoxia?  Just on kind of a high level, I know there are

19   certain specific claims you've made but are you asking

20   for nitrogen hypoxia as your method of execution?

21                  MS. KLEBANER:  Objection to form.

22          A.      I'm asking not to be executed.

23          Q.      Okay.

24          A.      I'm asking for a new trial but I

25   understand what you're saying but --

                                                              5

1          Q.      Well --

2          A.      -- I mean I know I did sign it and

3   y'all still tried to, you know, get me with a needle.

4          Q.      Let me ask you that.  Is it your

5   understanding -- let me go back to this.  What would you

6   like to see happen as a result of this lawsuit?

7                  MS. KLEBANER:  Objection to form.

8          A.       That there's some kind of

9     standardization that professionals are hired to do the

10    job, not your people because y'all done showed your

11    incompetence on Doyle Hamm, Joe James, Kenny Smith,

12    and me.

13         Q.       A moment ago, you said that you would

14    like not to be executed.  Is that what you see --

15         A.       I'd like a new trial.

16         Q.       Okay.  Is that what you're asking for in

17    this lawsuit --

18              MS. KLEBANER:  Objection to form.

19         Q.       -- to your understanding?

20         A.       I'm asking for a new trial.  I'm asking

21    for my case to be dismissed because I shouldn't have

22    been put in prison in the first place.

23         Q.       Have you read the complaint in this

24    lawsuit?

25              MS. KLEBANER:  Objection to form and,

                                                    6

1     Alan, I'm going to instruct you not to reveal any

2     conversations that you've had with your attorneys.

3          Q.       And I'm not asking you what you talked

4     about with your attorneys so yes.

5          A.      I mean --

6          Q.      I'm not going to ask you --

7          A.      -- I know that I want to be -- I want

8    professionals to do it because you had unprofessionals

9    last time that stuck me and here y'all are saying

10   y'all are going to use darts.

11         Q.      Okay.

12         A.      And these guys can't even open a cell

13   door sometimes.  They're keystone cops is basically

14   what they are.

15         Q.      Who are you suing?

16                 MS. KLEBANER:  Objection to form.

17         A.      The state.  You know, I guess you have

18   to go through what's called procedural matters.

19   That's all I know.

20         Q.      Now I'll represent to you, Mr. Miller,

21   that one of the people you're suing is the governor.

22         A.      Yeah.

23         Q.      What would you like the governor to do

24   for you?

25                 MS. KLEBANER:  Objection to form.

1          A.      Well, she can pardon me.  She can

2     demand a new trial.  She can let an independent

3     investigation handle it, like let the courts decide

4     whatever judges are judges.

5               MS. KLEBANER:  And I'm just going to

6     add the objection that obviously he's not a lawyer.

7               MR. ANDERSON:  Sure.

8               MS. KLEBANER:  If you want to put the

9     complaint in front of him and ask him about anything

10    in particular --

11              MR. ANDERSON:  Okay.  Sure.

12              MS. KLEBANER:  -- that's fine but if

13    you could just let me.

14         A.      I don't remember stuff as good as I

15    used to.

16         Q.      Okay.

17              MS. KLEBANER:  Alan, can you let me

18    finish my objection?  If you want to ask him specific

19    questions based on the complaint, please just put that

20    document in front of him.

21              MR. ANDERSON:  Okay.

22         Q.      I don't want to ask you a specific

23    question.  Make sure I understand.  You are asking for

24    nitrogen hypoxia as your method.  You're not claiming

25    that the state should use some other method.  I

```
 1      understand you want it done a different way.  Are you

 2      claiming or do you think you're claiming that some

 3      different method should be used?

 4                  MS. KLEBANER:  Objection to form.

 5          A.      I don't really understand where you're

 6      going.  You're trying to make me like I concur to be

 7      executed.  I didn't concur to be lethal injection --

 8          Q.      Okay.

 9          A.      -- because y'all kept -- they kept

10      stabbing me with needles.

11          Q.      Okay.

12          A.      I don't concur with being gassed by

13      incompetent people.  I mean y'all -- from what I

14      understand, you're trying to make it look like I

15      concur.  I don't concur.  I deserve a new trial.

16          Q.      Okay.  I'll move on.

17          A.      Maybe I'm not understanding something.

18      I mean --

19                  MR. ANDERSON:  Yeah, I'll ask him

20      specifically.  Where's that copy you had?

21                  MS. KENNY:  I gave it to you.

22                  MR. ANDERSON:  Okay.  Mara, I've only
```

23      got one extra copy of the complaint.  Do y'all have a

24      copy that you refer to?

25                      MS. KLEBANER:  If you'd tell me the

                                                                9

1       docket number, I'll make sure I'm looking at the same

2       thing.

3                       MR. ANDERSON:  Sure.  Docket number

4       one.

5                       MS. KLEBANER:  Oh, you've got the

6       actual -- that's fine.

7            Q.     Mr. Miller, I'm going to hand you what

8       I'm going to mark as Defendant's Exhibit A.  Just ask

9       you to take a look at it.

10                      MS. KLEBANER:  Sorry.  Can we keep up

11      with the numbering?  I think we're on 10.

12                      MS. KENNY:  No.  We're going to use A, B,

13      C.

14                      MR. ANDERSON:  This is -- yeah, this is

15      our deposition because this is our witness.  We were

16      going to start our own list of exhibits because it's

17      defendants.

18                      MS. KLEBANER:  So what I was -- I'm fine

19      if that's what you want to do but what I was proposing

20      is just sequential across all depositions.  So it's like

21      we stopped with 10 and then we start with 11 here.

22                  MR. ANDERSON:  I think it would be

23      confusing to not have -- to not have defendant's

24      exhibits and plaintiff's exhibits.

25                  MS. KLEBANER:  Whatever you want to do is

                                                    10

 1      fine.

 2                  MR. ANDERSON:  So we're going to mark

 3      this as Defendant's Exhibit 1.

 4                      (Court reporter interruption.)

 5                  MR. ANDERSON:  Let's make it 1.  No.  You

 6      know what.  I think that that might help keep it

 7      straight.  Let's do A.

 8                          (Whereupon, Defendant's

 9                          Exhibit A was marked for

10                          identification.)

11          Q.      I'll give you a minute or two to look at

12      that and tell me if that looks familiar to you?

13          A.      When was this sent to me?

14          Q.      I can't answer that question.

15          A.      I mean because you sent me something

16      like a month ago or something or two days ago, I

17      couldn't tell you if I read it.  How much you want me

18      to read?

19          Q.      Well, I'm just asking you if you

20      recognize that as the complaint that you filed in this

21      case?

22          A.      Yeah, it looks like the one we filed.

23          Q.      Let's just -- maybe we can -- if you

24      will, turn with me to page 49 so towards the end.  I'm

25      sorry.  Here we go.  Okay.  And there's a signature line

                                                    11


1       on page 49, correct?

2           A.      Yeah.

3           Q.      Okay.  Do you recognize those names as

4       being your attorneys?

5           A.      Yeah.

6           Q.      Okay.  So do you have any doubt that this

7       is the complaint that you filed in this case?

8           A.      I can't tell you verbatim, but, you

9       know, like I said, they handled that, and after they

10      sent it, they sent me a copy.

11          Q.      Okay.

12      A.      You have to check with the state to see

13  when I got it.

14      Q.      Okay.  Well, let's look at the previous

15  page, page 48.  And if you need your glasses --

16      A.      No, I don't need glasses to read.

17              MS. KLEBANER:  Alan, let me know if you

18  need help turning pages.

19              THE DEPONENT:  No.  I'm all right.

20      Q.      At the top of page 48, the number in

21  parenthesis six.

22      A.      Yeah.

23      Q.      You see that?  Would you read that for

24  me, everything after the six to the end of the sentence?

25      A.      Okay.  It says -- anything after six?

                                                        12

1       Q.      Yes, sir.  Please.

2       A.      Using a sedative or tranquilizing

3   medication in pill form before administered the

4   nitrogen gas to reduce thrashing movements that could

5   further -- involuntary.  It should say involuntary.

6       Q.      Okay.  Do you understand that in this

7   lawsuit you are asking for ADOC to give you a sedative?

8       A.      Yes.

9        Q.     Okay.  What kind of sedative do you want?

10        A.     I don't know.

11        Q.     You don't know?

12        A.     Just something to calm me down.

13        Q.     To calm you down.  Okay.

14        A.     I wasn't -- I wasn't -- last time, I

15  was calm but I mean this time like that, I don't

16  know -- the ways he said he jerked, they said he

17  suffocated.  I don't want people thinking I'm

18  thrashing or resisting so they can all rush and then

19  jump on me.

20        Q.     Okay.  Do you intend to resist --

21        A.     No.

22        Q.     -- during your --

23        MS. KLEBANER:  Objection to form.

24        Q.     And you said you want ADOC to give you a

25  sedative to calm you down, correct?

                              13

1        A.     Well, I guess just to keep me mild.

2        Q.     Okay.  Do you use any drugs currently?

3        A.     What the doctors and them send me.

4  Some kind of blood pressure stuff.

5          Q.      Do you use any illegal drugs?

6          A.      No.

7          Q.      Okay.

8          A.      No, I do not.

9          Q.      Okay.  He said -- that's -- you did fine.

10    Thank you.  Are you taking -- so you're taking a blood

11    pressure medicine?

12         A.      Yeah.

13         Q.      Are you taking any other prescription

14    drugs?

15         A.      No.  I don't know what the other ones

16    are but you'd have to get with them.  I know one of

17    them is a blood pressure and the other one is some

18    kind of to help water retention or something like

19    that.  I mean I don't know the names of them.

20         Q.      Do you have any kind of inhaler?

21         A.      Yeah.

22         Q.      You have an inhaler?

23         A.      (Deponent nods head.)

24         Q.      Okay.  How often do you use an inhaler?

25         A.      Usually when I -- like I don't have it

                                                                  14

1     with me now I left in there.  When I walk and they

2        tell me to use it whenever I start wheezing.

3                 Q.      Okay.  When was that -- was that inhaler

4        prescribed for you?

5                 A.      I couldn't tell you off the bat.  I

6        could not tell you off the bat.  I don't --

7                 Q.      Do you know who prescribed it to you, if

8        it was?

9                 A.      It would have been the doctor or

10       Livingston (sic).

11                Q.      And is -- as part of your lawsuit, have

12       you alleged that you have asthma?

13                        MS. KLEBANER: Objection to form.

14                A.      I didn't allege.  I've had it since I

15       was a kid.

16                Q.      Okay.  So you've had asthma all your

17       life?

18                A.      Yeah.

19                Q.      Did you have asthma in 2018?

20                A.      Yeah.

21                Q.      Did you have asthma in 2021?

22                A.      Yeah.

23                Q.      2022?

24                A.      Yeah.

25                Q.      Did you have asthma when you filed your

1     last lawsuit seeking nitrogen hypoxia as a method of

2     execution?

3           A.      I think I did.  I believe I did.  It's

4     in my medical records.

5           Q.      Okay.  I want to move on to something

6     else.  Mr. Miller, did you know Kenneth Smith?

7           A.      Yes.  Yes, sir.  Yes, sir, I did.

8           Q.      Do you understand that Kenneth Smith also

9     filed a lawsuit challenging nitrogen hypoxia as a method

10    of execution?

11                  MS. KLEBANER:  Objection to form.

12          A.      Yes, I know that he filed it.

13          Q.      Okay.  Are you aware that Mr. Smith had

14    an expert helping him named Dr. Philip Nitschke?

15          A.      Yeah.  I mean my understanding, he had

16    somebody.

17          Q.      And is it your understanding that Dr.

18    Nitschke is an expert in nitrogen hypoxia as a method of

19    suicide?

20                  MS. KLEBANER:  Objection to form.

21          A.      No, I didn't know that.

22          Q.      Okay.  So you're learning that today?

23          A.      Yeah.   I mean I didn't know -- I didn't

24     know he had a doctor -- I know he had a doctor.   The

25     name sounds familiar but I know he said he had a

                                                              16

 1     doctor working with him.

 2          Q.      Maybe it helps -- do you recall whether

 3     that doctor may have been Australian or a foreigner of

 4     some kind?

 5              MS. KLEBANER:   Objection to form.

 6          A.      No, I couldn't tell you that.

 7          Q.      Okay.   Did you know or do you know that

 8     Dr. Nitschke has talked and written about Kenny Smith's

 9     execution?

10          A.      No.

11              MS. KLEBANER:   Objection to form.

12          Q.      Do you know that Dr. Nitschke has written

13     that the convulsions that Kenny allegedly experienced

14     are almost certainly accentuated by his obvious and

15     understanding -- understandable noncooperation with the

16     execution?

17              MS. KLEBANER:   Objection to form.

18          A.      No.

19          Q.      Do you understand that after the

20      execution, Dr. Nitschke wrote that the longer Kenny

21      tried to preserve the air in his lungs by holding his

22      breath, the slower the dying process would be?

23              MS. KLEBANER:  Objection to form.

24      A.      Can he prove that?

25      Q.      I'm asking you if you understand that he

                                                        17


1       wrote that?

2       A.      No, I did not know he wrote that.

3       Q.      Kenny's expert.  Okay.  Do you understand

4       that when you hold your breath carbon dioxide builds up

5       in your blood?

6       A.      No.  I'm not a medical professional.

7       Q.      Sure.  I'm just asking you what -- just

8       trying to get the basis of what you know.  When you hold

9       your breath, is it uncomfortable?

10      A.      It depends on how I'm breathing, what I

11      was doing at the time.  Sometimes I have to stop and

12      take a deep breath and let it out, take a deep breath

13      and let it out.

14      Q.      And if you hold your breath and continue

15      holding it, in your experience in your life, does that

16      get harder to do?  You become uncomfortable as you hold

17      your breath?

18              A.      I don't know.  I don't -- I didn't do

19      stuff like that.

20              Q.      Okay.  Okay.

21              A.      Unless I was underwater swimming, you

22      know.  You come up and drink up -- you know, if you

23      breathe, you're going to drink water.

24              Q.      Okay.  Are you aware that Dr. Nitschke

25      wrote that if Kenny had cooperated, if he had taken deep

18

1       breaths during his execution, he would have lost

2       consciousness much sooner.

3                       MS. KLEBANER:  Objection to form.

4               A.      So you're basically telling Kenny Smith

5       to cooperate with y'all killing him?

6               Q.      I'm asking you --

7               A.      Why didn't y'all know that?  Did y'all

8       tell Kenny Smith prior to that?

9               Q.      What I'm asking you, Mr. Miller --

10              A.      You're telling people we want you to --

11      it's like the media is wanting me to hold a ball and

12      keep squeezing the ball to try to get my veins to pop

13    up.  I threw it in the grass.  I asked him to put his

14    testicles up there.

15              Q.      So you're saying you would not cooperate

16    with the execution?

17                      MS. KLEBANER:  Objection to form.

18    Mischaracterizes testimony?

19              A.      I don't know what --

20                      MS. KLEBANER:  Hey, Alan, sorry.  Can

21    you let me finish my objection?  My objection was

22    objection to form.  Mischaracterizes his testimony.

23              Q.      Okay.

24              A.      I'm not quite understanding.  You're

25    telling me to practice killing myself.  I mean I

                                                          19

1     thought y'all put people to sleep.  I thought like you

2     go to a dentist and they put on the mask and you go --

3     you go like -- go under and then y'all turn the stuff

4     on.  That's what I thought but maybe I -- I was wrong,

5     I guess.

6               Q.      Mr. Miller, I'm asking you is --

7               A.      You're telling me you want me to

8     practice.

9          Q.       Let me ask you this.  Let me ask you

10    this.  Are you aware -- have you heard of a man called

11    Dr. Philip Bickler?

12          A.       Not to my recollection.

13          Q.       Are you aware that your attorneys have

14    retained an expert by that name in this case?

15                   MS. KLEBANER:  Objection to form.

16          A.       Like I said, I have no recollection.  I

17    don't remember all the stuff that I read.  I haven't

18    kept up with reading and I read and read and it starts

19    boring me.  I'm no legal expert.  I didn't know what

20    verbatim was until legal.

21          Q.       Have you ever heard of Dr. Philip

22    Bickler?

23          A.       No.

24                   (Whereupon, Defendant's

25                   Exhibit B was marked for

                                                          20

1                    identification.)

2          Q.       I am going to show you a document that I

3    am marking as Defendant's Exhibit B.  If you would take

4    a look at that, have you ever seen that document before?

5                    MS. KLEBANER:  Take your time, Alan.

6        It's a long document.

7              Q.      Sure.  Absolutely.  Take all the time you

8        need.

9              A.      I don't believe I have.  If I did, I

10       don't remember it.

11             Q.      Okay.  It doesn't look familiar to you?

12             A.      Not -- no.  I'd would have to look back

13       in through all my stuff.

14             Q.      Let me ask you on the first page towards

15       the top where it says viewpoint --

16             A.      Yeah.

17             Q.      -- are there a couple of names under

18       that?

19             A.      Yes, I see them.

20             Q.      What are those names?

21             A.      It says Philip E. Bickler, MD, Ph.D and

22       Michael S.  Lipnick, Lipnick, MD.

23             Q.      Okay.  If you will turn to the second

24       page of that document -- let me ask you this first of

25       all.  Are you aware that Dr. Bickler has written that

21

1        holding your breath during a nitrogen hypoxia execution

2    is likely to lead to anxiety, muscle twitching, and

3    seizures?

4              MS. KLEBANER:  Objection to form.

5         A.   No.  I have no recollection.

6         Q.   Well, let me show you -- and I'm going to

7    come here and point you to the right place.

8         A.   It says when --

9         Q.   First paragraph -- yes, sir.  "When faced

10   with".  Do you see there where he writes that humans are

11   likely to breathe irregularly or breath hold?  Do you

12   see that?

13        A.   Yes.

14        Q.   Do you understand that he is referring to

15   a nitrogen hypoxia execution?

16             MS. KLEBANER:  Objection to form.

17        A.   I believe that's what it might be

18   referring to.

19        Q.   Okay.  And looking on at the rest of that

20   sentence, do you see that he writes that breath holding

21   or irregular breathing are two of many factors that will

22   likely cause prolonged significant shortness of breath,

23   anxiety, increased heart rate and some other things?  Do

24   you see that?

25             MS. KLEBANER:  Objection to form.

                                                          22

1                    (Court reporter interruption.)

2          Q.       Yes or no.  You nodded your head.

3          A.       I was just reading.

4          Q.       Okay.  Do you see where he indicates that

5      breath holding or breathing irregularly would be likely

6      to lead to anxiety, shortness of breath, increased heart

7      rate?  Do you see that?

8          A.       Yes, sir.

9                   MS. KLEBANER:  Objection to form.

10     Mischaracterizes the document.

11         Q.       All right.  Let me ask you this.

12     Mr. Miller, provided that there are no legal impediments

13     to your execution in September and it does go forward,

14     do you intend to hold your breath during or attempt to

15     hold your breath as the execution goes forward?

16                  MS. KLEBANER:  Objection to form.

17         A.       Not voluntarily, no.

18         Q.       Not voluntarily.  So you do not intend to

19     hold your breath?

20         A.       No.

21         Q.       Okay.  And have you ever heard of the

22     term hypercapnia?

23         A.       No, sir.

24          Q.      Okay.  And I'll represent to you that

25      hypercapnia is a term used in your complaint but it's

                                                              23

1       just a fancy way to say carbon dioxide is building up in

2       your blood.  Do you understand that?

3               Q.      Like I said, I'm not a medical expert.

4       I can understand what you said to me.

5               Q.      Okay.  Turn with me to page 19 -- let's

6       go back to Defendant's Exhibit A, your complaint.

7                       MS. KLEBANER:  You need help turning the

8       page, Alan?

9                       THE DEPONENT:  I got it.

10              Q.      Take all the time you need.  If you will,

11      look with me at the footnote at the bottom of that page

12      19.  Does that indicate or does that read in your

13      complaint that hypercapnia is the sudden buildup of

14      carbon dioxide in the blood?

15              A.      Can you state that again?

16              Q.      Does that state that acute hypercapnia is

17      the sudden buildup of --

18              A.      Yes.

19              Q.      Carbon dioxide in the blood?

20          A.      Yeah.

21          Q.      That's from your complaint, right?

22          A.      I mean like I said, I don't remember

23   the whole thing verbatim.

24          Q.      Do you see it says acute hypercapnia can

25   cause seizures?

                                                    24


1           A.      Uh-huh.

2           Q.      Okay.  And can I assume that seizures are

3    something you want to avoid?

4           A.      Yes.

5           Q.      Okay.  And you would want to avoid any

6    behavior that would lead to acute hypercapnia such as

7    breath holding?

8                   MS. KLEBANER:  Objection to form.

9           A.      Yes.  I mean you don't know if it's

10   done involuntarily or not.  You could have an allergic

11   reaction like peanuts and you can't breath.  That

12   don't mean -- they're not refusing to breathe.  They

13   can't breathe.

14          Q.      You don't intend to refuse to breathe?

15          A.      No.

16          Q.      Okay.  Right.  Shouldn't be too much more

17    here.  Mr. Miller, back to that complaint so don't get

18    off that document.  On page 21, paragraph 81.  So this

19    paragraph here?

20          A.     Yes.

21          Q.     Read that paragraph to yourself if you

22    would.

23          A.     The state has admitted that the mask it

24    uses for nitrogen hypoxia execution is one size fit

25    all.  That is, the state does not have masks for

                                                            25

1     different size faces and heads but instead relies on

2     the mask designed to fit an average face and head

3     and -- do you want me to read the rest of it?

4           Q.     Well, I'll just see if I can maybe make

5     this a little shorter.  In that paragraph, do you allege

6     that there's a risk that the mask that the state is

7     going to use will not fit your face?

8                  MS. KLEBANER:  Objection to form.

9           A.     It could be.

10          Q.     Well, let me -- just to clarify for the

11    record, it could be that it won't fit your face or it is

12    could be that you allege that?

```
13                 MS. KLEBANER:  Objection to form.

14        A.      It probably won't because I've got a

15   big old head.  Nothing else fits my head.

16        Q.      Okay.  Do you know of any mask that would

17   fit you correctly?

18                 MS. KLEBANER:  Objection to form.

19        A.      No, sir.

20        Q.      Has anyone in the last couple of years

21   ever tried to fit you for a mask?

22        A.      No, sir.

23        Q.      Has anybody ever taken any measurements

24   of your head or face in the last couple of years?

25                 MS. KLEBANER:  Without disclosing
```

                                                         26

```
1    something that you just did with your counsel, you can

2    answer that question.

3         A.      They measured my head the other day.

4                 MS. KLEBANER:  Your lawyers did so we

5    won't do more on that.

6         A.      My lawyers measured my head.

7         Q.      Okay.  I don't want to know anything they

8    said.

9                 MS. KLEBANER:  Yeah.
```

```
10          Q.      Has Dr. Bickler ever come to see you?

11          A.      No.

12          Q.      Has Dr. Bickler ever measured your head?

13          A.      No, sir.

14          Q.      Okay.  And so he's never given you any

15     kind of physical examination at all?

16          A.      No, sir.

17          Q.      So he's never fitted you for a mask?

18          A.      No, sir.

19          Q.      Are you familiar with the inmate request

20     forms that are used here at Holman?

21          A.      Yes.

22          Q.      Is that a document you can fill out if

23     you're asking for --

24          A.      When they give you one.

25          Q.      Do you have to ask to get one to fill
```

                                                           27

```
 1     out?

 2          A.      Yeah.

 3          Q.      Have you done that before?

 4          A.      Yes.

 5          Q.      Have you ever made any request through an
```

6          inmate request form to be fitted for a mask?

7                    MS. KLEBANER:  Objection to form?

8          A.     No.

9          Q.     Okay.  Let's go back to your complaint,

10    page 19 so a couple of pages back again.  Okay.

11    Paragraph 75.  In paragraph 75, you allege that the DOC

12    refuses to check the size of the execution mask against

13    your face.  Is that correct?

14                    MS. KLEBANER:  Objection to form.

15                    (Court reporter interruption.)

16         A.     Yes, I can read what it says.

17         Q.     And that's from your complaint, right?

18                    (Court reporter interruption.)

19         A.     Yes.  Yes, I can from my complaint.

20         Q.     Now Mr. Miller, if your execution does go

21    forward in September, on the  of it, a member of the

22    execution team, the captain, will fit the mask to your

23    head and place the mask on you when the execution is

24    going forward.  Do you understand that?

25         A.     Yes.  I understand that.

                                                          28

1          Q.     Okay.  And ADOC is confident that the

2     mask will fit you but they are willing to have the

3   captain put the mask on you now and check it if you

4   would like that.  Would you cooperate with that?

5            MS. KLEBANER:  Sorry.  Objection to form.

6   A little bit of attorney testimony there.  Could you

7   maybe restate the question?

8        A.    Right now?  No.

9        Q.    You would not?

10       A.    It's immoral.  It's immoral.

11       Q.    Immoral?

12       A.    Are you going to ask everybody else to

13   go through the same thing I'm going to?  I'm the only

14   person that's had it done, had depositions.  This is

15   twice.

16       Q.    Sure.  Yes, sir.

17       A.    And I'm the only one and then you

18   people keep saying like this.  I mean I read these

19   things but I don't keep it on my brain.

20       Q.    Okay.  Let me --

21       A.    Dwell on something.

22       Q.    Let me see if I can clarify --

23       A.    I think that's just immoral.

24       Q.    You've alleged that ADOC will not fit the

25   mask to you, won't check the fit, correct?

                                                    29

```
 1                    MS. KLEBANER:  Objection to form.

 2          A.      I don't understand your question, sir.

 3          Q.      We just talked about -- let's go back

 4      again.  Paragraph 75, right?

 5          A.      Yeah.

 6          Q.      Okay.

 7          A.      So why I didn't want to do it now.

 8          Q.      So in paragraph 75, you say that ADOC

 9      refuses to check the size of the mask against you.  You

10      said the person being executed.  That's you -- to see if

11      a tight fit can be achieved.  And I'm telling you that

12      ADOC is willing to do that or if ADOC is willing to do

13      that, will you cooperate?

14                    MS. KLEBANER:  Objection to form.

15          A.      I'm asking why?  Why now?

16          Q.      Well, a moment ago, you said you thought

17      it would be immoral.  What did you mean by that

18          A.      It is immoral.  I mean did they do

19      Kenny Smith prior to his thing?  No.  Did they -- are

20      they going to do Kerry Grayson?  Are they going to do

21      anybody else?  Why -- I think this is psychological

22      terror right here.

23          Q.      I understand that, Mr. Miller, but you
```

24          are the one who is alleging that the mask won't fit you.

25          A.      Yeah.  Well, they should know if it

                                                          30

1           should or not, not just, oh, we're going to come

2           coming here prior to and we want you to practice deep

3           breathing exercises.  I mean that's like you want me

4           you -- you shouldn't ask me to go jogging and running

5           prior to the damn lethal injection and stuck me with

6           needles.

7                   Q.      Your answer is that you would not

8           cooperate --

9                   MS. KLEBANER:  Object to form.

10                  Q.      -- with an attempt to fit the mask?

11                  MS. KLEBANER:  Object.  Objection to

12          form.  Mischaracterizes testimony.  If you're making a

13          specific offer, I think you should make it to his

14          attorneys because even I don't really understand what

15          you're saying.

16                  MR. ANDERSON:  I'm asking him a very

17          simple question.

18                  Q.      I'm asking you, Mr. Miller, whether if

19          ADOC offers to fit the mask to you prior to the night of

20          the execution -- we can do it right now -- whether you

21      would comply with that?

22              MS. KLEBANER:  Objection to form.

23          A.      No, I don't think so.  I don't think --

24      I don't think it's right.

25          Q.      Thank you.

                                                    31

1           A.      I think it's immoral.

2           Q.      I appreciate that.

3               MS. KLEBANER:  Sorry.  Just for the

4       record, are you, Rich Anderson, offering to fit the mask

5       on him?  What is the offer?

6               MR. ANDERSON:  The offer is to have the

7       captain, the person who will fit the mask to you --

8               THE DEPONENT:  What's the captain's name?

9               MR. ANDERSON:  That would be Captain

10      McKenzie.  That's something I want to designate as

11      something confidential for purposes of this.

12              MS. KLEBANER:  You want to designate it

13      as attorneys eyes only?

14              MR. ANDERSON:  Yes.

15              MS. KLEBANER:  You just said it to the

16      client.

17          MR. ANDERSON:  Yeah.  Well, I'm asking

18     this deposition be designated, that portion of it.

19          MS. KLEBANER:  All right.

20     Q.     So you will not agree to cooperate with

21     that?

22          MS. KLEBANER:  Objection to form.

23     A.     Not right now.

24     Q.     Okay.

25     A.     If y'all decide to execute me, I won't

                                                              32

1      be able to do nothing.  I'll be strapped to the dang

2      table.  And by the way, is Captain McKenzie a medical

3      professional?

4      Q.     This is your deposition.

5      A.     That's why I'm asking that question,

6      too.  Y'all are only thing -- you have a moral

7      obligation for humane treatment of people and I'm not

8      being treated humane.  You're basically telling me I

9      should have done this, I should have pumped some

10     weights so my veins would pop out on me, how I've got

11     to do breathing exercises.  Like Kenney Smith, how do

12     you know Kenny Smith was holding his breath?  You have

13     no medical professional down there watching showing

14     was he doing like this.  How could you tell?

15             I believe y'all monitoring things

16     screwed up so y'all couldn't tell if the man was

17     breathing or not.  So I don't really understand and

18     you're asking me --

19        Q.     Did anybody tell you?

20        A.     -- I want to know if anybody else --

21             MS. KLEBANER:  Just let him finish his

22     answer.  All right.  Are you done?

23        A.     I want to know if anybody is going to

24     be asking.  Kerry Grayson and all these.  I mean this

25     is -- I think it's psychological terror.

                                                          33

1        Q.     Are you aware, Mr. Miller, of anyone else

2     who has alleged in a complaint in an active lawsuit that

3     ADOC will not fit the mask to you --

4             MS. KLEBANER:  Objection.

5        Q.     -- and that the mask will not fit?

6        A.     I don't keep up with other guys

7     lawsuits.

8             MR. ANDERSON:  Okay.  That's all I

9     have.  Anything else?  No.  That's all I have.  Thank

10      you.  Anything you --

11                      MS. KLEBANER:  Would you mind -- tell

12      us what's easier, if we step out for five minutes or

13      if you step out.  However you want to do it.

14                      MS. KENNY:  We can step out.

15                      THE VIDEOGRAPHER:  Going off the record

16      at 3:36.

17                      (Brief recess.)

18                      THE VIDEOGRAPHER:  There begins disk two.

19      Going back on the record at 3:49.

20

21      EXAMINATION BY MS. KLEBANER:

22          Q.      All right, Alan.  I think we can be

23      pretty quick here.  There's just a few issues I want to

24      clarify with you based on your conversation with

25      Mr. Anderson, okay.  Mr. Anderson asked you a lot of

34

1       questions about whether and how you would be interested

2       in getting a mask fitting before the night of the

3       execution, right?

4           A.      Yes.

5           Q.      Okay.  Could you clarify what it is

6       exactly that you are concerned about with the mask

7      fitting before the execution?

8           A.      It's incompetent people fitting it.

9      They need to be professionals, medical professionals,

10     a third party or somebody, you know, like -- are these

11     people that are going to fit, what's their training?

12          Q.      So is it fair to say that you're

13     concerned --

14               MR. ANDERSON:  Object to the form.

15          Q.      -- with the mask fitting is that the

16     person who would be doing it might not be qualified to

17     do it?

18          A.      Yes, ma'am.

19          Q.      Alan, if Judge Huffaker ordered or

20     appointed some sort of neutral doctor or a third party

21     to do your mask fitting, would you sit for that fitting?

22          A.      Yes.

23          Q.      Okay.  Let's talk a little bit about your

24     head and your face.  I'm going to ask you a question,

25     okay?

                                                          35

1           A.      Okay.

2           Q.      Have you had in your personal history any

3       examples of times where a mask didn't fit your face?

4               A.      Yes.  Work conditions.  Work.

5               Q.      Explain what you mean by work conditions?

6               A.      I worked at Custom Finishing and you

7       had to wear a mask.  They did powder coat, what you

8       call powder coat stuff and you have to wear -- I guess

9       put a mask on your face and tied it down and it still

10      wouldn't seal.

11              Q.      What type of --

12              A.      Leave a ring around my face and would

13      still not fit.

14              Q.      What type of mask did you wear when you

15      worked at Custom Finishings?

16              A.      I couldn't tell you the model but I can

17      describe it.  It had two big old filters out on the

18      end and you sort of fit around your nose and you had

19      to wear googles and then you tied it up as tight as

20      you can.

21              Q.      Okay.  You're describing a mask that goes

22      over the nose --

23              A.      Yeah.

24              Q.      -- below the chin with two respirator

25      panels on the side?

36

1          A.       Yes.

2          Q.       Okay.  And is it your testimony that when

3    you worked at Custom Finishings and you wore that mask

4    that it didn't fit properly on your face?

5          A.       No.

6          Q.       What about it didn't fit right?

7          A.       It didn't seal.

8          Q.       Didn't seal.  And how did you know that

9    it wasn't sealing?

10         A.       Because I could have it in my nose and

11   I'd tie it tighter, tighter, tighter until it left a

12   ring around my face.

13         Q.       When you say it got in your nose, the

14   thing that you were straying --

15         A.       Yes.

16         Q.       -- still got in your nose?

17         A.       The powder coating.

18         Q.       Okay.  And that's how you knew that there

19   wasn't a good seal on the mask?

20         A.       Yes.

21         Q.       Because it was getting in through the

22   mask.  And you said that you tied the straps on that

23   mask tight.  Is that right?

24         A.       Yes.

25          Q.      And despite the tightness of the straps,

1      there wasn't a seal?

2          A.      No.

3          Q.      Okay.  That was obviously a job before

4      you were incarcerated?

5          A.      Yes.

6          Q.      Okay.  What about during the COVID

7      pandemic?  Did you ever get a mask?

8          A.      Yeah, but it just -- they don't fit.

9          Q.      Okay.  So let me ask you about the mask

10     or masks that you wore during COVID.  Did the prison

11     here at Holman pass out the kind of surgical mask that

12     I'm wearing right now?

13         A.      Just like you're wearing and then they

14     had a white one.  I forgot what the number was and it

15     didn't fit my face.

16         Q.      Okay.  So just kind of a standard

17     rectangular disposable mask --

18         A.      Yes.

19         Q.      -- that they gave one size to all the

20     inmates?

21          A.      Yeah.

22          Q.      Okay.  And how did that COVID surgical

23   mask fit your face?

24          A.      It didn't.

25          Q.      Was it --

                                                          38

1           A.      It fit around the cheeks and I had to

2    squeeze it around my nose and I couldn't breathe

3    because I squeezed it all across my nose.

4           Q.      Okay.

5           A.      Air still come down through the cheek

6    things.

7           Q.      Did you find that surgical mask to be too

8    small for your face?

9           A.      Yeah.

10          Q.      Okay.  What about hats, Alan?  How do

11   hats fit you?

12          A.      They don't.

13          MR. ANDERSON:  Object to the form.

14          Q.      Okay.  Have you had any experiences in

15   the past -- I don't know -- in your recent memory of

16   trying to fit a hat on your head?

17          A.      Yeah.  Well, here, they've got a

18     clothes box you can buy a hat off there.  And I asked

19     one of the guys that bought one to see if it fit my

20     head and it fit too tight.  It was supposed to be one

21     size fit all and it squeezed my head.  If I had a

22     haircut -- my hair would bust.

23          Q.     You're taking about the hats that they

24     sell at the commissary here?

25          A.     No.  They don't sell none here.  They

                                                                39

1     sell them off the -- you get a clothes box every six

2     months, twice a year and a food box twice a year so --

3          Q.     Okay.  You're talking about the clothing

4     boxes --

5          A.     Yes.

6          Q.     -- that people can --

7          A.     Clothing boxes.

8          Q.     -- order for loved ones in prison?

9          A.     Yeah.

10         Q.     Okay.  And in those clothing boxes,

11    there's a hat option and that's the hat that you tried

12    on?

13         A.     Yes.

14          Q.      Okay.  And when you tried on that hat,

15     what was your experience?

16          A.      It was tight.

17          Q.      Too small for your head?

18          A.      Yes, too small for my head.

19          Q.      Okay.  Mr. Anderson asked you some

20     questions about your asthma.  Can you describe some of

21     the symptoms you experience from your asthma?

22          A.      Wheezing, sort of breath.  Sometimes

23     your breath catches.  I've had it since I was a kid.

24          Q.      Okay.  And just like as you testified to

25     Mr. Anderson, is it correct that you have no intention

                                                            40

1      to hold your breath in a nitrogen hypoxia execution?

2           A.      No.  I'm not going to do anything to

3      cause me to hurt myself.  No.

4           Q.      Okay.  Just one more thing.  Sort of at

5      the beginning of your testimony, Mr. Anderson was asking

6      you kind of open-ended questions about what you were

7      looking for from this litigation.  Do you remember that?

8           A.      (Deponent nods head.)

9           Q.      And one of the things you said is I want

10     a new trial.  Do you remember that?

11          A.      Yes.  I know it had nothing to do with

12    the thing but I know I've asked that since I've been

13    incarcerated.

14          Q.      Okay.  When you say you know it had

15    nothing to do with the thing, you mean that -- do you

16    mean that you understand there is no request for a new

17    trial in your complaint?

18          A.      No.  This is a whole different thing.

19    It's a whole different thing from my understanding.

20          Q.      So that's just a separate concern of

21    yours?

22          A.      Yes.

23          Q.      And you mentioned that Governor Ivey

24    could pardon you but you understand that we are not

25    asking for a pardon in your complaint?

                                                      41

1           A.      Yes.

2           Q.      And that is -- sorry.

3           A.      In that complaint.

4           Q.      Yes.  Rather is it your testimony that

5     your request for a pardon is completely unconnected to

6     the lawsuit that we're litigating now?

```
7            A.      Yes.

8            Q.      Okay.  All right.  Okay.  One last

9      question for you, Alan.  You made a couple of comments

10     about how -- I think your phrasing was I don't concur

11     with my execution.  Do you have any intention of

12     resisting any aspect of your execution?

13           A.      No.

14                   MS. KLEBANER:  All right.  That's all

15     I've got.  Thank you, Alan.

16                   MR. ANDERSON:  Just a couple of quick

17     questions.

18

19     EXAMINATION BY MR. ANDERSON:

20           Q.      Mr. Miller, your attorney was just asking

21     you some questions about a mask that you had worn prior

22     to your incarceration?

23           A.      Work related.

24           Q.      Work related.  Yes.  That's right.  Was

25     it only one type of mask that you wore on that job?
```

                                                              42

```
1            A.      No.  You had to wear it -- you know,

2      sometimes you had to wear that because you was in

3      there spraying.
```

4          Q.      Okay.

5          A.      But then other times, you had to wear

6    it basically something like she had or something like

7    that.  And then when you got out of here, you had

8    them.

9          Q.      Just to be clear because I don't believe

10   your counsel is on camera.  You say like she had.  We're

11   talking about one of these kind of a paper face masks?

12         A.      Yes.

13         Q.      So sometimes during work, you would wear

14   that.  Sometimes you would wear the mask with the

15   filters?

16                 MS. KLEBANER:  Objection to form.

17                 (Court reporter interruption.)

18         A.      Yes.  Sorry.

19         Q.      So let's talk about that mask with the

20   filter panels.  How many straps did that mask have?

21         A.      It had one, it went across the top of

22   your head and it went around the back of the neck.

23         Q.      So one across the top of your head and

24   one around the back of your neck.  Okay.  And -- don't

25   need to ask that.  And that was a mask with filters.  Is

1    that right?

2           A.      Yes.

3                   MS. KLEBANER:  Objection to form.

4    Vagueness as to the term filters.

5           A.      Yes.

6           Q.      Who installed those filters?

7                   MS. KLEBANER:  Objection to form.

8           A.      You have to go read the OSHA.  It's

9    like a book or something and it will tell you what

10   number you're supposed to use.

11          Q.      Okay.

12          A.      And you pick that number and you had a

13   pre-filter that went on there.

14          Q.      Okay.

15          A.      And it'd basically be, you know -- or

16   you have to check to make sure it's the proper one.

17   So sometimes you go in there and somebody would take

18   off and then hand you theirs and you put theirs on.

19   You just make sure it's the proper filter in there and

20   tighten it on yourself.

21          Q.      You would put the filter on yourself?

22          A.      Yeah.  They didn't have professionals

23   to do that.  It was just work related.

24          Q.      And you said that it would leave a ring

25      around your face?

                                                                    44

1           A.      Yeah.

2           Q.      Do you recall saying that?

3           A.      Yeah.

4           Q.      Did you see that in a mirror or how did

5      you know it left a ring around your face?

6           A.      You could feel it.  You could go look

7      in the mirror and see where it left.  You tighten it

8      around the back.

9           Q.      Okay.  One other thing that you had said

10     earlier that I wanted to clarify.  You said something

11     about breathing exercises.  Has anyone told you to do

12     breathing exercises?

13                  MS. KLEBANER:  Objection to form.  Go

14     ahead.

15          A.      When I was a kid.

16          Q.      Okay.  Recently.

17                  MS. KLEBANER:  Let him finish his answer.

18     Sorry.

19          A.      When I was a kid, they just told me to

20     practice just breathing deeper hold your -- not hold

21     your breath.  Just breath like this and then -- and if

22      you get excited, you know, slow down, stop, control

23      your breathing.  Not trying to suffocate yourself

24      but --

25              Q.      This was a long time ago?

                                                                45

1               A.      Yeah.

2               Q.      Okay.

3               A.      Anybody, you got asthma, they tell you

4       the same thing, to calm down and just --

5               Q.      Okay.  I just wanted -- I didn't

6       understand that.  Wanted to make sure I was clear on it.

7                       MR. ANDERSON:  That's all I have.

8

9       EXAMINATION BY MS. KLEBANER:

10              Q.      All right.  Really quick, Alan.  One more

11      thing.  Just to clarify again about the breathing

12      exercises you just mentioned, you said a doctor told you

13      that when you were a child.  And was that in relation to

14      your asthma?

15              A.      Yes.

16                      MS. KLEBANER:  Okay.  That's all I

17      have.

18                    MR. ANDERSON:  Okay.  That's it. Thank

19        you.

20                    THE VIDEOGRAPHER:  This concludes the

21        deposition.  Going off the record at 4:01.

22

23

24

25