UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍 SEARCH OSHA

OSHA ⌄  STANDARDS ⌄  ENFORCEMENT  TOPICS ⌄  HELP AND RESOURCES ⌄  NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

> **Note:** The following Inspection has not been indicated as closed. Please be aware that the Information shown may change, e.g. violations may be added or deleted. For open cases, in which a citation has been Issued, the citation information may not be available for 5 days following receipt by the employer for Federal inspections or for 30 days following receipt by the employer for State Inspections.

### Inspection: 1513695.015 – Brilex Industries Inc.

| Inspection Information - Office: Cleveland | | |
|---|---|---|
| Nr: 1513695.015    Report ID: 0522300     Open Date: 02/05/2021 | | |
| Brilex Industries Inc. | | |
| 101 Andrews Avenuenull | Union Status: NonUnion | |
| Youngstown, OH 44503 | | |
| SIC: | | |
| NAICS: 332312/Fabricated Structural Metal Manufacturing | | |
| Mailing: 101 Andrews Avenuenull, Youngstown, OH 44503 | | |
| Inspection Type: | Fat/Cat | |
| Scope: | Partial | Advanced Notice:     N |
| Ownership: | Private | |
| Safety/Health: | Health | Close Conference:    05/26/2021 |
| | | Close Case: |
| Related Activity: | Type | ID | Safety | Health |
| | Accident | 1730382 | | |

| Violation Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Serious | Willful | Repeat | Other | Unclass | Total |
| Initial Violations | 3 | | | | | 3 |
| Current Violations | 3 | | | | | 3 |
| Initial Penalty | $34,719 | $0 | $0 | $0 | $0 | $34,719 |
| Current Penalty | $34,719 | $0 | $0 | $0 | $0 | $34,719 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| Violation Items | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
| 1. | 01001A | Serious | 19100134 C01 | 05/27/2021 | 06/17/2021 | $12,288 | $12,288 | $0 | 06/15/2021 | C - Contested |
| 2. | 01001B | Serious | 19100134 E01 | 05/27/2021 | 06/17/2021 | $0 | $0 | $0 | 06/15/2021 | C - Contested |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3. | 01001C | Serious | 19100134 K03 | 05/27/2021 | 06/17/2021 | $0 | $0 | $0 | 06/15/2021 | C - Contested |
| 4. | 01002 | Serious | 19100134 I07 | 05/27/2021 | 06/17/2021 | $8,778 | $8,778 | $0 | 06/15/2021 | C - Contested |
| 5. | 01003A | Serious | 19100134 I01 II | 05/27/2021 | 06/17/2021 | $13,653 | $13,653 | $0 | 06/15/2021 | C - Contested |
| 6. | 01003B | Serious | 19100134 I08 | 05/27/2021 | 06/17/2021 | $0 | $0 | $0 | 06/15/2021 | C - Contested |

### Accident Investigation Summary

| Summary Nr: 133080.015 | Event: 02/04/2021 | Employee Is Killed When Asphyxiated While Wearing Supplied A |
|---|---|---|

At 5:00 p.m. on February 4, 2021, an employee was working for a firm that manufa ctured fabricated structural metal. He was performing abrasive blasting with ste el shot. He was wearing a supplie d air respirator (SAR). While using the supplie d air hood, he lost consciousness. A pressure testing operation downstream on th e plant air line allowed nitrogen to backfill into the compressed air line. This test introduced an asphyxiant into the system. The employee was killed.

**Keywords:** abrasive blasting, air line respirator, air pressure, asphyxiated, compressed air, metal shop, nitrogen, oxygen deficiency, respirator, unconsciousness

| | Inspection | | Degree | Nature | Occupation |
|---|---|---|---|---|---|
| 1 | 1513695.015 | | Fatality | | |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

### FEDERAL GOVERNMENT

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

### OCCUPATIONAL SAFETY AND HEALTH

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

### ABOUT THE SITE

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000204

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍 SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

**Note:** The following inspection has not been indicated as closed. Please be aware that the information shown may change, e.g. violations may be added or deleted. For open cases, in which a citation has been issued, the citation information may not be available for 5 days following receipt by the employer for Federal inspections or for 30 days following receipt by the employer for State inspections.

**Inspection: 1504589.015 – California Ranch Food Company, Inc.**

### Inspection Information - Office: Ca Long Beach District Office

Nr: 1504589.015   Report ID: 0950635   Open Date: 12/01/2020

California Ranch Food Company, Inc.
4401 S Downey Road
Vernon, CA 90058

Union Status: NonUnion

SIC:
NAICS: 424470/Meat and Meat Product Merchant Wholesalers
Mailing: 4401 S Downey Road, Vernon, CA 90058

| | | | | | |
|---|---|---|---|---|---|
| Inspection Type: | Fat/Cat | | | | |
| Scope: | Partial | Advanced Notice: | N | | |
| Ownership: | Private | | | | |
| Safety/Health: | Safety | Close Conference: | 09/24/2021 | | |
| | | Close Case: | | | |
| Related Activity: | Type | ID | Safety | | Health |
| | Accident | 1697529 | | | |

### Violation Summary

| | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | 4 | | | 2 | | 6 |
| Current Violations | 4 | | | 2 | | 6 |
| Initial Penalty | $81,000 | $0 | $0 | $1,725 | $0 | $82,725 |
| Current Penalty | $81,000 | $0 | $0 | $1,725 | $0 | $82,725 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

### Violation Items

| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 01001 | Other | 3203(A)(5) | 09/24/2021 | 10/13/2021 | $750 | $750 | $0 | | Z - Issued |
| 2. | 01002 | Other | 5144(G)(3) | 09/24/2021 | 10/29/2021 | $975 | $975 | $0 | | Z - Issued |

ADOC Hypoxia_000205

| 3. | 02001 | Serious | 3220(C)(1) | 09/24/2021 | $20,250 | $20,250 | $0 | Z - Issued |
| 4. | 03001 | Serious | 3328(G) | 09/24/2021 | $20,250 | $20,250 | $0 | Z - Issued |
| 5. | 04001 | Serious | 5141(A) | 09/24/2021 | $20,250 | $20,250 | $0 | Z - Issued |
| 6. | 05001 | Serious | 5194(H)(2) | 09/24/2021 | $20,250 | $20,250 | $0 | Z - Issued |

### Accident Investigation Summary

| Summary Nr: 131418.015 | Event: 12/01/2020 | Two Employees Are Killed By Nitrogen Leak |
|---|---|---|

At 7:45 p.m. on December 1, 2020, Employee #1, a production lead supervisor, entered the chill/production room. She observed a cloud generating in the immediate area of the freezer tunnel. She went to investigate the cause of the cloud and was killed by asphyxiation. Approximately one hour later, Employee #2, a production supervisor, entered the chill/production room. He observed Employee #1 on the floor and went over to her. Employee #2 was overcome by the lack of oxygen in the room and was also killed by asphyxiation. Liquid nitrogen released from the tunnel freezer, Linde Cryowave Freezing tunnel Model 1250-5, in the chill/production room created an oxygen-deficient atmosphere that asphyxiated both employees. The chill/production room emergency alarms, Advanced Micro Instruments 221R Area Oxygen Deficiency monitor, did not provide warning to the employees of an oxygen-deficient atmosphere.

**Keywords:** alarm, asphyxiated, lack of oxygen, nitrogen, oxygen deficiency, ppe, unconsciousness

| | Inspection | | | Degree | Nature | Occupation |
|---|---|---|---|---|---|---|
| 1 | 1504589.015 | | | Fatality | | |
| 2 | 1504589.015 | | | Fatality | | Supervisors, extractive occupations |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000206

UNITED STATES
DEPARTMENT OF LABOR

## OSHA

Menu

🔍 SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 1475445.015 - Steel Line Rail Services Llc

| Inspection Information – Office: New Mexico |
| --- |

Nr: 1475445.015    Report ID: 0653510         Open Date: 05/12/2020

Steel Line Rail Services Llc
71 Potash Mines Rdnull
Loving, NM 88256                                  Union Status: NonUnion
SIC:
NAICS: 488210/Support Activities for Rail Transportation
Mailing: 308 West Travis Streetnull, Marshall, TX 75670

| | | | |
| --- | --- | --- | --- |
| Inspection Type: | Fat/Cat | | |
| Scope: | Partial | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Safety | Close Conference: | 08/18/2020 |
| | | Close Case: | 06/30/2021 |
| Related Activity: | Type | ID | Safety    Health |
| | Accident | 1587839 | |

#### Violation Summary

| | Serious | Willful | Repeat | Other | Unclass | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Initial Violations | 5 | | | | | 5 |
| Current Violations | 3 | | | | | 3 |
| Initial Penalty | $24,000 | $0 | $0 | $0 | $0 | $24,000 |
| Current Penalty | $14,400 | $0 | $0 | $0 | $0 | $14,400 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

#### Violation Items

| | # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1. | 01001 | Serious | 19100023 C09 | 11/06/2020 | 12/14/2020 | $4,800 | $4,800 | $0 | 11/06/2020 | F - Formal Settlement |
| Deleted | 2. | 01002 | Serious | 19100146 C09 III | 11/06/2020 | 12/14/2020 | $4,800 | $4,800 | $0 | 11/06/2020 | F - Formal Settlement |
| | 3. | 01003A | Serious | 19100146 D02 | 11/06/2020 | 06/30/2021 | $4,800 | $4,800 | $0 | 11/06/2020 | F - Formal Settlement |
| Deleted | 4. | 01003B | Serious | 19100146 D05 II | 11/06/2020 | 12/14/2020 | $0 | $0 | $0 | 11/06/2020 | F - Formal Settlement |
| Deleted | 5. | 01004 | Serious | 19100146 E01 | 11/06/2020 | 12/14/2020 | $4,800 | $4,800 | $0 | 11/06/2020 | F - Formal Settlement |
| | 6. | 01005 | Serious | 19100146 G04 | 11/06/2020 | 06/30/2021 | $4,800 | $4,800 | $0 | 11/06/2020 | F - Formal Settlement |

AOGC Hypoxia_000207

| Accident Investigation Summary | | | | | |
|---|---|---|---|---|---|
| Summary Nr: 126735.015 | Event: 05/12/2020 | Employee Is Killed After Entering Rail Tank Car | | | |

At 9:30 a.m. on May 12, 2020, Employee # 1 and a coworker were monitoring the tank atmosphere with a gas meter. The coworker entered and exited the tank immediately, while Employee # 1 went inside the tank. Employee # 1 was overcome with nitrogen gas or oxygen deficiency. He was killed.

**Keywords:** gas, lack of oxygen, loss of consciousness, nitrogen, overcome by gas, oxygen, oxygen deficiency, tank

| | Inspection | | | Degree | Nature | Occupation |
|---|---|---|---|---|---|---|
| 1 | 1475445.015 | | | Fatality | | Inspectors and compliance officers except constr. |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

### FEDERAL GOVERNMENT

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

### OCCUPATIONAL SAFETY AND HEALTH

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

### ABOUT THE SITE

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

UNITED STATES
DEPARTMENT OF LABOR

## OSHA

Menu

🔍 SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ
A to Z Index

English

Español

# Inspection Detail

### Inspection: 1464356.015 - Kenan Advantage Group, Inc.

| Inspection Information – Office: Cleveland | | |
|---|---|---|
| Nr: 1464356.015   Report ID: 0522300 | Open Date: 02/20/2020 | |
| Kenan Advantage Group, Inc. | | |
| 8101 Union Avenull | | |
| Cleveland, OH 44105 | Union Status: NonUnion | |
| SIC: | | |
| NAICS: 484110/ General Freight Trucking, Local | | |
| Mailing: 4366 Mt. Pleasant St. Nwnull, North Canton, OH 44720 | | |
| Inspection Type: Fat/Cat | | |
| Scope: Partial | Advanced Notice: N | |
| Ownership: Private | | |
| Safety/Health: Health | Close Conference: 08/11/2020 | |
| Emphasis: L:Fall | Close Case: 03/22/2021 | |
| Related Activity: Type | ID | Safety     Health |
| Accident | 1545657 | |
| Inspection | 1464642 | Yes |

#### Violation Summary

| | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | 4 | | | 1 | | 5 |
| Current Violations | 3 | | | 1 | | 4 |
| Initial Penalty | $53,976 | $0 | $0 | $0 | $0 | $53,976 |
| Current Penalty | $33,735 | $0 | $0 | $0 | $0 | $33,735 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

#### Violation Items

| | # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1. | 01001 | Serious | 19100132 D01 I | 08/17/2020 | 12/31/2020 | $6,747 | $13,494 | $0 | 09/08/2020 | F - Formal Settlement |
| | 2. | 01002 | Serious | 19100146 C08 IV | 08/17/2020 | 12/31/2020 | $13,494 | $13,494 | $0 | 09/08/2020 | F - Formal Settlement |
| Deleted | 3. | 01003 | Serious | 19100146 D01 | 08/17/2020 | 10/02/2020 | $13,494 | $13,494 | $0 | 09/08/2020 | F - Formal Settlement |
| | 4. | 01004 | Serious | 19101200 E02 II | 08/17/2020 | 12/31/2020 | $13,494 | $13,494 | $0 | 09/08/2020 | F - Formal Settlement |
| | 5. | 02001 | Other | 19100134 D01 III | 08/17/2020 | 12/31/2020 | $0 | $0 | $0 | 09/08/2020 | F - Formal Settlement |

ADOC Hypoxia_000209

**Accident Investigation Summary**

| Summary Nr: 124207.015 | Event: 02/20/2020 | Two Employees Are Killed By Asphyxiation In Tank Confined Sp |
|---|---|---|

At 12:30 p.m. on February 20, 2020, Employee #1, employed by a structural steel fabricator and erector company, was entering a tank to clean it. The tank had a combination of Ecocure II and methyl ethyl ketone (MEK) residues and had been purged with nitrogen. Employee #1 entered the permit required confined space that contained the residual chemicals and nitrogen to perform the cleaning operations . She was overcome by the oxygen deficient atmosphere. Employee #2, employed by a chemical distribution company, entered the tank to make a rescue attempt for Employee #1. He was also overcome from the oxygen deficient atmosphere. Both employees were killed by asphyxiation.

**Keywords:** asphyxiated, cleaning, confined space, mek, nitrogen, oxygen deficiency, purging

|  | Inspection |  | Degree | Nature | Occupation |
|---|---|---|---|---|---|
| 1 | 1464356.015 |  | Fatality |  | Truck drivers, heavy |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000210

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍 SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   **Contact Us**   **FAQ**

**A to Z Index**

**English**

**Español**

## Inspection Detail

> **Note:** The following Inspection has not been indicated as closed. Please be aware that the information shown may change, e.g. violations may be added or deleted. For open cases, in which a citation has been issued, the citation information may not be available for 5 days following receipt by the employer for Federal inspections or for 30 days following receipt by the employer for State inspections.

**Inspection: 1448201.015 - Custom Genetic Solutions, Llc**

| Inspection Information - Office: Sioux Falls Area Office | | | |
|---|---|---|---|
| Nr: 1448201.015   Report ID: 0830400 | Open Date: 11/21/2019 | | |
| Custom Genetic Solutions, Llc | | | |
| 40275 257th Streetnull | | | |
| Mitchell, SD 57301 | Union Status: NonUnion | | |
| SIC: | | | |
| NAICS: 115210/Support Activities for Animal Production | | | |
| Mailing: 40275 257th Streetnull, Mitchell, SD 57301 | | | |
| Inspection Type: | Fat/Cat | | |
| Scope: | Complete | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Health | Close Conference: | 11/22/2019 |
| | | Close Case: | |
| Related Activity: | Type | ID | Safety    Health |
| | Accident | 1521370 | |

### Violation Summary

| | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | 3 | 2 | | | | 5 |
| Current Violations | 3 | 2 | | | | 5 |
| Initial Penalty | $14,652 | $107,950 | $0 | $0 | $0 | $122,602 |
| Current Penalty | $14,652 | $107,950 | $0 | $0 | $0 | $122,602 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

### Violation Items

| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 01001A | Serious | 19101200 E01 | 05/13/2020 | 06/09/2020 | $5,398 | $5,398 | $0 | 06/05/2020 | C - Contested |
| 2. | 01001B | Serious | 19101200 E01 I | 05/13/2020 | 06/09/2020 | $0 | $0 | $0 | 06/05/2020 | C - Contested |

ADOC Hypoxia_000211

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3. | 01002 | Serious | 19101200 F06 I | 05/13/2020 | 06/09/2020 | $5,398 | $5,398 | $0 | 06/05/2020 | C - Contested |
| 4. | 01003 | Serious | 19101200 G08 | 05/13/2020 | 06/09/2020 | $3,856 | $3,856 | $0 | 06/05/2020 | C - Contested |
| 5. | 02001A | Willful | 19101200 H01 | 05/13/2020 | 06/09/2020 | $53,975 | $53,975 | $0 | 06/05/2020 | C - Contested |
| 6. | 02001B | Willful | 19101200 H02 I | 05/13/2020 | 06/09/2020 | $0 | $0 | $0 | 06/05/2020 | C - Contested |
| 7. | 02001C | Willful | 19101200 H03 II | 05/13/2020 | 06/09/2020 | $0 | $0 | $0 | 06/05/2020 | C - Contested |
| 8. | 02001D | Willful | 19101200 H03 III | 05/13/2020 | 06/09/2020 | $0 | $0 | $0 | 06/05/2020 | C - Contested |
| 9. | 02002 | Willful | 5A0001 | 05/13/2020 | 06/09/2020 | $53,975 | $53,975 | $0 | 06/05/2020 | C - Contested |

| Accident Investigation Summary | | | |
|---|---|---|---|
| Summary Nr: 122100.015 | Event: 11/20/2019 | Employee Asphyxiates While Working In Oxygen Deprived Room | |
| At 8:00 p.m. on November 20, 2019, an employee was topping off bull semen storag e tanks with liquid nitrogen in a tank storage room when the nitrogen evaporated and displaced the oxygen in the room. The employee was killed from asphyxiatio n while working in a non-ventilated room. | | | |
| Keywords: asphyxiated, nitrogen, oxygen deficiency | | | |
| | Inspection | Degree | Nature | Occupation |
|---|---|---|---|---|
| 1 | 1448201.015 | Fatality | | Agricultural engineers |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

### FEDERAL GOVERNMENT

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

### OCCUPATIONAL SAFETY AND HEALTH

Frequently Asked Questions
A – Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

### ABOUT THE SITE

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000212

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍  SEARCH OSHA

OSHA ⌄    STANDARDS ⌄    ENFORCEMENT    TOPICS ⌄    HELP AND RESOURCES ⌄    NEWS ⌄    Contact Us    FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 1409473.015 - Terry And Sons, Inc.

| Inspection Information - Office: Iowa | |
|---|---|
| Nr: 1409473.015    Report ID: 0751910 | Open Date: 06/18/2019 |
| Terry And Sons, Inc. 1500 West 3rd St.Null Wilton, IA 52778 | Union Status: Union |
| SIC: | |
| NAICS: 238990/All Other Specialty Trade Contractors | |
| Mailing: 3119 Lucas Streetpo Box 1138, Muscatine, IA 52761 | |
| Inspection Type:    Fat/Cat | |
| Scope:    Partial | Advanced Notice:    N |
| Ownership:    Private | |
| Safety/Health:    Health | Close Conference:    06/19/2019 |
| | Close Case:    06/05/2020 |

| Related Activity: | Type | ID | Safety | Health |
|---|---|---|---|---|
| | Accident | 1466342 | Yes | |
| | Inspection | 1409610 | | Yes |

| Violation Summary | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | 1 | | | | | 1 |
| Current Violations | 1 | | | | | 1 |
| Initial Penalty | $1,420 | $0 | $0 | $0 | $0 | $1,420 |
| Current Penalty | $1,000 | $0 | $0 | $0 | $0 | $1,000 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| Violation Items | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | ID | Type | Standard | Issuance | Abate | Curr$ | Inits$ | Fta$ | Contest | LastEvent |
| 1. | 01001A | Serious | 19100134 I01 II | 08/08/2019 | 06/01/2020 | $1,000 | $1,420 | $0 | 09/06/2019 | F - Formal Settlement |
| 2. | 01001B | Other | 19100134 I08 | 08/08/2019 | 06/01/2020 | $0 | $0 | $0 | 09/06/2019 | F - Formal Settlement |

| Accident Investigation Summary | | | |
|---|---|---|---|
| Summary Nr: 117257.015 | Event: 06/15/2019 | Employee Inhales Nitrogen And Is Asphyxiated | |

ADOC Hypoxia_000213

At 8:30 a.m. on June 15, 2019, Employee #1, employed by a painting contractor, was setting up equipment to abrasive blast electrode holders. He connected the abrasive blasting hood to a line that was supplying nitrogen rather than one supplying compressed air. Employee #1 inhaled nitrogen instead of breathable air and was asphyxiated.

**Keywords:** abrasive blasting, air line, asphyxiated, construction, gas, inhalation, material handling, nitrogen

| | Inspection | | | Degree | Nature | Occupation |
|---|---|---|---|---|---|---|
| 1 | 1409473.015 | | | Fatality | | Painters, construction and maintenance |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000214

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍 SEARCH OSHA

OSHA ∨   STANDARDS ∨   ENFORCEMENT   TOPICS ∨   HELP AND RESOURCES ∨   NEWS ∨   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

Note: The following inspection has not been indicated as closed. Please be aware that the information shown may change, e.g. violations may be added or deleted. For open cases, in which a citation has been issued, the citation information may not be available for 5 days following receipt by the employer for Federal inspections or for 30 days following receipt by the employer for State inspections.

### Inspection: 1358080.015 - Krones Inc / Krones Ag

#### Inspection Information - Office: Ca Long Beach District Office

Nr: 1358080.015    Report ID: 0950635        Open Date: 11/05/2018

Krones Inc / Krones Ag
3200 Fruitland Avenull
Vernon, CA 90058                          Union Status: NonUnion
SIC:
NAICS: 333993/Packaging Machinery Manufacturing
Mailing: 555 S Flower Stsuite 3300, Los Angeles, CA 90071

| | | | | |
|---|---|---|---|---|
| Inspection Type: | Accident | | | |
| Scope: | Partial | Advanced Notice: | N | |
| Ownership: | Private | | | |
| Safety/Health: | Safety | Close Conference: | 05/03/2019 | |
| | | Close Case: | | |
| Related Activity: | Type | ID | Safety | Health |
| | Accident | 1397996 | | |

#### Violation Summary

| | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | 6 | | | 8 | | 14 |
| Current Violations | 6 | | | 8 | | 14 |
| Initial Penalty | $87,750 | $0 | $0 | $6,860 | $0 | $94,610 |
| Current Penalty | $87,750 | $0 | $0 | $6,860 | $0 | $94,610 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

#### Violation Items

| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 01001 | Other | 1952(B)(1) | 05/03/2019 | | $450 | $450 | $0 | 06/21/2019 | C - Contested |
| 2. | 01002 | Other | 1954(C) | 05/03/2019 | | $450 | $450 | $0 | 06/21/2019 | C - Contested |

ADOC Hypoxia_000215

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3. | **01003** | Other | 1954(F) | 05/03/2019 | | $450 | $450 | $0 | 06/21/2019 | C – Contested |
| 4. | **01004** | Other | 1956(D) | 05/03/2019 | | $450 | $450 | $0 | 06/21/2019 | C – Contested |
| 5. | **01005** | Other | 1509(A) | 05/03/2019 | 05/22/2019 | $1,010 | $1,010 | $0 | 06/21/2019 | C – Contested |
| 6. | **01006** | Other | 1952(D) | 05/03/2019 | | $1,350 | $1,350 | $0 | 06/21/2019 | C – Contested |
| 7. | **01007** | Other | 1953(A)(3) | 05/03/2019 | | $1,350 | $1,350 | $0 | 06/21/2019 | C – Contested |
| 8. | **01008** | Other | 1954(A) | 05/03/2019 | | $1,350 | $1,350 | $0 | 06/21/2019 | C – Contested |
| 9. | **02001** | Serious | 1953(A)(8) | 05/03/2019 | | $9,000 | $9,000 | $0 | 06/21/2019 | C – Contested |
| 10. | **03001** | Serious | 1953(A)(9) | 05/03/2019 | | $11,250 | $11,250 | $0 | 06/21/2019 | C – Contested |
| 11. | **04001** | Serious | 1956(A) | 05/03/2019 | | $11,250 | $11,250 | $0 | 06/21/2019 | C – Contested |
| 12. | **05001** | Serious | 3314(D) | 05/03/2019 | | $11,250 | $11,250 | $0 | 06/21/2019 | C – Contested |
| 13. | **06001** | Serious | 1952(A) | 05/03/2019 | | $22,500 | $22,500 | $0 | 06/21/2019 | C – Contested |
| 14. | **07001** | Serious | 1953(A)(6) | 05/03/2019 | | $22,500 | $22,500 | $0 | 06/21/2019 | C – Contested |

### Accident Investigation Summary

| Summary Nr: 115734.015 | Event: 11/05/2018 | Employees Are Injured After Falling In Confined Space |
|---|---|---|

At 8:00 a.m. on November 8, 2018, Employee #1 was performing mechanical support duties. The accident involved a Decontamination Module, identified by the Employer as KA30011. Employee #1 was assigned to change metal plates (15 inch by 2 inch, approximately) located inside the Denomination Unit, a permit-required confined space. Employee #1 gathered the tools needed to replace the metal plates and climbed up to the location of the confined space entry. The employee went through the 18 inch (approximately) opening and began descending the 16 rungs (approximately) ladder, into a unit containing nitrogen gas. Consequently, within 3- 5 seconds (approximately), Employee #1 lost consciousness due to the oxygen-deficient atmosphere and fell over 10 feet below. Soon after, Employee# 2, went through the opening and began to descend the ladder when he suffered the same effects and fell onto Employee# 1. Employee# 1 and Employee# 2 were transported to LAC + USC Medical Center, where they were treated for their injuries.

**Keywords:** confined space, ladder, nitrogen, oxygen deficiency, unconsciousness

| | Inspection | | Degree | Nature | Occupation |
|---|---|---|---|---|---|
| 1 | 1358080.015 | | Hospitalized Injury | | Laborers, except construction |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
📞 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A – Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

UNITED STATES
DEPARTMENT OF LABOR

## OSHA

Menu

🔍 SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 1331986.015 - Barry Callebaut Usa Llc

| Inspection Information – Office: Philadelphia | | | |
|---|---|---|---|
| Nr: 1331986.015   Report ID: 0317000 | | Open Date: 07/18/2018 | |
| Barry Callebaut Usa Llc | | | |
| 903 Industrial Highwaynull | | Union Status: NonUnion | |
| Eddystone, PA 19022 | | | |
| SIC: | | | |
| NAICS: 311352 | | | |
| Mailing: 903 Industrial Highwaynull, Eddystone, PA 19022 | | | |
| Inspection Type: | Referral | | |
| Scope: | Partial | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Health | Close Conference: | 07/20/2018 |
| | | Close Case: | 04/15/2019 |
| Related Activity: | Type | ID | Safety    Health |
| | Referral | 1361723 | Yes |
| | Inspection | 1332346 | Yes |

| Violation Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Serious | Willful | Repeat | Other | Unclass | Total |
| Initial Violations | 5 | | 1 | 2 | | 8 |
| Current Violations | 4 | | 1 | 2 | | 7 |
| Initial Penalty | $59,589 | $0 | $46,195 | $0 | $0 | $105,784 |
| Current Penalty | $32,659 | $0 | $32,337 | $0 | $0 | $64,995 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| Violation Items | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
| 1. | **01001** | Serious | 19100145 C02 I | 01/17/2019 | 02/06/2019 | $5,497 | $7,853 | $0 | | I – Informal Settlement |
| 2. | **01002A** | Serious | 19100146 C04 | 01/17/2019 | 02/06/2019 | $9,054 | $12,934 | $0 | | I – Informal Settlement |
| 3. | **01002B** | Serious | 19100146 D02 | 01/17/2019 | 02/06/2019 | $0 | $0 | $0 | | I – Informal Settlement |
| 4. | **01002C** | Serious | 19100146 D03 IV | 01/17/2019 | 02/06/2019 | $0 | $0 | $0 | | I – Informal Settlement |
| 5. | **01002D** | Serious | 19100146 D06 | 01/17/2019 | 02/06/2019 | $0 | $0 | $0 | | I – Informal Settlement |

ADOC.Hypoxia_000217

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 6. | **01002E** | Serious | 19100146 D09 | 01/17/2019 | 02/06/2019 | $0 | $0 | $0 | I – Informal Settlement |
| Deleted | 7. | **01003** | Serious | 19100146 C08 II | 01/17/2019 | 02/06/2019 | $12,934 | $12,934 | $0 | I – Informal Settlement |
| | 8. | **01004** | Serious | 19100146 D05 I | 01/17/2019 | 02/06/2019 | $9,054 | $12,934 | $0 | I – Informal Settlement |
| | 9. | **01005** | Serious | 19100146 G01 | 01/17/2019 | 02/06/2019 | $9,054 | $12,934 | $0 | I – Informal Settlement |
| | 10. | **02001** | Repeat | 19100147 C04 II B | 01/17/2019 | 02/06/2019 | $32,337 | $46,195 | $0 | I – Informal Settlement |
| | 11. | **03001** | Other | 19100147 C06 II | 01/17/2019 | 02/06/2019 | $0 | $0 | $0 | I – Informal Settlement |
| | 12. | **03002** | Other | 19101200 F05 II | 01/17/2019 | 02/06/2019 | $0 | $0 | $0 | I – Informal Settlement |

| Accident Investigation Summary | | |
|---|---|---|
| Summary Nr: 109440.015 | Event: 07/17/2018 | Employee Incurs Asphyxiation From Nitrogen Gas Exposure |

At 2:00 p.m. on July 17, 2017, Employee #1, a maintenance mechanic, was working in Building A, at the Black Powder Line 3. The employee opened the upper access hatch on the vessel that contained the Cake Mill Air Heat Exchanger, to replace an old air filter that was located on top of the heat exchanger. During normal o perations, nitrogen gas from a near-by cylindrical shape metal tank, flows throu gh the heat exchanger. The employer used nitrogen as an inert gas to remove oxy gen from the process equipment to decrease the chance of a fire or explosion. E mployee #1 was working alone and later, a coworker discovered him face down with his face, chest, shoulders, arms, and hands inside the heat exchanger. The cowo rker saw him through the opening of the upper hatch of the vessel and the employ ee was unconscious and unresponsive. His coworkers pulled him out of the heat e xchanger, and the paramedics transported him to a nearby medical center. He rema ined in the hospital for treatment of nitrogen asphyxiation.

| Keywords: asphyxiated, maintenance, nitrogen, unconsciousness | | | | |
|---|---|---|---|---|
| **Inspection** | | **Degree** | **Nature** | **Occupation** |
| 1 | 1331986.015 | Hospitalized injury | | Mechanical engineering technicians |

UNITED STATES
DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A – Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍 SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 1284443.015 – Union Tank Car Company

**Inspection Information - Office: Savannah**

Nr: 1284443.015     Report ID: 0418400     Open Date: 12/15/2017

Union Tank Car Company
400 South Blanchard Streetnull
Valdosta, GA 31601                          Union Status: NonUnion
SIC:
NAICS: 332420/Metal Tank (Heavy Gauge) Manufacturing
Mailing: 400 South Blanchard Streetnull, Valdosta, GA 31601

| | | | |
|---|---|---|---|
| Inspection Type: | Fat/Cat | | |
| Scope: | Complete | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Health | Close Conference: | 12/20/2017 |
| | | Close Case: | 01/17/2019 |
| Related Activity: | Type | ID | Safety       Health |
| | Accident | 1293100 | |

**Violation Summary**

| | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | 2 | | | | | 2 |
| Current Violations | 2 | | | | | 2 |
| Initial Penalty | $30,489 | $0 | $0 | $0 | $0 | $30,489 |
| Current Penalty | $20,000 | $0 | $0 | $0 | $0 | $20,000 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

**Violation Items**

| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 01001A | Serious | 19100146 C04 | 04/30/2018 | 05/24/2018 | $12,000 | $10,163 | $0 | 05/22/2018 | F – Formal Settlement |
| 2. | 01001B | Serious | 19100146 C02 | 04/30/2018 | 05/24/2018 | $0 | $10,163 | $0 | 05/22/2018 | F – Formal Settlement |
| 3. | 01003 | Serious | 19100146 J06 | 04/30/2018 | 05/24/2018 | $8,000 | $10,163 | $0 | 05/22/2018 | F – Formal Settlement |

**Accident Investigation Summary**

| Summary Nr: 101665.015 | Event: 12/15/2017 | Employee Collapses In Oxygen Deprived Tanker Car And Is Kill |
|---|---|---|

ADOC-Hypoxia_000219

At 9:00 a.m. on December 15, 2017, an employee was cleaning the excess oil from the bottom of a tanker rail car following a previous application of oil to prevent corrosion. The employee collapsed due to a 98% atmosphere of nitrogen being present inside the tank car. The employee was killed due to asphyxiation.

| | | Keywords: asphyxiated, nitrogen, railroad tank car, tank cleaning | | | |
|---|---|---|---|---|---|
| | Inspection | | Degree | Nature | Occupation |
| 1 | 1284443.015 | | Fatality | | |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍 SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

**Inspection: 1233587.015 - Richey Collision Center, Inc.**

| Inspection Information - Office: Houston North | | |
|---|---|---|
| Nr: 1233587.015   Report ID: 0626600   Open Date: 05/17/2017 | | |
| Richey Collision Center, Inc. | | |
| 12221 Veterans Memorial Dr.Null | | |
| Houston, TX 77067 | Union Status: NonUnion | |
| SIC: | | |
| NAICS: 811121/ Automotive Body, Paint, and Interior Repair and Maintenance | | |
| Mailing: 12221 Veterans Memorial Dr.Null, Houston, TX 77067 | | |
| Inspection Type: | Fat/Cat | |
| Scope: | Partial | Advanced Notice:   N |
| Ownership: | Private | |
| Safety/Health: | Health | Close Conference:   05/17/2017 |
| | | Close Case:   01/30/2020 |
| Related Activity: | Type   ID   Safety   Health | |
| | Accident   1215309 | |

| Violation Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Serious | Willful | Repeat | Other | Unclass | Total |
| Initial Violations | 5 | | | | | 5 |
| Current Violations | 5 | | | | | 5 |
| Initial Penalty | $14,667 | $0 | $0 | $0 | $0 | $14,667 |
| Current Penalty | $8,800 | $0 | $0 | $0 | $0 | $8,800 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| Violation Items | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
| | 1. | **01001** | Serious | 19100107 B05 I | 11/07/2017 | 12/12/2017 | $1,630 | $2,716 | $0 | 11/27/2017 | F - Formal Settlement |
| | 2. | **01002A** | Serious | 19100134 E01 | 11/07/2017 | 11/28/2017 | $1,630 | $2,716 | $0 | 11/27/2017 | F - Formal Settlement |
| | 3. | **01002B** | Serious | 19100134 F02 | 11/07/2017 | 11/28/2017 | $0 | $0 | $0 | 11/27/2017 | F - Formal Settlement |
| | 4. | **01003A** | Serious | 19100134 I05 IV | 11/07/2017 | 11/28/2017 | $1,630 | $2,716 | $0 | 11/27/2017 | F - Formal Settlement |
| Deleted | 5. | **01003B** | Serious | 19100134 I07 | 11/07/2017 | 11/28/2017 | $0 | $0 | $0 | 11/27/2017 | F - Formal Settlement |
| | 6. | **01004** | Serious | 19100134 I08 | 11/07/2017 | 11/16/2017 | $2,282 | $3,803 | $0 | 11/27/2017 | F - Formal Settlement |

ADOC Hypoxia_000221

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7. | **01005** Serious | 19100134 K | 11/07/2017 | 12/12/2017 | $1,630 | $2,716 | $0 | 11/27/2017 | F - Formal Settlement |

## Accident Investigation Summary

| Summary Nr: 95669.015 | Event: 05/16/2017 | Employee Is Asphyxiated When Respirator Is Hooked To Nitroge |
|---|---|---|

At 5:15 p.m. on May 16, 2017, an employee was preparing to paint a car. The employee hooked up his airline respirator to a nitrogen hose instead of to the compressed air hose, resulting in the employee suffering asphyxiation.

**Keywords:** asphyxiated, nitrogen, respirator, respiratory

| | Inspection | | Degree | Nature | Occupation |
|---|---|---|---|---|---|
| 1 | 1233587.015 | | Fatality | | |

UNITED STATES
DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

| **FEDERAL GOVERNMENT** | **OCCUPATIONAL SAFETY AND HEALTH** | **ABOUT THE SITE** |
|---|---|---|
| White House | Frequently Asked Questions | Freedom of Information Act |
| Severe Storm and Flood Recovery Assistance | A - Z Index | Privacy & Security Statement |
| Disaster Recovery Assistance | Freedom of Information Act | Disclaimers |
| DisasterAssistance.gov | Read the OSHA Newsletter | Important Website Notices |
| USA.gov | Subscribe to the OSHA Newsletter | Plug-Ins Used by DOL |
| No Fear Act Data | OSHA Publications | Accessibility Statement |
| U.S. Office of Special Counsel | Office of Inspector General | |

ADOC Hypoxia_000222

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍  SEARCH OSHA

OSHA ∨   STANDARDS ∨   ENFORCEMENT   TOPICS ∨   HELP AND RESOURCES ∨   NEWS ∨   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 1133906.015 - Timkensteel Corporation

| Inspection Information - Office: Cleveland | |
|---|---|
| Nr: 1133906.015    Report ID: 0522300 | Open Date: 03/20/2016 |
| Timkensteel Corporation | |
| 4511 Faircrest St., Swnull | |
| Canton, OH 44706 | Union Status: Union |
| SIC: | |
| NAICS: 331111/Iron and Steel Mills | |
| Mailing: 4511 Faircrest St., Swnull, Canton, OH 44706 | |

| | | | |
|---|---|---|---|
| Inspection Type: | Fat/Cat | | |
| Scope: | Partial | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Safety | Close Conference: | 03/20/2016 |
| Emphasis: | N:Lead, L:Lead | Close Case: | 11/15/2016 |
| Related Activity: | Type | ID | Safety    Health |
| | Accident | 1073455 | |

## Violation Summary

| | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | 2 | | | | | 2 |
| Current Violations | 2 | | | | | 2 |
| Initial Penalty | $22,270 | $0 | $0 | $0 | $0 | $22,270 |
| Current Penalty | $22,270 | $0 | $0 | $0 | $0 | $22,270 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

## Violation Items

| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 01001 | Serious | 5A0001 | 09/07/2016 | 10/12/2016 | $12,471 | $12,471 | $0 | | I - Informal Settlement |
| 2. | 01002 | Serious | 19101200 H03 I | 09/07/2016 | 09/19/2016 | $9,799 | $9,799 | $0 | | I - Informal Settlement |

## Accident Investigation Summary

| | | |
|---|---|---|
| Summary Nr: 83792.015 | Event: 03/20/2016 | Employee Is Asphyxiated By Faulty Ventilation Unit |

ADOC Hypoxia_000223

At 3:30 p.m. on March 20, 2016, Employee #1 was tasked to perform monthly fire extinguisher checks in the Melt Shop at the Steel Plant. The employee had signed off on two fire extinguishers and then went unheard from for the next 3 hours. It takes approximately 3 hours to complete the fire extinguisher inspection within the plant and two coworkers went in search of Employee #1 when he had not returned within that time limit. They discovered Employee #1 lying on the floor in a room. One of the coworkers, Employee #2, felt faint, and told his coworker that he was going down. The final coworker, Employee #3, felt faint as well and used a Honeywell Lumidor Multi-Gas Meter within the room where its pre-alarm activated. Employee #3 donned a Self-Contained Breathing Apparatus (SCBA), entered the room, and the oxygen levels ranged between four to five percent. Nitrogen had been pumped into the room due to a faulty ventilation unit. Employee #1 was pronounced as deceased at 6:15 p.m. by the onsite coroner and transported to the coroner's office where an autopsy was performed. Cause of death was recorded as deceased due to asphyxiation.

**Keywords:** asphyxiated, nitrogen, oxygen, oxygen deficiency, vapor, ventilation

| | Inspection | | | Degree | Nature | Occupation |
|---|---|---|---|---|---|---|
| 1 | 1133906.015 | | | Fatality | | Law Enforcement: (Not Police) |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000224

UNITED STATES
DEPARTMENT OF LABOR

## OSHA

Menu

🔍  SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

**Inspection: 1126449.015 - 104818 - Tradebe Treatment And Recycling Llc**

| Inspection Information - Office: Indiana | |
|---|---|
| Nr: 1126449.015   Report ID: 0551800 | Open Date: 02/19/2016 |

104818 - Tradebe Treatment And Recycling Llc
4343 Kennedy Avenuenull
East Chicago, IN 46312                    Union Status: Union
SIC: 4953/Refuse Systems
NAICS: 562211/Hazardous Waste Treatment and Disposal
Mailing: 4343 Kennedy Avenuenull, East Chicago, IN 46312

| | | | | |
|---|---|---|---|---|
| Inspection Type: | Fat/Cat | | | |
| Scope: | Partial | Advanced Notice: | N | |
| Ownership: | Private | | | |
| Safety/Health: | Health | Close Conference: | 03/29/2016 | |
| | | Close Case: | 09/06/2016 | |
| Related Activity: | Type | ID | Safety | Health |
| | Accident | 1064616 | | |

| Violation Summary | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | 1 | | | | | 1 |
| Current Violations | 1 | | | | | 1 |
| Initial Penalty | $6,300 | $0 | $0 | $0 | $0 | $6,300 |
| Current Penalty | $0 | $0 | $0 | $0 | $0 | $0 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| Violation Items | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
| | 1. | **01001A** | Serious | 19100146 E01 | 08/16/2016 | 08/22/2016 | $0 | $6,300 | $0 | | I - Informal Settlement |
| Deleted | 2. | **01001B** | Serious | 19100146 G03 | 08/16/2016 | 08/22/2016 | $0 | $0 | $0 | | I - Informal Settlement |
| Deleted | 3. | **01001C** | Serious | 19100146 H01 | 08/16/2016 | 08/22/2016 | $0 | $0 | $0 | | I - Informal Settlement |
| Deleted | 4. | **01001D** | Serious | 19100146 H02 | 08/16/2016 | 08/22/2016 | $0 | $0 | $0 | | I - Informal Settlement |
| Deleted | 5. | **01001E** | Serious | 19100146 J01 | 08/16/2016 | 08/22/2016 | $0 | $0 | $0 | | I - Informal Settlement |

ADOC Hypoxia_000225

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Deleted | 6. | **01001F** | Serious | 19100146 J02 | 08/16/2016 | 08/22/2016 | $0 | $0 | $0 | I - Informal Settlement |
| | 7. | **01001G** | Other | 19100146 K02 III | 08/16/2016 | 08/22/2016 | $0 | $0 | $0 | I - Informal Settlement |

| Accident Investigation Summary | | |
|---|---|---|
| Summary Nr: 83115.015 | Event: 02/19/2016 | Employee Is Killed In Scrubber |

On February 19, 2015, employees were to perform preventive maintenance inspectio n inside of a scrubber, which is maintained free of oxygen by means of a nitroge n blanket. When the designated attendant could not find the entrant employee, o ther employees searched for him. The entrant employee was found inside the scru bber (a metal tube) where he had been preparing to clean it out. He was found t o be unresponsive. The employee was pronounced deceased at the scene by the Lake County coroner.

**Keywords:** air contamination, chemical, confined space, nitrogen, oxygen

| | Inspection | | Degree | Nature | Occupation |
|---|---|---|---|---|---|
| 1 | 1126449.015 | | Fatality | | Occupation not reported |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

UNITED STATES
DEPARTMENT OF LABOR

OSHA                                                                          Menu

🔍   SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

**Inspection: 1126005.015 - 128645 - Spx Transformer Solutions, Inc.**

| Inspection Information - Office: Nc Raleigh | | |
|---|---|---|
| Nr: 1126005.015 | Report ID: 0453710 | Open Date: 12/01/2015 |
| 128645 - Spx Transformer Solutions, Inc. | | |
| 2701 Us Highway 117 Southnull Goldsboro, NC 27530 | | Union Status: Union |
| SIC: 3612/Power, Distribution, and Specialty Transformers | | |
| NAICS: 335311/ Power, Distribution, and Specialty Transformer Manufacturing | | |
| Mailing: 2701 Us Highway 117 Southnull, Goldsboro, NC 27530 | | |
| Inspection Type: | Fat/Cat | |
| Scope: | Complete | Advanced Notice:   N |
| Ownership: | Private | |
| Safety/Health: | Health | Close Conference:   05/25/2016 |
| Emphasis: | N:Chrome6 | Close Case:   10/31/2017 |
| Related Activity: | Type   Accident   Inspection | ID   1042776   1406901 |

For Related Activity: Safety — Health; Accident 1042776; Inspection 1406901 Yes

| Violation Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Serious | Willful | Repeat | Other | Unclass | Total |
| Initial Violations | 7 | | | | | 7 |
| Current Violations | 5 | | | | | 5 |
| Initial Penalty | $43,000 | $0 | $0 | $0 | $0 | $43,000 |
| Current Penalty | $17,500 | $0 | $0 | $0 | $0 | $17,500 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| | # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1. | **01001** | Serious | 19100146 D03 IV | 05/25/2016 | 05/31/2016 | $3,500 | $7,000 | $0 | 07/08/2016 | C - Contested |
| | 2. | **01002** | Serious | 19100146 D05 I | 05/25/2016 | 05/31/2016 | $7,000 | $7,000 | $0 | 07/08/2016 | C - Contested |
| | 3. | **01003** | Serious | 19100146 D05 II | 05/25/2016 | 05/31/2016 | $0 | $7,000 | $0 | 07/08/2016 | C - Contested |
| Deleted | 4. | **01004** | Serious | 19100146 D09 | 05/25/2016 | 05/31/2016 | $4,000 | $4,000 | $0 | 07/08/2016 | C - Contested |

ADOC Hypoxia_000227

|  | 5. | 01005 | Serious | 19100146 E01 | 05/25/2016 | 05/31/2016 | $7,000 | $7,000 | $0 | 07/08/2016 | C - Contested |
| Deleted | 6. | 01006 | Serious | 19100146 G01 | 05/25/2016 | 05/31/2016 | $4,000 | $4,000 | $0 | 07/08/2016 | C - Contested |
|  | 7. | 01007 | Serious | 19100146 H02 | 05/25/2016 | 05/31/2016 | $0 | $7,000 | $0 | 07/08/2016 | C - Contested |

| Accident Investigation Summary | | |
|---|---|---|
| Summary Nr: 83095.015 | Event: 11/30/2015 | Two Employees Enter Oxygen Deficient Environment And Are Kil |

On November, 30, 2015, employee #1 entered a large transformer, top cover remove d, that had previously been filled with nitrogen. Employee #1 fell unconsious. Employee #2 entered to retrieve Employee #1 and also fell unconscious. Employe e #3 followed and also fell unconscious. Employees #1 and #2 died. Employee #3 was hospitalized.

| Keywords: asphyxiated, nitrogen | | | | |
|---|---|---|---|---|
| | Inspection | Degree | Nature | Occupation |
| 1 | 1126005.015 | Hospitalized injury | | Occupation not reported |
| 2 | 1126005.015 | Fatality | | Occupation not reported |
| 3 | 1126005.015 | Fatality | | Occupation not reported |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

### FEDERAL GOVERNMENT

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

### OCCUPATIONAL SAFETY AND HEALTH

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

### ABOUT THE SITE

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000228

UNITED STATES
DEPARTMENT OF LABOR

## OSHA

Menu

🔍  SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 316922772 - Qc Of Kentucky Inc

| Inspection Information - Office: Kentucky | | |
|---|---|---|
| Nr: 316922772 | Report ID: 0452110 | Open Date: 02/07/2014 |

Qc Of Kentucky Inc
165 North Main Street
Calvert City, KY 42029           Union Status: NonUnion
SIC: 4231/Terminal and Joint Terminal Maintenance Facilities for Motor Freight Transportation
NAICS: 488490/Other Support Activities for Road Transportation

| | | | |
|---|---|---|---|
| Inspection Type: | Accident | | |
| Scope: | Partial | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Safety | Close Conference: | 05/14/2014 |
| Planning Guide: | Safety-Manufacturing | Close Case: | 03/21/2016 |
| Related Activity: | Type | ID | Safety   Health |
| | Accident | 102502085 | |

### Violation Summary

| | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | 14 | | | 2 | | 16 |
| Current Violations | 13 | | | 2 | | 15 |
| Initial Penalty | $66,450 | $0 | $0 | $0 | $0 | $66,450 |
| Current Penalty | $28,600 | $0 | $0 | $0 | $0 | $28,600 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

### Violation Items

| | # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1. | 01001 | Serious | 200150301 | 07/24/2014 | 08/01/2014 | $4,900 | $4,900 | $0 | 08/11/2014 | F - Formal Settlement |
| Deleted | 2. | 01002 | Serious | 200150304 | 07/24/2014 | 08/01/2014 | $0 | $4,900 | $0 | 08/11/2014 | F - Formal Settlement |
| | 3. | 01003 | Serious | 2031002 | 07/24/2014 | 08/01/2014 | $2,450 | $4,900 | $0 | 08/11/2014 | F - Formal Settlement |
| | 4. | 01004 | Serious | 19100023 E01 | 07/24/2014 | 08/01/2014 | $1,650 | $2,750 | $0 | 08/11/2014 | F - Formal Settlement |
| | 5. | 01005 | Serious | 19100146 C02 | 07/24/2014 | 08/01/2014 | $2,450 | $4,900 | $0 | 08/11/2014 | F - Formal Settlement |
| | 6. | 01006 | Serious | 19100146 D03 | 07/24/2014 | 08/01/2014 | $825 | $4,900 | $0 | 08/11/2014 | F - Formal Settlement |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7. | **01007** | Serious | 19100146 D05 I | 07/24/2014 | 08/01/2014 | $825 | $4,900 | $0 | 08/11/2014 | F – Formal Settlement |
| 8. | **01008** | Serious | 19100146 D06 | 07/24/2014 | 08/01/2014 | $825 | $4,900 | $0 | 08/11/2014 | F – Formal Settlement |
| 9. | **01009** | Serious | 19100146 D09 | 07/24/2014 | 08/01/2014 | $825 | $4,900 | $0 | 08/11/2014 | F – Formal Settlement |
| 10. | **01010** | Serious | 19100146 D12 | 07/24/2014 | 08/01/2014 | $800 | $4,900 | $0 | 08/11/2014 | F – Formal Settlement |
| 11. | **01011** | Serious | 19100146 D14 | 07/24/2014 | 08/01/2014 | $800 | $4,900 | $0 | 08/11/2014 | F – Formal Settlement |
| 12. | **01012** | Serious | 19100146 G01 | 07/24/2014 | 08/01/2014 | $4,900 | $4,900 | $0 | 08/11/2014 | F – Formal Settlement |
| 13. | **01013** | Serious | 19100146 K03 I | 07/24/2014 | 08/01/2014 | $4,900 | $4,900 | $0 | 08/11/2014 | F – Formal Settlement |
| 14. | **01014** | Serious | 19101200 H01 | 07/24/2014 | 08/01/2014 | $2,450 | $4,900 | $0 | 08/11/2014 | F – Formal Settlement |
| 15. | **02001** | Other | 203100101 | 07/24/2014 | 08/01/2014 | $0 | $0 | $0 | 08/11/2014 | F – Formal Settlement |
| 16. | **02002** | Other | 19101200 F06 | 07/24/2014 | 08/01/2014 | $0 | $0 | $0 | 08/11/2014 | F – Formal Settlement |

| Accident Investigation Summary | | |
|---|---|---|
| Summary Nr: 202570636 | Event: 02/07/2014 | Employee Dies Of Chemical Poisoning In Gantrez Tank |

On February 7, 2014, Employee #1, a Tank Cleaner, was getting ready to work on a tractor trailer tanker. The employee dropped his flashlight into the tanker and went into the tanker to retrieve it. The tanker had just been emptied of Gantrez S-97, which is a copolymer used in toothpaste. The product had been purged from the tanker by pumping Nitrogen into the tanker which would help remove the product. The company believed the Nitrogen purge reduced the oxygen to dangerously low levels and Employee #1 died of chemical poisoning.

| Keywords: cleaning, nitrogen, poisoning, tank, chemical | | | | |
|---|---|---|---|---|
| | **Inspection** | | **Degree** | **Nature** | **Occupation** |
| 1 | 316922772 | | Fatality | Asphyxia | Laborers, except construction |

UNITED STATES
DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

UNITED STATES
DEPARTMENT OF LABOR

OSHA

Menu

🔍  SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 944892.015 - Vessel Repair, Inc.

**Inspection Information - Office: Houston South**

Nr: 944892.015   Report ID: 0626700   Open Date: 10/28/2013

Vessel Repair, Inc.
5848 Proctor Exnnull
Port Arthur, TX 77642            Union Status: NonUnion
SIC:
NAICS: 336611/Ship Building and Repairing
Mailing: 5848 Proctor Exnnull, Port Arthur, TX 77642

| | | | |
|---|---|---|---|
| Inspection Type: | Fat/Cat | | |
| Scope: | Partial | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Health | Close Conference: | 10/29/2013 |
| Emphasis: | L:Marine6 | Close Case: | 07/22/2014 |
| Related Activity: | Type | ID | Safety | Health |
| | Accident | 858030 | | |
| | Inspection | 949195 | | Yes |
| | Inspection | 952467 | Yes | |

**Violation Summary**

| | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | 3 | | | 2 | | 5 |
| Current Violations | 3 | | | 2 | | 5 |
| Initial Penalty | $21,000 | $0 | $0 | $1,400 | $0 | $22,400 |
| Current Penalty | $13,650 | $0 | $0 | $906 | $0 | $14,556 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

**Violation Items**

| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 01001 | Serious | 19100145 F03 | 01/31/2014 | 02/23/2014 | $4,550 | $7,000 | $0 | | I - Informal Settlement |
| 2. | 01002 | Serious | 19150012 A01 I | 01/31/2014 | 02/23/2014 | $4,550 | $7,000 | $0 | | I - Informal Settlement |
| 3. | 01003 | Serious | 19150012 D01 | 01/31/2014 | 02/23/2014 | $4,550 | $7,000 | $0 | | I - Informal Settlement |
| 4. | 02001 | Other | 19100095 D01 | 01/31/2014 | 02/23/2014 | $453 | $700 | $0 | | I - Informal Settlement |

ADOC Hypoxia_000231

| 5. | 02002 | Other | 19150012 D05 | 01/31/2014 | 03/04/2014 | $453 | $700 | $0 | | I - Informal Settlement |

**Accident Investigation Summary**

| Summary Nr: 53926.015 | Event: 10/27/2013 | Employee Is Asphyxiated In Oxygen Deprived Confined Space An |

At 5:15 p.m. on October 27, 2013, three employees and a supervisor were conducti ng work on the deck of three barges to ready them for delivery. The supervisor a nd one of the employees made entry into the #1 cargo tank of barge's one and two to check the deep well blind on the deep well inspection flange. Another cowor ker assisted by Employee #1 also entered the #1 cargo tank. Employee #1 became dizzy and could not climb the ladder to get out, and fell to the tank bottom, la nding on his right side and striking his head on the metal tank. Employee #1 wa s seen by his coworker bleeding from his head and unresponsive. The coworker no tified the supervisor, who called the shipyard project coordinator who in turn c alled 911. The project coordinator told the supervisor that the barge entered b y Employee #1 had nitrogen in all of its cargo tanks in preparation for receivin g cargo. The fire department arrived on scene within 15 minutes of the initial fall from the ladder by Employee #1. The fire department tested the atmosphere o f the tank and found there to be less than 1 percent oxygen. Employee #1 was asp hyxiated and killed.

**Keywords:** asphyxiated, barge, confined space, fall, head, ladder, nitrogen, oxygen deficiency, shipyard, struck against, tank, toxic atmosphere

| | Inspection | | | Degree | Nature | Occupation |
|---|---|---|---|---|---|---|
| 1 | 944892.015 | | | Fatality | | Supervisors, production occupations |

UNITED STATES
DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A – Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000232

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍 SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 316206259 - Ati Alivac

| Inspection Information - Office: South Carolina Priv | | |
|---|---|---|
| Nr: 316206259 | Report ID: 0454510 | Open Date: 06/27/2012 |
| Ati Alivac | | |
| 4374 Lancaster Highway | | |
| Richburg, SC 29729 | Union Status: NonUnion | |
| SIC: 3356/Rolling, Drawing, and Extruding of Nonferrous Metals, Except Copper and Aluminum | | |
| NAICS: 331491/ Nonferrous Metal (except Copper and Aluminum) Rolling, Drawing, and Extruding | | |
| Inspection Type: | Accident | |
| Scope: | Partial | Advanced Notice:    N |
| Ownership: | Private | |
| Safety/Health: | Health | Close Conference:    09/21/2012 |
| Planning Guide: | Health-Manufacturing | Close Case:    02/12/2013 |
| Related Activity: | Type          ID | Safety       Health |
| | Accident    102667383 | |

| Violation Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Serious | Willful | Repeat | Other | Unclass | Total |
| Initial Violations | 5 | | | 1 | | 6 |
| Current Violations | 1 | | | 1 | | 2 |
| Initial Penalty | $32,500 | $0 | $0 | $0 | $0 | $32,500 |
| Current Penalty | $5,000 | $0 | $0 | $0 | $0 | $5,000 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| | # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deleted | 1. | **01001** | Serious | 19100147 C04 I | 10/25/2012 | 11/27/2012 | $4,500 | $4,500 | $0 | | I - Informal Settlement |
| Deleted | 2. | **01002** | Serious | 19100147 C05 I | 10/25/2012 | 11/27/2012 | $4,500 | $4,500 | $0 | | I - Informal Settlement |
| Deleted | 3. | **01003** | Serious | 19100147 C07 I | 10/25/2012 | 11/27/2012 | $4,500 | $4,500 | $0 | | I - Informal Settlement |
| Deleted | 4. | **01004** | Serious | 19100147 D03 | 10/25/2012 | 11/27/2012 | $5,000 | $5,000 | $0 | | I - Informal Settlement |
| | 5. | **01005A** | Serious | 10012 A | 10/25/2012 | 11/27/2012 | $5,000 | $4,500 | $0 | | I - Informal Settlement |
| | 6. | **01005B** | Serious | 10012 A | 10/25/2012 | 11/27/2012 | $0 | $4,500 | $0 | | I - Informal Settlement |

ADOC Hypoxia_000233

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7. | **01005C** | Serious | 10012 A | 10/25/2012 | 11/27/2012 | $0 | $5,000 | $0 | I - Informal Settlement |
| 8. | **02001** | Other | 19100147 C06 II | 10/25/2012 | 11/27/2012 | $0 | $0 | $0 | - |

| Accident Investigation Summary | | |
|---|---|---|
| Summary Nr: 200376119 | Event: 06/26/2012 | Worker Is Asphyxiated When Cryogenic Box Lid Falls |

On June 26, 2012, Employee #1 was working as a heat treat operator at a metal alloy manufacturing facility. He and a coworker, who was also working as a heat treat operator, were monitoring the progress of steel rectangles that were cooling in a cryogenic nitrogen box. The cryogenic nitrogen box was used to supercool metal at a controlled rate. The thermocouple in the back right corner was giving readings outside the acceptable range of 0 to 30 degrees. Employee #1 went out to the nitrogen box to service the thermocouple that was reading approximately minus 40 degrees. The narrative did not state whether these measurements were in degrees Fahrenheit or degrees Celsius. The nitrogen box was constructed of steel and plywood. It had been designed by ATI Allvac in 1998. The nitrogen box was approximately 26 feet in length; 6 feet, 6 inches in width; and 4 feet, 10 inches in height, with the lid closed (7.92 meters long, 1.98 meters wide, and 1.47 meters high). When the lid was open, workers had to step up 17 inches (0.43 meters) into the box. The size of the opening that employees used to enter the box was approximately 26 feet (7.92 meters) in length and 6 feet, 1 inch (1.85 meters) in height. The internal width of the box was approximately 5 feet, 6 inches (1.68 meters). There were a total of seven risers inside the box. Each riser was approximately 10 inches (254 millimeters or 25.4 centimeters) in height. The metal walking surface inside the nitrogen box was icy and slippery, and the area was poorly lit. The nitrogen box's 3,800-pound (1,724-kilogram) lid was lifted by two Hydro-Line single-acting standard pneumatic cylinders on the right and left sides of the box. The cylinders had a 1.375-inch rod diameter, a 40 inch stroke, and a 6 inch bore. (3.5-centimeter rod diameter, 101.6-centimeter stroke, and 15.2-centimeter bore). The pressure of the air going through the flexible air hose was 98 psi (676 kilopascals or 6.76 bar) to105 psi (724 kilopascals to 7.24 bar). The flexible air hose, rated at 200 psi (1,379 kilopascals or 13.79 bar) was attached to a hard line using a brass coupling and an HS10 Dixon worm gear clamp rated for used up to 30 psi (207 kilopascals or 2.07 bar). The brass coupling connecting the hard line to the flexible air hose was rated at 150 psi (1,034 kilopascals or 10.34 bar). According to the manufacturer, the worm gear clamp was not adequate to hold the hose in place at a pressure of 98 psi (676 kilopascals or 6.76 bar). Employee #1 went inside the nitrogen box to reposition and secure the thermocouple. Employee #1 did not engage the safety arms while adjusting the thermoccuples on the steel rectangles inside the box. As Employee #1 was inside the box, the hose clamp failed, and the lid closed. Employee #1 was asphyxiated due to nitrogen inhalation, according to the coroner. Secondary injuries were related to extreme cold, but they were not the cause of death. Two maintenance workers found Employee #1 30 minutes to 1 hour after the incident had occurred. There were four violations of OSHA standards related to the accident. Citations were also issued for not developing machine-specific lockout procedures and for not engaging the safety arms. An additional citation was issued for failing to install locking pins or other mechanisms to secure the lid of the nitrogen box in place. A final citation was issued for not training employees on the procedures for isolating the nitrogen box.

**Keywords:** maintenance, asphyxiated, confined space, metal shop, toxic atmosphere, inhalation, equipment failure, line connector, lockout, nitrogen

| | Inspection | | Degree | Nature | Occupation |
|---|---|---|---|---|---|
| 1 | 316206259 | | Fatality | Asphyxia | Heat treating equipment operators |

**UNITED STATES
DEPARTMENT OF LABOR**

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍   SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 494598.015 - A C & S, Incorporated

| Inspection Information - Office: Charleston | |
|---|---|

Nr: 494598.015   Report ID: 0316400   Open Date: 07/01/2012

A C & S, Incorporated
150 Plant Roadnull
Nitro, WV 25143
SIC:
NAICS: 325110/Petrochemical Manufacturing
Mailing: Po Box 335null, Nitro, WV 25143

| | | | |
|---|---|---|---|
| Inspection Type: | Fat/Cat | | |
| Scope: | Complete | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Health | Close Conference: | 07/10/2012 |
| Emphasis: | N:Chemnep | Close Case: | 01/15/2013 |
| Related Activity: | Type | ID | Safety   Health |
| | Accident | 420630 | |

| Violation Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Serious | Willful | Repeat | Other | Unclass | Total |
| Initial Violations | 9 | | | 6 | | 15 |
| Current Violations | 5 | | | 8 | | 13 |
| Initial Penalty | $42,700 | $0 | $0 | $0 | $0 | $42,700 |
| Current Penalty | $25,200 | $0 | $0 | $5,600 | $0 | $30,800 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| | # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Violation Items** | | | | | | | |
| Deleted | 1. | **01001** | Serious | 5A0001 | 12/20/2012 | 12/27/2012 | $7,000 | $7,000 | $0 | | I - Informal Settlement |
| | 2. | **01002** | Other | 19100023 D01 IV | 12/20/2012 | | $2,100 | $2,100 | $0 | | I - Informal Settlement |
| | 3. | **01003A** | Serious | 19100119 D03 I C | 12/20/2012 | 01/03/2013 | $3,500 | $3,500 | $0 | | I - Informal Settlement |
| | 4. | **01003B** | Serious | 19100307 C | 12/20/2012 | 01/03/2013 | $0 | $0 | $0 | | I - Informal Settlement |
| | 5. | **01003C** | Serious | 19100119 D03 II | 12/20/2012 | 01/03/2013 | $0 | $0 | $0 | | I - Informal Settlement |

ADOC Hypoxia_000235

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6. | **01004** | Other | 19100119 E03 VII | 12/20/2012 | 01/10/2013 | $3,500 | $3,500 | $0 | I - Informal Settlement |
| 7. | **01005** | Serious | 19100119 E05 | 12/20/2012 | 01/10/2013 | $4,900 | $4,900 | $0 | I - Informal Settlement |
| 8. | **01006A** | Serious | 19100119 F01 I D | 12/20/2012 | 01/10/2013 | $4,900 | $4,900 | $0 | I - Informal Settlement |
| 9. | **01006B** | Serious | 19100119 F04 | 12/20/2012 | 01/10/2013 | $0 | $0 | $0 | I - Informal Settlement |
| 10. | **01007** | Serious | 19100119 J02 | 12/20/2012 | 01/10/2013 | $4,900 | $4,900 | $0 | I - Informal Settlement |
| 11. | **01008** | Serious | 19100134 I08 | 12/20/2012 | 12/27/2012 | $7,000 | $7,000 | $0 | I - Informal Settlement |
| Deleted 12. | **01009** | Serious | 19101200 H01 | 12/20/2012 | 12/27/2012 | $4,900 | $4,900 | $0 | I - Informal Settlement |
| 13. | **02001** | Other | 19100022 D01 | 12/20/2012 | 12/27/2012 | $0 | $0 | $0 | I - Informal Settlement |
| 14. | **02002** | Other | 19100095 D01 | 12/20/2012 | 12/27/2012 | $0 | $0 | $0 | I - Informal Settlement |
| 15. | **02003** | Other | 19100119 C01 | 12/20/2012 | 01/10/2013 | $0 | $0 | $0 | I - Informal Settlement |
| 16. | **02004** | Other | 19100134 D01 III | 12/20/2012 | 12/27/2012 | $0 | $0 | $0 | I - Informal Settlement |
| 17. | **02005** | Other | 19100212 A01 | 12/20/2012 | 12/27/2012 | $0 | $0 | $0 | I - Informal Settlement |
| 18. | **02006** | Other | 19100212 B | 12/20/2012 | 12/27/2012 | $0 | $0 | $0 | I - Informal Settlement |

| Accident Investigation Summary | | |
|---|---|---|
| Summary Nr: 20515.015 | Event: 06/25/2012 | Employee Dies Of Asphyxiation After Supplied Air Hood Is Hoo |

On June 25, 2012, an employee was preparing to sand blast steel pylons on unit 2 A and 2B. A coworker was instructed by an authorized sandblaster to hook up the air hose across the road. The coworker hooked up the airline to a nitrogen lin e instead of a supplied airline. The employee donned the supplied air hood and l ost consciousness due to asphyxiation from the nitrogen and died.

**Keywords:** air hose, nitrogen, respirator, sandblasting

| | Inspection | | Degree | Nature | Occupation |
|---|---|---|---|---|---|
| 1 | 494598.015 | | Fatality | | Laborers, except construction |


UNITED STATES
DEPARTMENT OF LABOR


Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000236

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍 SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

**Inspection: 300753209 - Ancien Wines Inc**

| Inspection Information - Office: Ca American Canyon District Office | | | |
|---|---|---|---|
| Nr: 300753209 | Report ID: 0950615 | Open Date: 04/21/2011 | |
| Ancien Wines Inc | | | |
| 4047 East 3rd Ave. | | | |
| Napa, CA 94558 | | Union Status: NonUnion | |
| SIC: 2084/Wines, Brandy, and Brandy Spirits | | | |
| NAICS: 312130/Wineries | | | |
| Mailing: P.O. Box 10667, Napa, CA 94581 | | | |
| Inspection Type: | Accident | | |
| Scope: | Partial | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Safety | Close Conference: | 09/13/2011 |
| Planning Guide: | Safety-Manufacturing | Close Case: | 12/21/2013 |
| Related Activity: | Type | ID | Safety   Health |
| | Accident | 102648284 | |

| Violation Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Serious | Willful | Repeat | Other | Unclass | Total |
| Initial Violations | 1 | | | 7 | | 8 |
| Current Violations | 1 | | | 7 | | 8 |
| Initial Penalty | $10,800 | $0 | $0 | $910 | $0 | $11,710 |
| Current Penalty | $3,150 | $0 | $0 | $260 | $0 | $3,410 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| Violation Items | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
| 1. | 01001 | Other | 5157 C02 | 09/13/2011 | 10/28/2011 | $130 | $130 | $0 | 09/21/2011 | F - Formal Settlement |
| 2. | 01002 | Other | 5157 C04 | 09/13/2011 | 10/28/2011 | $0 | $130 | $0 | 09/21/2011 | F - Formal Settlement |
| 3. | 01003 | Other | 5157 D02 | 09/13/2011 | 09/16/2011 | $0 | $130 | $0 | 09/21/2011 | F - Formal Settlement |
| 4. | 01004 | Other | 5157 D03 C | 09/13/2011 | 09/16/2011 | $0 | $130 | $0 | 09/21/2011 | F - Formal Settlement |
| 5. | 01005 | Other | 5157 D04 A | 09/13/2011 | 10/28/2011 | $0 | $130 | $0 | 09/21/2011 | F - Formal Settlement |
| 6. | 01006 | Other | 5157 G01 | 09/13/2011 | 10/28/2011 | $130 | $130 | $0 | 09/21/2011 | F - Formal Settlement |

ADOC Hypoxia_000237

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7. | 01007 | Other | 5157 K | 09/13/2011 | 10/28/2011 | $0 | $130 | $0 | 09/21/2011 | F - Formal Settlement |
| 8. | 02001 | Serious | 5157 D05 A | 09/13/2011 | 09/27/2011 | $3,150 | $10,800 | $0 | 09/21/2011 | F - Formal Settlement |

| Accident Investigation Summary | | |
|---|---|---|
| Summary Nr: 201023314 | Event: 04/20/2011 | Employee Dies Of Asphyxia After Fall Into Wine Tank |

At approximately 7:06 p.m. on April 20, 2011, Employee #1, an assistant wine maker at with Ancien Wines Winery, was transferring red wine from a small portable tank to a larger wine tank (10 ft high and 5 ft in diameter).The procedure included purging the larger tank and displacing oxygen with argon gas to prevent wine spoilage. Nitrogen gas was also used to inflate the rubber seal of the tank's floating lid after the wine transfer was completed. When Employee #1 failed to return his service truck to the employer's house after regular working hours, the employer tried unsuccessfully to reach Employee #1's cell phone. The employer then proceeded to the winery and found Employee #1 unconscious inside the tank. He died of asphyxia.

**Keywords:** oxygen deficiency, respiratory, unconsciousness, asphyxiated, confined space, inhalation, nitrogen, fall, tank, argon

| | Inspection | | | Degree | Nature | Occupation |
|---|---|---|---|---|---|---|
| 1 | 300753209 | | | Fatality | Asphyxia | Occupation not reported |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
📞 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000238

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

**Inspection: 312926280 - Enterprise Products Transportation Company, llc**

| Inspection Information - Office: Houston South | | |
|---|---|---|
| Nr: 312926280        Report ID: 0626700 | | Open Date: 02/09/2011 |
| Enterprise Products Transportation Company, llc | | |
| 920 South Gulf Blvd | | |
| Freeport, TX 77542 | | |
| SIC: 4231/Terminal and Joint Terminal Maintenance Facilities for Motor Freight Transportation | Union Status: NonUnion | |
| NAICS: 488490/Other Support Activities for Road Transportation | | |
| Mailing: 1100 Louisiana St, Houston, TX 77002 | | |
| Inspection Type:      Accident | | |
| Scope:           Partial | Advanced Notice:      N | |
| Ownership:       Private | | |
| Safety/Health:    Health | Close Conference:    04/26/2011 | |
| | Close Case:         07/10/2012 | |
| Related Activity:     Type          ID          Safety    Health | | |
| Accident       101934404 | | |

| Violation Summary | | | | | | |
|---|---|---|---|---|---|---|
| | **Serious** | **Willful** | **Repeat** | **Other** | **Unclass** | **Total** |
| Initial Violations | 29 | | | 3 | | 32 |
| Current Violations | 9 | | | 12 | | 21 |
| Initial Penalty | $160,000 | $0 | $0 | $0 | $0 | $160,000 |
| Current Penalty | $57,000 | $0 | $0 | $43,000 | $0 | $100,000 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| Violation Items | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
| | 1. | **01001** | Serious | 5A0001 | 08/04/2011 | 09/20/2011 | $7,000 | $7,000 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 2. | **01002** | Serious | 19100023 C01 | 08/04/2011 | 08/30/2011 | $0 | $4,000 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 3. | **01003** | Serious | 19100024 B | 08/04/2011 | 08/30/2011 | $0 | $4,000 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 4. | **01004** | Serious | 19100037 B05 | 08/04/2011 | 08/30/2011 | $0 | $3,000 | $0 | 08/25/2011 | J - ALJ Decision |
| | 5. | **01005A** | Serious | 19100038 C05 | 08/04/2011 | 08/30/2011 | $7,000 | $5,000 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 6. | **01005B** | Serious | 19100038 D | 08/04/2011 | 08/30/2011 | $0 | $0 | $0 | 08/25/2011 | J - ALJ Decision |

ADODH-Pension-000239

| | # | ID | Type | | | | | | | | Decision |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7. | 01006 | Other | 19100106 D07 IV | 08/04/2011 | 08/16/2011 | $4,000 | $4,000 | $0 | 08/25/2011 | J - ALJ Decision |
| | 8. | 01007 | Serious | 19100132 F01 I | 08/04/2011 | 08/16/2011 | $5,000 | $5,000 | $0 | 08/25/2011 | J - ALJ Decision |
| | 9. | 01008 | Other | 19100134 C03 | 08/04/2011 | 08/30/2011 | $3,000 | $7,000 | $0 | 08/25/2011 | J - ALJ Decision |
| | 10. | 01009A | Serious | 19100134 D01 I | 08/04/2011 | 08/30/2011 | $7,000 | $7,000 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 11. | 01009B | Serious | 19100134 D01 III | 08/04/2011 | 09/20/2011 | $0 | $0 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 12. | 01010 | Serious | 19100134 K01 | 08/04/2011 | 08/30/2011 | $0 | $7,000 | $0 | 08/25/2011 | J - ALJ Decision |
| | 13. | 01011A | Serious | 19100146 D04 I | 08/04/2011 | 09/20/2011 | $5,000 | $5,000 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 14. | 01011B | Serious | 19100146 D05 III | 08/04/2011 | 08/30/2011 | $0 | $0 | $0 | 08/25/2011 | J - ALJ Decision |
| | 15. | 01012 | Serious | 19100146 D09 | 08/04/2011 | 09/20/2011 | $7,000 | $7,000 | $0 | 08/25/2011 | J - ALJ Decision |
| | 16. | 01013 | Other | 19100147 C03 I | 08/04/2011 | 08/30/2011 | $7,000 | $5,000 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 17. | 01014 | Serious | 19100147 C04 II | 08/04/2011 | 08/30/2011 | $0 | $7,000 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 18. | 01015 | Serious | 19100147 C06 I | 08/04/2011 | 09/20/2011 | $0 | $7,000 | $0 | 08/25/2011 | J - ALJ Decision |
| | 19. | 01016A | Other | 19100147 D03 | 08/04/2011 | 08/30/2011 | $7,000 | $7,000 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 20. | 01016B | Serious | 19100147 D04 I | 08/04/2011 | 08/30/2011 | $0 | $0 | $0 | 08/25/2011 | J - ALJ Decision |
| | 21. | 01017 | Other | 19100151 C | 08/04/2011 | 08/30/2011 | $2,000 | $5,000 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 22. | 01018 | Serious | 19100157 C01 | 08/04/2011 | 08/30/2011 | $0 | $3,000 | $0 | 08/25/2011 | J - ALJ Decision |
| | 23. | 01019 | Serious | 19100178 L01 I | 08/04/2011 | 09/20/2011 | $5,000 | $5,000 | $0 | 08/25/2011 | J - ALJ Decision |
| | 24. | 01020A | Serious | 19100178 P01 | 08/04/2011 | 08/30/2011 | $7,000 | $7,000 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 25. | 01020B | Other | 19100178 Q07 | 08/04/2011 | 08/30/2011 | $0 | $0 | $0 | 08/25/2011 | J - ALJ Decision |
| | 26. | 01021 | Other | 19100303 B02 | 08/04/2011 | 08/30/2011 | $1,000 | $5,000 | $0 | 08/25/2011 | J - ALJ Decision |
| | 27. | 01022 | Other | 19100305 G01 IVA | 08/04/2011 | 08/30/2011 | $3,000 | $4,000 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 28. | 01023 | Serious | 19100305 G02 III | 08/04/2011 | 08/30/2011 | $0 | $5,000 | $0 | 08/25/2011 | J - ALJ Decision |
| | 29. | 01024 | Serious | 19100307 C | 08/04/2011 | 08/30/2011 | $7,000 | $7,000 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 30. | 01025 | Serious | 19100334 A02 I | 08/04/2011 | 08/30/2011 | $0 | $5,000 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 31. | 01026 | Serious | 19101200 F05 | 08/04/2011 | 08/30/2011 | $0 | $7,000 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 32. | 01027 | Serious | 19101200 F08 | 08/04/2011 | 08/30/2011 | $0 | $4,000 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 33. | 01028 | Serious | 19101200 G08 | 08/04/2011 | 08/18/2011 | $0 | $7,000 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 34. | 01029 | Serious | 19101200 H03 | 08/04/2011 | 09/20/2011 | $0 | $7,000 | $0 | 08/25/2011 | J - ALJ Decision |
| | 35. | 01030A | Other | 19100023 C01 | 08/04/2011 | 08/30/2011 | $4,000 | $0 | $0 | 08/25/2011 | Q - National Office Adjustment |
| | 36. | 01030B | Other | 19100024 B | 08/04/2011 | 08/30/2011 | $0 | $0 | $0 | 08/25/2011 | Q - National Office Adjustment |
| | 37. | 01031A | Other | 19100305 G02 III | 08/04/2011 | 08/30/2011 | $5,000 | $0 | $0 | 08/25/2011 | Q - National Office Adjustment |
| | 38. | 01031B | Other | 19100334 A02 I | 08/04/2011 | 08/30/2011 | $0 | $0 | $0 | 08/25/2011 | Q - National Office Adjustment |
| | 39. | 01032A | Other | 19101200 F05 | 08/04/2011 | 08/30/2011 | $7,000 | $0 | $0 | 08/25/2011 | Q - National Office Adjustment |
| | 40. | 01032B | Other | 19101200 H03 | 08/04/2011 | 09/20/2011 | $0 | $0 | $0 | 08/25/2011 | Q - National Office Adjustment |
| | 41. | 02001 | Other | 19100134 D03 IIIB2 | 08/04/2011 | 08/30/2011 | $0 | $0 | $0 | 08/25/2011 | J - ALJ Decision |
| Deleted | 42. | 02002 | Other | 19100134 I04 I | 08/04/2011 | 08/30/2011 | $0 | $0 | $0 | 08/25/2011 | J - ALJ Decision |
| | 43. | 02003 | Other | 19100134 I04 II | 08/04/2011 | 08/30/2011 | $0 | $0 | $0 | 08/25/2011 | J - ALJ Decision |

### Accident Investigation Summary

| Summary Nr: 201925377 | Event: 02/07/2011 | Employee Is Asphyxiated After Fall Into Tank; Later Dies |
|---|---|---|

On February 7, 2011, Employee #1, a tank wash lead man, was cleaning the interior and exterior of a tank truck (Brenner Tank, Model SS Transport, VIN 1CBFV7212NF0A3251) in wash bay 1 at Enterprise Products Transportation Company, LLC. He opened the manway and connected a compressed air hose to the rear washout coupling to ventilate the tank. At approximately 6:30 p.m., Employee #1 was found unresponsive inside the tanker truck immediately beneath the main manway hatch by an assistant tank washer working in wash bay 2. An alarm was sounded, and a coworker entered the tank and removed Employee #1. He was transported by ambulance to a nearby community hospital and later airlifted to a Houston hospital. Employee #1 died the next day. The product reported

to have last been in the tanker truck was Dow Styrofoam(TM) RS 2030 Polyol. This chemical was a urethane-based product that was a mixture of 9 or more chemicals, including a number of oxirane, amine, oxide, formaldehyde and phthalate molecular compounds. MSDS information indicated Dow and ACGIH exposure limits as low as TWA of 0.05 ppm (skin) and STEL 0.15 ppm (skin). The MSDS information also indicated that in confined areas, the vapor can easily accumulate and cause unconsciousness and death due to displacement of oxygen (vapor pressure 27.2 psi & 32 deg C). The chemical was off-loaded from the tank trailer at a customer site using nitrogen. Residual nitrogen in the tank, combined with the chemical's oxygen displacing characteristics, could produce an oxygen-deficient atmosphere at the manway opening. The employees who rescued Employee #1 stated that a water hose used to test the product inside the tankers – to see if old water washing would remove the product - was found running and dangling on the side of the tanker, and the Employee #1's flashlight was found inside the tanker. Apparently, Employee #1 positioned himself over the open manway to peer inside the tanker, was overcome, and fell into the tank.

**Keywords:** tank truck, unconsciousness, asphyxiated, ventilation, confined space, tank cleaning, nitrogen, chemical vapor, tank, chemical

| | Inspection | | | Degree | Nature | Occupation |
|---|---|---|---|---|---|---|
| 1 | 312926280 | | | Fatality | Asphyxia | Occupation not reported |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

### FEDERAL GOVERNMENT

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

### OCCUPATIONAL SAFETY AND HEALTH

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

### ABOUT THE SITE

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

UNITED STATES
DEPARTMENT OF LABOR

OSHA                                                                                          Menu

🔍   SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

**Inspection: 300874211 - Baxter Healthcare Corp Dba Baxter Bioscience**

| Inspection Information - Office: Ca Los Angeles | |
|---|---|
| Nr: 300874211   Report ID: 0950641   Open Date: 01/21/2011 | |

Baxter Healthcare Corp Dba Baxter Bioscience
4501 Colorado Blvd.
Los Angeles, CA 90039                        Union Status: NonUnion
SIC: 2834/Pharmaceutical Preparations
NAICS: 325412/Pharmaceutical Preparation Manufacturing

| | | | |
|---|---|---|---|
| Inspection Type: | Accident | | |
| Scope: | Partial | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Safety | Close Conference: | 04/25/2011 |
| Planning Guide: | Safety-Manufacturing | Close Case: | 07/27/2015 |
| Related Activity: | Type | ID | Safety        Health |
| | Accident | 102581105 | |

| Violation Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Serious | Willful | Repeat | Other | Unclass | Total |
| Initial Violations | 6 | 4 | | 1 | | 11 |
| Current Violations | 2 | 2 | | 1 | | 5 |
| Initial Penalty | $90,000 | $280,000 | $0 | $1,250 | $0 | $371,250 |
| Current Penalty | $53,750 | $140,000 | $0 | $1,250 | $0 | $195,000 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| Violation Items | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
| | 1. | **01001** | Other | 5157 E01 | 07/19/2011 | 08/21/2011 | $1,250 | $1,250 | $0 | 07/28/2011 | F - Formal Settlement |
| | 2. | **02001** | Willful | 5157 C03 | 07/19/2011 | 07/29/2011 | $70,000 | $70,000 | $0 | 07/28/2011 | F - Formal Settlement |
| | 3. | **03001** | Serious | 5157 C04 | 07/19/2011 | 07/29/2011 | $31,250 | $11,250 | $0 | 07/28/2011 | F - Formal Settlement |
| Deleted | 4. | **04001** | Serious | 5157 C07 | 07/19/2011 | 07/29/2011 | $11,250 | $11,250 | $0 | 07/28/2011 | F - Formal Settlement |
| | 5. | **05001** | Willful | 5157 D01 | 07/19/2011 | 07/29/2011 | $70,000 | $70,000 | $0 | 07/28/2011 | F - Formal Settlement |
| Deleted | 6. | **06001** | Willful | 5157 D04 | 07/19/2011 | 07/29/2011 | $70,000 | $70,000 | $0 | 07/28/2011 | F - Formal Settlement |

ADOC Hypoxia_000242

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deleted | 7. | **07001** | Serious | 5157 D06 | 07/19/2011 | 07/29/2011 | $11,250 | $11,250 | $0 | 07/28/2011 | F - Formal Settlement |
| Deleted | 8. | **08001** | Willful | 5157 D09 | 07/19/2011 | 07/29/2011 | $70,000 | $70,000 | $0 | 07/28/2011 | F - Formal Settlement |
| Deleted | 9. | **09001** | Serious | 5157 K01 | 07/19/2011 | 07/29/2011 | $11,250 | $11,250 | $0 | 07/28/2011 | F - Formal Settlement |
| Deleted | 10. | **10001** | Serious | 5157 K03 B | 07/19/2011 | 07/19/2011 | $22,500 | $22,500 | $0 | 07/28/2011 | F - Formal Settlement |
| | 11. | **11001** | Serious | 5194 H02 E | 07/19/2011 | 07/22/2011 | $22,500 | $22,500 | $0 | 07/28/2011 | F - Formal Settlement |

### Accident Investigation Summary

| Summary Nr: 202542296 | Event: 01/21/2011 | Employee Is Asphyxiated By Deficient Oxygen Levels In Vessel |
|---|---|---|

At approximately 3:50 a.m. on January 21, 2011, Employee #1 entered a 6,000 liter reaction vessel, Vessel Number 23 (Mueller Products part number P3388), which was located in plasma fractionation Room Number 404. He accessed the reaction vessel using a stainless steel ladder routinely used by employees entering this vessel during cleaning operations. However, no cleaning operations were taking place in the vessel. At that time, the vessel contained 257 liters of a mixture of 40 percent ethanol, buffers and human plasma. Air in the vessel had been displaced by nitrogen gas, which had been bubbled through the product for 20 hours. Employee #1 entered the reaction vessel to measure the temperature of the plasma ethanol mixture. While in the vessel, he collapsed because of an oxygen deficient atmosphere and was discovered by his supervisor. The supervisor left the room to summoned emergency medical personnel. As the supervisor sought help, two coworkers entered the vessel to attempt to rescue the first employee. All three employee were extricated from the vessel by the fire department. Employee #1 was asphyxiated, another employee was in a coma and in critical condition and a third employee was not injured. Note: The injury line only identified the asphyxiated employee.

**Keywords:** asphyxiated, confined space, pressure vessel, gas, nitrogen, respirator

| | Inspection | | | Degree | Nature | Occupation |
|---|---|---|---|---|---|---|
| 1 | 300874211 | | | Fatality | Asphyxia | Biological technicians |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

### FEDERAL GOVERNMENT

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

### OCCUPATIONAL SAFETY AND HEALTH

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

### ABOUT THE SITE

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍 SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 315098566 - Blowout Tools, Inc.

| Inspection Information - Office: Corpus Christi | |
|---|---|

Nr: 315098566      Report ID: 0626000          Open Date: 10/30/2010

Blowout Tools, Inc.
Fm Hwy 2987 To Fannin Oaks Drive          Union Status: NonUnion
Fannin, TX 77963
SIC: 1389/Oil and Gas Field Services, Not Elsewhere Classified
NAICS: 213112/Support Activities for Oil and Gas Operations
Mailing: Drill Technology Center 2202 Oil Center Court, Houston, TX 77073

| | | | |
|---|---|---|---|
| Inspection Type: | Accident | | |
| Scope: | Complete | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Safety | Close Conference: | 04/07/2011 |
| Emphasis: | L:Oil&gas | Close Case: | 01/31/2013 |
| Related Activity: | Type | ID | Safety      Health |
| | Accident | 100213727 | |

| Violation Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Serious | Willful | Repeat | Other | Unclass | Total |
| Initial Violations | 9 | | | | | 9 |
| Current Violations | 9 | | | | | 9 |
| Initial Penalty | $45,900 | $0 | $0 | $0 | $0 | $45,900 |
| Current Penalty | $45,900 | $0 | $0 | $0 | $0 | $45,900 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| Violation Items | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
| 1. | 01001 | Serious | 19100023 C01 | 04/26/2011 | 05/02/2011 | $4,500 | $4,500 | $0 | 05/17/2011 | F - Formal Settlement |
| 2. | 01002 | Serious | 19100146 C02 | 04/26/2011 | 05/02/2011 | $4,500 | $4,500 | $0 | 05/17/2011 | F - Formal Settlement |
| 3. | 01003 | Serious | 19100146 C09 III | 04/26/2011 | 05/02/2011 | $4,500 | $4,500 | $0 | 05/17/2011 | F - Formal Settlement |
| 4. | 01004 | Serious | 19100146 D01 | 04/26/2011 | 05/02/2011 | $4,500 | $4,500 | $0 | 05/17/2011 | F - Formal Settlement |
| 5. | 01005 | Serious | 19100146 D02 | 04/26/2011 | 05/02/2011 | $6,300 | $6,300 | $0 | 05/17/2011 | F - Formal Settlement |
| 6. | 01006A | Serious | 19100146 D03 VI | 04/26/2011 | 05/02/2011 | $6,300 | $6,300 | $0 | 05/17/2011 | F - Formal Settlement |

ADOC Hypoxia_000244

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7. | **01006B** | Serious | 19100146 D04 I | 04/26/2011 | 05/02/2011 | $0 | $0 | $0 | 05/17/2011 | F - Formal Settlement |
| 8. | **01006C** | Serious | 19100146 D05 I | 04/26/2011 | 05/02/2011 | $0 | $0 | $0 | 05/17/2011 | F - Formal Settlement |
| 9. | **01007** | Serious | 19100146 D04 IX | 04/26/2011 | 05/02/2011 | $6,300 | $6,300 | $0 | 05/17/2011 | F - Formal Settlement |
| 10. | **01008** | Serious | 19100146 D09 | 04/26/2011 | 05/02/2011 | $4,500 | $4,500 | $0 | 05/17/2011 | F - Formal Settlement |
| 11. | **01009** | Serious | 19100146 E01 | 04/26/2011 | 05/02/2011 | $4,500 | $4,500 | $0 | 05/17/2011 | F - Formal Settlement |

### Accident Investigation Summary

| Summary Nr: 200212843 | Event: 10/30/2010 | Employee Is Killed While Working With Liquid Nitrogen |
|---|---|---|

On October 30, 2010, Employee #1, a production supervisor, had installed a liquid nitrogen jacket around the outside of the conductor pipe and was flowing liquid nitrogen in order to form a plug. Employee #1 was found by coworkers, collapsed in the hole. He was removed by his coworkers, but he had already died.

**Keywords:** lung, pipe plug, asphyxiated, vapor, nitrogen, pipe, chemical vapor, toxic fumes

| | Inspection | | Degree | Nature | Occupation |
|---|---|---|---|---|---|
| 1 | 315098566 | | Fatality | Asphyxia | Supervisors, production occupations |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

### FEDERAL GOVERNMENT

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

### OCCUPATIONAL SAFETY AND HEALTH

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

### ABOUT THE SITE

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000245

UNITED STATES
DEPARTMENT OF LABOR

OSHA                                                                          Menu

🔍   SEARCH OSHA

OSHA ▾   STANDARDS ▾   ENFORCEMENT   TOPICS ▾   HELP AND RESOURCES ▾   NEWS ▾   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 313197634 - Steel Dynamics

| Inspection Information - Office: Indiana | | |
|---|---|---|

Nr: 313197634          Report ID: 0551800          Open Date: 08/10/2009

Steel Dynamics
5134 Loop Rd.
Jeffersonville, IN 47137                          Union Status: NonUnion
SIC: 3312/Steel Works, Blast Furnaces (Including Coke Ovens), and Rolling Mills
NAICS: 331111/Iron and Steel Mills

| | | | |
|---|---|---|---|
| Inspection Type: | Accident | | |
| Scope: | Partial | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Health | Close Conference: | 10/01/2009 |
| Planning Guide: | Health-Manufacturing | Close Case: | 10/17/2011 |
| Related Activity: | Type | ID | Safety        Health |
| | Accident | 100992775 | |

| Violation Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Serious | Willful | Repeat | Other | Unclass | Total |
| Initial Violations | 9 | 1 | 5 | | | 15 |
| Current Violations | 8 | | 5 | 2 | | 15 |
| Initial Penalty | $45,000 | $70,000 | $125,000 | $0 | $0 | $240,000 |
| Current Penalty | $17,000 | $0 | $50,000 | $5,000 | $0 | $72,000 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| Violation Items | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
| 1. | 01001 | Other | 19040007 B01 | 10/28/2009 | 11/22/2009 | $2,500 | $5,000 | $0 | 11/23/2009 | J - ALJ Decision |
| 2. | 01002 | Other | 19100132 D01 | 10/28/2009 | 11/24/2009 | $2,500 | $5,000 | $0 | 11/23/2009 | J - ALJ Decision |
| 3. | 01003 | Serious | 19100146 D14 | 10/28/2009 | 11/24/2009 | $5,000 | $5,000 | $0 | 11/23/2009 | J - ALJ Decision |
| 4. | 01004 | Serious | 19100146 F01 | 10/28/2009 | 11/22/2009 | $0 | $5,000 | $0 | 11/23/2009 | J - ALJ Decision |
| 5. | 01005 | Serious | 19100146 F02 | 10/28/2009 | 11/22/2009 | $0 | $5,000 | $0 | 11/23/2009 | J - ALJ Decision |
| 6. | 01006 | Serious | 19100146 F07 | 10/28/2009 | 11/22/2009 | $0 | $5,000 | $0 | 11/23/2009 | J - ALJ Decision |

ADOC Hypoxia_000246

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7. | **01007** | Serious | 19100146 F10 | 10/28/2009 | 11/22/2009 | $0 | $5,000 | $0 | 11/23/2009 | J - ALJ Decision |
| 8. | **01008** | Serious | 19100146 G01 | 10/28/2009 | 11/22/2009 | $0 | $5,000 | $0 | 11/23/2009 | J - ALJ Decision |
| 9. | **01009** | Serious | 19100147 C04 II | 10/28/2009 | 11/22/2009 | $5,000 | $5,000 | $0 | 11/23/2009 | J - ALJ Decision |
| 10. | **02001** | Serious | 2200080101 SEC2 | 10/28/2009 | 11/24/2009 | $7,000 | $70,000 | $0 | 11/23/2009 | J - ALJ Decision |
| 11. | **03001** | Repeat | 19100146 D02 | 10/28/2009 | 11/22/2009 | $25,000 | $25,000 | $0 | 11/23/2009 | J - ALJ Decision |
| 12. | **03002** | Repeat | 19100146 K01 I | 10/28/2009 | 11/22/2009 | $0 | $25,000 | $0 | 11/23/2009 | J - ALJ Decision |
| 13. | **03003** | Repeat | 19100146 K01 II | 10/28/2009 | 11/22/2009 | $25,000 | $25,000 | $0 | 11/23/2009 | J - ALJ Decision |
| 14. | **03004** | Repeat | 19100146 K01 IV | 10/28/2009 | 11/22/2009 | $0 | $25,000 | $0 | 11/23/2009 | J - ALJ Decision |
| 15. | **03005** | Repeat | 19100146 K01 V | 10/28/2009 | 11/22/2009 | $0 | $25,000 | $0 | 11/23/2009 | J - ALJ Decision |

| Accident Investigation Summary | | |
|---|---|---|
| Summary Nr: 200997880 | Event: 08/08/2009 | Employee Is Asphyxiated By Nitrogen |

On August 8, 2009, Employee #1, who was a utility worker at a steel processing facility, went to the hot bridal portion of an annealing furnace to drop the ball and chain. Normally, when this task was assigned, the furnace was shut down for several days, and the nitrogen was locked out. However, on that day, the furnace was being rebricked and the nitrogen was left on to help the bricks cure. Fifteen minutes into the shift, at approximately 9:15 p.m., employees found Employee #1 unconscious, with the upper half of his body inside the hot bridle opening. Employee #2, who was the first to reach Employee #1, grabbed Employee #1 at the waist and pulled him out of the hot bridle opening. Employee #2 was then overcome by nitrogen. Other employees pulled Employees #1 and #2 away from the hot bridle opening. Employee #2 was sent to the hospital and made a full recovery. Employee #1 never responded to CPR or treatment at the hospital. He was pronounced brain dead and apparently died on August 8, 2009.

| Keywords: furnace, oxygen deficiency, unconsciousness, asphyxiated, confined space, cpr, lockout, nitrogen, high temperature | | | | | |
|---|---|---|---|---|---|
| | **Inspection** | | **Degree** | **Nature** | **Occupation** |
| 1 | 313197634 | | Fatality | Asphyxia | Machinery maintenance occupations |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000247

UNITED STATES
DEPARTMENT OF LABOR

## OSHA

Menu

🔍  SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

**Inspection: 311374417 - Blommer Chocolate Company**

| Inspection Information - Office: Calumet City | | |
|---|---|---|
| Nr: 311374417    Report ID: 0521700    Open Date: 06/09/2008 | | |

Blommer Chocolate Company
600 W. Kinzie
Chicago, IL 60610                    Union Status: NonUnion
SIC: 2066/Chocolate and Cocoa Products
NAICS: 311320/Chocolate and Confectionery Manufacturing from Cacao Beans

| | | | |
|---|---|---|---|
| Inspection Type: | Accident | | |
| Scope: | Partial | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Health | Close Conference: | 09/12/2008 |
| Planning Guide: | Health-Manufacturing | Close Case: | 09/13/2010 |
| Related Activity: | Type | ID | Safety | Health |
| | Accident | 100033992 | | |
| | Referral | 200038974 | | Yes |

| Violation Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Serious | Willful | Repeat | Other | Unclass | Total |
| Initial Violations | 1 | 1 | | | | 2 |
| Current Violations | 2 | | | | | 2 |
| Initial Penalty | $7,000 | $70,000 | $0 | $0 | $0 | $77,000 |
| Current Penalty | $10,500 | $0 | $0 | $0 | $0 | $10,500 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| Violation Items | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
| 1. | 01001 | Serious | 5A0001 | 12/03/2008 | 01/22/2009 | $7,000 | $70,000 | $0 | 12/23/2008 | F - Formal Settlement |
| 2. | 02001 | Serious | 19100132 D01 | 12/03/2008 | 12/22/2008 | $3,500 | $7,000 | $0 | 12/23/2008 | F - Formal Settlement |

| Accident Investigation Summary | | |
|---|---|---|
| Summary Nr: 200033223 | Event: 06/08/2008 | One Is Killed, Two Are Injured From Nitrogen Exposure |

At approximately 7:00 a.m. on June 8, 2008, Employee #1 started a cooling process for a ribbon blender containing black cocoa powder. The cooling process

ADOC Hypoxia_000248

utilized large quantities of compressed liquid nitrogen to lower the temperature of the black cocoa powder. The ribbon blender had a ventilation system designed to remove excess nitrogen from the blender safely. However, on that particular day, the ventilation system became compromised. The nitrogen, which entered into the ribbon blender, exceeded the blender capacity and backed up into an attached, unsealed screw conveyor. The nitrogen leaked out of the screw conveyor and into the black cocoa control room, causing an oxygen deficient atmosphere. At approximately 9:00 a.m. on June 8, 2009, Employee #1 entered the black cocoa control room. A surveillance video of the area showed that within minutes of entering the control room, Employee #1 became unconscious. At approximately 10:00 a.m. on June 8, 2008, Employee #2 entered the control room and quickly became unconscious. Employee #2 remained unconscious for approximately one hour after entering the control room. For unknown reasons, Employee #2 became semiconscious and used a phone to report Employee #1 as deceased and report their location. A supervisor quickly called 911, and employees quickly responded to the black cocoa control room. The employees who responded were unaware of the asphyxiation hazard and briefly entered the black cocoa control room. The responding employees told Employee #2 to remain in the control room, while they left to meet the outside emergency responders. Meanwhile, Employee #2 left the control room. Employee #2 was eventually located in a nearby stairwell, semiconscious. Employee #3, who was one of the first employees to reach the accident scene, became winded from running up and down stairs and was prompted by the Fire Department to seek medical attention at the hospital. Employee #1 was pronounced dead at the hospital. Employees #2 and #3 were admitted to the hospital for observation.

**Keywords:** oxygen deficiency, unconsciousness, asphyxiated, food preparation, ventilation, equipment failure, nitrogen

| | Inspection | | | Degree | Nature | Occupation |
|---|---|---|---|---|---|---|
| 1 | 311374417 | | | Fatality | Asphyxia | Mixing and blending machine operators |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍  SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 311292940 - Arkema Inc.

| Inspection Information - Office: Kentucky | | |
|---|---|---|
| Nr: 311292940 | Report ID: 0452110 | Open Date: 10/31/2007 |

Arkema Inc.
4444 Industrial Pkwy
Calvert City, KY 42029                         Union Status: Union
SIC: 2819/Industrial Inorganic Chemicals, Not Elsewhere Classified
NAICS: 325188/All Other Basic Inorganic Chemical Manufacturing

| | | | |
|---|---|---|---|
| Inspection Type: | Accident | | |
| Scope: | Partial | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Health | Close Conference: | 03/04/2008 |
| Planning Guide: | Health-Manufacturing | Close Case: | 09/23/2008 |
| Related Activity: | Type | ID | Safety      Health |
| | Accident | 102497211 | |

| Violation Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Serious | Willful | Repeat | Other | Unclass | Total |
| Initial Violations | 3 | | | | | 3 |
| Current Violations | 3 | | | | | 3 |
| Initial Penalty | $13,500 | $0 | $0 | $0 | $0 | $13,500 |
| Current Penalty | $12,150 | $0 | $0 | $0 | $0 | $12,150 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| Violation Items | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
| 1. | 01001 | Serious | 338003101 A | 04/16/2008 | 05/12/2008 | $4,500 | $4,500 | $0 | | I - Informal Settlement |
| 2. | 01002 | Serious | 19100134 G03 VI A | 04/16/2008 | 04/22/2008 | $3,825 | $4,500 | $0 | | I - Informal Settlement |
| 3. | 01003 | Serious | 19100145 C02 I | 04/16/2008 | 04/22/2008 | $3,825 | $4,500 | $0 | | I - Informal Settlement |

| Accident Investigation Summary | | |
|---|---|---|
| Summary Nr: 201855988 | Event: 10/30/2007 | Employee Is Asphyxiated By Nitrogen Leak |

ADOG-Hypoxia_000260

On October 30, 2007, Employee #1, an electronic technician, was asphyxiated by a nitrogen line leak in the analyzer building.

| **Keywords:** leak, asphyxiated, electronic technicn, nitrogen | | | | | |
| | Inspection | | | Degree | Nature | Occupation |
| 1 | 311292940 | | | Fatality | Asphyxia | Electrical and electronic technicians |

# UNITED STATES
# DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
📞 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000251

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍 SEARCH OSHA

OSHA ∨   STANDARDS ∨   ENFORCEMENT   TOPICS ∨   HELP AND RESOURCES ∨   NEWS ∨   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

**Inspection: 310986997 - Quala Systems, Inc. Dba Qualawash**

| Inspection Information - Office: Savannah | |
|---|---|

Nr: 310986997    Report ID: 0418400    Open Date: 08/04/2007

Quala Systems, Inc. Dba Qualawash
6061 Commerce Court
Garden City, GA 31408                                Union Status: NonUnion
SIC: 7699/Repair Shops and Related Services, Not Elsewhere Classified
NAICS: 562998/All Other Miscellaneous Waste Management Services

| | | | |
|---|---|---|---|
| Inspection Type: | Accident | | |
| Scope: | Complete | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Health | Close Conference: | 01/14/2008 |
| Emphasis: | S:Electrical, S:Fall From Height, S:Powered Ind Vehicle, S:Struck-By | Close Case: | 09/30/2008 |
| Related Activity: | Type | ID | Safety    Health |
| | Accident | 100903681 | |

### Violation Summary

| | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | 20 | | | 4 | | 24 |
| Current Violations | 16 | | | 5 | | 21 |
| Initial Penalty | $46,800 | $0 | $0 | | $0 | $46,800 |
| Current Penalty | $27,200 | $0 | $0 | $2,800 | $0 | $30,000 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

### Violation Items

| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | **01001** | Other | 19100022 C | 02/01/2008 | 02/06/2008 | $800 | $1,350 | $0 | 02/20/2008 | F - Formal Settlement |
| 2. | **01002A** | Other | 19100023 C01 | 02/01/2008 | 02/06/2008 | $0 | $2,250 | $0 | 02/20/2008 | F - Formal Settlement |
| 3. | **01002B** | Serious | 19100023 C03 | 02/06/2008 | 02/11/2008 | $1,200 | $0 | $0 | 02/20/2008 | F - Formal Settlement |
| 4. | **01003** | Serious | 19100024 B | 02/01/2008 | 02/06/2008 | $800 | $1,350 | $0 | 02/20/2008 | F - Formal Settlement |
| 5. | **01004** | Other | 19100024 H | 02/01/2008 | 09/28/2008 | $800 | $1,350 | $0 | 02/20/2008 | F - Formal Settlement |

ADOC Hypoxia_000252

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 6. | **01005** | Serious | 19100106 E02 III | 02/01/2008 | 02/06/2008 | $800 | $1,350 | $0 | 02/20/2008 | F – Formal Settlement |
| | 7. | **01006A** | Serious | 19100110 B06 VI | 02/01/2008 | 02/06/2008 | $1,000 | $1,800 | $0 | 02/20/2008 | F – Formal Settlement |
| Deleted | 8. | **01006B** | Serious | 19100110 F07 | 02/01/2008 | 02/28/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| | 9. | **01007** | Serious | 19100110 E05 IVE2 | 02/01/2008 | 02/28/2008 | $800 | $1,350 | $0 | 02/20/2008 | F – Formal Settlement |
| | 10. | **01008** | Serious | 19100132 A | 02/01/2008 | 02/06/2008 | $2,000 | $3,150 | $0 | 02/20/2008 | F – Formal Settlement |
| | 11. | **01009A** | Serious | 19100134 A01 | 02/01/2008 | 03/20/2008 | $1,000 | $1,350 | $0 | 02/20/2008 | F – Formal Settlement |
| | 12. | **01009B** | Serious | 19100134 D01 III | 02/01/2008 | 03/20/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| | 13. | **01009C** | Serious | 19100134 D03 IIIB2 | 02/01/2008 | 03/20/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| | 14. | **01009D** | Serious | 19100134 F02 | 02/01/2008 | 03/20/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| | 15. | **01009E** | Serious | 19100134 F05 | 02/01/2008 | 03/20/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| | 16. | **01009F** | Serious | 19100134 K01 I | 02/01/2008 | 02/13/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| | 17. | **01009G** | Serious | 19100134 K01 VII | 02/01/2008 | 02/13/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| | 18. | **01010** | Serious | 19100134 K01 II | 02/01/2008 | 02/13/2008 | $6,300 | $6,300 | $0 | 02/20/2008 | D – Govt Dismissed |
| | 19. | **01011** | Serious | 19100146 C02 | 02/01/2008 | 02/28/2008 | $1,200 | $2,250 | $0 | 02/20/2008 | F – Formal Settlement |
| | 20. | **01012** | Serious | 19100146 C05 IIC | 02/01/2008 | 02/28/2008 | $1,200 | $2,250 | $0 | 02/20/2008 | F – Formal Settlement |
| | 21. | **01013A** | Serious | 19100146 D05 I | 02/01/2008 | 02/28/2008 | $6,300 | $6,300 | $0 | 02/20/2008 | F – Formal Settlement |
| | 22. | **01013B** | Serious | 19100146 G03 | 02/01/2008 | 02/28/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| | 23. | **01014** | Serious | 19100151 C | 02/01/2008 | 02/06/2008 | $1,200 | $2,250 | $0 | 02/20/2008 | F – Formal Settlement |
| Deleted | 24. | **01015** | Serious | 19100157 G01 | 02/01/2008 | 02/28/2008 | $0 | $1,800 | $0 | 02/20/2008 | F – Formal Settlement |
| Deleted | 25. | **01016A** | Serious | 19100178 N04 | 02/01/2008 | 02/28/2008 | $0 | $2,250 | $0 | 02/20/2008 | F – Formal Settlement |
| | 26. | **01016B** | Serious | 19100178 P01 | 02/01/2008 | 02/28/2008 | $1,200 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| | 27. | **01017A** | Serious | 19100303 B01 | 02/01/2008 | 02/06/2008 | $1,200 | $2,250 | $0 | 02/20/2008 | F – Formal Settlement |
| | 28. | **01017B** | Serious | 19100305 B01 II | 02/01/2008 | 02/06/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| | 29. | **01018** | Serious | 19100305 D02 | 02/01/2008 | 02/06/2008 | $0 | $2,250 | $0 | 02/20/2008 | F – Formal Settlement |
| | 30. | **01019A** | Serious | 19101048 D01 I | 02/01/2008 | 03/20/2008 | $1,100 | $1,800 | $0 | 02/20/2008 | F – Formal Settlement |
| | 31. | **01019B** | Serious | 19101048 G02 I | 02/01/2008 | 03/20/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| | 32. | **01019C** | Serious | 19101048 G02 II | 02/01/2008 | 03/20/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| | 33. | **01019D** | Serious | 19101048 M05 | 02/01/2008 | 03/20/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| | 34. | **01019E** | Serious | 19101048 N01 | 02/01/2008 | 03/20/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| | 35. | **01020A** | Serious | 19101052 D01 I | 02/01/2008 | 03/20/2008 | $1,100 | $1,800 | $0 | 02/20/2008 | F – Formal Settlement |
| | 36. | **01020B** | Serious | 19101052 G02 I | 02/01/2008 | 03/20/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| | 37. | **01020C** | Serious | 19101052 G03 I | 02/01/2008 | 03/20/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| | 38. | **01020D** | Serious | 19101052 L03 I | 02/01/2008 | 03/20/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| Deleted | 39. | **02001** | Other | 19100178 L06 | 02/01/2008 | 02/28/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| Deleted | 40. | **02002** | Other | 19101200 E01 I | 02/01/2008 | 02/28/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| | 41. | **02003** | Other | 19101200 F05 I | 02/01/2008 | 02/28/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |
| | 42. | **02004** | Other | 19101200 F05 II | 02/01/2008 | 02/28/2008 | $0 | $0 | $0 | 02/20/2008 | F – Formal Settlement |

### Accident Investigation Summary

| | | |
|---|---|---|
| Summary Nr: 200902070 | Event: 08/04/2007 | Employee Is Asphyxiated In Tank Confined Space Incident |

On August 4, 2007, Employee #1, a tank cleaner, entered an oxygen deficient atmosphere inside a 6,340 gallon intermodal (ISO) container, which had previously contained ethyl acetate, and had been unloaded using nitrogen. Employee #1 wore an air-purifying respirator with multi-gas/vapor/P100 cartridges and died of asphyxia.

**Keywords:** oxygen deficiency, asphyxiated, confined space, cleaning, nitrogen, tank, respirator

| | Inspection | | | Degree | Nature | Occupation |
|---|---|---|---|---|---|---|
| 1 | 310986997 | | | Fatality | Asphyxia | Laborers, except construction |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

Q    SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

**Inspection: 310968086 - Clinton Safety Associates, Inc.**

| Inspection Information - Office: South Carolina Priv | | | |
|---|---|---|---|
| Nr: 310968086   Report ID: 0454510   Open Date: 05/12/2007 | | | |
| Clinton Safety Associates, Inc. | | | |
| 200 Tanner Drive | | | |
| Taylors, SC 29687 | Union Status: NonUnion | | |
| SIC: 7699/Repair Shops and Related Services, Not Elsewhere Classified | | | |
| NAICS: 562998/All Other Miscellaneous Waste Management Services | | | |
| Mailing: 271 1/2 8th Avenue, Cramerton, NC 28032 | | | |
| Inspection Type: | Accident | | |
| Scope: | Partial | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Health | Close Conference: | 07/03/2007 |
| Planning Guide: | Health-Manufacturing | Close Case: | 03/04/2008 |
| Related Activity: | Type | ID | Safety     Health |
| | Accident | 100377373 | |

| Violation Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Serious | Willful | Repeat | Other | Unclass | Total |
| Initial Violations | 3 | 3 | | 1 | | 7 |
| Current Violations | 3 | 3 | | 1 | | 7 |
| Initial Penalty | $3,300 | $58,800 | $0 | $0 | $0 | $62,100 |
| Current Penalty | $1,320 | $23,520 | $0 | $0 | $0 | $24,840 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| Violation Items | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
| 1. | 01001 | Serious | 19100023 C01 | 07/26/2007 | 08/01/2007 | $120 | $300 | $0 | | I - Informal Settlement |
| 2. | 01002 | Serious | 19100134 C01 | 07/26/2007 | 10/12/2007 | $600 | $1,500 | $0 | | I - Informal Settlement |
| 3. | 01003 | Serious | 19100134 D02 I | 07/26/2007 | 08/01/2007 | $600 | $1,500 | $0 | | I - Informal Settlement |
| 4. | 02001 | Willful | 19100146 C04 | 07/26/2007 | 10/01/2007 | $7,840 | $19,600 | $0 | | I - Informal Settlement |
| 5. | 02002 | Willful | 19100146 E01 | 07/26/2007 | 08/01/2007 | $7,840 | $19,600 | $0 | | I - Informal Settlement |
| 6. | 02003 | Willful | 19100146 K03 II | 07/26/2007 | 08/01/2007 | $7,840 | $19,600 | $0 | | I - Informal Settlement |

ADOC Hypoxia_000255

| 7. | **03001** | Other | 19101200 E01 | 07/26/2007 | 10/12/2007 | $0 | $0 | $0 | | I - Informal Settlement |
|----|-----------|-------|--------------|------------|------------|-----|-----|-----|--|------------------------|

| Accident Investigation Summary |||
|---|---|---|
| Summary Nr: 200374221 | Event: 05/12/2007 | Employee Dies Of Asphyxiation In Confined Space |

On May 12, 2007, an employee entered into tanker trailer Number 1208 at the CPJ Technologies facility in order to clean out sludge that had accumulated in the bottom of the tanker. The tanker had been inerted with nitrogen, thus creating an IDLH atmosphere. At approximately 11:45 am, the employee lost air flow to his supplied air hood. He yelled to the attendant at the top of the tanker that he had no air, but there was only a manual retrieval system available and the attendant could not extract the employee from the confined space. The emergency medical services were called, and the Taylors Fire Department arrived at approximately 11:50 a.m. They removed the employee from the tanker and found him dead.

| Keywords: oxygen deficiency, tank truck, asphyxiated, confined space, construction, inhalation, tank cleaning, gas, nitrogen |||||
|---|---|---|---|---|
| | **Inspection** | | **Degree** | **Nature** | **Occupation** |
| 1 | 310968086 | | Fatality | Asphyxia | Laborers, except construction |

UNITED STATES
DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

### FEDERAL GOVERNMENT

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

### OCCUPATIONAL SAFETY AND HEALTH

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

### ABOUT THE SITE

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍 SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 123448201 - Nucor Steel

| Inspection Information - Office: Little Rock | | |
|---|---|---|
| Nr: 123448201 | Report ID: 0627100 | Open Date: 04/05/2007 |
| Nucor Steel | | |
| 7301 East County Road #142 | | |
| Blytheville, AR 72315 | Union Status: NonUnion | |
| SIC: 3312/Steel Works, Blast Furnaces (Including Coke Ovens), and Rolling Mills | | |
| NAICS: 331111/Iron and Steel Mills | | |
| Mailing: P.O. Box 30, Armorel, AR 72310 | | |
| Inspection Type: | Accident | |
| Scope: | Partial | Advanced Notice: N |
| Ownership: | Private | |
| Safety/Health: | Health | Close Conference: 04/25/2007 |
| | | Close Case: 12/10/2007 |
| Related Activity: | Type Accident | ID 100264233 | Safety   Health |

| Violation Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Serious | Willful | Repeat | Other | Unclass | Total |
| Initial Violations | 1 | | | | | 1 |
| Current Violations | | | | | | |
| Initial Penalty | $2,500 | $0 | $0 | $0 | $0 | $2,500 |
| Current Penalty | $0 | $0 | $0 | $0 | $0 | $0 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| Violation Items | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
| Deleted | 1. | **01001** | Serious | 19100134 D01 III | 06/07/2007 | 07/03/2007 | $2,500 | $2,500 | $0 | 06/27/2007 | F - Formal Settlement |

| Accident Investigation Summary | | |
|---|---|---|
| Summary Nr: 200263184 | Event: 04/05/2007 | Employee Is Overcome By Nitrogen Gas And Dies |

On April 5, 2007, a Melt Shop Mechanical Maintenance employee was working alone replacing three filters in the baghouse on top of the Asbury for the Furnace Number 1. The employee had not made radio contact for several hours so the Supervisor went to the area where he was working. The employee was found in

ADOC Hypoxia_000257

the top of the baghouse crouched over in a nitrogen rich atmosphere. The employee was pronounced dead at the scene and was estimated to have been dead for about 2 hours.

| Keywords: maintenance, asphyxiated, inhalation, gas, nitrogen, chemical | | | | | |
|---|---|---|---|---|---|
| **Inspection** | | | **Degree** | **Nature** | **Occupation** |
| 1 | 123448201 | | Fatality | Asphyxia | Machinery maintenance occupations |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍 SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 310714357 - Swarthmore College

#### Inspection Information - Office: Philadelphia

Nr: 310714357       Report ID: 0317000       Open Date: 01/22/2007

Swarthmore College
500 College Avenue
Swarthmore, PA 19081       Union Status: NonUnion
SIC: 8221/Colleges, Universities, and Professional Schools
NAICS: 611310/ Colleges, Universities, and Professional Schools
Mailing: Mr. Stuart Hain Associate Vp, 500 College Avenue, Swarthmore, PA 19081

| | | | |
|---|---|---|---|
| Inspection Type: | Accident | | |
| Scope: | Partial | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Health | Close Conference: | 03/26/2007 |
| | | Close Case: | 05/08/2007 |
| Related Activity: | Type | ID | Safety    Health |
| | Accident | 102021888 | |

#### Violation Summary

| | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | | | | 1 | | 1 |
| Current Violations | | | | 1 | | 1 |
| Initial Penalty | $0 | $0 | $0 | $4,500 | $0 | $4,500 |
| Current Penalty | $0 | $0 | $0 | $2,925 | $0 | $2,925 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

#### Violation Items

| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 01001 | Other | 19040039 A | 04/12/2007 | 04/16/2007 | $2,925 | $4,500 | $0 | | I - Informal Settlement |

#### Accident Investigation Summary

| Summary Nr: 202004891 | Event: 01/19/2007 | Employee Dies From Asphyxiation Due To Nitrogen |
|---|---|---|

Between 9:30 a.m. and 1:00 p.m. on January 19, 2007, Employee #1 inserted his upper torso into a cardboard box. He was probably adjusting the placement of plastic tubing of which one end was attached to a wall mounted needle valve that was dispensing nitrogen. The other end was inserted into the box through a

ADOC Hypoxia_000259

cut out opening. He was alone in a room with a self locking door. At approximately 8:30 p.m. a security officer found him in a non-responsive condition. Employee #1 died of asphyxiation due to the displacement of oxygen by nitrogen.

| | | | | Degree | Nature | Occupation |
|---|---|---|---|---|---|---|
| | **Keywords:** oxygen, unconsciousness, asphyxiated, vapor, confined space, gas, nitrogen | | | | | |
| | **Inspection** | | | **Degree** | **Nature** | **Occupation** |
| 1 | 310714357 | | | Fatality | Asphyxia | Management related occupations, n.e.c. |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
📞 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

UNITED STATES
DEPARTMENT OF LABOR

OSHA                                                                    Menu

🔍 SEARCH OSHA

OSHA ∨   STANDARDS ∨   ENFORCEMENT   TOPICS ∨   HELP AND RESOURCES ∨   NEWS ∨   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 305948945 - Matrix Service Industrial Contractors, Inc.

#### Inspection Information - Office: Wilmington

| | | |
|---|---|---|
| Nr: 305948945 | Report ID: 0317300 | Open Date: 11/07/2005 |

Matrix Service Industrial Contractors, Inc.
4550 Wrangle Hill Road
Delaware City, DE 19706                  Union Status: Union
SIC: 8999/Services, Not Elsewhere Classified
NAICS: 541990/ All Other Professional, Scientific, and Technical Services
Mailing: 1500 Chester Pike, Eddystone, PA 19022

| | | | | |
|---|---|---|---|---|
| Inspection Type: | Accident | | | |
| Scope: | Partial | Advanced Notice: | N | |
| Ownership: | Private | | | |
| Safety/Health: | Health | Close Conference: | 04/27/2006 | |
| | | Close Case: | 10/02/2006 | |
| Related Activity: | Type | ID | Safety | Health |
| | Accident | 100410729 | | |

#### Violation Summary

| | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | 1 | | | | | 1 |
| Current Violations | | | | 1 | | 1 |
| Initial Penalty | $7,000 | $0 | $0 | $0 | $0 | $7,000 |
| Current Penalty | $0 | $0 | $0 | $7,000 | $0 | $7,000 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

#### Violation Items

| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 01001 | Other | 19101200 H03 II | 05/01/2006 | 05/25/2006 | $7,000 | $7,000 | $0 | 05/22/2006 | F - Formal Settlement |

#### Accident Investigation Summary

| Summary Nr: 200411049 | Event: 11/05/2005 | Two Employees Asphyxiated In Reactor |
|---|---|---|

Employees #1 and #2, two boilermakers, were working on top of a reactor which was being overhauled. The reactor was inerted with nitrogen. The employees
were removing a roll of tape which had been left in the reactor. It is presumed that Employee #1 either fell or climbed into the reactor and then Employee #2

XPO-OSHA-Policy_000261

climbed in to rescue Employee #1. Both employees were killed.

**Keywords:** lung, asphyxiated, reactor, confined space, inhalation, gas, nitrogen

| | Inspection | | | Degree | Nature | Occupation |
|---|---|---|---|---|---|---|
| 1 | 305948945 | | | Fatality | Asphyxia | Boilermakers |
| 2 | 305948945 | | | Fatality | Asphyxia | Boilermakers |

UNITED STATES
DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☏ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000262

UNITED STATES
DEPARTMENT OF LABOR

**OSHA**
Menu

🔍 SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ
A to Z Index

English

Español

# Inspection Detail

**Inspection: 307735597 - Quality Carriers Inc**

| Inspection Information – Office: Michigan Safety Gen | | |
|---|---|---|
| Nr: 307735597 | Report ID: 0552652 | Open Date: 11/30/2004 |
| Quality Carriers Inc | | |
| 27007 Fort St | | |
| Gibraltar, MI 48183 | Union Status: NonUnion | |
| SIC: 4231/Terminal and Joint Terminal Maintenance Facilities for Motor Freight Transportation | | |
| NAICS: 488490/Other Support Activities for Road Transportation | | |
| Inspection Type: | Accident | |
| Scope: | Partial | Advanced Notice: N |
| Ownership: | Private | |
| Safety/Health: | Health | Close Conference: 05/13/2005 |
| | | Close Case: 04/18/2008 |
| Related Activity: | Type | ID | Safety | Health |
| | Accident | 101398238 | |

| Violation Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Serious | Willful | Repeat | Other | Unclass | Total |
| Initial Violations | 5 | | | | | 5 |
| Current Violations | 1 | | | | | 1 |
| Initial Penalty | $17,500 | $0 | $0 | $0 | $0 | $17,500 |
| Current Penalty | $2,450 | $0 | $0 | $0 | $0 | $2,450 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| | # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1. | 01001 | Serious | 19100146 C03 | 06/29/2005 | 07/04/2005 | $2,450 | $3,500 | $0 | 08/10/2005 | J - ALJ Decision |
| Deleted | 2. | 01002 | Serious | 19100146 C04 | 06/29/2005 | 07/04/2005 | $3,500 | $3,500 | $0 | 08/10/2005 | J - ALJ Decision |
| Deleted | 3. | 01003A | Serious | 19100146 D02 | 06/29/2005 | 07/04/2005 | $3,500 | $3,500 | $0 | 08/10/2005 | Y - State Decision |
| Deleted | 4. | 01003B | Serious | 19100146 D03 | 06/29/2005 | 07/04/2005 | $0 | $0 | $0 | 08/10/2005 | J - ALJ Decision |
| Deleted | 5. | 01003C | Serious | 19100146 D04 | 06/29/2005 | 07/04/2005 | $0 | $0 | $0 | 08/10/2005 | J - ALJ Decision |
| Deleted | 6. | 01003D | Serious | 19100146 D09 | 06/29/2005 | 07/04/2005 | $0 | $0 | $0 | 08/10/2005 | J - ALJ Decision |

**Violation Items**

ADOC Hypoxia_000263

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deleted | 7. | **01004** | Serious | 19100146 G01 | 06/29/2005 | 07/04/2005 | $3,500 | $3,500 | $0 | 08/10/2005 | J - ALJ Decision |
| Deleted | 8. | **01005** | Serious | 19100134 C01 | 06/29/2005 | 07/17/2005 | $3,500 | $3,500 | $0 | 08/10/2005 | F - Formal Settlement |

| Accident Investigation Summary | | |
|---|---|---|
| Summary Nr: 201390994 | Event: 11/30/2004 | Employee Is Killed In Tanker Due To Asphyxiation |

At approximately 4:00 p.m. on November 30, 2004, Employee #1 was working in a tanker trailer that was located in the second bay of a shop to repair a leaking valve. The shop foreman discovered Employee #1 inside the tanker unconscious. Emergency services were contacted, and Employee #1 was transported to a local hospital, where he was declared dead due to asphyxiation. The accident investigation revealed that the air was not tested prior to Employee #1 entering the tanker. It was determined that the tank had contained an unknown concentration of nitrogen, therefore reducing the safe level of oxygen in the space.

**Keywords:** tank truck, asphyxiated, vapor, confined space, work rules, toxic atmosphere, inhalation, nitrogen, toxic fumes

| | Inspection | | | Degree | Nature | Occupation |
|---|---|---|---|---|---|---|
| 1 | 307735597 | | | Fatality | Asphyxia | Occupation not reported |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

### FEDERAL GOVERNMENT

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

### OCCUPATIONAL SAFETY AND HEALTH

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

### ABOUT THE SITE

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000264

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍  SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

## Inspection: 307947929 - Hospira, Inc.

### Inspection Information - Office: Chicago North

Nr: 307947929       Report ID: 0524200       Open Date: 07/01/2004

Hospira, Inc.
1401 Sheridan Road, M3b Building
North Chicago, IL 60064                    Union Status: NonUnion
SIC: 2834/Pharmaceutical Preparations
NAICS: 325412/Pharmaceutical Preparation Manufacturing
Mailing: 275 N. Field Avenue, Lake Forest, IL 60045

| | | | | |
|---|---|---|---|---|
| Inspection Type: | Accident | | | |
| Scope: | Partial | Advanced Notice: | N | |
| Ownership: | Private | | | |
| Safety/Health: | Safety | Close Conference: | 11/04/2004 | |
| Emphasis: | S:Immigrant | Close Case: | 11/02/2005 | |
| Related Activity: | Type | ID | Safety | Health |
| | Accident | 101262178 | | |

### Violation Summary

| | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | 14 | 2 | | | | 16 |
| Current Violations | 8 | | | | 2 | 10 |
| Initial Penalty | $88,000 | $126,000 | $0 | $0 | $0 | $214,000 |
| Current Penalty | $31,500 | $0 | $0 | $0 | $100,800 | $132,300 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

### Violation Items

| | # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1. | **01001** | Serious | 19100146 C02 | 12/27/2004 | 01/07/2005 | $3,500 | $4,500 | $0 | 01/19/2005 | F - Formal Settlement |
| Deleted | 2. | **01002** | Serious | 19100146 D03 IV | 12/27/2004 | 01/24/2005 | $4,500 | $4,500 | $0 | 01/19/2005 | F - Formal Settlement |
| Deleted | 3. | **01003** | Serious | 19100146 D04 I | 12/27/2004 | 01/24/2005 | $4,500 | $4,500 | $0 | 01/19/2005 | F - Formal Settlement |
| Deleted | 4. | **01004** | Serious | 19100146 D04 II | 12/27/2004 | 01/24/2005 | $4,500 | $4,500 | $0 | 01/19/2005 | F - Formal Settlement |
| Deleted | 5. | **01005** | Serious | 19100146 D04 VII | 12/27/2004 | 01/24/2005 | $4,500 | $4,500 | $0 | 01/19/2005 | F - Formal Settlement |
| Deleted | 6. | **01006** | Serious | 19100146 D04 VIII | 12/27/2004 | 01/24/2005 | $4,500 | $4,500 | $0 | 01/19/2005 | F - Formal Settlement |

AirborneHypoxia_000265

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deleted | 7. | 01007 | Serious | 19100146 D05 I | 12/27/2004 | 01/24/2005 | $4,500 | $4,500 | $0 | 01/19/2005 | F - Formal Settlement |
| | 8. | 01008 | Serious | 19100146 D06 | 12/27/2004 | 01/24/2005 | $3,500 | $4,500 | $0 | 01/19/2005 | F - Formal Settlement |
| | 9. | 01009 | Serious | 19100146 D08 | 12/27/2004 | 01/24/2005 | $3,500 | $4,500 | $0 | 01/19/2005 | F - Formal Settlement |
| | 10. | 01010 | Serious | 19100146 E01 | 12/27/2004 | 01/24/2005 | $3,500 | $4,500 | $0 | 01/19/2005 | F - Formal Settlement |
| | 11. | 01011 | Serious | 19100146 L01 | 12/27/2004 | 01/24/2005 | $3,500 | $4,500 | $0 | 01/19/2005 | F - Formal Settlement |
| | 12. | 01012 | Serious | 19100147 C05 I | 12/27/2004 | 01/24/2005 | $3,500 | $4,500 | $0 | 01/19/2005 | F - Formal Settlement |
| | 13. | 01013 | Serious | 19100200 H03 III | 12/27/2004 | 01/24/2005 | $3,500 | $4,500 | $0 | 01/19/2005 | F - Formal Settlement |
| | 14. | 01014A | Serious | 19100146 D03 IV | 12/27/2004 | 01/24/2005 | $7,000 | $7,000 | $0 | 01/19/2005 | F - Formal Settlement |
| | 15. | 01014B | Serious | 19100146 D04 I | 12/27/2004 | 01/24/2005 | $0 | $4,500 | $0 | 01/19/2005 | F - Formal Settlement |
| | 16. | 01014C | Serious | 19100146 D04 II | 12/27/2004 | 01/24/2005 | $0 | $4,500 | $0 | 01/19/2005 | F - Formal Settlement |
| | 17. | 01014D | Serious | 19100146 D04 VII | 12/27/2004 | 01/24/2005 | $0 | $4,500 | $0 | 01/19/2005 | F - Formal Settlement |
| | 18. | 01014E | Serious | 19100146 D04 VIII | 12/27/2004 | 01/24/2005 | $0 | $4,500 | $0 | 01/19/2005 | F - Formal Settlement |
| | 19. | 01014F | Serious | 19100146 D05 I | 12/27/2004 | 01/24/2005 | $0 | $4,500 | $0 | 01/19/2005 | F - Formal Settlement |
| | 20. | 02001A | Unclass | 19100146 D03 III | 12/27/2004 | 12/30/2004 | $50,400 | $63,000 | $0 | 01/19/2005 | F - Formal Settlement |
| Deleted | 21. | 02001B | Willful | 19100147 D03 | 12/27/2004 | 01/24/2005 | $0 | $0 | $0 | 01/19/2005 | F - Formal Settlement |
| | 22. | 02002A | Unclass | 19100146 G01 | 12/27/2004 | 01/24/2005 | $50,400 | $63,000 | $0 | 01/19/2005 | F - Formal Settlement |
| Deleted | 23. | 02002B | Willful | 19100147 C07 I | 12/27/2004 | 01/24/2005 | $0 | $0 | $0 | 01/19/2005 | F - Formal Settlement |

### Accident Investigation Summary

| | | |
|---|---|---|
| Summary Nr: 201261641 | Event: 07/01/2004 | Employee Is Dead From Asphyxia When Exposed To Nitrogen |

On July 1, 2004, Employee #1, a lyophilizer (freeze dryer) operator, entered the chamber of the machine to perform lubrication, which was required under the preventative maintenance program. Employee #1 was not authorized to perform lockout procedures and so the nitrogen was not isolated. When co-workers found Employee #1 in a non-responsive state they noticed that nitrogen was being released into the confined space where Employee #1 was working.

**Keywords:** maintenance, asphyxiated, confined space, machine operator, lockout, nitrogen, lubricating

| | Inspection | Degree | Nature | Occupation |
|---|---|---|---|---|
| 1 | 307947929 | Fatality | Asphyxia | Machine operators, not specified |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

### FEDERAL GOVERNMENT

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

### OCCUPATIONAL SAFETY AND HEALTH

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

### ABOUT THE SITE

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000266

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍 SEARCH OSHA

OSHA ⌄    STANDARDS ⌄    ENFORCEMENT    TOPICS ⌄    HELP AND RESOURCES ⌄    NEWS ⌄    Contact Us    FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 307091470 – Beall Trailers Of Oregon Inc

#### Inspection Information - Office: Or Health 1-Portland

Nr: 307091470    Report ID: 1054191    Open Date: 02/04/2004

Beall Trailers Of Oregon Inc
8801 N Vancouver
Portland, OR 97217    Union Status: Union
SIC: 3715/Truck Trailers
NAICS: 336212/Truck Trailer Manufacturing
Mailing: Po Box 17095, Portland, OR 97217

| | | | | |
|---|---|---|---|---|
| Inspection Type: | Accident | | | |
| Scope: | Partial | Advanced Notice: | N | |
| Ownership: | Private | | | |
| Safety/Health: | Health | Close Conference: | 07/22/2004 | |
| Planning Guide: | Health-Manufacturing | Close Case: | 06/26/2006 | |
| Related Activity: | Type | ID | Safety | Health |
| | Accident | 101631257 | | |

#### Violation Summary

| | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | 8 | 2 | | | | 10 |
| Current Violations | 8 | | | | | 8 |
| Initial Penalty | $40,000 | $120,000 | $0 | $0 | $0 | $160,000 |
| Current Penalty | $44,000 | $0 | $0 | $0 | $0 | $44,000 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

#### Violation Items

| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 01001 | Serious | 19100146 C01 | 07/26/2004 | 10/15/2004 | $5,000 | $5,000 | $0 | 08/06/2004 | L - State Settlement |
| 2. | 01002 | Serious | 19100146 C02 | 07/26/2004 | 10/15/2004 | $5,000 | $5,000 | $0 | 08/06/2004 | L - State Settlement |
| 3. | 01003 | Serious | 19100146 C03 | 07/26/2004 | 07/29/2004 | $5,000 | $5,000 | $0 | 08/06/2004 | L - State Settlement |
| 4. | 01004 | Serious | 19100146 C06 | 07/26/2004 | 07/29/2004 | $5,000 | $5,000 | $0 | 08/06/2004 | L - State Settlement |
| 5. | 01005 | Serious | 19100146 C08 I | 07/26/2004 | 07/29/2004 | $5,000 | $5,000 | $0 | 08/06/2004 | L - State Settlement |

ADOC Hypoxia_000267

| | 6. | 01006A | Serious | 19100146 C07 III | 07/26/2004 | 07/29/2004 | $5,000 | $5,000 | $0 | 08/06/2004 | L - State Settlement |
| Deleted | 7. | 01006B | Serious | 19100146 D14 | 07/26/2004 | 10/15/2004 | $0 | $0 | $0 | 08/06/2004 | L - State Settlement |
| Deleted | 8. | 01006C | Serious | 19100146 E01 | 07/26/2004 | 07/29/2004 | $0 | $0 | $0 | 08/06/2004 | L - State Settlement |
| Deleted | 9. | 01007 | Serious | 19100146 D03 IV | 07/26/2004 | 07/29/2004 | $0 | $5,000 | $0 | 08/06/2004 | L - State Settlement |
| Deleted | 10. | 01008 | Serious | 19100146 D09 | 07/26/2004 | 10/15/2004 | $0 | $5,000 | $0 | 08/06/2004 | L - State Settlement |
| | 11. | 02009 | Serious | 19100146 G01 | 07/26/2004 | 07/29/2004 | $7,000 | $70,000 | $0 | 08/06/2004 | L - State Settlement |
| | 12. | 02010 | Serious | 19100146 G04 | 07/26/2004 | 07/29/2004 | $7,000 | $50,000 | $0 | 08/06/2004 | L - State Settlement |

**Accident Investigation Summary**

| Summary Nr: 201634631 | Event: 02/04/2004 | Employee Asphyxiation Inside Tank. |

X Company Name: Oremet-Wah Chang, an Allegheny Teledyne Company X D.B.A.: Oremet-Wah Chang X Inspection Number: 307091744 X Optional Report Number: X6289-012-04 Opening: An accident investigation inspection was opened with Wah Chang on 2/10/04. Health Compliance Officer Chris Zimmer conducted the opening conference with Michael Vancorbach, Randy Scheel, James Denham, and Larry Schmale as per the opening conference checklist. The inspection took place at 1600 Old Salem Road, NE, Albany, Oregon. The inspection issues related to a fatality and subsequent accident investigation at Beall Transportation. Company and Inspection Data: Wah Chang is familiar with OR-OSHA, has been inspected many times, and has a large safety and health program. Wah-Chang produces one of the world's largest manufacturers of specialty metals and chemicals, used in energy production, chemical and mineral processing, aerospace, medical, research and consumer products. Wah Chang materials include hafnium, niobium, titanium, vanadium, zirconium, silicon tetrachloride, and zirconium and hafnium chemicals. This inspection was related to the silicon tetrachloride, which is produced at the Albany Wah Chang Plant. This chemical is extremely dangerous. The chemical is used in many processes and industries. The main industry that purchases tanks full of silicon tetrachloride is the telecommunication industry. The tanks, which carry the silicon tetrachloride, must be tested and re-certified on a regular and scheduled basis. Several of the tanks were sent to Beall Transportation in Portland, OR and resulted in an employee fatality, while inspecting the interior of this tank. An in-depth and complete inspection was conducted to determine compliance with the applicable standards enforced by OR-OSHA. During the employer and employee interview process, records review, and walk-around investigation of the relevant areas, it was determined that no violations existed. Additionally, Wah Chang had taken adequate steps to inform Beall Transportation of the hazards that exist inside silicon tetrachloride tanks and precautions, which must be taken before entering. Closing: A closing conference was conducted over the phone with employer representative D. Brad Tullis, the Health and Safety Director of Wah Chang, on 6/30/04 as per the closing conference checklist.

**Keywords:** asphyxiated, inhalation, tank, chest, confined space, gas, chemical

| | Inspection | | | Degree | Nature | Occupation |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 307091470 | | | Fatality | Asphyxia | Traffic, shipping and receiving clerks |
| 2 | 307091470 | | | Fatality | Asphyxia | Laborers, except construction |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

| **FEDERAL GOVERNMENT** | **OCCUPATIONAL SAFETY AND HEALTH** | **ABOUT THE SITE** |
| --- | --- | --- |
| White House | Frequently Asked Questions | Freedom of Information Act |
| Severe Storm and Flood Recovery Assistance | A - Z Index | Privacy & Security Statement |
| Disaster Recovery Assistance | Freedom of Information Act | Disclaimers |
| DisasterAssistance.gov | Read the OSHA Newsletter | Important Website Notices |
| USA.gov | Subscribe to the OSHA Newsletter | Plug-Ins Used by DOL |
| No Fear Act Data | OSHA Publications | Accessibility Statement |
| U.S. Office of Special Counsel | Office of Inspector General | |

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍  SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 125160630 - Hb Fuller Co

| Inspection Information - Office: Michigan Health Chem | | |
|---|---|---|
| Nr: 125160630   Report ID: 0552610   Open Date: 11/09/2002 | | |
| Hb Fuller Co | | |
| 2727 Kinney Nw | | |
| Grand Rapids, MI 49544 | Union Status: NonUnion | |
| SIC: 2891/Adhesives and Sealants | | |
| NAICS: 325520/Adhesive Manufacturing | | |
| Mailing: 2727 Kinney Nw, Grand Rapids, MI 49544 | | |
| Inspection Type:  Accident | | |
| Scope:  Partial | Advanced Notice:  N | |
| Ownership:  Private | | |
| Safety/Health:  Health | Close Conference:  01/15/2003 | |
| | Close Case:  04/24/2003 | |
| Related Activity:  Type | ID | Safety   Health |
| Accident | 360481394 | |

| Violation Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Serious | Willful | Repeat | Other | Unclass | Total |
| Initial Violations | 3 | | | | | 3 |
| Current Violations | 3 | | | | | 3 |
| Initial Penalty | $7,500 | $0 | $0 | $0 | $0 | $7,500 |
| Current Penalty | $3,750 | $0 | $0 | $0 | $0 | $3,750 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| Violation Items | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
| 1. | 01001 | Serious | 40801011 A | 01/31/2003 | 05/02/2003 | $1,250 | $2,500 | $0 | | I - Informal Settlement |
| 2. | 01002 | Serious | 19101200 E01 II | 01/31/2003 | 03/03/2003 | $1,250 | $2,500 | $0 | | I - Informal Settlement |
| 3. | 01003 | Serious | 19100146 C03 | 01/31/2003 | 03/03/2003 | $1,250 | $2,500 | $0 | | I - Informal Settlement |

| Accident Investigation Summary | | |
|---|---|---|
| Summary Nr: 201640059 | Event: 11/08/2002 | Employee Killed By Asphyxiation In Confined Space |

ADOC-Hypoxia_000269

On November 8, 2002, Employee #1 was found with his upper torso inside a testing hatch on a reaction vessel where a polyol was being manufactured. The apparent cause of death was asphyxiation from the nitrogen purge in the reaction vessel.

| Keywords: asphyxiated, confined space, nitrogen | | | | | |
|---|---|---|---|---|---|
| | Inspection | | | Degree | Nature | Occupation |
| 1 | 125160630 | | | Fatality | Asphyxia | Occupation not reported |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
📞 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000270

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍 SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 123276610 – R.S.I. Inc.

| Inspection Information - Office: Houston South | | |
|---|---|---|
| Nr: 123276610    Report ID: 0626700    Open Date: 08/08/2001 | | |
| R.S.I. Inc.<br>2401 5th Ave. South<br>Texas City, TX 77592<br>SIC: 2911/Petroleum Refining<br>NAICS: 324110/Petroleum Refineries<br>Mailing: P.O. Box 1367, Alvin, TX 77512 | Union Status: NonUnion | |
| Inspection Type: | Accident | |
| Scope: | Partial | Advanced Notice:    N |
| Ownership: | Private | |
| Safety/Health: | Safety | Close Conference:    08/09/2001 |
| | | Close Case:    10/31/2002 |
| Related Activity: | Type    ID    Safety    Health |
| | Accident    101930154 |

| Violation Summary | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | 4 | | | | | 4 |
| Current Violations | 4 | | | | | 4 |
| Initial Penalty | $6,000 | $0 | $0 | $0 | $0 | $6,000 |
| Current Penalty | $0 | $0 | $0 | $0 | $0 | $0 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| Violation Items | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
| 1. | 01001 | Serious | 19100134 D01 III | 01/18/2002 | 02/20/2002 | $0 | $1,500 | $0 | 02/11/2002 | R - Review Commission |
| 2. | 01002 | Serious | 19100146 I01 | 01/18/2002 | 02/20/2002 | $0 | $1,500 | $0 | 02/11/2002 | R - Review Commission |
| 3. | 01003 | Serious | 19100146 I08 I | 01/18/2002 | 02/20/2002 | $0 | $1,500 | $0 | 02/11/2002 | R - Review Commission |
| 4. | 01004 | Serious | 19100146 J05 | 01/18/2002 | 02/20/2002 | $0 | $1,500 | $0 | 02/11/2002 | R - Review Commission |

**Accident Investigation Summary**

ADOC Hypoxia_000271

| Summary Nr: 123276610 | Event: 08/08/2001 | Employee Dies From Asphyxiation |
| --- | --- | --- |

At approximately 2 a.m. on August 8, 2001, Employee #1 was working on top of a reactor under nitrogen purge. A coworker was wearing breathing air with a communication device. The lead man was on top of the reactor overseeing the job. The lead man turned around and began communicating on the headset with the workers monitoring the breathing air. Employee #1 walked past the lead man and the coworker without breathing air and reached into a manhole. Employee #1 was overcome by the fumes/vapors and fell 3 to 4 feet into the reactor. The coworker and lead man pulled Employee #1 out of the reactor, and the lead man performed CPR until the rescue team arrived. Employee #1 was pronounced dead at the hospital. Employee #1 died from asphyxiation.

**Keywords:** air line respirator, asphyxiated, reactor, cpr, gas, nitrogen, fall, purging, chemical vapor, overexposure

| | Inspection | | | Degree | Nature | Occupation |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 123276610 | | | Fatality | Asphyxia | Occupation not reported |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000272

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍 SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

**Inspection: 120589916 - E I Dupont De Nemours & Company**

| Inspection Information - Office: Tenn Cmpl Hlth 3 |
|---|
| Nr: 120589916      Report ID: 0454723        Open Date: 04/11/2001 |

E I Dupont De Nemours & Company
4501 N Access Rd
Chattanooga, TN 37415            Union Status: NonUnion
SIC: 2824/Manmade Organic Fibers, Except Cellulosic

| | | | |
|---|---|---|---|
| Inspection Type: | Accident | | |
| Scope: | Partial | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Health | Close Conference: | 04/11/2001 |
| Planning Guide: | Health-Manufacturing | Close Case: | 12/13/2001 |
| Related Activity: | Type | ID | Safety        Health |
| | Accident | 100621325 | |

## Violation Summary

| | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | 1 | | | 2 | | 3 |
| Current Violations | 1 | | | 2 | | 3 |
| Initial Penalty | $1,400 | $0 | $0 | $200 | $0 | $1,600 |
| Current Penalty | $1,400 | $0 | $0 | $200 | $0 | $1,600 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

## Violation Items

| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 01001A | Serious | 19100134 H01 I | 08/28/2001 | 09/03/2001 | $1,400 | $1,400 | $0 | | - |
| 2. | 01001B | Serious | 19100134 H04 I | 08/28/2001 | 09/03/2001 | $0 | $0 | $0 | | - |
| 3. | 02001 | Other | 19100095 D01 | 08/28/2001 | 01/25/2002 | $200 | $200 | $0 | | P - Petition to Mod Abatement |
| 4. | 02002 | Other | 9000609 | 08/28/2001 | 09/03/2001 | $0 | $0 | $0 | | - |

## Accident Investigation Summary

| | | |
|---|---|---|
| Summary Nr: 200621589 | Event: 04/11/2001 | Employee Killed When Misused Respirator |

ADOC Hypoxia_000273

Employee #1 and another employee were preparing a batch load of dry chemical powders and crystals for mixing and transfer in the two level engineering polymers mixing facility. One employee left the upper level and began preparing the lower level additives for the mix. When the control room operator noticed that no weight was being added, the lower level employee was instructed to check on Employee #1. The lower level employee found Employee #1 down on the floor with a nitrogen gas hose attached to his respirator hood hose. Employee #1 died from asphyxiation.

**Keywords:** asphyxiated, hose, nitrogen, powder, chemical, respirator

| | Inspection | | | Degree | Nature | Occupation |
|---|---|---|---|---|---|---|
| 1 | 120589916 | | | Fatality | Asphyxia | Occupation not reported |

# UNITED STATES
# DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000274

UNITED STATES
DEPARTMENT OF LABOR

## OSHA

Menu

🔍 SEARCH OSHA

OSHA ∨   STANDARDS ∨   ENFORCEMENT   TOPICS ∨   HELP AND RESOURCES ∨   NEWS ∨   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

**Inspection: 303489447 - Quala Systems, Inc.**

| Inspection Information - Office: Cleveland | |
|---|---|
| Nr: 303489447     Report ID: 0522300 | Open Date: 03/29/2001 |
| Quala Systems, Inc. 793 Norton Avenue Barberton, OH 44203 | Union Status: Union |
| SIC: 7699/Repair Shops and Related Services, Not Elsewhere Classified | |
| Inspection Type: Accident | |
| Scope: Partial | Advanced Notice:   N |
| Ownership: Private | |
| Safety/Health: Health | Close Conference:   03/29/2001 |
| | Close Case:   02/07/2002 |
| Related Activity:   Type   Accident | ID 100101708     Safety     Health |

### Violation Summary

| | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | | | | | 1 | 1 |
| Current Violations | | | | | 1 | 1 |
| Initial Penalty | $0 | $0 | $0 | $0 | $5,000 | $5,000 |
| Current Penalty | $0 | $0 | $0 | $0 | $5,000 | $5,000 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

### Violation Items

| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 01001 | Unclass | 19100146 H02 | 05/17/2001 | 06/19/2001 | $5,000 | $5,000 | $0 | 06/07/2001 | F - Formal Settlement |

### Accident Investigation Summary

| Summary Nr: 200101103 | Event: 03/29/2001 | Employee Dies Of Asphyxia |
|---|---|---|

Employee #1 entered a permit-required confined space (tanker truck) without following confined space procedures. Nitrogen had been used in the tanker to help unload the product. The nitrogen displaced the oxygen in the tanker. Employee #1 entered into an oxygen-deficient atmosphere and died of asphyxia.

**Keywords:** oxygen, asphyxiated, confined space, nitrogen, tank

ADOC Hypoxia_000275

| | Inspection | | | Degree | Nature | Occupation |
|---|---|---|---|---|---|---|
| 1 | 303489447 | | | Fatality | Asphyxia | Vehicle washers and equipment cleaners |

# UNITED STATES
# DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
📞 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

UNITED STATES
DEPARTMENT OF LABOR

## OSHA

Menu

🔍  SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

**Inspection: 18051615 - Carriage-By-The-Lake Of Ihs, Inc.**

| Inspection Information – Office: Cincinnati | | |
|---|---|---|
| Nr: 18051615    Report ID: 0522000    Open Date: 12/07/2000 | | |
| Carriage-By-The-Lake Of Ihs, Inc. | | |
| 1957 Lakeman Drive | | |
| Bellbrook, OH 45305 | Union Status: NonUnion | |
| SIC: 8051/Skilled Nursing Care Facilities | | |
| Inspection Type:    Referral | | |
| Scope:    Partial | Advanced Notice:    N | |
| Ownership:    Private | | |
| Safety/Health:    Health | Close Conference:    01/12/2001 | |
| | Close Case:    01/12/2001 | |
| Related Activity:    Type | ID | Safety    Health |
| Referral | 901287714 | Yes |

| Accident Investigation Summary | | |
|---|---|---|
| Summary Nr: 837914 | Event: 12/07/2000 | Four Nursing Home Patients Died From Inhaling Nitrogen Gas |

On December 7, 2000, the Cincinnati OSHA Office heard through the media and through police reports that two fatalities had occurred at a nursing home in Bellbrook, Ohio. An OSHA compliance officer was sent up to the site to begin to determine what had gone wrong, whether or not there was occupational exposure to a hazard, and if OSHA should play a lead, supporting or no role in investigating this tragedy. The conclusion was reached that OSHA should not play a lead role in this investigation because the exposures and the deaths occurred only to patients, not to employees, of the nursing home. This determination was made as FDA was actively investigating the incident and taking a lead role in performing an investigation. The nursing home routinely ordered and received large compressed gas cylinders, or tanks, containing pure oxygen, for consumption by some of their residents, such as emphysema patients, who have unhealthy respiratory systems. Their supplier, BOC Gases, mistakenly delivered one tank of pure nitrogen in addition to the three tanks of pure oxygen which had been ordered. An employee at the nursing home hooked up this tank, which contained pure nitrogen, to the nursing home's oxygen delivery system. On December 7, 2000, this event caused two nursing home residents to die, and three additional nursing home residents were admitted to hospitals in critical condition. Within the following month, two of these three additional residents also died, bringing the total death toll to four.

**Keywords:** asphyxiated, gas, nitrogen

| | Inspection | Degree | Nature | Occupation |
|---|---|---|---|---|
| 1 | 18051615 | | | Occupation not reported |

UNITED STATES
DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000278

UNITED STATES
DEPARTMENT OF LABOR

## OSHA

Menu

🔍   SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 302942594 - Ge Medical Systems

#### Inspection Information - Office: Manhattan

Nr: 302942594   Report ID: 0215000   Open Date: 09/20/2000

Ge Medical Systems
525 E 70 Street
New York, NY 10021   Union Status: Union
SIC: 3845/Electromedical and Electrotherapeutic Apparatus
Mailing: 1979 Marcus Ave, Suite E-137, Lake Success, NY 11042

| | | | |
|---|---|---|---|
| Inspection Type: | Accident | | |
| Scope: | Partial | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Safety | Close Conference: | 10/26/2000 |
| | | Close Case: | 12/19/2001 |
| Related Activity: | Type | ID | Safety | Health |
| | Accident | 100850924 | | |

#### Violation Summary

| | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | 3 | | | | | 3 |
| Current Violations | | | | 1 | | 1 |
| Initial Penalty | $11,250 | $0 | $0 | $0 | $0 | $11,250 |
| Current Penalty | $0 | $0 | $0 | $5,625 | $0 | $5,625 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

#### Violation Items

| | # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Deleted | 1. | **01001** | Serious | 5A0001 | 02/20/2001 | 02/23/2001 | $4,500 | $4,500 | $0 | 03/09/2001 | F - Formal Settlement |
| | 2. | **01002** | Other | 19100132 A | 02/20/2001 | 03/25/2001 | $5,625 | $4,500 | $0 | 03/09/2001 | F - Formal Settlement |
| Deleted | 3. | **01003** | Serious | 19100134 D02 I | 02/20/2001 | 02/23/2001 | $2,250 | $2,250 | $0 | 03/09/2001 | F - Formal Settlement |

#### Accident Investigation Summary

| | | |
|---|---|---|
| Summary Nr: 200851624 | Event: 09/20/2000 | Employee Dies Of Asphyxia From Cryogenic Nitrogen |

ADOC-Hypoxia_000279

Employee #1 was working alone to install an MRI. The process required cryogenic nitrogen to cool the magnet. While the nitrogen was being applied to the magnet, it apparently leaked into the work area. Employee #1 died of asphyxia.

**Keywords:** leak, asphyxiated, installing, vapor, inhalation, gas, nitrogen, chemical vapor, chemical

| | Inspection | | Degree | Nature | Occupation |
|---|---|---|---|---|---|
| 1 | 302942594 | | Fatality | Asphyxia | Occupation not reported |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000280

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

🔍 SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

### Inspection: 302573795 – Cms Intermodal Services Inc.

| Inspection Information - Office: Houston North | | |
|---|---|---|
| Nr: 302573795    Report ID: 0626600    Open Date: 06/01/2000 | | |

Cms Intermodal Services Inc.
11000 Beaumont Hwy.
Houston, TX 77078
SIC: 3443/Fabricated Plate Work (Boiler Shops)
Mailing: 11000 Beaumont Hwy, Houston, TX 77078

Union Status: NonUnion

| | | | | |
|---|---|---|---|---|
| Inspection Type: | Accident | | | |
| Scope: | Partial | Advanced Notice: | N | |
| Ownership: | Private | | | |
| Safety/Health: | Health | Close Conference: | 06/13/2000 | |
| | | Close Case: | 06/12/2001 | |
| Related Activity: | Type | ID | Safety | Health |
| | Accident | 101760833 | | |
| | Inspection | 301311734 | | |

| Violation Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Serious | Willful | Repeat | Other | Unclass | Total |
| Initial Violations | 1 | | | | | 1 |
| Current Violations | 1 | | | | | 1 |
| Initial Penalty | $3,000 | $0 | $0 | $0 | $0 | $3,000 |
| Current Penalty | $2,000 | $0 | $0 | $0 | $0 | $2,000 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

| Violation Items | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
| 1. | 01001 | Serious | 19100146 G01 | 11/09/2000 | 11/17/2000 | $2,000 | $3,000 | $0 | 12/04/2000 | F - Formal Settlement |

| Accident Investigation Summary | |
|---|---|
| Summary Nr: 201761160 | Event: 05/31/2000    Employee Asphyxiated In Confined Space |

Employee #1, who could not read English, entered a container which was charged with nitrogen to wipe its interior, and was asphyxiated. The container was labeled, No Entry Under Nitrogen Pressure.

ADOC Hypoxia_000281

**Keywords:** asphyxiated, confined space, cleaning, nitrogen

|   | Inspection | | | Degree | Nature | Occupation |
|---|---|---|---|---|---|---|
| 1 | 302573795 | | | Fatality | Asphyxia | Laborers, except construction |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A – Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000282

UNITED STATES
DEPARTMENT OF LABOR

# OSHA

Menu

Q   SEARCH OSHA

OSHA ⌄   STANDARDS ⌄   ENFORCEMENT   TOPICS ⌄   HELP AND RESOURCES ⌄   NEWS ⌄   Contact Us   FAQ

A to Z Index

English

Español

# Inspection Detail

## Inspection: 121984132 – Boc Gases

### Inspection Information – Office: Cincinnati

| | | |
|---|---|---|
| Nr: 121984132 | Report ID: 0522000 | Open Date: 06/27/1999 |
| Boc Gases | | |
| 1245 Mccook Ave. | | |
| Dayton, OH 45404 | Union Status: NonUnion | |
| SIC: 2813/Industrial Gases | | |

| | | | |
|---|---|---|---|
| Inspection Type: | Accident | | |
| Scope: | Partial | Advanced Notice: | N |
| Ownership: | Private | | |
| Safety/Health: | Safety | Close Conference: | 08/27/1999 |
| | | Close Case: | 05/13/2002 |
| Related Activity: | Type | ID | Safety    Health |
| | Accident | 361916745 | |

### Violation Summary

| | Serious | Willful | Repeat | Other | Unclass | Total |
|---|---|---|---|---|---|---|
| Initial Violations | 6 | | | | | 6 |
| Current Violations | 6 | | | | | 6 |
| Initial Penalty | $42,000 | $0 | $0 | $0 | $0 | $42,000 |
| Current Penalty | $42,000 | $0 | $0 | $0 | $0 | $42,000 |
| FTA Amount | $0 | $0 | $0 | $0 | $0 | $0 |

### Violation Items

| # | ID | Type | Standard | Issuance | Abate | Curr$ | Init$ | Fta$ | Contest | LastEvent |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | 01001 | Serious | 5A0001 | 09/14/1999 | 10/08/1999 | $7,000 | $7,000 | $0 | | I – Informal Settlement |
| 2. | 01002 | Serious | 19100120 Q01 | 09/14/1999 | 10/08/1999 | $7,000 | $7,000 | $0 | | I – Informal Settlement |
| 3. | 01003 | Serious | 19100132 D01 | 09/14/1999 | 10/08/1999 | $7,000 | $7,000 | $0 | | I – Informal Settlement |
| 4. | 01004 | Serious | 19100120 Q06 I | 09/14/1999 | 10/08/1999 | $7,000 | $7,000 | $0 | | I – Informal Settlement |
| 5. | 01005 | Serious | 19101200 E02 II | 09/14/1999 | 10/08/1999 | $7,000 | $7,000 | $0 | | I – Informal Settlement |
| 6. | 01006 | Serious | 19101200 H01 | 09/14/1999 | 10/08/1999 | $7,000 | $7,000 | $0 | | I – Informal Settlement |

**Accident Investigation Summary**

| Summary Nr: 201953171 | Event: 06/26/1999 | Employee Asphyxiated By Leaking Nitrogen Gas |
|---|---|---|

Employee #1 was working in the small Urich building where nitrogen and other substances are used to fill compressed cylinders by a pressurized hosing systems connected to outside bulk storage tanks. Apparently when Employee #1 came to work and was alone, he found that the nitrogen hose had not been shut off the night before and had leaked out a large quantity of nitrogen. Employee #1 attempted to shut off this valve to the hose and was asphyxiated due to the displacement of oxygen in this room by the nitrogen leak. The shut-off valve for this bulk tank was also found partially open.

**Keywords:** leak, oxygen deficiency, asphyxiated, compressed gas, nitrogen, shut-off valve

| | Inspection | | | Degree | Nature | Occupation |
|---|---|---|---|---|---|---|
| 1 | 121984132 | | | Fatality | Asphyxia | Occupation not reported |

## UNITED STATES
## DEPARTMENT OF LABOR

Occupational Safety and Health Administration
200 Constitution Ave NW
Washington, DC 20210
☎ 800-321-6742 (OSHA)
TTY
www.OSHA.gov

**FEDERAL GOVERNMENT**

White House
Severe Storm and Flood Recovery Assistance
Disaster Recovery Assistance
DisasterAssistance.gov
USA.gov
No Fear Act Data
U.S. Office of Special Counsel

**OCCUPATIONAL SAFETY AND HEALTH**

Frequently Asked Questions
A - Z Index
Freedom of Information Act
Read the OSHA Newsletter
Subscribe to the OSHA Newsletter
OSHA Publications
Office of Inspector General

**ABOUT THE SITE**

Freedom of Information Act
Privacy & Security Statement
Disclaimers
Important Website Notices
Plug-Ins Used by DOL
Accessibility Statement

ADOC Hypoxia_000284