
Hong Kong Journal of Emergency Medicine

# Asphyxia due to accidental nitrogen gas inhalation: a case report

一個不慎吸入氮氣引致窒息的個案

F Çalışkan Tür and E Aksay

Intoxications resulting from asphyxiate gases, such as nitrogen can cause hypoxia and even death. We present a case of a patient with nitrogen intoxication due to inadvertent industrial exposure. In this case, the patient survived and the outcome was different from those reported in the literature. For patients presenting to the emergency department from a workplace with a history of loss of consciousness after using of self-contained breathing apparatus, possibility of nitrogen or other simple asphyxiate gas intoxication should be considered seriously. (Hong Kong j.emerg.med. 2012;19:46-48)

窒息性氣體中毒例如氮氣能導致缺氧甚至死亡。我們發表了一個由於工業上的疏忽接觸造成氮氣中毒的個案。這個案例中的病人能存活其結果有異於文獻中的其他病人。在急症室，有些從工作地點來看病的病人，如果有一個曾經使用過獨立式呼吸器並有昏迷的病史，那麼我們就要認真地考慮他患有氮氣和其他簡單的窒息性氣體中毒的可能性。

**Keywords:** Inert gas narcosis, nitrogen narcosis, occupational exposure, petroleum, poisoning

**關鍵詞：**惰性氣體的麻醉、氮氣麻醉、工業上的接觸、石油、中毒

## Introduction

Nitrogen is an inert, gas which is heavier than air. It is also colourless, odorless and tasteless gas and constitutes to approximately 78% of the Earth's atmosphere. Nitrogen like argon, methane, propane and carbon dioxide considered to be a simple asphyxiate gas. It displaces oxygen from the inhaled air causing life threatening condition. Reduction of atmospheric oxygen to less than 25% of normal can produce unconsciousness in seconds and death within minutes.[1] Toxicity and deaths related to nitrogen inhalation in underwater diving with self-contained underwater-breathing apparatus (SCUBA) and suicide victims have been reported in the early literature.[2] However, there is a limited incidence of asphyxiation in work-related industrial incidents due to nitrogen. We presented a workplace incident in an oil refinery, resulting from the inhalation of pure nitrogen gas, and potential risk factor for toxic gas inhalations is emphasized.

## Case

A 41-year-old oil refinery worker with the initial diagnosis of 'harmful gas intoxication' in workplace was referred to our hospital from a small community hospital. The patient had used a self-contained breathing apparatus combined with a helmet inside a closed tent during sand blasting for metal surface cleaning. The patient was suspected to connect by fault his air-respirator to nitrogen source instead of oxygen. According to his colleagues, the patient was found collapsed inside the tent though the down time was not known. Initial first aid was provided on site by the co-workers and the patient was sent to a nearby emergency department. He was found to have difficulty of breathing and altered mental status. His initial vital signs were reported as blood pressure 140/90 mmHg, $SpO_2$ 87% on room air, and blood glucose 9.9 mmol/L. The patient was started on high flow $O_2$ and was given

Correspondence to:

Feriyde Çalışkan Tür, MD
**İzmir Tepecik Training and Research Hospital**, Department of Emergency Medicine, Gaziler Caddesi No: 468, Yenişehir/İzmir, Turkey
*Email: feriyde@hotmail.com*

Ersin Aksay, MD

nebulised salbutamol (5 mg) and intravenous (IV) metilprednisolone (160 mg) prior to the transfer to our hospital.

The patient's vital signs upon presenting to our emergency department (ED), approximately 3 hours after the incident, were as follows: blood pressure 117/71 mmHg, pulse 111 bpm, respiratory was laboured and rate was 30 per/minute, $SpO_2$ 93% on room air (if he was deoxygenated) and he was lethargic with a Glasgow Coma Scale of 10. No fever was noted. Involuntary movement in the form of rapid sitting up from a supine position was observed. On physical examination his breathing sounds were clear and equal bilaterally. Bilateral subconjunctival haemorrhage was noted. No sign of head trauma were observed. Laboratory results including cardiac markers and electrolytes were normal except for the following: glucose at 10.6 mmol/L, urea 16.1 mmol/L, aspartate transaminase 41 U/L (range <35 U/L), creatin kinase 403 U/L (range 171 U/L), amylase 229 U/L (28-100 U/L), white blood cell 23.9 K/uL (range 4-10 K/uL). Venous blood gas analysis revealed the following: pH 7.37, $pCO_2$ 39 mmHg, $pO_2$ 35 mmHg, $HCO_3$ 22.5 mmol/L, BE -2.8 mmol/L. Computed thorax tomography revealed pneumonic consolidation in the bilateral posterior segments of lower lobe (Figure 1). Cranial computed tomography was normal. Five milligram of midazolam was administered intravenously for agitation. The patient's vital signs two hours after the arrival on our ED were as follow: blood pressure 99/56 mmHg, pulse 106 bpm, respiratory rate 24 per/minute and $SpO_2$ 97% with supplemental oxygen (10 L/min via face mask).

A neurosurgery consultation was undertaken 10 hours post incident and the patient was noted to be alert, awake and oriented with no neurological deficit. There was no need of neurosurgical intervention. The patient was evaluated by an anesthesiologist due to high respirator rate and lethargy and was initially considered admitting to ICU. Owing to the lack of intensive care unit beds, the patient was transferred to a specialised chest disease hospital.

He was fully alert next day but he had no recall of the event with anterograde amnesia of the subsequent 24 hours. He was treated with cefuroxime 750 mg q8H intravenously and clarithromycin 500 mg/per day orally for 14 days. Patient did not develop any fever. He had paracardiac heterogenic hyperdensity shown on his first



**Figure 1.** Computed thorax tomography revealed pneumonic consolidation in bilateral lower lobe posterior segments. A manikin study to compare video-optical intubation stylet versus Macintosh laryngoscope used by novice in normal and simulated difficult airway intubation.

chest X-ray and multiple basal atelectasis shown on the thorax tomography examination. The abnormality resolved on follow up chest X-ray examination. The clinician had investigated him for tuberculosis for 3 weeks. The patient was discharged without any permanent sequel or complication.

## Discussion

In industrialised nations, contact with chemicals has a serious potential risk of intoxication. Simple asphyxiates, such as acetylene, hydrogen, neon, argon and nitrogen are used in petro-chemical, aviation and automobile industries in welding and illumination gases. They can reach dangerous levels in closed and poorly ventilated quarters.[1-5] However reports related to asphyxiate gas inhalation toxicity in the literature are mainly associated with divers using scuba equipment and suicide victims. Dorevitch et al reported fatal asphyxiation incidents of the construction workers in the United States between 1990 and 1999. toxic gas inhalation.[5] It was mentioned that nitrogen and argon were the most frequently encountered asphyxiate gases (10.3% and 4.6% respectively). The rescuers were also exposed to excessive asphyxiate gases death rate of the rescued workers was stated as 10.3%. The most common mechanism cause of the incidents was similar to our case: wrong connection of the air and the victimized workers were exposed to excessive asphyxiate gases.

Case 2:24-cv-00197-RAH   Document 70-10   Filed 07/15/24   Page 3 of 3

48                                                                 Hong Kong j. emerg. med. ■ Vol. 19(1) ■ Jan 2012

Although nitrogen is considered to be nontoxic to humans, it does not support life and may rapidly lead to asphyxia (2-3 minutes) through the depletion and displacement of oxygen. Nitrogen is therefore a suffocating gas that results in depression of the central nervous system, similar to carbon dioxide.[6] The pathophysiology would vary according to the inhaled oxygen concentration. An oxygen concentration from: 6-8% would cause fainting within a few minutes. An oxygen concentration below 6% would lead to fainting within a few seconds, with possible severe brain damage or even death if unattended.[5,7] Severe convulsions have been observed with pure nitrogen asphyxia after 2-3 minutes[7] In the animals, vigorous jumping (possible avoidance movement) have been observed due to asphyxia with nitrogen. This was also seen in our patient. Subconjunctival haemorrhage due to compression of the neck veins by the face mask had also been described.[8]

Our patient presented to the emergency department with the classical symptoms of nitrogen toxicity findings: sudden loss of consciousness, desaturation, lethargy, involuntary movement, dyspnoea, and subconjunctival haemorrhage. Although, hypoxia and lethargy could occur due to disease conditions like epilepsy and substance/ drug exposure, the patient's history was highly compatible with simple asphyxiate gas intoxication.

The recommended treatment is as follows: patient should be placed in clean, well-ventilated area and prompt resuscitation should be started.[9] There is no specific antidote for nitrogen gas intoxication. For those patients who could be promptly evacuated, they usually have mild exposure and good prognosis. However, prolonged exposure may result in complications (like inhalation injury, seizures, coma, and cardiac arrest) and is associated with a poor prognosis. Bronchodilators can be given in patients with bronchospasm. Use of corticosteroids is controversial because it increases the incidence of bacterial pneumonia as a late complication of inhalation injury. In our patient, unnecessary high dose of metilprednisolone had been administrated in community hospital (that could be related to the heavy body weight and state of bronchospasm of the patient). Patients are proposed for observation for up to 24 hours due to upper airway obstruction or lower airway complications. In our case, treatment with supplemental oxygen and nebuliser therapy led to good outcome of lung symptoms.

Notably, this type of work incident and poisoning is completely preventable. The use of direct reading instruments with alarms for hydrogen sulfide, carbon monoxide, and oxygen or other asphyxiate gases could have prevented the majority of poisoning fatalities.[5] Checking the compressed air sources should be done before the use of air-line respirators. Using colour codes, writing the content and pin systems (different gas cylinders with different connection pins) may prevent misconnection and the tragic events. Training on the use of air-supplied respirators is a must for these workers.

## Conclusion

Gases with asphyxiate properties are used in a variety of industries and services. They are nontoxic to humans in low concentrations. However, it can be life threatening in cases of severe exposure. In workplace accident, for patient who presents to the emergency department with a history of loss of consciousness while using self-contained breathing apparatus, nitrogen or other simple asphyxiate gas exposure should be taken into consideration seriously.

## References

1. Harding BE, Wolf BC. Case report of suicide by inhalation of nitrogen gas. Am J Forensic Med Pathol 2008;29(3):235-7.
2. Weller MA. Asphyxia with nitrogen. Br Med J 1959;1(5121):559.
3. Gill JR, Ely SF, Hua Z. Environmental gas displacement: Three accidental deaths in the workplace. Am J Forensic Med Pathol 2002;23(1):26-30.
4. Surada A, Agnew J. Deaths from asphyxiation and poisoning at work in the United States 1984-1986. Br J Ind Med 1989;46(8):541-6.
5. Dorevitch S, Forst L, Conroy L et all. Toxic inhalation fatalities of US Construction Workers, 1990 to 1999. J Occup Environ Med 2002 Jul;44(7):657-62.
6. Auwarter V, Pragst F, Strauch H. Analytical investigations in a death case by suffocation in an argon atmosphere. Forensic Sci Int 2004;143(2-3):169-75.
7. Watanabe T, Morita M. Asphyxia due to oxygen deficiency by gaseous substances. Forensic Sci Int 1998;96(1):47-59.
8. Ely SF, Hirsch CS. Asphyxial deaths and petechiae: a review. J Forensic Sci 2000; 45(6):1274-7.
9. Miller K, Chang A. Acute inhalation injury. Emerg Med Clin North Am 2003;21(2):533-57.