Intended for healthcare professionals

# Medicine, Science and the Law

## Nitrogen inhalation suicide pacts

Roger W. Byard, Carl Winskog, Karen Heath

First Published February 13, 2019  |  Research Article  |  Find in PubMed
https://doi.org/10.1177/0025802419828914



## Abstract

Suicide pacts usually result in simultaneous deaths by mutual arrangement. While nitrogen and helium gas inhalation are being increasingly used in solitary suicide attempts, for some reason they have been rarely utilised in suicide pacts. A search of autopsy files at Forensic Science SA over a 15-year period (2003–2017) was undertaken to determine how often this method of joint suicide occurs. Only two cases were found. Case 1 comprised a 64-year-old husband and wife (who had a history of multiple sclerosis). They were found deceased in a vehicle with two empty cylinders of nitrogen gas. Case 2 comprised an 87-year-old man (who had a history of ischaemic heart disease) and his 81-year-old wife who were found deceased with plastic bags over their heads, with plastic tubes connecting the bags to opened cylinders of nitrogen. The deaths in all cases were due to nitrogen-induced asphyxiation, in the latter instance augmenting plastic-bag asphyxia. Although suicide pacts have previously usually involved carbon-monoxide toxicity or drug overdose, it is possible that dissemination of information on the use of inert gases in individual suicide attempts may alter the methods used in future.

### Keywords

Nitrogen, helium, suicide pact, double suicide, plastic bag, asphyxia, suicide, autopsy, medicolegal death investigation, forensic pathology

## Introduction

While most suicides are solitary events, on occasion, two or more individuals may decide to commit suicide together. Known as suicide pacts, these situations have been well described in the literature, for example by Shakespeare in *Romeo and Juliet* and by Ovid in *Pyramus and Thisbe*, and often involve the theme of unhappy lovers.[1,2] Such deaths are rare compared to standard suicides and most often involve an aging married couple with health or financial problems who elect to terminate their lives together, most often using carbon-monoxide inhalation or drug overdose.[3,4] Given the emphasis that has been placed in recent times in suicide-assistance literature and related websites on the use of inert gas such as helium and nitrogen to facilitate suicide,[5–7] the following study was undertaken to determine how common, or not, suicide pacts utilising these gases are.

## Methods

The files of Forensic Science SA were searched over a 15-year period (2003–2017) for all cases of suicide in which helium or nitrogen might have been used in a suicide pact. All identified cases had full police investigations, autopsies and toxicological assessments. The age, sex and circumstances of death were documented.

## Cases

### Case 1

A 64-year-old man and his 64-year-old wife were found deceased in a vehicle. The man was sitting in the driver's seat, and his wife was located in the front passenger seat. In the back of the car were two empty cylinders of nitrogen gas with the valves turned fully on. A bottle of wine was present next to the bodies. There was no evidence of violence at the scene, and a suicide note in the nearby house addressed to the police had been signed by both decedents. A review of their medical histories revealed that the female decedent had a 20-year history of multiple sclerosis and had reached the stage of requiring full-time hospital care.

At autopsy, minor coronary artery atherosclerosis was found in the male, with a blood alcohol concentration of 0.141%. Minor coronary artery atherosclerosis was also present in the female, with well defined areas of demyelination throughout the brain, characteristic of multiple sclerosis. Her blood alcohol concentration was 0.033%. There was no evidence of organic disease in either decedent which could have caused death.

Toxicological examination of blood did not reveal any common prescription or non-prescription drugs. The deaths were due to nitrogen-induced asphyxiation.

### Case 2

An 87-year-old man and his 81-year-old wife were found deceased at their home address. Both were sitting in lounge chairs with plastic bags over their heads, fastened around their necks, with plastic tubes connecting the bags to opened cylinders of nitrogen. Suicide notes were present. The male had a medical history of hyperlipidaemia with ischaemic heart disease and previous bilateral carotid endarterectomies. The week before death, he had been admitted to hospital with an acute myocardial infarct. Angiography revealed severe triple-vessel coronary artery disease, and coronary artery bypass surgery had been recommended. The following day, he had discharged himself from hospital.

At autopsy, there was extensive severe coronary artery atherosclerosis in the male decedent with prior stenting. The heart showed scarring of the left ventricle from previous ischaemic damage, with more recent areas of ventricular granulation tissue in keeping with an acute myocardial infarct. A small unruptured infra-renal aortic aneurysm was also present. The female decedent had only mild coronary artery atherosclerosis and uncomplicated cholelithiasis. No alcohol or common prescription or non-prescription drugs were identified, except for a therapeutic level of paracetamol in the female decedent. Deaths were due to nitrogen-induced asphyxiation, augmenting plastic-bag asphyxia. Both cases had full police and coronial investigations. Specifically, the death scenes in both cases underwent full standard police investigations with seizing of the gas cylinders. The circumstances and histories, lack of injuries/evidence of coercion, negative toxicology for sedative drugs and the presence of notes were all supportive of suicide as the manner of death.

## Discussion

Suicide pacts are much less common than single suicides and represent only 0.6% of all cases, with a declining rate.[8,9] Although most cases, as in the present report, involve only two victims,[4,10] on occasion this may be far greater, as in the Jonestown deaths in 1978.[11] An ever-present difficulty with multiple deaths, as was clearly exemplified in the hundreds of victims in Jonestown, is in trying to determine the manner of death in each case.[12] Even with just two decedents in a reasonably uncomplicated incident, there is usually not a suicide note, although one was present in both of the reported cases (even

being signed by both victims in one instance). Suicide notes tend to be present in only 10–30% of cases of suicide.[13,14] There has to be evidence of mutual consent in these cases, or at least no evidence of coercion.[15,16]

Other possibilities that must be considered in the case of two or more decedents at one location are a double/multiple homicide inflicted by a third person, or an accident in cases of inadvertent carbon-monoxide poisoning. The possibility of a murder suicide should be evaluated, particularly if the decedents are well known to each other, or a murder accident if there has been a miscalculation on the part of the perpetrator leading to his/her unintentional death.[17] Natural diseases may even play a role if a carer dies and dependants who are unable to fend for themselves are left for some time unsupported.[18]

Victims in suicide pacts have often been older, lonely and socially isolated, married with no children and from higher social classes.[3,4] The male-to-female ratio has also been equal, contrasting with a male:female ratio of 3:1 in single suicides. Significant illness, including depression, or financial hardships may be present.[8,19–22] In the reported cases, the ages were 64, 81 and 87 years, the decedents were married and one partner in each case had a significant debilitating and chronic illness. Variations among populations may occur, with suicide pacts between friends being more common in India; occasional cases may involve siblings.[10,23,24]

A recent development with suicide pacts has been the use of the Internet to connect strangers with others who also wish to die. Termed 'net suicides', the most dramatic case occurred in Japan involving seven individuals.[25] Connections are made on message boards or in chat rooms that promote suicide.[26] In China, victims have been younger than more traditional cases of suicide pacts (20s to 30s), with deaths occurring in hotels or rental properties involving carbon-monoxide toxicity from charcoal burning.[27] How widespread this phenomenon will become is yet to be determined.

Individuals who die in suicide pacts often use less violent methods than those committing solitary suicide, or those who are victims of murder suicides.[28,29] In the past, methods that have been favoured have included carbon-monoxide poisoning using vehicle exhaust, or drug overdose.[3] This is not, of course, always the case, with a study from France showing that among six cases of suicide pacts, gunshot wounds were the most common cause of death.[21] This may be partly explained by the rural location of the study in an area

where hunting was popular, as accessibility often determines which technique may be used.[30]

In the current study, the decedents in the two cases had chosen an unusual method of self-termination for a suicide pact – that of inhalation of nitrogen gas, in the second case augmenting plastic-bag asphyxia. These identical, non-violent methods of death could be taken as an indicator of mutual consent, occurring against a background of significantly worsening chronic disease in one of the partners, which precipitated the action. The use of non-chemically reactive 'inert' gases such as helium and nitrogen for suicides has increased in recent years in a number of countries, the lethal mechanism involving the displacement of oxygen. This is often related to information provided in books and on websites on reliable and non-painful methods of suicide.[6,31–38] For example, in a study of 56 suicides in South Australia involving helium or nitrogen inhalation, the numbers of deaths increased steadily from five in 2003–2007 to 31 in 2013–2017.[7] However, although the literature has focused on individual suicides utilising these methods, it is possible that inert-gas inhalation may also become the preferred option in the much less common cases of suicide pacts.

## Declaration of conflicting interests

The authors declared no potential conflicts of interest with respect to the research, authorship and/or publication of this article.

## Funding

The authors received no financial support for the research, authorship and/or publication of this article.

## References

1. Shakespeare, W. The tragedy of Romeo and Juliet. In: Bate, J, Rasmussen, E (eds) William Shakespeare – complete works. Basingstoke, UK: Macmillan, 2007, pp.1675–1743.
Google Scholar

2. Ovid Book IV. In: Miller FJ (transl) Metamorphoses. London: William Heinemann, 1916, pp.183–191.
Google Scholar

3. Jensen, LJ, Byard, RW. Coincident deaths – double suicide or murder-suicide? Med Sci Law 2009; 49:27–32.

Google Scholar | SAGE Journals | ISI

4. Brown, M, Barraclough, B. Partners in life and in death: the suicide pact in England and Wales 1988–1992. Psychol Med 1999; 29:1299–1306.
Google Scholar | Crossref | Medline | ISI

5. Humphry, D. Final exit. The practicalities of self deliverance and assisted suicide for the dying. 3rd ed. New York: Dell, 2002.
Google Scholar

6. The EXIT euthanasia blog. An end to the fear of death, https://exiteuthanasia.wordpress.com/2015/05/28/nitrogen-helium-airing-differences/ (accessed 1 July 2018).
Google Scholar

7. Byard, RW. Changing trends in suicides using helium or nitrogen: a 15-year study. J Forensic Leg Med 2018; 58:6–8.
Google Scholar | Crossref | Medline

8. Brown, M, Barraclough, B. Epidemiology of suicide pacts in England and Wales, 1988–92. BMJ 1997; 315:286–287.
Google Scholar | Crossref | Medline

9. Fishbain, DA, D'Achille, L, Barsky, S.A controlled study of suicide pacts. J Clin Psychiatry 1984; 45:154–157.
Google Scholar | Medline | ISI

10. Altindag, A, Yanik, M. Suicide pact among three young sisters. Isr J Psychiatry Relat Sci 2005; 42:278–280.
Google Scholar | Medline

11. Thompson, RL, Manders, WW, Cowan, WR. Postmortem findings of the victims of the Jonestown tragedy. J Forensic Sci 1987; 32:433–443.
Google Scholar | Crossref | Medline

12. Byard, RW. The features and complexities of coincident deaths. Forensic Sci Med Pathol 2016; 12:1–3.
Google Scholar | Crossref | Medline

13. Ho, TP, Yip, PSF, Chiu, CFW. Suicide notes: what do they tell us? Acta Psychiatr Scand 1998; 98:467–473.
Google Scholar | Crossref | Medline | ISI

14. Byard, RW, Heath, KJ. Suicide notes, age and the impact of suicide guides. Scand J Forensic Sci 2007; 13:10–11.
Google Scholar

15. Cohen, J. A study of suicide pacts. Med Leg J 1961; 29:144–151.
Google Scholar | SAGE Journals

16. Rosenbaum, M. Crime and punishment – the suicide pact. Arch Gen Psychiatry 1983; 40:979–982.
    Google Scholar | Crossref | Medline

17. Byard, RW, Veldhoen, D, Kobus, H. 'Murder-suicide' or 'murder-accident'? Difficulties with the analysis of cases. J Forensic Sci 2010; 55:1375–1377.
    Google Scholar | Crossref | Medline

18. Byard, RW. Incapacitation or death of a socially isolated parent or carer may result in the death of dependent children. J Paediatr Child Health 2002; 38:417–418.
    Google Scholar | Crossref | Medline

19. Byard, RW, Hanson, K, Gilbert, JD. Suicide methods in the elderly in South Australia 1981–2000. J Clin Forensic Med 2004; 11:71–74.
    Google Scholar | Crossref | Medline

20. Byard, RW, Klitte, Å, Gilbert, JD. Changing patterns of female suicide: 1986–2000. J Clin Forensic Med 2004; 11:123–128.
    Google Scholar | Crossref | Medline

21. Prat, S, Rérolle, C, Saint-Martin, P. Suicide pacts: six cases and literature review. J Forensic Sci 2013; 58:1092–1098.
    Google Scholar | Crossref | Medline

22. Brown, M, King, E, Barraclough, B. Nine suicide pacts. A clinical study of a consecutive series 1974–93. Br J Psychiatry 1995; 167:448–451.
    Google Scholar | Crossref | Medline

23. Fishbain, DA, Aldrich, TE. Suicide pacts: international comparisons. J Clin Psychiatry 1985; 46:11–15.
    Google Scholar | Medline

24. Hocaglu, C. Double suicide attempt. Sing Med J 2009; 50:e81.
    Google Scholar | Medline

25. Rajagopal, S. Suicide pacts and the Internet. BMJ 2004; 329:1298–1299.
    Google Scholar | Crossref | Medline

26. Durkee, T, Hadlaczky, G, Westerlund, M. Internet pathways in suicidality: a review of the evidence. Int J Environ Res Public Health 2011; 8:3938–3952.
    Google Scholar | Crossref | Medline | ISI

27. Jiang, FF, Xu, HL, Liao, HY. Analysis of internet suicide pacts reported by the media in Mainland China. Crisis 2017; 38:36–43.
    Google Scholar | Crossref | Medline

28. Barraclough, B, Harris, EC. Suicide preceded by murder: the epidemiology of homicide-suicide in England and Wales 1988–92. Psychol Med 2002; 32:577–584.
    Google Scholar | Crossref | Medline | ISI

Case 2:24-cv-00197-RAH   Document 70-18   Filed 07/15/24   Page 8 of 8

11/8/21, 4:37 PM                                   Nitrogen inhalation suicide pacts - Roger W. Byard, Carl Winskog, Karen Heath, 2019

29. Byard, RW. Murder-suicide – an overview. In: Tsokos, M (ed.) Forensic pathology reviews. Vol. 3. Totowa, NJ: Humana Press, 2005 pp.337–347.
Google Scholar | Crossref

30. Byard, RW, Markopoulos, D, Prasad, D. Early adolescent suicide: a comparative study. J Clin Forensic Med 2000; 7:6–9.
Google Scholar | Crossref | Medline

31. Austin, A, Winskog, C, van den Heuvel, C. Recent trends in suicides utilizing helium. J Forensic Sci 2011; 56:649–651.
Google Scholar | Crossref | Medline

32. Cantrell, L, Lucas, J. Suicide by non-pharmaceutical poisons in San Diego County. Clin Toxicol (Phila) 2014; 52:171–175.
Google Scholar | Crossref | Medline | ISI

33. Hassamal, S, Keyser-Marcus, L, Breden, EC. A brief analysis of suicide methods and trends in Virginia from 2003 to 2012. Biomed Res Int 2015;2015:104036.
Google Scholar | Crossref | Medline

34. Gunnell, D, Coope, C, Fearn, V. Suicide by gases in England and Wales 2001–2011: evidence of the emergence of new methods of suicide. J Affect Dis 2015; 170:190–195.
Google Scholar | Crossref | Medline | ISI

35. Smędra, A, Szustowski, S, Jurczyk, AP. Suicidal asphyxiation by using helium – two case reports. Arch Med Sadowej Kryminol 2015; 65:37–46.
Google Scholar | Medline

36. Byard, RW. Further observations on plastic bag asphyxia using helium gas. Aust J Forensic Sci 2017; 49:483–486.
Google Scholar | Crossref

37. Yip, PSF, Cheng, Q, Chang, SS. A public health approach in responding to the spread of helium suicide in Hong Kong. Crisis 2017; 38:269–277.
Google Scholar | Crossref | Medline

38. Straka, L, Novomesky, F, Gavel, A. Suicidal nitrogen inhalation by use of scuba full-face diving mask. J Forensic Sci 2013; 58:1384–1387.
Google Scholar | Crossref | Medline

https://journals.sagepub.com/doi/full/10.1177/0025802419828914                                          8/8

ADOC Hypoxia_000418