IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALAN EUGENE MILLER,<br><br>*Plaintiff,*<br><br>v.<br><br>STEVE MARSHALL,<br>in his official capacity as Attorney General, State of Alabama,<br><br>KAY IVEY,<br>In her official capacity as Governor of the State of Alabama,<br><br>JOHN Q. HAMM,<br>In his official capacity as Commissioner, Alabama Department of Corrections,<br><br>TERRY RAYBON,<br>in his official capacity as Warden, Holman Correctional Facility,<br><br>*Defendants.* | Civil Action: No. 2:24-cv-00197-RAH<br><br><br><br><br><br><br><br>**CAPITAL CASE – EXECUTION SCHEDULED FOR SEPTEMBER 26, 2024** |

**Plaintiff's Motion to File Under Seal**

Plaintiff Alan Miller ("Mr. Miller") respectfully requests that the Court grant leave to file on the public docket a redacted version of his reply brief in support of his motion for preliminary injunction (Dkt. 45), and to file an unredacted version and certain exhibits designated as highly confidential under seal. In support, Mr. Miller states as follows:

1.   On June 24, 2024, this Court entered a protective order that permits parties to designate certain information as confidential or highly confidential, requires the parties to redact such information from public filing, and to file unredacted versions under seal. *See* Dkt. 49.

2.   Mr. Miller's reply brief in support of his motion for preliminary injunction includes references to deposition testimony and documents that Defendants have designated as highly confidential. Mr. Miller's reply brief also attaches the designated deposition transcripts and documents as exhibits.

3.   Consistent with the terms of the protective order, Mr. Miller therefore seeks leave to file a redacted version of his reply brief on the public docket, and to file an unredacted version of the brief along with the exhibits that Defendants have designated as highly confidential, under seal.

Dated: July 22, 2024                   Respectfully submitted,

/s/ *J. Bradley Robertson*
J. Bradley Robertson
Danner Kline
Bradley Arant Boult Cummings LLP
One Federal Plaza
1819 5th Ave. N.,
Birmingham, AL 35203
Tel: (205) 521-8188
Email: brobertson@bradley.com
Email: dkline@bradley.com

Rachel C. Bramblett
Bradley Arant Boult Cummings LLP
Promenade Tower, 20th Floor.

2

1230 Peachtree St. NE
Atlanta, Georgia 30309
Email: rbramblett@bradley.com

Daniel J. Neppl
Kelly Huggins
Mara E. Klebaner
Stephen Spector
Harry Dodsworth
Lauren M. Stapleton
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Email: dneppl@sidley.com
Email: khuggins@sidley.com
Email: mklebaner@sidley.com
Email: sspector@sidley.com

*Attorneys for Plaintiff Alan Eugene Miller*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 22, 2024, I served a copy of the foregoing via the CM/ECF system, which shall cause the same to be electronically transmitted to all counsel of record.

                                                    */s/ J. Bradley Robertson*
                                                    J. Bradley Robertson