# Exhibit 3

Page 1

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE MIDDLE DISTRICT OF ALABAMA

3                    NORTHERN DIVISION

4

5     CIVIL ACTION:  No. 2:24-cv-00197-RAH

6

7     ALAN EUGENE MILLER,

8              Petitioner,

9     vs.

10    JOHN HAMM, Commissioner, Department

11    of Corrections, et al.,

12              Respondents.

13

14

15

16                  VIDEO DEPOSITION

17                        OF

18               ALAN EUGENE MILLER

19                  July 10, 2024

20

21

22

23    REPORTED BY:

24               Jan A. Mann, CSR

25            Veritext Legal Solutions

S T I P U L A T I O N S

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel, that the deposition of ALAN EUGENE MILLER may be taken before Jan A. Mann, Commissioner, at Holman Correctional Facility, 866 Ross Road, Atmore, Alabama, on the 10th day of July, 2024.

IT IS FURTHER STIPULATED AND AGREED that the signature to and the reading of the deposition by the witness is waived, the deposition to have the same force and effect as if full compliance had been had with all laws and rules of Court relating to the taking of depositions.

IT IS FURTHER STIPULATED AND AGREED that it shall not be necessary for any objections except as to form or leading questions, and that counsel for the parties may make objections and assign grounds at the time of the trial, or at the time said deposition is offered in evidence or prior thereto.

IT IS FURTHER STIPULATED AND AGREED that the notice of filing of the deposition by the Commissioner is waived.

1                A P P E A R A N C E S

2

3    APPEARING ON BEHALF OF THE PLAINTIFF:

4        SIDLEY AUSTIN, LLP

5        Ms. Mara E. Klebaner

6        One South Dearborn

7        Chicago, Illinois  60603

8

9        BRADLEY ARANT BOULT CUMMINGS, LLP

10       Mr. Brad Robertson

11       1819 Fifth Avenue North

12       Birmingham, Alabama  35203

13

14   APPEARING ON BEHALF OF THE DEFENDANT:

15       OFFICE OF THE ATTORNEY GENERAL

16       STATE OF ALABAMA

17       Mr. Richard D. Anderson

18       Ms. Polly S. Kenny

19       Ms. Jordan Shelton

20       501 Washington Avenue

21       Montgomery, Alabama  36130

22

23   ALSO PRESENT:

24

25       James Houts

Page 4

1

2

3                    I N D E X

4

5

6

7    EXAMINATION BY:                    PAGE

8

9    Mr. Anderson                    6

10   Ms. Klebaner                    38

11   Mr. Anderson                    45

12   Ms. Klebaner                    49

13

14

15

16

17

18

19                    INDEX OF EXHIBITS

20

21   DEFENDANT'S EXHIBITS                    PAGE

22   Exhibit A        Complaint                14

23   Exhibit B        Article                  24

24

25

Page 5

1            I, Jan A. Mann, CSR, a Court Reporter and

2    Notary Public of the State of Alabama, acting as

3    Commissioner, do certify that on this date, as provided

4    by the Federal Rules of Civil Procedure and the

5    foregoing stipulation of counsel, there came before me

6    at Holman Correctional Facility, 866 Ross Road, Atmore,

7    Alabama, on July 10, 2024, beginning at 3:01 p.m.,

8    BRANDON MCKENZIE, witness in the above cause for oral

9    examination, whereupon the following proceedings were

10   had:

11

12            THE VIDEOGRAPHER:  Good afternoon.  We're

13   on the record at 3:01 on Wednesday, July 10, 2024.  This

14   begins media unit one in the video-recorded deposition

15   of Alan Eugene Miller in the matter of Alan Eugene

16   Miller versus John Hamm, et al.  Will counsel identify

17   yourselves and state who you represent.

18            MR. ANDERSON:  Rich Anderson.  I

19   represent the defendants in this matter.  I work for the

20   Attorney General's Office.

21            MS. KENNY:  Polly Kenny for the

22   defendants.

23            MS. SHELTON:  Jordan Shelton for

24   defendants.

25            MS. KLEBANER:  Mara Klebaner for

```
                                                    Page 6
 1   Mr. Miller.

 2               MR. ROBERTSON:  Brad Robertson for Mr.

 3   Miller.

 4               THE VIDEOGRAPHER:  Will the court

 5   reporter please swear in the witness.

 6

 7                    ALAN EUGENE MILLER,

 8   having been first duly sworn, was examined and testified

 9   as follows:

10

11   EXAMINATION BY MR. ANDERSON:

12        Q.     Mr. Miller, good afternoon.  If at any

13   point I'm not speaking loud enough for you --

14        A.     That's good.

15        Q.     -- you just let me know.

16        A.     That's good right there.

17        Q.     All right.  I'm Rich Anderson.  I'm

18   representing the defendants in this lawsuit that we're

19   here on and I'm going to ask you a few questions this

20   afternoon.  I won't keep you here too long, but if at

21   any point I ask you a question you don't understand,

22   feel free to ask me to rephrase it or explain it and I

23   will do the very best I can to do so.

24               Like I say, if you don't hear anything or

25   don't hear what I said, I'll be happy to repeat it.  But
```

Page 7

1   as long as you can understand me, I will just ask you to

2   answer my questions with a yes or no where it's

3   appropriate because the court reporter is going to be

4   taking down your responses.

5              Sometimes it's difficult for her or for

6   court reporters in general to get an uh-huh or a yeah or

7   a naw so that just makes it easier on her.

8              So I want to just ask you a few

9   questions.  And first of all, you understand that right

10  now the State of Alabama intends to execute you in

11  September for the murders of Terry Jarvis, Lee

12  Holdbrooks, and Scott Yancy.  Do you understand that?

13       A.       Yes, I do.  Yes, I do.

14       Q.       And you have previously sued I'm going to

15  say defendants who are various state officials trying to

16  get nitrogen hypoxia as a method of execution.  Is that

17  right?

18       A.       Yes, sir.

19              MS. KLEBANER:  Objection to form.

20  Sorry, Alan.

21       Q.       And in that lawsuit, you alleged that in

22  2018 when hypoxia was -- when you first had an

23  opportunity to elect, you alleged that you made an

24  election in 2018 requesting hypoxia.  Is that right?

25       A.       Yeah.

1        Q.       Okay.

2        A.       Yes.

3        Q.       Thank you.  And you're currently suing a

4    number of defendants again.  Is that right?

5        A.       From my understanding, yes.

6        Q.       From your understanding.  You're the

7    client --

8        A.       Yeah.

9        Q.       Okay.

10        A.       Yes.  Yes, sir.

11        Q.       And again you're asking for a form of

12    nitrogen hypoxia as your method of execution.  Is that

13    your understanding?

14        A.       Yeah, I think that's my understanding.

15        Q.       Well, just to be clear, what method of

16    execution are you asking for?

17                 MS. KLEBANER:  Objection to form.

18        A.       That I be treated fairly like everybody

19    else.

20        Q.       Okay.

21        A.       Because I don't think y'all know what

22    you're doing.

23        Q.       Are you asking the state to use nitrogen

24    hypoxia?  Just on kind of a high level, I know there are

25    certain specific claims you've made but are you asking

1    for nitrogen hypoxia as your method of execution?

2                    MS. KLEBANER:  Objection to form.

3         A.       I'm asking not to be executed.

4         Q.       Okay.

5         A.       I'm asking for a new trial but I

6    understand what you're saying but --

7         Q.       Well --

8         A.       -- I mean I know I did sign it and

9    y'all still tried to, you know, get me with a needle.

10        Q.       Let me ask you that.  Is it your

11   understanding -- let me go back to this.  What would you

12   like to see happen as a result of this lawsuit?

13                   MS. KLEBANER:  Objection to form.

14        A.       That there's some kind of

15   standardization that professionals are hired to do the

16   job, not your people because y'all done showed your

17   incompetence on Doyle Hamm, Joe James, Kenny Smith,

18   and me.

19        Q.       A moment ago, you said that you would

20   like not to be executed.  Is that what you see --

21        A.       I'd like a new trial.

22        Q.       Okay.  Is that what you're asking for in

23   this lawsuit --

24                   MS. KLEBANER:  Objection to form.

25        Q.       -- to your understanding?

```
1          A.       I'm asking for a new trial.  I'm asking
2    for my case to be dismissed because I shouldn't have
3    been put in prison in the first place.
4          Q.       Have you read the complaint in this
5    lawsuit?
6                   MS. KLEBANER:  Objection to form and,
7    Alan, I'm going to instruct you not to reveal any
8    conversations that you've had with your attorneys.
9          Q.       And I'm not asking you what you talked
10   about with your attorneys so yes.
11         A.       I mean --
12         Q.       I'm not going to ask you --
13         A.       -- I know that I want to be -- I want
14   professionals to do it because you had unprofessionals
15   last time that stuck me and here y'all are saying
16   y'all are going to use darts (sic).
17         Q.       Okay.
18         A.       And these guys can't even open a cell
19   door sometimes.  They're keystone cops is basically
20   what they are.
21         Q.       Who are you suing?
22                  MS. KLEBANER:  Objection to form.
23         A.       The state.  You know, I guess you have
24   to go through what's called procedural matters.
25   That's all I know.
```

Page 11

```
 1        Q.       Now I'll represent to you, Mr. Miller,
 2    that one of the people you're suing is the governor.
 3        A.       Yeah.
 4        Q.       What would you like the governor to do
 5    for you?
 6                 MS. KLEBANER:  Objection to form.
 7        A.       Well, she can pardon me.  She can
 8    demand a new trial.  She can let an independent
 9    investigation handle it, like let the courts decide
10    whatever judges are judges.
11                 MS. KLEBANER:  And I'm just going to
12    add the objection that obviously he's not a lawyer.
13                 MR. ANDERSON:  Sure.
14                 MS. KLEBANER:  If you want to put the
15    complaint in front of him and ask him about anything
16    in particular --
17                 MR. ANDERSON:  Okay.  Sure.
18                 MS. KLEBANER:  -- that's fine but if
19    you could just let me --
20        A.       I don't remember stuff as good as I
21    used to.
22        Q.       Okay.
23                 MS. KLEBANER:  Alan, can you let me
24    finish my objection?  If you want to ask him specific
25    questions based on the complaint, please just put that
```

Page 12

```
 1   document in front of him.
 2                  MR. ANDERSON:  Okay.
 3        Q.       I don't want to ask you a specific
 4   question.  Make sure I understand.  You are asking for
 5   nitrogen hypoxia as your method.  You're not claiming
 6   that the state should use some other method.  I
 7   understand you want it done a different way.  Are you
 8   claiming or do you think you're claiming that some
 9   different method should be used?
10                  MS. KLEBANER:  Objection to form.
11        A.       I don't really understand where you're
12   going.  You're trying to make me like I concur to be
13   executed.  I didn't concur to be lethal injection --
14        Q.       Okay.
15        A.       -- because y'all kept -- they kept
16   stabbing me with needles.
17        Q.       Okay.
18        A.       I don't concur with being gassed by
19   incompetent people.  I mean y'all -- from what I
20   understand, you're trying to make it look like I
21   concur.  I don't concur.  I deserve a new trial.
22        Q.       Okay.  I'll move on.
23        A.       Maybe I'm not understanding something.
24   I mean --
25                  MR. ANDERSON:  Yeah, I'll ask him
```

Page 13

1   specifically.  Where's that copy you had?
2                   MS. KENNY:  I gave it to you.
3                   MR. ANDERSON:  Okay.  Mara, I've only
4   got one extra copy of the complaint.  Do y'all have a
5   copy that you can refer to?
6                   MS. KLEBANER:  If you'd tell me the
7   docket number, I'll make sure I'm looking at the same
8   thing.
9                   MR. ANDERSON:  Sure.  Docket number
10  one.
11                  MS. KLEBANER:  Oh, you've got the
12  actual -- that's fine.
13       Q.     Mr. Miller, I'm going to hand you what
14  I'm going to mark as Defendant's Exhibit A.  Just ask
15  you to take a look at it.
16                  MS. KLEBANER:  Sorry.  Can we keep up
17  with the numbering?  I think we're on 10.
18                  MS. KENNY:  No.  We're going to use A, B,
19  C.
20                  MR. ANDERSON:  This is -- yeah, this is
21  our deposition because this is our witness.  We were
22  going to start our own list of exhibits because it's
23  defendants.
24                  MS. KLEBANER:  So what I was -- I'm fine
25  if that's what you want to do but what I was proposing

Page 14

```
 1    is just sequential across all depositions.  So it's like
 2    we stopped with 10 and then we start with 11 here.
 3                    MR. ANDERSON:  I think it would be
 4    confusing to not have -- to not have defendant's
 5    exhibits and plaintiff's exhibits.
 6                    MS. KLEBANER:  Whatever you want to do is
 7    fine.
 8                    MR. ANDERSON:  So we're going to mark
 9    this as Defendant's Exhibit 1.
10                    (Court reporter interruption.)
11                    MR. ANDERSON:  Let's make it 1.  No.  You
12    know what.  I think that that might help keep it
13    straight.  Let's do A.
14                       (Whereupon, Defendant's
15                        Exhibit A was marked for
16                        identification.)
17         Q.      I'll give you a minute or two to look at
18    that and tell me if that looks familiar to you?
19         A.      When was this sent to me?
20         Q.      I can't answer that question.
21         A.      I mean because you sent me something
22    like a month ago or something or two days ago, I
23    couldn't tell you if I read it.  How much you want me
24    to read?
25         Q.      Well, I'm just asking you if you
```

Page 15

1    recognize that as the complaint that you filed in this

2    case?

3          A.      Yeah, it looks like the one we filed.

4          Q.      Let's just -- maybe we can -- if you

5    will, turn with me to page 49 so towards the end.  I'm

6    sorry.  Here we go.  Okay.  And there's a signature line

7    on page 49, correct?

8          A.      Yeah.

9          Q.      Okay.  Do you recognize those names as

10   being your attorneys?

11         A.      Yeah.

12         Q.      Okay.  So do you have any doubt that this

13   is the complaint that you filed in this case?

14         A.      I can't tell you verbatim, but, you

15   know, like I said, they handled that, and after they

16   sent it, they sent me a copy.

17         Q.      Okay.

18         A.      You have to check with the state to see

19   when I got it.

20         Q.      Okay.  Well, let's look at the previous

21   page, page 48.  And if you need your glasses --

22         A.      No, I don't need glasses to read.

23                 MS. KLEBANER:  Alan, let me know if you

24   need help turning pages.

25                 THE DEPONENT:  No.  I'm all right.

1        Q.        At the top of page 48, the number in

2    parenthesis six.

3        A.        Yeah.

4        Q.        You see that?  Would you read that for

5    me, everything after the six to the end of the sentence?

6        A.        Okay.  It says -- anything after six?

7        Q.        Yes, sir.  Please.

8        A.        Using a sedative or tranquilizing

9    medication in pill form before administering the

10   nitrogen gas to reduce thrashing movements that could

11   further -- involuntary.  It should say involuntary.

12       Q.        Okay.  Do you understand that in this

13   lawsuit you are asking for ADOC to give you a sedative?

14       A.        Yes.

15       Q.        Okay.  What kind of sedative do you want?

16       A.        I don't know.

17       Q.        You don't know?

18       A.        Just something to calm me down.

19       Q.        To calm you down.  Okay.

20       A.        I wasn't -- I wasn't -- last time, I

21   was calm but I mean this time like that, I don't

22   know -- the ways he said he jerked, they said he

23   suffocated.  I don't want people thinking I'm

24   thrashing or resisting so they can all rush and then

25   jump on me.

1      Q.      Okay.  Do you intend to resist --

2      A.      No.

3      Q.      -- during your --

4              MS. KLEBANER:  Objection to form.

5      Q.      And you said you want ADOC to give you a

6  sedative to calm you down, correct?

7      A.      Well, I guess just to keep me mild.

8      Q.      Okay.  Do you use any drugs currently?

9      A.      What the doctors and them send me.

10  Some kind of blood pressure stuff.

11     Q.      Do you use any illegal drugs?

12     A.      No.

13     Q.      Okay.

14     A.      No, I do not.

15     Q.      Okay.  He said -- that's -- you did fine.

16  Thank you.  Are you taking -- so you're taking a blood

17  pressure medicine?

18     A.      Yeah.

19     Q.      Are you taking any other prescription

20  drugs?

21     A.      No.  I don't know what the other ones

22  are but you'd have to get with them.  I know one of

23  them is a blood pressure and the other one is some

24  kind of to help water retention or something like

25  that.  I mean I don't know the names of them.

Page 18

1        Q.       Do you have any kind of inhaler?

2        A.       Yeah.

3        Q.       You have an inhaler?

4        A.       (Deponent nods head.)

5        Q.       Okay.  How often do you use an inhaler?

6        A.       Usually when I -- like I don't have it

7    with me now.  I left it in there when I walk and they

8    tell me to use it whenever I start wheezing.

9        Q.       Okay.  When was that -- was that inhaler

10   prescribed for you?

11       A.       I couldn't tell you off the bat.  I

12   could not tell you off the bat.  I don't --

13       Q.       Do you know who prescribed it to you, if

14   it was --

15       A.       It would have been the doctor or

16   Livingston (sic).

17       Q.       And is -- as part of your lawsuit, have

18   you alleged that you have asthma?

19                MS. KLEBANER: Objection to form.

20       A.       I didn't allege.  I've had it since I

21   was a kid.

22       Q.       Okay.  So you've had asthma all your

23   life?

24       A.       Yeah.

25       Q.       Did you have asthma in 2018?

Page 19

1        A.        Yeah.

2        Q.        Did you have asthma in 2021?

3        A.        Yeah.

4        Q.        2022?

5        A.        Yeah.

6        Q.        Did you have asthma when you filed your

7   last lawsuit seeking nitrogen hypoxia as a method of

8   execution?

9        A.        I think I did.  I believe I did.  It's

10  in my medical records.

11        Q.        Okay.  I want to move on to something

12  else.  Mr. Miller, did you know Kenneth Smith?

13        A.        Yes.  Yes, sir.  Yes, sir, I did.

14        Q.        Do you understand that Kenneth Smith also

15  filed a lawsuit challenging nitrogen hypoxia as a method

16  of execution?

17                MS. KLEBANER:  Objection to form.

18        A.        Yes, I know that he filed it.

19        Q.        Okay.  Are you aware that Mr. Smith had

20  an expert helping him named Dr. Philip Nitschke?

21        A.        Yeah.  I mean my understanding, he had

22  somebody.

23        Q.        And is it your understanding that Dr.

24  Nitschke is an expert in nitrogen hypoxia as a method of

25  suicide?

```
 1              MS. KLEBANER:  Objection to form.
 2       A.      No, I didn't know that.
 3       Q.      Okay.  So you're learning that today?
 4       A.      Yeah.  I mean I didn't know -- I didn't
 5  know he had a doctor -- I know he had a doctor.  The
 6  name sounds familiar but I know he said he had a
 7  doctor working with him.
 8       Q.      Maybe it helps -- do you recall whether
 9  that doctor may have been Australian or a foreigner of
10  some kind?
11              MS. KLEBANER:  Objection to form.
12       A.      No, I couldn't tell you that.
13       Q.      Okay.  Did you know or do you know that
14  Dr. Nitschke has talked and written about Kenny Smith's
15  execution?
16       A.      No.
17              MS. KLEBANER:  Objection to form.
18       Q.      Do you know that Dr. Nitschke has written
19  that the convulsions that Kenny allegedly experienced
20  are almost certainly accentuated by his obvious and
21  understanding -- understandable noncooperation with the
22  execution?
23              MS. KLEBANER:  Objection to form.
24       A.      No.
25       Q.      Do you understand that after the
```

Page 21

1   execution, Dr. Nitschke wrote that the longer Kenny

2   tried to preserve the air in his lungs by holding his

3   breath, the slower the dying process would be?

4               MS. KLEBANER:  Objection to form.

5       A.      Can he prove that?

6       Q.      I'm asking you if you understand that he

7   wrote that.

8       A.      No, I did not know he wrote that.

9       Q.      Kenny's expert.  Okay.  Do you understand

10  that when you hold your breath carbon dioxide builds up

11  in your blood?

12      A.      No.  I'm not a medical professional.

13      Q.      Sure.  I'm just asking you what -- just

14  trying to get the basis of what you know.  When you hold

15  your breath, is it uncomfortable?

16      A.      It depends on how I'm breathing, what I

17  was doing at the time.  Sometimes I have to stop and

18  take a deep breath and let it out, take a deep breath

19  and let it out.

20      Q.      And if you hold your breath and continue

21  holding it, in your experience in your life, does that

22  get harder to do?  You become uncomfortable as you hold

23  your breath?

24      A.      I don't know.  I don't -- I didn't do

25  stuff like that.

Page 22

1      Q.      Okay.  Okay.

2      A.      Unless I was underwater swimming, you

3  know.  You come up and drink up -- you know, if you

4  breathe, you're going to drink water.

5      Q.      Okay.  Are you aware that Dr. Nitschke

6  wrote that if Kenny had cooperated, if he had taken deep

7  breaths during his execution, he would have lost

8  consciousness much sooner?

9              MS. KLEBANER:  Objection to form.

10     A.      So you're basically telling Kenny Smith

11 to cooperate with y'all killing him?

12     Q.      I'm asking you --

13     A.      Why didn't y'all know that?  Did y'all

14 tell Kenny Smith prior to that?

15     Q.      What I'm asking you, Mr. Miller --

16     A.      You're telling people we want you to --

17 it's like the media is wanting me to hold a ball and

18 keep squeezing the ball to try to get my veins to pop

19 up.  I threw it in the grass.  I asked him to put his

20 testicles up there.

21     Q.      So you're saying you would not cooperate

22 with the execution?

23             MS. KLEBANER:  Objection to form.

24 Mischaracterizes testimony.

25     A.      I don't know what --

Page 23

```
 1              MS. KLEBANER:  Hey, Alan, sorry.  Can
 2   you let me finish my objection?  My objection was
 3   objection to form.  Mischaracterizes his testimony.
 4        Q.      Okay.
 5        A.      I'm not quite understanding.  You're
 6   telling me to practice killing myself.  I mean I
 7   thought y'all put people to sleep.  I thought like you
 8   go to a dentist and they put on the mask and you go --
 9   you go like -- go under and then y'all turn the stuff
10   on.  That's what I thought but maybe I -- I was wrong,
11   I guess.
12        Q.      Mr. Miller, I'm asking you is --
13        A.      You're telling me you want me to
14   practice.
15        Q.      Let me ask you this.  Let me ask you
16   this.  Are you aware -- have you heard of a man called
17   Dr. Philip Bickler?
18        A.      Not to my recollection.
19        Q.      Are you aware that your attorneys have
20   retained an expert by that name in this case?
21              MS. KLEBANER:  Objection to form.
22        A.      Like I said, I have no recollection.  I
23   don't remember all the stuff that I read.  I haven't
24   kept up with reading and I read and read and it starts
25   boring me.  I'm no legal expert.  I didn't know what
```

Page 24

```
1    verbatim was until legal.
2         Q.      Have you ever heard of Dr. Philip
3    Bickler?
4         A.      No.
5                   (Whereupon, Defendant's
6                   Exhibit B was marked for
7                   identification.)
8         Q.      I am going to show you a document that I
9    am marking as Defendant's Exhibit B.  If you would take
10   a look at that, have you ever seen that document before?
11               MS. KLEBANER:  Take your time, Alan.
12   It's a long document.
13        Q.      Sure.  Absolutely.  Take all the time you
14   need.
15        A.      I don't believe I have.  If I did, I
16   don't remember it.
17        Q.      Okay.  It doesn't look familiar to you?
18        A.      Not -- no.  I'd would have to look back
19   in through all my stuff.
20        Q.      Let me ask you on the first page towards
21   the top where it says viewpoint --
22        A.      Yeah.
23        Q.      -- are there a couple of names under
24   that?
25        A.      Yes, I see them.
```

Page 25

1        Q.      What are those names?

2        A.      It says Philip E. Bickler, MD, Ph.D and

3    Michael S. Lipnick, Lipnick, MD.

4        Q.      Okay.  If you will turn to the second

5    page of that document -- let me ask you this first of

6    all.  Are you aware that Dr. Bickler has written that

7    holding your breath during a nitrogen hypoxia execution

8    is likely to lead to anxiety, muscle twitching, and

9    seizures?

10              MS. KLEBANER:  Objection to form.

11       A.      No.  I have no recollection.

12       Q.      Well, let me show you -- and I'm going to

13   come here and point you to the right place.

14       A.      It says when --

15       Q.      First paragraph -- yes, sir.  "When faced

16   with".  Do you see there where he writes that humans are

17   likely to breathe irregularly or breath hold?  Do you

18   see that?

19       A.      Yes.

20       Q.      Do you understand that he is referring to

21   a nitrogen hypoxia execution?

22              MS. KLEBANER:  Objection to form.

23       A.      I believe that's what it might be

24   referring to.

25       Q.      Okay.  And looking on at the rest of that

Page 26

```
 1   sentence, do you see that he writes that breath holding

 2   or irregular breathing are two of many factors that will

 3   likely cause prolonged significant shortness of breath,

 4   anxiety, increased heart rate and some other things?  Do

 5   you see that?

 6              MS. KLEBANER:  Objection to form.

 7              (Court reporter interruption.)

 8        Q.    Yes or no.  You nodded your head.

 9        A.    I was just reading.

10        Q.    Okay.  Do you see where he indicates that

11   breath holding or breathing irregularly would be likely

12   to lead to anxiety, shortness of breath, increased heart

13   rate?  Do you see that?

14        A.    Yes, sir.

15              MS. KLEBANER:  Objection to form.

16   Mischaracterizes the document.

17        Q.    All right.  Let me ask you this.

18   Mr. Miller, provided that there are no legal impediments

19   to your execution in September and it does go forward,

20   do you intend to hold your breath during or attempt to

21   hold your breath as the execution goes forward?

22              MS. KLEBANER:  Objection to form.

23        A.    Not voluntarily, no.

24        Q.    Not voluntarily.  So you do not intend to

25   hold your breath?
```

Page 27

```
 1        A.      No.

 2        Q.      Okay.  And have you ever heard of the

 3   term hypercapnia?

 4        A.      No, sir.

 5        Q.      Okay.  And I'll represent to you that

 6   hypercapnia is a term used in your complaint but it's

 7   just a fancy way to say carbon dioxide is building up in

 8   your blood.  Do you understand that?

 9        A.      Like I said, I'm not a medical expert.

10   I can understand what you said to me.

11        Q.      Okay.  Turn with me to page 19 -- let's

12   go back to Defendant's Exhibit A, your complaint.

13              MS. KLEBANER:  Do you need help turning

14   the page, Alan?

15              THE DEPONENT:  I got it.

16        Q.      Take all the time you need.  If you will,

17   look with me at the footnote at the bottom of that page

18   19.  Does that indicate or does that read in your

19   complaint that hypercapnia is the sudden buildup of

20   carbon dioxide in the blood?

21        A.      Can you state that again?

22        Q.      Does that state that acute hypercapnia is

23   the sudden buildup of --

24        A.      Yes.

25        Q.      -- carbon dioxide in the blood?
```

Page 28

```
 1        A.      Yeah.

 2        Q.      That's from your complaint, right?

 3        A.      I mean like I said, I don't remember

 4    the whole thing verbatim.

 5        Q.      Do you see it says acute hypercapnia can

 6    cause seizures?

 7        A.      Uh-huh.

 8        Q.      Okay.  And can I assume that seizures are

 9    something you want to avoid?

10        A.      Yes.

11        Q.      Okay.  And you would want to avoid any

12    behavior that would lead to acute hypercapnia such as

13    breath holding?

14                MS. KLEBANER:  Objection to form.

15        A.      Yes.  I mean you don't know if it's

16    done involuntarily or not.  You could have an allergic

17    reaction like peanuts and you can't breathe.  That

18    don't mean -- they're not refusing to breathe.  They

19    can't breathe.

20        Q.      You don't intend to refuse to breathe?

21        A.      No.

22        Q.      Okay.  Right.  Shouldn't be too much more

23    here.  Mr. Miller, back to that complaint so don't get

24    off that document.  On page 21, paragraph 81.  So this

25    paragraph here.
```

Page 29

```
 1        A.      Yes.
 2        Q.      Read that paragraph to yourself if you
 3   would.
 4        A.      The state has admitted that the mask it
 5   uses for nitrogen hypoxia execution is one size fit
 6   all.  That is, the state does not have masks for
 7   different size faces and heads but instead relies on
 8   the mask designed to fit an average face and head
 9   and -- do you want me to read the rest of it?
10        Q.      Well, I'll just see if I can maybe make
11   this a little shorter.  In that paragraph, do you allege
12   that there's a risk that the mask that the state is
13   going to use will not fit your face?
14              MS. KLEBANER:  Objection to form.
15        A.      It could be.
16        Q.      Well, let me -- just to clarify for the
17   record, it could be that it won't fit your face or it
18   could be that you allege that?
19              MS. KLEBANER:  Objection to form.
20        A.      It probably won't because I've got a
21   big old head.  Nothing else fits my head.
22        Q.      Okay.  Do you know of any mask that would
23   fit you correctly?
24              MS. KLEBANER:  Objection to form.
25        A.      No, sir.
```

Page 30

1      Q.      Has anyone in the last couple of years

2  ever tried to fit you for a mask?

3      A.      No, sir.

4      Q.      Has anybody ever taken any measurements

5  of your head or face in the last couple of years?

6              MS. KLEBANER:  Without disclosing

7  something that you just did with your counsel, you can

8  answer that question.

9      A.      They measured my head the other day.

10             MS. KLEBANER:  Your lawyers did so we

11  won't do more on that.

12     A.      My lawyers measured my head.

13     Q.      Okay.  I don't want to know anything they

14  said.

15             MS. KLEBANER:  Yeah.

16     Q.      Has Dr. Bickler ever come to see you?

17     A.      No.

18     Q.      Has Dr. Bickler ever measured your head?

19     A.      No, sir.

20     Q.      Okay.  And so he's never given you any

21  kind of physical examination at all?

22     A.      No, sir.

23     Q.      So he's never fitted you for a mask?

24     A.      No, sir.

25     Q.      Are you familiar with the inmate request

```
                                            Page 31

 1   forms that are used here at Holman?

 2        A.      Yes.

 3        Q.      Is that a document you can fill out if

 4   you're asking for --

 5        A.      When they give you one.

 6        Q.      Do you have to ask to get one to fill

 7   out?

 8        A.      Yeah.

 9        Q.      Have you done that before?

10        A.      Yes.

11        Q.      Have you ever made any request through an

12   inmate request form to be fitted for a mask?

13               MS. KLEBANER:  Objection to form.

14        A.      No.

15        Q.      Okay.  Let's go back to your complaint,

16   page 19 so a couple of pages back again.  Okay.

17   Paragraph 75.  In paragraph 75, you allege that the DOC

18   refuses to check the size of the execution mask against

19   your face.  Is that correct?

20               MS. KLEBANER:  Objection to form.

21               (Court reporter interruption.)

22        A.      Yes, I can read what it says.

23        Q.      And that's from your complaint, right?

24               (Court reporter interruption.)

25        A.      Yes.  Yes, I can from my complaint.
```

1      Q.      Now Mr. Miller, if your execution does go

2   forward in September, on the night of it, a member of

3   the execution team, the captain, will fit the mask to

4   your head and place the mask on you when the execution

5   is going forward.  Do you understand that?

6      A.      Yes.  I understand that.

7      Q.      Okay.  And ADOC is confident that the

8   mask will fit you but they are willing to have the

9   captain put the mask on you now and check it if you

10  would like that.  Would you cooperate with that?

11             MS. KLEBANER:  Sorry.  Objection to form.

12  A little bit of attorney testimony there.  Could you

13  maybe restate the question?

14     A.      Right now?  No.

15     Q.      You would not?

16     A.      It's immoral.  It's immoral.

17     Q.      Immoral?

18     A.      Are you going to ask everybody else to

19  go through the same thing I'm going to?  I'm the only

20  person that's had it done, had depositions.  This is

21  twice.

22     Q.      Sure.  Yes, sir.

23     A.      And I'm the only one and then you

24  people keep saying like this.  I mean I read these

25  things but I don't keep it on my brain.

Page 33

1      Q.      Okay.  Let me --

2      A.      Dwell on something.

3      Q.      Let me see if I can clarify --

4      A.      I think that's just immoral.

5      Q.      You've alleged that ADOC will not fit the

6   mask to you, won't check the fit, correct?

7              MS. KLEBANER:  Objection to form.

8      A.      I don't understand your question, sir.

9      Q.      We just talked about -- let's go back

10  again.  Paragraph 75, right?

11     A.      Yeah.

12     Q.      Okay.

13     A.      So why I didn't want to do it now.

14     Q.      So in paragraph 75, you say that ADOC

15  refuses to check the size of the mask against you.  You

16  said the person being executed.  That's you -- to see if

17  a tight fit can be achieved.  And I'm telling you that

18  ADOC is willing to do that or if ADOC is willing to do

19  that, will you cooperate?

20             MS. KLEBANER:  Objection to form.

21     A.      I'm asking why?  Why now?

22     Q.      Well, a moment ago, you said you thought

23  it would be immoral.  What did you mean by that?

24     A.      It is immoral.  I mean did they do

25  Kenny Smith prior to his thing?  No.  Did they -- are

Page 34

1   they going to do Kerry Grayson?  Are they going to do

2   anybody else?  Why -- I think this is psychological

3   terror right here.

4        Q.     I understand that, Mr. Miller, but you

5   are the one who is alleging that the mask won't fit you.

6        A.     Yeah.  Well, they should know if it

7   should or not, not just, oh, we're going to come here

8   prior to and we want you to practice deep breathing

9   exercises.  I mean that's like you want me -- you

10  shouldn't ask me to go jogging and running prior to

11  the damn lethal injection and stuck me with needles.

12       Q.     Your answer is that you would not

13  cooperate --

14              MS. KLEBANER:  Object to form.

15       Q.     -- with an attempt to fit the mask?

16              MS. KLEBANER:  Object.  Objection to

17  form.  Mischaracterizes testimony.  If you're making a

18  specific offer, I think you should make it to his

19  attorneys because even I don't really understand what

20  you're saying.

21              MR. ANDERSON:  I'm asking him a very

22  simple question.

23       Q.     I'm asking you, Mr. Miller, whether if

24  ADOC offers to fit the mask to you prior to the night of

25  the execution -- we can do it right now -- whether you

```
 1   would comply with that?

 2              MS. KLEBANER:  Objection to form.

 3        A.    No, I don't think so.  I don't think --

 4   I don't think it's right.

 5        Q.    Thank you.

 6        A.    I think it's immoral.

 7        Q.    I appreciate that.

 8              MS. KLEBANER:  Sorry.  Just for the

 9   record, are you, Rich Anderson, offering to fit the mask

10   on him?  What is the offer?

11              MR. ANDERSON:  The offer is to have the

12   captain, the person who will fit the mask to you --

13              THE DEPONENT:  What's the captain's name?

14              MR. ANDERSON:  That would be Captain

15   McKenzie.  That's something I want to designate as

16   something confidential for purposes of this.

17              MS. KLEBANER:  You want to designate it

18   as attorneys eyes only?

19              MR. ANDERSON:  Yes.

20              MS. KLEBANER:  You just said it to the

21   client.

22              MR. ANDERSON:  Yeah.  Well, I'm asking

23   this deposition be designated, that portion of it.

24              MS. KLEBANER:  All right.

25        Q.    So you will not agree to cooperate with
```

```
 1   that?
 2                  MS. KLEBANER:  Objection to form.
 3        A.        Not right now.
 4        Q.        Okay.
 5        A.        If y'all decide to execute me, I won't
 6   be able to do nothing.  I'll be strapped to the dang
 7   table.  And by the way, is Captain McKenzie a medical
 8   professional?
 9        Q.        This is your deposition.
10        A.        That's why I'm asking that question,
11   too.  Y'all are only thing -- you have a moral
12   obligation for humane treatment of people and I'm not
13   being treated humane.  You're basically telling me I
14   should have done this, I should have pumped some
15   weights so my veins would pop out on me, how I've got
16   to do breathing exercises.  Like Kenny Smith, how do
17   you know Kenny Smith was holding his breath?  You have
18   no medical professional down there watching showing
19   was he doing like this.  How could you tell?
20                  I believe y'all monitoring things
21   screwed up so y'all couldn't tell if the man was
22   breathing or not.  So I don't really understand and
23   you're asking me --
24        Q.        Did anybody tell you?
25        A.        -- I want to know if anybody else --
```

1          MS. KLEBANER:  Just let him finish his

2   answer.  All right.  Are you done?

3       A.      I want to know if anybody is going to

4   be asking.  Kerry Grayson and all these.  I mean this

5   is -- I think it's psychological terror.

6       Q.      Are you aware, Mr. Miller, of anyone else

7   who has alleged in a complaint in an active lawsuit that

8   ADOC will not fit the mask to you --

9          MS. KLEBANER:  Objection.

10      Q.      -- and that the mask will not fit?

11      A.      I don't keep up with other guys'

12  lawsuits.

13          MR. ANDERSON:  Okay.  That's all I

14  have.  Anything else?  No.  That's all I have.  Thank

15  you.  Anything you --

16          MS. KLEBANER:  Would you mind -- tell

17  us what's easier, if we step out for five minutes or

18  if you step out.  However you want to do it.

19          MS. KENNY:  We can step out.

20          THE VIDEOGRAPHER:  Going off the record

21  at 3:36.

22          (Brief recess.)

23          THE VIDEOGRAPHER:  There begins disk two.

24

25  Going back on the record at 3:49.

```
 1    EXAMINATION BY MS. KLEBANER:
 2         Q.      All right, Alan.  I think we can be
 3    pretty quick here.  There's just a few issues I want to
 4    clarify with you based on your conversation with
 5    Mr. Anderson, okay.  Mr. Anderson asked you a lot of
 6    questions about whether and how you would be interested
 7    in getting a mask fitting before the night of the
 8    execution, right?
 9         A.      Yes.
10         Q.      Okay.  Could you clarify what it is
11    exactly that you are concerned about with the mask
12    fitting before the execution?
13         A.      It's incompetent people fitting it.
14    They need to be professionals, medical professionals,
15    a third party or somebody, you know, like -- are these
16    people that are going to fit, what's their training?
17         Q.      So is it fair to say that you're
18    concern --
19              MR. ANDERSON:  Object to the form.
20         Q.      -- with the mask fitting is that the
21    person who would be doing it might not be qualified to
22    do it?
23         A.      Yes, ma'am.
24         Q.      Alan, if Judge Huffaker ordered or
25    appointed some sort of neutral doctor or a third party
```

Page 39

```
 1    to do your mask fitting, would you sit for that fitting?
 2         A.      Yes.
 3         Q.      Okay.  Let's talk a little bit about your
 4    head and your face.  I'm going to ask you a question,
 5    okay?
 6         A.      Okay.
 7         Q.      Have you had in your personal history any
 8    examples of times where a mask didn't fit your face?
 9         A.      Yes.  Work conditions.  Work.
10         Q.      Explain what you mean by work conditions.
11         A.      I worked at Custom Finishing and you
12    had to wear a mask.  They did powder coat, what you
13    call powder coat stuff and you have to wear -- I guess
14    put a mask on your face and tied it down and it still
15    wouldn't seal.
16         Q.      What type of --
17         A.      Leave a ring around my face and would
18    still not fit.
19         Q.      What type of mask did you wear when you
20    worked at Custom Finishings?
21         A.      I couldn't tell you the model but I can
22    describe it.  It had two big old filters out on the
23    end and you sort of fit around your nose and you had
24    to wear googles and then you tied it up as tight as
25    you can.
```

1      Q.      Okay.  You're describing a mask that goes

2  over the nose --

3      A.      Yeah.

4      Q.      -- below the chin with two respirator

5  panels on the side?

6      A.      Yes.

7      Q.      Okay.  And is it your testimony that when

8  you worked at Custom Finishings and you wore that mask

9  that it didn't fit properly on your face?

10     A.      No.

11     Q.      What about it didn't fit right?

12     A.      It didn't seal.

13     Q.      Didn't seal.  And how did you know that

14  it wasn't sealing?

15     A.      Because I could have it in my nose and

16  I'd tie it tighter, tighter, tighter until it left a

17  ring around my face.

18     Q.      When you say it got in your nose, the

19  thing that you were spraying --

20     A.      Yes.

21     Q.      -- still got in your nose?

22     A.      The powder coating.

23     Q.      Okay.  And that's how you knew that there

24  wasn't a good seal on the mask?

25     A.      Yes.

1      Q.      Because it was getting in through the

2  mask.  And you said that you tied the straps on that

3  mask tight.  Is that right?

4      A.      Yes.

5      Q.      And despite the tightness of the straps,

6  there wasn't a seal?

7      A.      No.

8      Q.      Okay.  That was obviously a job before

9  you were incarcerated?

10      A.      Yes.

11      Q.      Okay.  What about during the COVID

12  pandemic?  Did you ever get a mask?

13      A.      Yeah, but it just -- they don't fit.

14      Q.      Okay.  So let me ask you about the mask

15  or masks that you wore during COVID.  Did the prison

16  here at Holman pass out the kind of surgical mask that

17  I'm wearing right now?

18      A.      Just like you're wearing and then they

19  had a white one.  I forgot what the number was and it

20  didn't fit my face.

21      Q.      Okay.  So just kind of a standard

22  rectangular disposable mask --

23      A.      Yes.

24      Q.      -- that they gave one size to all the

25  inmates?

Page 42

1        A.      Yeah.

2        Q.      Okay.  And how did that COVID surgical

3    mask fit your face?

4        A.      It didn't.

5        Q.      Was it --

6        A.       It fit around the cheeks and I had to

7    squeeze it around my nose and I couldn't breathe

8    because I squeezed it all across my nose.

9        Q.      Okay.

10        A.      Air still come down through the cheek

11    things.

12        Q.      Did you find that surgical mask to be too

13    small for your face?

14        A.      Yeah.

15        Q.      Okay.  What about hats, Alan?  How do

16    hats fit you?

17        A.      They don't.

18                MR. ANDERSON:  Object to the form.

19        Q.      Okay.  Have you had any experiences in

20    the past -- I don't know -- in your recent memory of

21    trying to fit a hat on your head?

22        A.      Yeah.  Well, here, they've got a

23    clothes box you can buy a hat off there.  And I asked

24    one of the guys that bought one to see if it fit my

25    head and it fit too tight.  It was supposed to be one

```
 1   size fit all and it squeezed my head.  If I had a
 2   haircut -- my hair would bust.
 3        Q.      You're talking about the hats that they
 4   sell at the commissary here?
 5        A.      No.  They don't sell none here.  They
 6   sell them off the -- you get a clothes box every six
 7   months, twice a year and a food box twice a year so --
 8        Q.      Okay.  You're talking about the clothing
 9   boxes --
10        A.      Yes.
11        Q.      -- that people can --
12        A.      Clothing boxes.
13        Q.      -- order for loved ones in prison?
14        A.      Yeah.
15        Q.      Okay.  And in those clothing boxes,
16   there's a hat option and that's the hat that you tried
17   on?
18        A.      Yes.
19        Q.      Okay.  And when you tried on that hat,
20   what was your experience?
21        A.      It was tight.
22        Q.      Too small for your head?
23        A.      Yes, too small for my head.
24        Q.      Okay.  Mr. Anderson asked you some
25   questions about your asthma.  Can you describe some of
```

Page 44

1    the symptoms you experience from your asthma?

2         A.      Wheezing, short of breath.  Sometimes

3    your breath catches.  I've had it since I was a kid.

4         Q.      Okay.  And just like as you testified to

5    Mr. Anderson, is it correct that you have no intention

6    to hold your breath in a nitrogen hypoxia execution?

7         A.      No.  I'm not going to do anything to

8    cause me to hurt myself.  No.

9         Q.      Okay.  Just one more thing.  Sort of at

10   the beginning of your testimony, Mr. Anderson was asking

11   you kind of open-ended questions about what you were

12   looking for from this litigation.  Do you remember that?

13        A.      (Deponent nods head.)

14        Q.      And one of the things you said is I want

15   a new trial.  Do you remember that?

16        A.      Yes.  I know it had nothing to do with

17   the thing but I know I've asked that since I've been

18   incarcerated.

19        Q.      Okay.  When you say you know it had

20   nothing to do with the thing, you mean that -- do you

21   mean that you understand there is no request for a new

22   trial in your complaint?

23        A.      No.  This is a whole different thing.

24   It's a whole different thing from my understanding.

25        Q.      So that's just a separate concern of

Page 45

1    yours?

2         A.      Yes.

3         Q.      And you mentioned that Governor Ivey

4    could pardon you but you understand that we are not

5    asking for a pardon in your complaint?

6         A.      Yes.

7         Q.      And that is -- sorry.

8         A.      In that complaint.

9         Q.      Yes.  Rather is it your testimony that

10   your request for a pardon is completely unconnected to

11   the lawsuit that we're litigating now?

12        A.      Yes.

13        Q.      Okay.  All right.  Okay.  One last

14   question for you, Alan.  You made a couple of comments

15   about how -- I think your phrasing was I don't concur

16   with my execution.  Do you have any intention of

17   resisting any aspect of your execution?

18        A.      No.

19               MS. KLEBANER:  All right.  That's all

20   I've got.  Thank you, Alan.

21               MR. ANDERSON:  Just a couple of quick

22   questions.

23

24   EXAMINATION BY MR. ANDERSON:

25        Q.      Mr. Miller, your attorney was just asking

Page 46

```
 1    you some questions about a mask that you had worn prior
 2    to your incarceration?
 3         A.     Work related.
 4         Q.     Work related.  Yes.  That's right.  Was
 5    it only one type of mask that you wore on that job?
 6         A.     No.  You had to wear it -- you know,
 7    sometimes you had to wear that because you was in
 8    there spraying.
 9         Q.     Okay.
10         A.     But then other times, you had to wear
11    it basically something like she had or something like
12    that.  And then when you got out of here, you had
13    them.
14         Q.     Just to be clear because I don't believe
15    your counsel is on camera.  You say like she had.  We're
16    talking about one of these kind of a paper face mask?
17         A.     Yes.
18         Q.     So sometimes during work, you would wear
19    that.  Sometimes you would wear the mask with the
20    filters?
21              MS. KLEBANER:  Objection to form.
22              (Court reporter interruption.)
23         A.     Yes.  Sorry.
24         Q.     So let's talk about that mask with the
25    filter panels.  How many straps did that mask have?
```

```
 1        A.        It had one, it went across the top of
 2   your head and it went around the back of the neck.
 3        Q.        So one across the top of your head and
 4   one around the back of your neck.  Okay.  And -- don't
 5   need to ask that.  And that was a mask with filters.  Is
 6   that right?
 7        A.        Yes.
 8                  MS. KLEBANER:  Objection to form.
 9   Vagueness as to the term filters.
10        A.        Yes.
11        Q.        Who installed those filters?
12                  MS. KLEBANER:  Objection to form.
13        A.        You have to go read the OSHA.  It's
14   like a book or something and it will tell you what
15   number you're supposed to use.
16        Q.        Okay.
17        A.        And you pick that number and you had a
18   pre-filter that went on there.
19        Q.        Okay.
20        A.        And it'd basically be, you know -- or
21   you have to check to make sure it's the proper one.
22   So sometimes you go in there and somebody would take
23   off and then hand you theirs and you put theirs on.
24   You just make sure it's the proper filter in there and
25   tighten it on yourself.
```

Page 48

```
 1        Q.      You would put the filter on yourself?
 2        A.      Yeah.  They didn't have professionals
 3   to do that.  It was just work related.
 4        Q.      And you said that it would leave a ring
 5   around your face?
 6        A.      Yeah.
 7        Q.      Do you recall saying that?
 8        A.      Yeah.
 9        Q.      Did you see that in a mirror or how did
10   you know it left a ring around your face?
11        A.      You could feel it.  You could go look
12   in the mirror and see where it left.  You tighten it
13   around the back.
14        Q.      Okay.  One other thing that you had said
15   earlier that I wanted to clarify.  You said something
16   about breathing exercises.  Has anyone told you to do
17   breathing exercises?
18               MS. KLEBANER:  Objection to form.  Go
19   ahead.
20        A.      When I was a kid.
21        Q.      Okay.  Recently --
22               MS. KLEBANER:  Let him finish his answer.
23   Sorry.
24        A.      When I was a kid, they just told me to
25   practice just breathing deeper, hold your -- not hold
```

Page 49

```
 1   your breath.  Just breathe like this and then -- and
 2   if you get excited, you know, slow down, stop, control
 3   your breathing.  Not trying to suffocate yourself
 4   but --
 5        Q.     This was a long time ago?
 6        A.     Yeah.
 7        Q.     Okay.
 8        A.     Anybody, you got asthma, they tell you
 9   the same thing, to calm down and just --
10        Q.     Okay.  I just wanted -- I didn't
11   understand that.  Wanted to make sure I was clear on it.
12               MR. ANDERSON:  That's all I have.
13
14   EXAMINATION BY MS. KLEBANER:
15        Q.     All right.  Really quick, Alan.  One more
16   thing.  Just to clarify again about the breathing
17   exercises you just mentioned, you said a doctor told you
18   that when you were a child.  And was that in relation to
19   your asthma?
20        A.     Yes.
21               MS. KLEBANER:  Okay.  That's all I
22   have.
23               MR. ANDERSON:  Okay.  That's it.  Thank
24   you.
25               THE VIDEOGRAPHER:  This concludes the
```

Page 50

1    deposition.  Going off the record at 4:01.

2

3            FURTHER THE DEPONENT SAITH NOT

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 51

1                    C E R T I F I C A T E

2

3

4    STATE OF ALABAMA)

5    MOBILE COUNTY)

6

7              I hereby certify that the above

8    proceedings were taken down by me and transcribed by me

9    and that the above is a true and correct transcript of

10   the said proceedings given by said witness.

11             I further certify that I am neither of

12   counsel nor of kin to the parties nor in anywise

13   financially interested in the outcome of this case.

14

15       Dated this 15th day of July, 2024.

16

17

18

19

20

21             JAN A. MANN

               COMMISSIONER - NOTARY PUBLIC

22             ACCR NO. 321

               Exp. 9-30-24

23             Certified 7-15-24

24

25

**0**

**00197**   1:5

**1**

**1**   14:9,11
**10**   1:19 5:7,13
  13:17 14:2
**10th**   2:7
**11**   14:2
**14**   4:22
**15th**   51:15
**1819**   3:11
**18286**   51:20
**19**   27:11,18
  31:16

**2**

**2018**   7:22,24
  18:25
**2021**   19:2
**2022**   19:4
**2024**   1:19 2:8
  5:7,13 51:15
**21**   28:24
**24**   4:23
**2:24**   1:5

**3**

**321**   51:22
**35203**   3:12
**36130**   3:21
**38**   4:10
**3:01**   5:7,13
**3:36**   37:21
**3:49**   37:25

**4**

**45**   4:11
**48**   15:21 16:1
**49**   4:12 15:5,7
**4:01**   50:1

**5**

**501**   3:20

**6**

**6**   4:9
**60603**   3:7

**7**

**7-15-24**   51:23
**75**   31:17,17
  33:10,14

**8**

**81**   28:24
**866**   2:7 5:6

**9**

**9-30-24**   51:22

**a**

**able**   36:6
**above**   5:8 51:7,9
**absolutely**
  24:13
**accentuated**
  20:20
**accr**   51:22
**achieved**   33:17
**acting**   5:2
**action**   1:5
**active**   37:7

**actual**   13:12
**acute**   27:22 28:5
  28:12
**add**   11:12
**administering**
  16:9
**admitted**   29:4
**adoc**   16:13 17:5
  32:7 33:5,14,18
  33:18 34:24
  37:8
**afternoon**   5:12
  6:12,20
**ago**   9:19 14:22
  14:22 33:22
  49:5
**agree**   35:25
**agreed**   2:3,9,15
  2:21
**ahead**   48:19
**air**   21:2 42:10
**al**   1:11 5:16
**alabama**   1:2 2:7
  3:12,16,21 5:2,7
  7:10 51:4
**alan**   1:7,18 2:5
  5:15,15 6:7 7:20
  10:7 11:23
  15:23 23:1
  24:11 27:14
  38:2,24 42:15
  45:14,20 49:15
**allege**   18:20
  29:11,18 31:17

**alleged**   7:21,23
  18:18 33:5 37:7
**allegedly**   20:19
**alleging**   34:5
**allergic**   28:16
**anderson**   3:17
  4:9,11 5:18,18
  6:11,17 11:13
  11:17 12:2,25
  13:3,9,20 14:3,8
  14:11 34:21
  35:9,11,14,19
  35:22 37:13
  38:5,5,19 42:18
  43:24 44:5,10
  45:21,24 49:12
  49:23
**answer**   7:2
  14:20 30:8
  34:12 37:2
  48:22
**anxiety**   25:8
  26:4,12
**anybody**   30:4
  34:2 36:24,25
  37:3 49:8
**anywise**   51:12
**appearing**   3:3
  3:14
**appointed**   38:25
**appreciate**   35:7
**appropriate**   7:3
**arant**   3:9
**article**   4:23

**asked**  22:19
  38:5 42:23
  43:24 44:17
**asking**  8:11,16
  8:23,25 9:3,5,22
  10:1,1,9 12:4
  14:25 16:13
  21:6,13 22:12
  22:15 23:12
  31:4 33:21
  34:21,23 35:22
  36:10,23 37:4
  44:10 45:5,25
**aspect**  45:17
**assign**  2:18
**assume**  28:8
**asthma**  18:18
  18:22,25 19:2,6
  43:25 44:1 49:8
  49:19
**atmore**  2:7 5:6
**attempt**  26:20
  34:15
**attorney**  3:15
  5:20 32:12
  45:25
**attorneys**  10:8
  10:10 15:10
  23:19 34:19
  35:18
**austin**  3:4
**australian**  20:9
**avenue**  3:11,20
**average**  29:8

**avoid**  28:9,11
**aware**  19:19
  22:5 23:16,19
  25:6 37:6

### b

**b**  4:23 13:18
  24:6,9
**back**  9:11 24:18
  27:12 28:23
  31:15,16 33:9
  37:25 47:2,4
  48:13
**ball**  22:17,18
**based**  11:25
  38:4
**basically**  10:19
  22:10 36:13
  46:11 47:20
**basis**  21:14
**bat**  18:11,12
**beginning**  5:7
  44:10
**begins**  5:14
  37:23
**behalf**  3:3,14
**behavior**  28:12
**believe**  19:9
  24:15 25:23
  36:20 46:14
**best**  6:23
**bickler**  23:17
  24:3 25:2,6
  30:16,18
**big**  29:21 39:22

**birmingham**
  3:12
**bit**  32:12 39:3
**blood**  17:10,16
  17:23 21:11
  27:8,20,25
**book**  47:14
**boring**  23:25
**bottom**  27:17
**bought**  42:24
**boult**  3:9
**box**  42:23 43:6
  43:7
**boxes**  43:9,12
  43:15
**brad**  3:10 6:2
**bradley**  3:9
**brain**  32:25
**brandon**  5:8
**breath**  21:3,10
  21:15,18,18,20
  21:23 25:7,17
  26:1,3,11,12,20
  26:21,25 28:13
  36:17 44:2,3,6
  49:1
**breathe**  22:4
  25:17 28:17,18
  28:19,20 42:7
  49:1
**breathing**  21:16
  26:2,11 34:8
  36:16,22 48:16
  48:17,25 49:3
  49:16

**breaths**  22:7
**brief**  37:22
**building**  27:7
**builds**  21:10
**buildup**  27:19
  27:23
**bust**  43:2
**buy**  42:23

### c

**c**  3:1 13:19 51:1
  51:1
**call**  39:13
**called**  10:24
  23:16
**calm**  16:18,19
  16:21 17:6 49:9
**camera**  46:15
**captain**  32:3,9
  35:12,14 36:7
**captain's**  35:13
**carbon**  21:10
  27:7,20,25
**case**  10:2 15:2
  15:13 23:20
  51:13
**catches**  44:3
**cause**  5:8 26:3
  28:6 44:8
**cell**  10:18
**certain**  8:25
**certainly**  20:20
**certified**  51:23
**certify**  5:3 51:7
  51:11

**challenging**
19:15
**check** 15:18
31:18 32:9 33:6
33:15 47:21
**cheek** 42:10
**cheeks** 42:6
**chicago** 3:7
**child** 49:18
**chin** 40:4
**civil** 1:5 5:4
**claiming** 12:5,8
12:8
**claims** 8:25
**clarify** 29:16
33:3 38:4,10
48:15 49:16
**clear** 8:15 46:14
49:11
**client** 8:7 35:21
**clothes** 42:23
43:6
**clothing** 43:8,12
43:15
**coat** 39:12,13
**coating** 40:22
**come** 22:3 25:13
30:16 34:7
42:10
**comments** 45:14
**commissary**
43:4
**commissioner**
1:10 2:6,23 5:3
51:21

**complaint** 4:22
10:4 11:15,25
13:4 15:1,13
27:6,12,19 28:2
28:23 31:15,23
31:25 37:7
44:22 45:5,8
**completely**
45:10
**compliance** 2:12
**comply** 35:1
**concern** 38:18
44:25
**concerned**
38:11
**concludes** 49:25
**concur** 12:12,13
12:18,21,21
45:15
**conditions** 39:9
39:10
**confident** 32:7
**confidential**
35:16
**confusing** 14:4
**consciousness**
22:8
**continue** 21:20
**control** 49:2
**conversation**
38:4
**conversations**
10:8
**convulsions**
20:19

**cooperate** 22:11
22:21 32:10
33:19 34:13
35:25
**cooperated** 22:6
**cops** 10:19
**copy** 13:1,4,5
15:16
**correct** 15:7
17:6 31:19 33:6
44:5 51:9
**correctional** 2:6
5:6
**corrections** 1:11
**correctly** 29:23
**counsel** 2:4,17
5:5,16 30:7
46:15 51:12
**county** 51:5
**couple** 24:23
30:1,5 31:16
45:14,21
**court** 1:1 2:13
5:1 6:4 7:3,6
14:10 26:7
31:21,24 46:22
**courts** 11:9
**covid** 41:11,15
42:2
**csr** 1:24 5:1
**cummings** 3:9
**currently** 8:3
17:8
**custom** 39:11,20
40:8

**cv** 1:5

**d**

**d** 3:17 4:3
**damn** 34:11
**dang** 36:6
**darts** 10:16
**date** 5:3
**dated** 51:15
**day** 2:7 30:9
51:15
**days** 14:22
**dearborn** 3:6
**decide** 11:9 36:5
**deep** 21:18,18
22:6 34:8
**deeper** 48:25
**defendant** 3:14
**defendant's**
4:21 13:14 14:4
14:9,14 24:5,9
27:12
**defendants** 5:19
5:22,24 6:18
7:15 8:4 13:23
**demand** 11:8
**dentist** 23:8
**department**
1:10
**depends** 21:16
**deponent** 15:25
18:4 27:15
35:13 44:13
50:3
**deposition** 1:16
2:5,10,11,19,23

5:14 13:21
  35:23 36:9 50:1
**depositions** 2:14
  14:1 32:20
**describe** 39:22
  43:25
**describing** 40:1
**deserve** 12:21
**designate** 35:15
  35:17
**designated**
  35:23
**designed** 29:8
**despite** 41:5
**different** 12:7,9
  29:7 44:23,24
**difficult** 7:5
**dioxide** 21:10
  27:7,20,25
**disclosing** 30:6
**disk** 37:23
**dismissed** 10:2
**disposable**
  41:22
**district** 1:1,2
**division** 1:3
**doc** 31:17
**docket** 13:7,9
**doctor** 18:15
  20:5,5,7,9 38:25
  49:17
**doctors** 17:9
**document** 12:1
  24:8,10,12 25:5
  26:16 28:24

31:3
**doing** 8:22
  21:17 36:19
  38:21
**door** 10:19
**doubt** 15:12
**doyle** 9:17
**dr** 19:20,23
  20:14,18 21:1
  22:5 23:17 24:2
  25:6 30:16,18
**drink** 22:3,4
**drugs** 17:8,11
  17:20
**duly** 6:8
**dwell** 33:2
**dying** 21:3

**e**

**e** 3:1,1,5 4:3
  25:2 51:1,1
**earlier** 48:15
**easier** 7:7 37:17
**effect** 2:12
**elect** 7:23
**election** 7:24
**ended** 44:11
**et** 1:11 5:16
**eugene** 1:7,18
  2:5 5:15,15 6:7
**everybody** 8:18
  32:18
**evidence** 2:20
**exactly** 38:11
**examination** 4:7
  5:9 6:11 30:21

38:1 45:24
  49:14
**examined** 6:8
**examples** 39:8
**except** 2:16
**excited** 49:2
**execute** 7:10
  36:5
**executed** 9:3,20
  12:13 33:16
**execution** 7:16
  8:12,16 9:1 19:8
  19:16 20:15,22
  21:1 22:7,22
  25:7,21 26:19
  26:21 29:5
  31:18 32:1,3,4
  34:25 38:8,12
  44:6 45:16,17
**exercises** 34:9
  36:16 48:16,17
  49:17
**exhibit** 4:22,23
  13:14 14:9,15
  24:6,9 27:12
**exhibits** 4:19,21
  13:22 14:5,5
**exp** 51:22
**experience**
  21:21 43:20
  44:1
**experienced**
  20:19
**experiences**
  42:19

**expert** 19:20,24
  21:9 23:20,25
  27:9
**explain** 6:22
  39:10
**extra** 13:4
**eyes** 35:18

**f**

**f** 51:1
**face** 29:8,13,17
  30:5 31:19 39:4
  39:8,14,17 40:9
  40:17 41:20
  42:3,13 46:16
  48:5,10
**faced** 25:15
**faces** 29:7
**facility** 2:6 5:6
**factors** 26:2
**fair** 38:17
**fairly** 8:18
**familiar** 14:18
  20:6 24:17
  30:25
**fancy** 27:7
**federal** 5:4
**feel** 6:22 48:11
**fifth** 3:11
**filed** 15:1,3,13
  19:6,15,18
**filing** 2:23
**fill** 31:3,6
**filter** 46:25
  47:18,24 48:1

| | | | |
|---|---|---|---|
| **filters** 39:22 46:20 47:5,9,11 | **food** 43:7 | **g** | **governor** 11:2,4 45:3 |
| **financially** 51:13 | **footnote** 27:17 | **gas** 16:10 | **grass** 22:19 |
| **find** 42:12 | **force** 2:11 | **gassed** 12:18 | **grayson** 34:1 37:4 |
| **fine** 11:18 13:12 13:24 14:7 17:15 | **foregoing** 5:5 | **general** 3:15 7:6 | **grounds** 2:18 |
| **finish** 11:24 23:2 37:1 48:22 | **foreigner** 20:9 | **general's** 5:20 | **guess** 10:23 17:7 23:11 39:13 |
| **finishing** 39:11 | **forgot** 41:19 | **getting** 38:7 41:1 | **guys** 10:18 37:11 42:24 |
| **finishings** 39:20 40:8 | **form** 2:17 7:19 8:11,17 9:2,13 9:24 10:6,22 11:6 12:10 16:9 17:4 18:19 19:17 20:1,11 20:17,23 21:4 22:9,23 23:3,21 25:10,22 26:6 26:15,22 28:14 29:14,19,24 31:12,13,20 32:11 33:7,20 34:14,17 35:2 36:2 38:19 42:18 46:21 47:8,12 48:18 | **give** 14:17 16:13 17:5 31:5 | |
| **first** 6:8 7:9,22 10:3 24:20 25:5 25:15 | | **given** 30:20 51:10 | **h** |
| **fit** 29:5,8,13,17 29:23 30:2 32:3 32:8 33:5,6,17 34:5,15,24 35:9 35:12 37:8,10 38:16 39:8,18 39:23 40:9,11 41:13,20 42:3,6 42:16,21,24,25 43:1 | | **glasses** 15:21,22 | **hair** 43:2 |
| | | **go** 9:11 10:24 15:6 23:8,8,9,9 26:19 27:12 31:15 32:1,19 33:9 34:10 47:13,22 48:11 48:18 | **haircut** 43:2 |
| | | | **hamm** 1:10 5:16 9:17 |
| | | | **hand** 13:13 47:23 |
| | | | **handle** 11:9 |
| | | | **handled** 15:15 |
| | | **goes** 26:21 40:1 | **happen** 9:12 |
| **fits** 29:21 | **forms** 31:1 | **going** 6:19 7:3 7:14 10:7,12,16 11:11 12:12 13:13,14,18,22 14:8 22:4 24:8 25:12 29:13 32:5,18,19 34:1 34:1,7 37:3,20 37:25 38:16 39:4 44:7 50:1 | **happy** 6:25 |
| **fitted** 30:23 31:12 | **forward** 26:19 26:21 32:2,5 | | **harder** 21:22 |
| **fitting** 38:7,12 38:13,20 39:1,1 | **free** 6:22 | | **hat** 42:21,23 43:16,16,19 |
| **five** 37:17 | **front** 11:15 12:1 | | **hats** 42:15,16 43:3 |
| **following** 5:9 | **full** 2:12 | **good** 5:12 6:12 6:14,16 11:20 40:24 | **head** 18:4 26:8 29:8,21,21 30:5 30:9,12,18 32:4 39:4 42:21,25 43:1,22,23 44:13 47:2,3 |
| **follows** 6:9 | **further** 2:9,15 2:21 16:11 50:3 51:11 | | **heads** 29:7 |
| | | **googles** 39:24 | **hear** 6:24,25 |

**heard** 23:16
24:2 27:2
**heart** 26:4,12
**help** 14:12
15:24 17:24
27:13
**helping** 19:20
**helps** 20:8
**hey** 23:1
**high** 8:24
**hired** 9:15
**history** 39:7
**hold** 21:10,14
21:20,22 22:17
25:17 26:20,21
26:25 44:6
48:25,25
**holdbrooks**
7:12
**holding** 21:2,21
25:7 26:1,11
28:13 36:17
**holman** 2:6 5:6
31:1 41:16
**houts** 3:25
**huffaker** 38:24
**huh** 7:6 28:7
**humane** 36:12
36:13
**humans** 25:16
**hurt** 44:8
**hypercapnia**
27:3,6,19,22
28:5,12

**hypoxia** 7:16,22
7:24 8:12,24 9:1
12:5 19:7,15,24
25:7,21 29:5
44:6

**i**

**identification**
14:16 24:7
**identify** 5:16
**illegal** 17:11
**illinois** 3:7
**immoral** 32:16
32:16,17 33:4
33:23,24 35:6
**impediments**
26:18
**incarcerated**
41:9 44:18
**incarceration**
46:2
**incompetence**
9:17
**incompetent**
12:19 38:13
**increased** 26:4
26:12
**independent**
11:8
**index** 4:19
**indicate** 27:18
**indicates** 26:10
**inhaler** 18:1,3,5
18:9
**injection** 12:13
34:11

**inmate** 30:25
31:12
**inmates** 41:25
**installed** 47:11
**instruct** 10:7
**intend** 17:1
26:20,24 28:20
**intends** 7:10
**intention** 44:5
45:16
**interested** 38:6
51:13
**interruption**
14:10 26:7
31:21,24 46:22
**investigation**
11:9
**involuntarily**
28:16
**involuntary**
16:11,11
**irregular** 26:2
**irregularly**
25:17 26:11
**issues** 38:3
**it'd** 47:20
**ivey** 45:3

**j**

**james** 3:25 9:17
**jan** 1:24 2:5 5:1
51:21
**jarvis** 7:11
**jerked** 16:22
**job** 9:16 41:8
46:5

**joe** 9:17
**jogging** 34:10
**john** 1:10 5:16
**jordan** 3:19
5:23
**judge** 38:24
**judges** 11:10,10
**july** 1:19 2:7 5:7
5:13 51:15
**jump** 16:25

**k**

**keep** 6:20 13:16
14:12 17:7
22:18 32:24,25
37:11
**kenneth** 19:12
19:14
**kenny** 3:18 5:21
5:21 9:17 13:2
13:18 20:14,19
21:1 22:6,10,14
33:25 36:16,17
37:19
**kenny's** 21:9
**kept** 12:15,15
23:24
**kerry** 34:1 37:4
**keystone** 10:19
**kid** 18:21 44:3
48:20,24
**killing** 22:11
23:6
**kin** 51:12
**kind** 8:24 9:14
16:15 17:10,24

**[kind - masks]** Page 58

18:1 20:10
30:21 41:16,21
44:11 46:16

**klebaner** 3:5
4:10,12 5:25,25
7:19 8:17 9:2,13
9:24 10:6,22
11:6,11,14,18
11:23 12:10
13:6,11,16,24
14:6 15:23 17:4
18:19 19:17
20:1,11,17,23
21:4 22:9,23
23:1,21 24:11
25:10,22 26:6
26:15,22 27:13
28:14 29:14,19
29:24 30:6,10
30:15 31:13,20
32:11 33:7,20
34:14,16 35:2,8
35:17,20,24
36:2 37:1,9,16
38:1 45:19
46:21 47:8,12
48:18,22 49:14
49:21

**knew** 40:23

**know** 6:15 8:21
8:24 9:8,9 10:13
10:23,25 14:12
15:15,23 16:16
16:17,22 17:21
17:22,25 18:13

19:12,18 20:2,4
20:5,5,6,13,13
20:18 21:8,14
21:24 22:3,3,13
22:25 23:25
28:15 29:22
30:13 34:6
36:17,25 37:3
38:15 40:13
42:20 44:16,17
44:19 46:6
47:20 48:10
49:2

**l**

**l** 2:1
**laws** 2:13
**lawsuit** 6:18
7:21 9:12,23
10:5 16:13
18:17 19:7,15
37:7 45:11
**lawsuits** 37:12
**lawyer** 11:12
**lawyers** 30:10
30:12
**lead** 25:8 26:12
28:12
**leading** 2:17
**learning** 20:3
**leave** 39:17 48:4
**lee** 7:11
**left** 18:7 40:16
48:10,12
**legal** 1:25 23:25
24:1 26:18

**lethal** 12:13
34:11
**level** 8:24
**life** 18:23 21:21
**likely** 25:8,17
26:3,11
**line** 15:6
**lipnick** 25:3,3
**list** 13:22
**litigating** 45:11
**litigation** 44:12
**little** 29:11
32:12 39:3
**livingston** 18:16
**llp** 3:4,9
**long** 6:20 7:1
24:12 49:5
**longer** 21:1
**look** 12:20
13:15 14:17
15:20 24:10,17
24:18 27:17
48:11
**looking** 13:7
25:25 44:12
**looks** 14:18 15:3
**lost** 22:7
**lot** 38:5
**loud** 6:13
**loved** 43:13
**lungs** 21:2

**m**

**ma'am** 38:23
**made** 7:23 8:25
31:11 45:14

**make** 2:18 12:4
12:12,20 13:7
14:11 29:10
34:18 47:21,24
49:11
**makes** 7:7
**making** 34:17
**man** 23:16
36:21
**mann** 1:24 2:6
5:1 51:21
**mara** 3:5 5:25
13:3
**mark** 13:14
14:8
**marked** 14:15
24:6
**marking** 24:9
**mask** 23:8 29:4
29:8,12,22 30:2
30:23 31:12,18
32:3,4,8,9 33:6
33:15 34:5,15
34:24 35:9,12
37:8,10 38:7,11
38:20 39:1,8,12
39:14,19 40:1,8
40:24 41:2,3,12
41:14,16,22
42:3,12 46:1,5
46:16,19,24,25
47:5
**masks** 29:6
41:15

**matter** 5:15,19
**matters** 10:24
**mckenzie** 5:8
   35:15 36:7
**md** 25:2,3
**mean** 9:8 10:11
   12:19,24 14:21
   16:21 17:25
   19:21 20:4 23:6
   28:3,15,18
   32:24 33:23,24
   34:9 37:4 39:10
   44:20,21
**measured** 30:9
   30:12,18
**measurements**
   30:4
**media** 5:14
   22:17
**medical** 19:10
   21:12 27:9 36:7
   36:18 38:14
**medication** 16:9
**medicine** 17:17
**member** 32:2
**memory** 42:20
**mentioned** 45:3
   49:17
**method** 7:16
   8:12,15 9:1 12:5
   12:6,9 19:7,15
   19:24
**michael** 25:3
**middle** 1:2

**mild** 17:7
**miller** 1:7,18 2:5
   5:15,16 6:1,3,7
   6:12 11:1 13:13
   19:12 22:15
   23:12 26:18
   28:23 32:1 34:4
   34:23 37:6
   45:25
**mind** 37:16
**minute** 14:17
**minutes** 37:17
**mirror** 48:9,12
**mischaracteri...**
   22:24 23:3
   26:16 34:17
**mobile** 51:5
**model** 39:21
**moment** 9:19
   33:22
**monitoring**
   36:20
**montgomery**
   3:21
**month** 14:22
**months** 43:7
**moral** 36:11
**move** 12:22
   19:11
**movements**
   16:10
**murders** 7:11
**muscle** 25:8

**n**

**n** 2:1 3:1 4:3
**name** 20:6
   23:20 35:13
**named** 19:20
**names** 15:9
   17:25 24:23
   25:1
**naw** 7:7
**necessary** 2:16
**neck** 47:2,4
**need** 15:21,22
   15:24 24:14
   27:13,16 38:14
   47:5
**needle** 9:9
**needles** 12:16
   34:11
**neither** 51:11
**neutral** 38:25
**never** 30:20,23
**new** 9:5,21 10:1
   11:8 12:21
   44:15,21
**night** 32:2 34:24
   38:7
**nitrogen** 7:16
   8:12,23 9:1 12:5
   16:10 19:7,15
   19:24 25:7,21
   29:5 44:6
**nitschke** 19:20
   19:24 20:14,18
   21:1 22:5

**nodded** 26:8
**nods** 18:4 44:13
**noncooperation**
   20:21
**north** 3:11
**northern** 1:3
**nose** 39:23 40:2
   40:15,18,21
   42:7,8
**notary** 5:2
   51:21
**notice** 2:23
**number** 8:4
   13:7,9 16:1
   41:19 47:15,17
**numbering**
   13:17

**o**

**o** 2:1
**object** 34:14,16
   38:19 42:18
**objection** 7:19
   8:17 9:2,13,24
   10:6,22 11:6,12
   11:24 12:10
   17:4 18:19
   19:17 20:1,11
   20:17,23 21:4
   22:9,23 23:2,2,3
   23:21 25:10,22
   26:6,15,22
   28:14 29:14,19
   29:24 31:13,20
   32:11 33:7,20
   34:16 35:2 36:2

**[objection - prior]** Page 60

37:9 46:21 47:8
47:12 48:18
**objections**  2:16
2:18
**obligation**  36:12
**obvious**  20:20
**obviously**  11:12
41:8
**offer**  34:18
35:10,11
**offered**  2:20
**offering**  35:9
**offers**  34:24
**office**  3:15 5:20
**officials**  7:15
**oh**  13:11 34:7
**okay**  8:1,9,20
9:4,22 10:17
11:17,22 12:2
12:14,17,22
13:3 15:6,9,12
15:17,20 16:6
16:12,15,19
17:1,8,13,15
18:5,9,22 19:11
19:19 20:3,13
21:9 22:1,1,5
23:4 24:17 25:4
25:25 26:10
27:2,5,11 28:8
28:11,22 29:22
30:13,20 31:15
31:16 32:7 33:1
33:12 36:4
37:13 38:5,10

39:3,5,6 40:1,7
40:23 41:8,11
41:14,21 42:2,9
42:15,19 43:8
43:15,19,24
44:4,9,19 45:13
45:13 46:9 47:4
47:16,19 48:14
48:21 49:7,10
49:21,23
**old**  29:21 39:22
**ones**  17:21
43:13
**open**  10:18
44:11
**opportunity**
7:23
**option**  43:16
**oral**  5:8
**order**  43:13
**ordered**  38:24
**osha**  47:13
**outcome**  51:13
**own**  13:22

**p**

**p**  2:1 3:1,1
**p.m.**  5:7
**page**  4:7,21 15:5
15:7,21,21 16:1
24:20 25:5
27:11,14,17
28:24 31:16
**pages**  15:24
31:16

**pandemic**  41:12
**panels**  40:5
46:25
**paper**  46:16
**paragraph**
25:15 28:24,25
29:2,11 31:17
31:17 33:10,14
**pardon**  11:7
45:4,5,10
**parenthesis**
16:2
**part**  18:17
**particular**
11:16
**parties**  2:4,18
51:12
**party**  38:15,25
**pass**  41:16
**past**  42:20
**peanuts**  28:17
**people**  9:16 11:2
12:19 16:23
22:16 23:7
32:24 36:12
38:13,16 43:11
**person**  32:20
33:16 35:12
38:21
**personal**  39:7
**petitioner**  1:8
**ph.d**  25:2
**philip**  19:20
23:17 24:2 25:2

**phrasing**  45:15
**physical**  30:21
**pick**  47:17
**pill**  16:9
**place**  10:3 25:13
32:4
**plaintiff**  3:3
**plaintiff's**  14:5
**please**  6:5 11:25
16:7
**point**  6:13,21
25:13
**polly**  3:18 5:21
**pop**  22:18 36:15
**portion**  35:23
**powder**  39:12
39:13 40:22
**practice**  23:6,14
34:8 48:25
**pre**  47:18
**prescribed**
18:10,13
**prescription**
17:19
**present**  3:23
**preserve**  21:2
**pressure**  17:10
17:17,23
**pretty**  38:3
**previous**  15:20
**previously**  7:14
**prior**  2:20 22:14
33:25 34:8,10
34:24 46:1

**prison** 10:3
  41:15 43:13
**probably** 29:20
**procedural**
  10:24
**procedure** 5:4
**proceedings** 5:9
  51:8,10
**process** 21:3
**professional**
  21:12 36:8,18
**professionals**
  9:15 10:14
  38:14,14 48:2
**prolonged** 26:3
**proper** 47:21,24
**properly** 40:9
**proposing** 13:25
**prove** 21:5
**provided** 5:3
  26:18
**psychological**
  34:2 37:5
**public** 5:2 51:21
**pumped** 36:14
**purposes** 35:16
**put** 10:3 11:14
  11:25 22:19
  23:7,8 32:9
  39:14 47:23
  48:1

**q**

**qualified** 38:21
**question** 6:21
  12:4 14:20 30:8

32:13 33:8
  34:22 36:10
  39:4 45:14
**questions** 2:17
  6:19 7:2,9 11:25
  38:6 43:25
  44:11 45:22
  46:1
**quick** 38:3
  45:21 49:15
**quite** 23:5

**r**

**r** 3:1 51:1
**rah** 1:5
**rate** 26:4,13
**rather** 45:9
**reaction** 28:17
**read** 10:4 14:23
  14:24 15:22
  16:4 23:23,24
  23:24 27:18
  29:2,9 31:22
  32:24 47:13
**reading** 2:10
  23:24 26:9
**really** 12:11
  34:19 36:22
  49:15
**recall** 20:8 48:7
**recent** 42:20
**recently** 48:21
**recess** 37:22
**recognize** 15:1,9
**recollection**
  23:18,22 25:11

**record** 5:13
  29:17 35:9
  37:20,25 50:1
**recorded** 5:14
**records** 19:10
**rectangular**
  41:22
**reduce** 16:10
**refer** 13:5
**referring** 25:20
  25:24
**refuse** 28:20
**refuses** 31:18
  33:15
**refusing** 28:18
**related** 46:3,4
  48:3
**relating** 2:13
**relation** 49:18
**relies** 29:7
**remember**
  11:20 23:23
  24:16 28:3
  44:12,15
**repeat** 6:25
**rephrase** 6:22
**reported** 1:23
**reporter** 5:1 6:5
  7:3 14:10 26:7
  31:21,24 46:22
**reporters** 7:6
**represent** 5:17
  5:19 11:1 27:5
**representing**
  6:18

**request** 30:25
  31:11,12 44:21
  45:10
**requesting** 7:24
**resist** 17:1
**resisting** 16:24
  45:17
**respective** 2:4
**respirator** 40:4
**respondents**
  1:12
**responses** 7:4
**rest** 25:25 29:9
**restate** 32:13
**result** 9:12
**retained** 23:20
**retention** 17:24
**reveal** 10:7
**rich** 5:18 6:17
  35:9
**richard** 3:17
**right** 6:16,17
  7:9,17,24 8:4
  15:25 25:13
  26:17 28:2,22
  31:23 32:14
  33:10 34:3,25
  35:4,24 36:3
  37:2 38:2,8
  40:11 41:3,17
  45:13,19 46:4
  47:6 49:15
**ring** 39:17 40:17
  48:4,10

risk  29:12
road  2:7 5:6
robertson  3:10
  6:2,2
ross  2:7 5:6
rules  2:13 5:4
running  34:10
rush  16:24

**s**

s  2:1,1 3:1,18
  25:3
saith  50:3
saying  9:6 10:15
  22:21 32:24
  34:20 48:7
says  16:6 24:21
  25:2,14 28:5
  31:22
scott  7:12
screwed  36:21
seal  39:15 40:12
  40:13,24 41:6
sealing  40:14
second  25:4
sedative  16:8,13
  16:15 17:6
see  9:12,20
  15:18 16:4
  24:25 25:16,18
  26:1,5,10,13
  28:5 29:10
  30:16 33:3,16
  42:24 48:9,12
seeking  19:7

seen  24:10
seizures  25:9
  28:6,8
sell  43:4,5,6
send  17:9
sent  14:19,21
  15:16,16
sentence  16:5
  26:1
separate  44:25
september  7:11
  26:19 32:2
sequential  14:1
shelton  3:19
  5:23,23
short  44:2
shorter  29:11
shortness  26:3
  26:12
show  24:8 25:12
showed  9:16
showing  36:18
sic  10:16 18:16
side  40:5
sidley  3:4
sign  9:8
signature  2:10
  15:6 51:20
significant  26:3
simple  34:22
sir  7:18 8:10
  16:7 19:13,13
  25:15 26:14
  27:4 29:25 30:3
  30:19,22,24

32:22 33:8
sit  39:1
six  16:2,5,6 43:6
size  29:5,7
  31:18 33:15
  41:24 43:1
sleep  23:7
slow  49:2
slower  21:3
small  42:13
  43:22,23
smith  9:17
  19:12,14,19
  22:10,14 33:25
  36:16,17
smith's  20:14
solutions  1:25
somebody  19:22
  38:15 47:22
sooner  22:8
sorry  7:20 13:16
  15:6 23:1 32:11
  35:8 45:7 46:23
  48:23
sort  38:25 39:23
  44:9
sounds  20:6
south  3:6
speaking  6:13
specific  8:25
  11:24 12:3
  34:18
specifically  13:1
spraying  40:19
  46:8

squeeze  42:7
squeezed  42:8
  43:1
squeezing  22:18
stabbing  12:16
standard  41:21
standardization
  9:15
start  13:22 14:2
  18:8
starts  23:24
state  3:16 5:2,17
  7:10,15 8:23
  10:23 12:6
  15:18 27:21,22
  29:4,6,12 51:4
states  1:1
step  37:17,18,19
stipulated  2:3,9
  2:15,21
stipulation  5:5
stop  21:17 49:2
stopped  14:2
straight  14:13
strapped  36:6
straps  41:2,5
  46:25
stuck  10:15
  34:11
stuff  11:20
  17:10 21:25
  23:9,23 24:19
  39:13
sudden  27:19,23

sued  7:14
suffocate  49:3
suffocated
  16:23
suicide  19:25
suing  8:3 10:21
  11:2
supposed  42:25
  47:15
sure  11:13,17
  12:4 13:7,9
  21:13 24:13
  32:22 47:21,24
  49:11
surgical  41:16
  42:2,12
swear  6:5
swimming  22:2
sworn  6:8
symptoms  44:1

**t**

t  2:1,1 51:1,1
table  36:7
take  13:15
  21:18,18 24:9
  24:11,13 27:16
  47:22
taken  2:5 22:6
  30:4 51:8
talk  39:3 46:24
talked  10:9
  20:14 33:9
talking  43:3,8
  46:16

team  32:3
tell  13:6 14:18
  14:23 15:14
  18:8,11,12
  20:12 22:14
  36:19,21,24
  37:16 39:21
  47:14 49:8
telling  22:10,16
  23:6,13 33:17
  36:13
term  27:3,6 47:9
terror  34:3 37:5
terry  7:11
testicles  22:20
testified  6:8
  44:4
testimony  22:24
  23:3 32:12
  34:17 40:7
  44:10 45:9
thank  8:3 17:16
  35:5 37:14
  45:20 49:23
theirs  47:23,23
thereto  2:20
thing  13:8 28:4
  32:19 33:25
  36:11 40:19
  44:9,17,20,23
  44:24 48:14
  49:9,16
things  26:4
  32:25 36:20
  42:11 44:14

think  8:14,21
  12:8 13:17 14:3
  14:12 19:9 33:4
  34:2,18 35:3,3,4
  35:6 37:5 38:2
  45:15
thinking  16:23
third  38:15,25
thought  23:7,7
  23:10 33:22
thrashing  16:10
  16:24
threw  22:19
tie  40:16
tied  39:14,24
  41:2
tight  33:17
  39:24 41:3
  42:25 43:21
tighten  47:25
  48:12
tighter  40:16,16
  40:16
tightness  41:5
time  2:19,19
  10:15 16:20,21
  21:17 24:11,13
  27:16 49:5
times  39:8 46:10
today  20:3
told  48:16,24
  49:17
top  16:1 24:21
  47:1,3

towards  15:5
  24:20
training  38:16
tranquilizing
  16:8
transcribed
  51:8
transcript  51:9
treated  8:18
  36:13
treatment  36:12
trial  2:19 9:5,21
  10:1 11:8 12:21
  44:15,22
tried  9:9 21:2
  30:2 43:16,19
true  51:9
try  22:18
trying  7:15
  12:12,20 21:14
  42:21 49:3
turn  15:5 23:9
  25:4 27:11
turning  15:24
  27:13
twice  32:21 43:7
  43:7
twitching  25:8
two  14:17,22
  26:2 37:23
  39:22 40:4
type  39:16,19
  46:5

| u | | | |
|---|---|---|---|

**u**  2:1
**uh**  7:6 28:7
**uncomfortable**
   21:15,22
**unconnected**
   45:10
**under**  23:9
   24:23
**understand**
   6:21 7:1,9,12
   9:6 12:4,7,11,20
   16:12 19:14
   20:25 21:6,9
   25:20 27:8,10
   32:5,6 33:8 34:4
   34:19 36:22
   44:21 45:4
   49:11
**understandable**
   20:21
**understanding**
   8:5,6,13,14 9:11
   9:25 12:23
   19:21,23 20:21
   23:5 44:24
**underwater**
   22:2
**unit**  5:14
**united**  1:1
**unprofessionals**
   10:14
**use**  8:23 10:16
   12:6 13:18 17:8
   17:11 18:5,8

29:13 47:15
**used**  11:21 12:9
   27:6 31:1
**uses**  29:5
**using**  16:8
**usually**  18:6

| v | | | |
|---|---|---|---|

**vagueness**  47:9
**various**  7:15
**veins**  22:18
   36:15
**verbatim**  15:14
   24:1 28:4
**veritext**  1:25
**versus**  5:16
**video**  1:16 5:14
**videographer**
   5:12 6:4 37:20
   37:23 49:25
**viewpoint**  24:21
**voluntarily**
   26:23,24
**vs**  1:9

| w | | | |
|---|---|---|---|

**waived**  2:11,25
**walk**  18:7
**want**  7:8 10:13
   10:13 11:14,24
   12:3,7 13:25
   14:6,23 16:15
   16:23 17:5
   19:11 22:16
   23:13 28:9,11
   29:9 30:13

33:13 34:8,9
   35:15,17 36:25
   37:3,18 38:3
   44:14
**wanted**  48:15
   49:10,11
**wanting**  22:17
**washington**
   3:20
**watching**  36:18
**water**  17:24
   22:4
**way**  12:7 27:7
   36:7
**ways**  16:22
**wear**  39:12,13
   39:19,24 46:6,7
   46:10,18,19
**wearing**  41:17
   41:18
**wednesday**  5:13
**weights**  36:15
**went**  47:1,2,18
**wheezing**  18:8
   44:2
**white**  41:19
**willing**  32:8
   33:18,18
**witness**  2:11 5:8
   6:5 13:21 51:10
**wore**  40:8 41:15
   46:5
**work**  5:19 39:9
   39:9,10 46:3,4
   46:18 48:3

**worked**  39:11
   39:20 40:8
**working**  20:7
**worn**  46:1
**writes**  25:16
   26:1
**written**  20:14
   20:18 25:6
**wrong**  23:10
**wrote**  21:1,7,8
   22:6

| x | | | |
|---|---|---|---|

**x**  4:3

| y | | | |
|---|---|---|---|

**y'all**  8:21 9:9,16
   10:15,16 12:15
   12:19 13:4
   22:11,13,13
   23:7,9 36:5,11
   36:20,21
**yancy**  7:12
**yeah**  7:6,25 8:8
   8:14 11:3 12:25
   13:20 15:3,8,11
   16:3 17:18 18:2
   18:24 19:1,3,5
   19:21 20:4
   24:22 28:1
   30:15 31:8
   33:11 34:6
   35:22 40:3
   41:13 42:1,14
   42:22 43:14
   48:2,6,8 49:6

**[year - years]** Page 65

| | |
|---|---|
| **year** | 43:7,7 |
| **years** | 30:1,5 |

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.