IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALAN EUGENE MILLER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:24-cv-00197-RAH |
| | ) |
| STEVE MARSHALL, | ) |
| Attorney General, | ) |
| KAY IVEY, Governor, | ) |
| JOHN Q. HAMM, Commissioner, | ) |
| And TERRY RAYBON, Warden. | ) |
| | ) |
| Defendants. | ) |

**MOTION TO FILE UNDER SEAL**

Come now the Defendants and respectfully request that this Court grant leave to withdraw Exhibit 5 (Doc. 70-3) of Defendants' Response in Opposition to Miller's Motion for a Preliminary Injunction (Doc. 70) and to file an unredacted version under seal based on the following grounds:

1. On June 24, 2024, this Court entered a protective order that permits parties to designate certain information as confidential or highly confidential, requires the parties to redact such information from public filing, and to file unredacted versions under seal. (Doc. 49.)

2. Additionally, this Court granted Defendants' previous motion to file under seal references to confidential or highly confidential information, including

1



references to deposition testimony taken from the caption of the execution team. (Docs. 69, 71.)

3. In Defendants' response, an unredacted copy Exhibit 5 (Doc. 70-3) was inadvertently publicly filed. This document contains multiple references to information that has been designated as confidential or highly confidential, including deposition testimony taken from members of the execution team.

Therefore, Defendants respectfully request leave to withdrawal Exhibit 5 (Doc. 70-3) and move to file an unredacted version under seal.

Respectfully submitted,

Steve Marshall
*Attorney General*

Audrey Jordan
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2024, I filed the foregoing with the Clerk of the Court, and served a copy by email to all counsel of record:

| | |
|---|---|
| Daniel J. Neppl | dneppl@sidley.com |
| David Danner Kline | dkline@bradley.com |
| James Bradley Robertson | brobertson@bradley.com |
| Kelly J. Huggins | khuggins@sidley.com |
| Mara Klebaner | mklebaner@sidley.com |
| Stephen Spector | sspector@sidley.com |

I hereby certify that on July 26, 2024, I served a copy of the forgoing upon Honorable Judge Austin Huffaker, by hand mail addressed as follows:

Honorable Austin Huffaker
United States District Court
One Church Street
Montgomery, Alabama 36104

Audrey Jordan
*Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL 36130
Office (334) 353-2021
Fax (334) 353-8400
Audrey.Jordan@AlabamaAG.gov