IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ALAN EUGENE MILLER, *Plaintiff*, v. STEVE MARSHALL, in his official capacity as Attorney General, State of Alabama, KAY IVEY, in her official capacity as Governor of the State of Alabama, JOHN Q. HAMM, In his official capacity as Commissioner, Alabama Department of Corrections, TERRY RAYBON, in his official capacity as Warden, Holman Correctional Facility, *Defendants*. | Civil Action: 2:24-cv-197 **CAPITAL CASE – EXECUTION SCHEDULED FOR SEPTEMBER 26, 2024** |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Alan Eugene Miller and Defendants Steve Marshall, in his official capacity as Attorney General, State of Alabama, Kay Ivey, in her official capacity as Governor of the State of Alabama, John Q. Hamm, in his official capacity as Commissioner of the Alabama Department of Corrections, and Terry Raybon, in his

official capacity as the Warden of Holman Correctional Facility ("Defendants"), hereby stipulate and agree to the following:

1. The parties have entered into a confidential settlement agreement.

2. The parties agree to the dismissal of all counts in the above-styled action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties ask only that the Court retain jurisdiction for the purpose of enforcing the settlement agreement if the need arises.

3. The parties agree to bear their own costs and fees of this litigation.

Dated: August 5, 2024                             Respectfully submitted,

/s/ *J. Bradley Robertson*
J. Bradley Robertson
Danner Kline
Bradley Arant Boult Cummings LLP
One Federal Plaza
1819 5th Ave. N.,
Birmingham, AL 35203
Tel: (205) 521-8188
Fax: (205) 488-6188
Email: brobertson@bradley.com
Email: dkline@bradley.com

Daniel J. Neppl
Kelly Huggins
Mara E. Klebaner
Stephen Spector
Harry Dodsworth
Lauren M. Stapleton
Sidley Austin LLP
One South Dearborn

Chicago, IL 60603
Tel: (312) 853-7000
Fax: (312) 853-7036
Email: dneppl@sidley.com
Email: khuggins@sidley.com
Email: mklebaner@sidley.com
Email: sspector@sidley.com

*Attorneys for Plaintiff Alan Eugene Miller*


/s/ *Richard D. Anderson*
Richard D. Anderson
Assistant Attorney General
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
Office (334) 242-7300
Fax (334) 353-8400
Richard.Anderson@aAlabamaAG.gov

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 5, 2024, I served a copy of the foregoing via the Court's CM/ECF system, which shall cause the same to be electronically transmitted to all counsel of record.

/s/ *J. Bradley Robertson*
J. Bradley Robertson