IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALAN EUGENE MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 2:24-cv-00197-RAH |
| STEVE MARSHALL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the parties' *Joint Stipulation of Dismissal* (Doc. 79) filed on August 5, 2024, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE** on the terms agreed to and set out by the parties. The Court will retain jurisdiction for the purpose of enforcing the confidential settlement agreement if the need arises.

All pending deadlines are terminated, including the preliminary injunction hearing set for August 6, 2024. The Clerk of the Court is **DIRECTED** to close the case.

DONE, on this the 5th day of August, 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE